## INDEX OF EXHIBITS TO VERIFIED AMENDED COMPLAINT

| Description | Exhibit |
|---|---|
| Ms. Brown's December 8 Email to Coach Carlson and Coach Scott | 1 |
| Ms. Brown's Text Exchanges with Coach Scott | 2 |
| K.M.K's Text Exchanges with Coach Scott | 3 |
| Ms. Brown's March 27 Email (through counsel) to Dr. Brobbey | 4 |
| WIAA Handbook (2025-2026) | 5 |
| WIAA Gender Diverse Youth Sport Inclusivity Toolkit | 6 |
| OSPI 2012 Guidelines | 7 |
| OSPI Gender-Inclusive Schools Webpage 1 | 8 |
| OSPI Gender-Inclusive Schools Webpage 2 | 9 |
| OSPI Supporting LGBTQ+ Students Webpage | 10 |
| OSPI Error Webpage | 11 |
| Puyallup School District Policy 2151 (athletics and activities eligibility) | 12 |
| Puyallup School District Policy 2151R (athletics and activities eligibility) | 13 |
| Puyallup School District Policy 3112 (social emotional climate) | 14 |
| Puyallup School District Policy 3112R (social emotional climate) | 15 |
| Puyallup School District Policy 3122 (excused and unexcused absences) | 16 |

| | |
|---|---|
| Puyallup School District Policy 3122R (excused and unexcused absences) | 17 |
| Puyallup School District Policy 3205 (sexual harassment) | 18 |
| Puyallup School District Policy 3205R (sexual harassment) | 19 |
| Puyallup School District Policy 3207 (prohibition of harassment, intimidation and bullying of students) | 20 |
| Puyallup School District Policy 3207F (prohibition of harassment, intimidation and bullying of students) | 21 |
| Puyallup School District Policy 3207R (prohibition of harassment, intimidation and bullying of students) | 22 |
| Puyallup School District Policy 3210 (nondiscrimination) | 23 |
| Puyallup School District Policy 3210R (nondiscrimination) | 24 |
| Puyallup School District Policy 3211 (gender-inclusive schools) | 25 |
| Puyallup School District Policy 3211R (gender-inclusive schools) | 26 |
| Puyallup School District Policy 4130 (parental involvement) | 27 |