# EXHIBIT 1

From: **Scott, Lucia** <ScottLC@puyallupsd.org>
Date: Mon, Dec 8, 2025, 9:12 AM
Subject: Re: ▮
To: Stephanie and Derrick Brown <▮▮▮▮▮>, Carlson, Daniel <CarlsoDE@puyallupsd.org>

Hi Stephanie,

That is so unfortunate and painful. I do hope she finds a quick recovery and easement on her pain.

I had no idea that happened and I was very unaware there may have been a mixed gender wrestler competing against our wrestler. I most certainly would not put ▮ on that mat if I thought she was competing with a male. I will investigate this and look to see if we have a video on our end. I will touch base with you either this afternoon or tomorrow morning after I do my due diligence. Please let ▮ know she is always welcome to come hang in the mat room!

I will touch base with you soon!

Get Outlook for iOS

---

**From:** Stephanie and Derrick Brown ▮▮▮▮▮
**Sent:** Monday, December 8, 2025 8:59:59 AM
**To:** Carlson, Daniel <CarlsoDE@puyallupsd.org>; Scott, Lucia <ScottLC@puyallupsd.org>
**Subject:** ▮

You don't often get email from brownfam712@gmail.com. Learn why this is important

**Caution: This email came from outside the Puyallup School District. Do not reply, click any link, or open attachments unless you have verified the sender. Please report any suspicious emails (Directions).**

Good morning coaches, I wanted to bring a couple of things to your attention.

▮▮▮▮▮

Second thing is during her last match of the day, the student she wrestled (dont know the term used) but what the kids call Oil Checked her. She was mortified, I have pictures of her face and video of the match and her reaction when it happened. This is a huge issue and something that is 100% not ok, the fact that this was done by (from my understanding) a biological male who identifies as a female is an even bigger issue for me. ▮▮▮▮▮ where do we go from here? If she is able to continue this season, she will absolutely not compete against this student again.

Thanks

Stephanie