# EXHIBIT 4

| | |
|---|---|
| **From:** | Brobbey, Gordon |
| **To:** | Suzanne Beecher |
| **Cc:** | Wessel, Gus; Hunter, Julie; Smith, Jason; Davis, Megan |
| **Subject:** | Re: Supportive Measures for ▮▮▮ |
| **Date:** | Friday, April 3, 2026 7:00:24 PM |
| **Attachments:** | logo_abdfb0ec-e06e-407a-a721-cd0e4f742400.png |
| | Outlook-Text Desc.png |

You don't often get email from brobbg@puyallupsd.org. Learn why this is important



Hello Suzanne,

Please accept this as our response to your March 27, 2026 request for supportive measures for ▮▮▮▮▮▮.

### a.  A room reassignment for this spring's state testing.

The request can be granted. We will work with the school to ensure that none of ▮▮▮'s coaches are proctors in the classroom where she is assigned. If she is assigned to Coach Carson's room due to logistical constraints or classroom space limitations, the school will ensure that Coach Carson is not the proctor.

### b. The option to compete on the Puyallup High School girls' wrestling team next year, while remaining a student at Rogers High School.

We are unable to honor this request. Current WIAA rules do not allow an athlete to compete at a school that they do not attend.  There may be available appeal routes through WIAA regarding eligibility if she transferred schools; however, that is beyond what the district can offer as a supportive measure.

### c.  Assurance that ▮▮▮ will not have to compete against any biological males, including biological males who identify as females, without penalty.

WIAA rule (18.15.0-18.15.5), state law (**WAC 392-190-025**) , OSPI rules, and district policy allow students to participate in and compete in sports in alignment with their gender identity. At this time, the only remedy the district can offer is that ▮▮▮ would be able to forfeit any such matches without any adverse consequences imposed by the district. We understand this result may be unsatisfactory; however, this request is not in the realm of what can be expected as a supportive measure.

### d. Notification to ▮▮▮ and to Stephanie Brown before any biological male

**participates on her wrestling team or an opposing team in her weight category, or any time that a biological male is authorized to or is known to share a restroom, locker room, or other intimate space with** ███ .

FERPA requirements, WIAA rules, and district policies require districts to maintain confidentiality of a student's gender identity information. The Puyallup School District complies with these obligations and laws.

2. Additionally, due to anxiety from this situation, ███ has already had to miss school. She anticipates this may continue to be necessary in the very near future as the investigation progresses. She requests:

a. **A process for receiving excused absences or early dismissal from class in the future for anxiety caused by the assault and her rep ort of the assault.**

Pursuant to Puyallup School District Policy 3122 and Regulation 3122R, absences due to physical health or mental health may be classified as excused. The regulation requires that parents/guardians notify the school office in the morning of the absence by phone, email, or written note. If ███ is absent due to illness or needing a mental health day, parents may notify the school and provide the reason for the absence to be excused in line with the policy. In terms of early dismissal, parents may request early dismissal by simply notifying the school and providing a reason for the early dismissal.

b. **Removal from records of the detention (sent to ███ January 28, 2026) related to ███ 's absences.**

███ 's absence on January 28, 2026, was classified as excused on her student records, after Ms. Brown provided the school with a reason for the absence. ███ was subsequently removed from the detention list.

Please let us know if you have any questions.

Thank you.

*Gordon Brobbey, PhD*
*Director of Equity and Student Success*
*Student Success Department*

*Phone: (253) 840-8863*
*Email: brobbg@puyallupsd.org*



---

**From:** Suzanne Beecher <sbeecher@adflegal.org>
**Sent:** Friday, March 27, 2026 7:34 AM
**To:** Brobbey, Gordon <BrobbG@puyallupsd.org>
**Cc:** Julie Marie Blake <jblake@adflegal.org>; Kate Anderson <kanderson@adflegal.org>
**Subject:** Supportive Measures for ███████

You don't often get email from sbeecher@adflegal.org. Learn why this is important

**Caution: This email came from outside the Puyallup School District. Do not reply, click any link, or open attachments unless you have verified the sender. Please report any suspicious emails (Directions).**

Dear Dr. Brobbey,

I am writing in response to an email to our client Stephanie Brown regarding supportive measures for Stephanie's daughter, ███████, who we also represent in relation to the reported Title IX violations.

The following would be beneficial supportive measures to restore ████'s access to education:

In the wake of this situation, ████ has experienced a change in treatment from her coaches, resulting in a negative and unwelcoming atmosphere for her. She has also lost faith in them as advocates on her behalf. In light of this, she requests:

1. **A room reassignment for this spring's state testing.** Currently, ████ is assigned to Coach Carlson's room. ████ believes it will negatively impact her performance on the test, and this placement is already causing her anxiety. She requests to be assigned to a room that one of her coaches will not be moderating.

2. **The option to compete on the Puyallup High School girls' wrestling team next year, while remaining a student at Rogers High School.** The reported Title IX violations prevented ████ from completing the wrestling season. ████ wants to return to competitive wrestling next year, but the hostility she's already experienced from her coaches and teammates precludes her from participating on equal terms and with equal treatment. Plus, she's lost the ability to trust the coaches who failed to properly handle and report the incident at issue. She seeks to register for and compete on the Puyallup team without

any athletic penalties.

3. **Assurance that** ███ **will not have to compete against any biological males, including biological males who identify as females, without penalty.** ███ should not have to compete against or wrestle males. While that's always required to comply with Title IX, the issue is all the more acute here since she's experienced a sexual assault on the mat against a male. Nor should ███ have to forfeit any matches, be denied advancement in tournaments, share rankings or records with males, or otherwise be penalized for not competing against males.

4. **Notification to** ███ **and to Stephanie Brown before any biological male participates on her wrestling team or an opposing team in her weight category, or any time that a biological male is authorized to or is known to share a restroom, locker room, or other intimate space with** ███. While this legal obligation applies regardless, again, it's even more important given ███'s sexual assault by a male on the wrestling mat. We can provide a cell phone number by which you can always notify Stephanie.

2. Additionally, due to anxiety from this situation, ███ has already had to miss school. She anticipates this may continue to be necessary in the very near future as the investigation progresses. She requests:
   1. **A process for receiving excused absences or early dismissal from class in the future for anxiety caused by the assault and her report of the assault.**
   2. **Removal from records of the detention (sent to** ███ **January 28, 2026) related to** ███**'s absences.**

Please let me know if you have any questions. We appreciate your prompt attention to this matter. Given the time sensitivity, we request a response providing these supportive measures as soon as possible but no later than COB Friday, April 3, 2026.

Sincerely,
Suzanne E. Beecher



Suzanne Beecher
Legal Counsel
+1 202 393 8690 (Office)
sbeecher@adflegal.org
ADFlegal.org

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is

intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message.
PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.