# EXHIBIT 5



# WIAA HANDBOOK

## 2025-2026 RULES & POLICIES

WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION



**WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION**

435 Main Avenue South
Renton, WA 98057
(425) 687-8585 // wiaa.com // mywiaa.wiaa.com // @wiaawa

## WIAA EXECUTIVE BOARD

| | | |
|---|---|---|
| District 6 | Paul Manfred | Athletic Director - Gonzaga Prep High School (President) |
| District 3 | Dwayne Johnson | Athletic Director - Cape Flattery School District (Vice President) |
| District 1 | Harlan Kredit | Teacher - Lynden Christian High School |
| District 2 | Jeff Lowell | Director of Athletics & Activities Director, Title IX Coordinator - Bellevue School District |
| District 4 | Scott Chamberlain | Athletic Director - Shelton High School |
| District 5 | Russ Waterman | Athletic Director - Eastmont High School |
| Region A-1 | Cathy Schick | Athletic Director - Seattle Academy |
| Region A-2 | Tara Davis | Director of Athletics - Seattle Public Schools |
| Region B-1 | Wendy Malich | Athletic Director - Peninsula School District |
| Region B-2 | Johnny Lee | Athletic Director - Silas High School |
| Region C-1 | Casey Gant | Principal - Desert Hills Middle School |
| Region C-2 | Steven Carson | Athletic Director - Inchelium High School |
| Region C-3 | David Blakney | Principal - Wapato High School |

## WIAA DISTRICT DIRECTORS

| | |
|---|---|
| District 1 | Don Beazizo |
| District 2 | TBD |
| District 3 | Joe Keller |
| District 4 | Tim Graham, Tim Trimble |
| District 5 | Dave Cullen |
| District 6 | Mike Edwards |

## WIAA STAFF

| | |
|---|---|
| Mick Hoffman | Executive Director |
| Cindy Adsit | Assistant Executive Director - Compliance |
| Andy Barnes | Assistant Executive Director - Operations |
| Jeneé James | Assistant Executive Director - Education and Special Programs |
| Justin Kesterson | Assistant Executive Director - Eligibility and Technology |
| Leah Francis | Chief Financial Officer |
| | |
| Sean Bessette | Director of Communications |
| Andy Knapp | Chief Strategy Officer |
| Bryn Langrock | Director of Marketing |
| | |
| Teagen Eldridge | Production Coordinator |
| Peter Ho | Membership & Billing Coordinator |
| Avé Trebilcock | Eligibility Coordinator |
| Natalie Wallace | Administrative Assistant |

**For a detailed listing of WIAA Staff assignments and responsibilities and contact information, visit the WIAA Staff Page.**

## WOA STAFF

| | |
|---|---|
| Todd Stordahl | Executive Director |
| Kerri Stordahl | Director of Operations |

**TABLE OF CONTENTS**

2025 REPRESENTATIVE ASSEMBLY SUMMARY OF PASSED AMENDMENTS

MISSION

1.0.0 NAME OF ORGANIZATION

2.0.0 PURPOSE OF THE WIAA

3.0.0 MEMBERSHIP

4.0.0 CLASSIFICATION OF SCHOOLS

5.0.0 WIAA DISTRICTS

6.0.0 REPRESENTATIVE ASSEMBLY

7.0.0 PROPOSED HANDBOOK RULES CHANGES (AMENDMENTS)

8.0.0 WIAA EXECUTIVE BOARD

9.0.0 COMMITTEES

10.0.0 INTERSTATE & INTERNATIONAL FINE ARTS CONTEST SANCTIONING PROCESS

11.0.0 STANDARDS FOR COMMUNICATION ARTS AND LEADERSHIP INTERSCHOLASTIC ELIGIBILITY

12.0.0 CHEERLEADING AS AN ACTIVITY

13.0.0 DANCE/DRILL AS AN ACTIVITY

14.0.0 FORENSICS (DEBATE)

15.0.0 MUSIC

16.0.0 THEATRE/DRAMA

17.0.0 GENERAL SPORT RULES

18.0.0 STUDENT STANDARDS FOR INTERSCHOLASTIC ELIGIBILITY

19.0.0 STUDENT APPEALS OF INELIGIBILITY

20.0.0 EJECTION FROM CONTEST

21.0.0 EJECTIONS AND/OR SUSPENSIONS

22.0.0 GAMES COMMITTEE

23.0.0 COACHES

24.0.0 OFFICIALS

25.0.0 QUALIFYING EVENTS AND STATE CHAMPIONSHIPS

26.0.0 RULE EXCEPTIONS - EXPERIMENTS

27.0.0 ILLEGAL RECRUITING

28.0.0 RULE VIOLATIONS AND PENALTIES

29.0.0 CONTEST PROTESTS PROCEDURES

30.0.0 LEAGUE, DISTRICT, DISTRICT DIRECTOR APPEALS BOARD OR EXECUTIVE BOARD DECISION APPEALS

31.0.0 SPECIFIC SPORT RULES AND REGULATIONS

32.0.0 BASEBALL

33.0.0 BOYS AND GIRLS BASKETBALL

34.0.0 GIRLS BOWLING

35.0.0 CHEERLEADING AS A SPORT

36.0.0 BOYS AND GIRLS CROSS COUNTRY

37.0.0 DANCE/DRILL AS A SPORT

38.0.0 FOOTBALL

39.0.0 GIRLS FLAG FOOTBALL

40.0.0 BOYS AND GIRLS GOLF

41.0.0 GIRLS GYMNASTICS

42.0.0 BOYS AND GIRLS SOCCER

43.0.0 GIRLS FASTPITCH AND SLOWPITCH SOFTBALL

44.0.0 BOYS AND GIRLS SWIMMING & DIVING

45.0.0 BOYS AND GIRLS TENNIS

46.0.0 BOYS AND GIRLS TRACK & FIELD

47.0.0 GIRLS VOLLEYBALL

48.0.0 BOYS AND GIRLS WRESTLING

APPENDIX 1:  WIAA POSITION STATEMENT OF NON-DISCRIMINATION

APPENDIX 2:  POSITION STATEMENT ON BOYS AND GIRLS PROGRAMS

APPENDIX 3:  GENDER IDENTITY

APPENDIX 4:  PHILOSOPHY & PROTOCOLS RELATED TO HANDBOOK RULE 27.0.0 - ILLEGAL RECRUITING

APPENDIX 5:  DETERMINING THE BEGINNING, 50% AND ENDING DATES OF THE WIAA SPORT SEASONS

APPENDIX 6:  STANDARDIZED PROCEDURE FOR NUMBERING WEEKS

APPENDIX 7:  SEASON BEGINNING AND ENDING DATES

APPENDIX 8:  CODE OF ETHICS

APPENDIX 9:  WIAA EXECUTIVE BOARD MEMBERS

APPENDICES 10 & 10.1:  WIAA/WOA CO-OP AGREEMENT & OFFICIALS FEES

APPENDIX 11:  QUESTIONS AND ANSWERS (Q&A)

THE LAW PERTAINING TO WIAA

2025-26 INDEX

DEFINITIONS

**2025-26 WIAA HANDBOOK**

All editorial changes approved by the WIAA Executive Board throughout the 2025-26 school year will be incorporated into this Handbook.

- **PASSED AMENDMENTS:  Passed amendments are highlighted in blue with changes indicated in bold.**
- **EDITORIAL CHANGES:  Editorial changes made during the 2025-26 school year will be highlighted in yellow with changes indicated in bold.**

**2025 REPRESENTATIVE ASSEMBLY SUMMARY OF PASSED AMENDMENTS**

8.11.0    Adds a representative from the Rural Educators Center as an honorary member of the WIAA Executive Board.

18.12.0    Adds an opportunity for students to transfer schools after initially establishing their athletic eligibility at the start of their ninth grade year.

20.1.3    Requires that a suspension following an ejection must be fulfilled at the same level as the contest in which the ejection occurred unless it is the final contest of that season.

Several    Requirements for the minimum number of pre-contest practices will be the same for middle level sports as for high school sports.

39.0.0    Sanctions Girls Flag Football as a high school sport.

41.3.1    Establishes a match ending procedure in Soccer:  If at any point after 60 minutes of play at the high school level and after 45 minutes at the middle level, the match will be terminated if one team is ahead by eight or more goals.

41.64.0    Allows middle level Soccer players to participate in three contests per week.

The deadline for submitting amendments for the 2026-27 WIAA Handbook is Friday, October 10, 2025. The Amendment Proposal Form is available HERE.

**WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION**

**BOARD POLICIES:**  Policies adopted by the WIAA Executive Board are shaded in gray. Board policies are treated as Rules and can only be updated and amended by the WIAA Executive Board.

The WIAA Executive Board has the authority to make editorial changes in the WIAA Handbook. Editorial changes may belong to, but are not limited to, one or more of the following categories:

1. Correction of typographical errors
2. Changes in wording that reflect current interpretations
3. Change in a RCW or WAC
4. The result of a court order
5. A health and/or safety issue

Editorial changes may be incorporated into the current year's WIAA Handbook as approved by the WIAA Executive Board.

## MISSION:

The Washington Interscholastic Activities Association (WIAA) and its Member Schools provide opportunities for all students to excel in athletics, performing arts, and other activities while promoting fair play, sportsmanship, and teamwork.

Currently: Strengthening all students for life through participation in excellent, fair, safe, and accessible activities.

## VISION:

The WIAA and its Member Schools embrace shared leadership and responsibility, dedicating themselves to the development of every student participant, coach, advisor, and administrator.

## CORE PRINCIPLES:

With integrity we will:

1. Ensure respect for all individuals and communities by valuing others, treating them with dignity, and promoting ethical behavior in all activities.
2. Provide a safe environment where participants pursue positive relationships and healthy activities.
3. Challenge all students to attain personal academic excellence through participation, competition, and teamwork.
4. Provide access to equitable, fair, and diverse activities.
5. Strengthen character, build confidence, and maximize potential through sportsmanship, leadership, and service.

**STRATEGIC PLAN PRIORITIES:**

- Diversity, Equity and Inclusion
- Financial Action Support
- Coaches Education
- Healthy Cultures

## CONSTITUTION

### 1.0.0    NAME OF ORGANIZATION

**1.1.0**    The name of this organization shall be the Washington Interscholastic Activities Association, hereinafter referred to as the WIAA, and this publication shall be its official Handbook.

**PREAMBLE:**

Recognizing the authority of school districts' boards of directors in the State of Washington to plan, supervise and administer interscholastic activities; we, therefore, establish this Constitution of the WIAA to provide for the welfare and protection of all students involved in interscholastic activities.

### 2.0.0    PURPOSE OF THE WIAA

**2.1.0**    The WIAA shall plan, supervise and administer the interscholastic activities approved and delegated by the Member School Districts' Boards of Directors.

**2.2.0**    **GOALS OF THE WIAA**:  To this end the WIAA shall:

2.2.1    Recognize that the primary responsibility of secondary schools is to educate youth;

2.2.2    Establish standards to ensure the safety, health and general welfare of all participants;

2.2.3    Protect students, schools and personnel from exploitation by special interest groups;

2.2.4    Emphasize interscholastic activities as an integral part of the total educational process;

2.2.5    Formulate and maintain policies that will cultivate the ideals of a healthy culture;

2.2.6    Design all activities to provide for fair and equal opportunities for all participants;

2.2.7    Promote uniformity of standards in interscholastic activities;

2.2.8    Provide a clear channel of communication for Member School Districts;

2.2.9    Recognize excellence in performance as a result of training and practice in the competitive process;

2.2.10    Encourage and promote diversity of its membership at all levels of the WIAA.

## 3.0.0    MEMBERSHIP

3.1.0    **CRITERIA FOR WIAA MEMBERSHIP:**  Washington public or Washington State Board of Education-approved private schools are eligible for WIAA membership.

    3.1.1    **MEMBERSHIP OF THE WIAA**:  The WIAA is a voluntary organization for Member Schools. Membership in the WIAA shall be open to any State of Washington school district. A district may enroll a high school or junior high and elementary school or a middle school having either a seventh grade, an eighth grade, or sixth, seventh and eighth grades if the school district elects to include sixth graders. A school district may be public, private, Charter, or tribal and a private school district shall be considered separate and distinct from a public school district.

    3.1.2    The public, private, or tribal school(s) become members when so authorized by their school district board of directors.

    3.1.3    All Member School Districts must annually complete the WIAA School District Membership Form and WIAA School Board Resolution Form prior to the second Friday in June.

    3.1.4    All Member Schools must complete the School Member Update process prior to the second Friday in July.

    **3.1.5    Non-member schools are defined as any group, entity or school that does not meet the criteria for membership within the WIAA or any other NFHS-recognized State Association.**

3.2.0    **WIAA YEAR**:  The WIAA's fiscal year shall be from August 1 to July 31.

3.3.0    **MEMBER SCHOOL COMPLIANCE WITH THE RULES**:  All Member School Districts must comply with all Rules and Regulations of the WIAA for interscholastic programs. Failure to adhere to the Rules and Regulations of the WIAA are grounds for imposing the penalties outlined in the rule regarding rule violations and penalties of the WIAA Handbook. These rules shall not be waived by agreement or otherwise by anyone other than the WIAA Executive Board.

    3.3.1    When a high school becomes a member of the WIAA and enrolls in a particular activity, all of its activities which come under WIAA jurisdiction must be included in that membership.

    3.3.2    When a middle school becomes a member of WIAA and enrolls in a particular activity, it may choose on a sport-by-sport basis which activities will be included.

    3.3.3    Each Member School has a responsibility to educate its student-athletes, coaches, and other appropriate persons on WIAA Rules, Regulations, and Policies that could affect them. Further, the Member School has a responsibility to monitor its compliance with such WIAA information.

    3.3.4    The school representative from each member high school is required annually to attend a WIAA Fall Workshop. In the situation that the school representative cannot attend, they must send an administrator from their school.

    3.3.5    The school representative from each member high school is required annually to complete the WIAA Eligibility Clinic by August 15.

    3.3.6    Member School Districts have the authority to make any rule more restrictive than those covered in this Handbook.

    3.3.7    **MEMBER SCHOOL COMPLIANCE WITH THE WIAA RULES:**  Each Member School shall comply with all applicable rules and regulations. A school that fails to do so shall be subject to the violation process.

    Unethical conduct by a prospective or enrolled student-athlete or a current or former staff member, which includes any individual who performs work for the athletic/activities department even if they do not receive compensation for such work, may include, but is not limited to, the following:

        3.3.7.1    Refusal to furnish information relevant to an investigation of a possible violation of a WIAA rule or regulation when requested to do so by the WIAA or the individual's school;

        3.3.7.2    Knowing involvement in arranging for fraudulent academic credit or false transcripts for a prospective or an enrolled student-athlete;

3.3.7.3     Knowing involvement in offering or providing a prospective or an enrolled student-athlete an improper inducement or extra benefit or improper financial aid;

3.3.7.4     Knowingly furnishing or knowingly influencing others to furnish the WIAA or the individual's school false or misleading information concerning an individual's involvement in or knowledge of matters relevant to a possible violation of a WIAA regulation;

3.3.7.5     Failure to provide complete and accurate information to the WIAA, the WIAA Eligibility Committee or a school's admissions office regarding an individual's academic record (e.g., schools attended, completion of coursework, grades and test scores);

3.3.7.6     Fraudulence or misconduct in connection with placement examinations;

3.3.7.7     Failure to provide complete and accurate information to the WIAA, the WIAA Eligibility Committee or the school's athletics department regarding an individual's amateur status.

**3.4.0    CROWD CONTROL:** Students, school staff, and school boards of Member School Districts in all interscholastic relationships are obligated to practice and promote the highest principles of sportsmanship and ethics**.** Member Schools are obligated to maintain proper crowd control at all interscholastic activities. Member Schools are also obligated to post League-approved sportsmanship signage in school athletic facilities.

**3.5.0    THE SCHOOL VOTE**: The designated school representative of each Member School shall have one vote when voting by questionnaires, polls, WIAA District meetings or any other appropriate time. The designated school representative shall be the Member School's Athletic Director, unless some other designee is authorized by the School Board as listed in FinalForms.

**3.6.0    ESTABLISHMENT OF SERVICE FEES**: Fees of the WIAA shall be established by the WIAA Executive Board and approved by a majority vote of the Representative Assembly at the annual spring meeting.

Service fees will be based on a tiered, flat-fee schedule.

3.6.1    **HIGH SCHOOL FEES:** When a high school offers sports and activity programs, the high school tier in which a school is placed is based upon its P223 enrollment figures (grades 9-11, prior to any deductions based upon the enrollment adjustment factor) utilized to determine its classification. A high school will remain within its designated tier during the four-year classification cycle.

| High School Tier | Enrollment | Fee Per School |
|---|---|---|
| HS-1 | 1-25 | $350.00 |
| HS-2 | 26-50 | $600.00 |
| HS-3 | 51-100 | $800.00 |
| HS-4 | 101-200 | $1,100.00 |
| HS-5 | 201-300 | $1,500.00 |
| HS-6 | 301-450 | $1,900.00 |
| HS-7 | 451-600 | $2,200.00 |
| HS-8 | 601-800 | $2,400.00 |
| HS-9 | 801-1000 | $2,700.00 |
| HS-10 | 1001-1300 | $3,000.00 |
| HS-11 | 1301-1600 | $3,400.00 |
| HS-12 | 1601+ | $3,800.00 |

3.6.2    **HIGH SCHOOL FEES:** When a high school does not offer any sports programs, the high school tier in which a school is placed is based upon its P223 enrollment figures (grades 9-11, prior to any deductions based upon the enrollment adjustment factor) utilized to determine its classification.

A high school will remain within its designated tier during the four-year classification cycle unless sports programs are added.

| High School Tier | Enrollment | Fee Per School |
|---|---|---|
| HS-1A | 1-25 | $175.00 |
| HS-2A | 26-50 | $300.00 |

| HS-3A | 51-100 | $400.00 |
|---|---|---|
| HS-4A | 101-200 | $550.00 |
| HS-5A | 201-300 | $750.00 |
| HS-6A | 301-450 | $950.00 |
| HS-7A | 451-600 | $1,100.00 |
| HS-8A | 601-800 | $1,200.00 |
| HS-9A | 801-1000 | $1,350.00 |
| HS-10A | 1001-1300 | $1,500.00 |
| HS-11A | 1301-1600 | $1,700.00 |
| HS-12A | 1601+ | $1,900.00 |

3.6.3    **MIDDLE LEVEL SCHOOL FEES:**  The middle level school tier in which a school is placed is based upon its grade 7 and 8 combined enrollment count as reported to OSPI in the first year of the four-year high school classification cycle and will remain that way during the four-year high school classification cycle.

| Middle Level Tier | Enrollment | Fee Per School |
|---|---|---|
| ML-1 | 1-100 | $100.00 |
| ML-2 | 101-250 | $150.00 |
| ML-3 | 251-400 | $200.00 |
| ML-4 | 401+ | $250.00 |

3.6.4    Schools that combine in all WIAA-sanctioned sports and/or all activities that the school offers shall be considered a full combine and shall be charged one fee and shall receive only one set of rules, passes and trophy. Schools that combine in one or more, but not all, WIAA-sanctioned sports and/or activities that the school offers shall be considered a partial combine and shall pay separate membership fees, receive separate sets of rules, supervisory passes and trophies.

3.6.5    Member School service fees and Labor and Industries (L&I) fees for Washington Officials Association (WOA) officials for regular and postseason contests are due by November 1. Schools that fail to submit service and L&I fees by December 1 will be excluded from participation in regular season contests and culminating events until fees are remitted and assessed a $100.00 late fee.

**NOTE:**  The following fees are billed separately and are not included in the service fees listed above.

- Officials Labor and Industries (L&I)
- Middle schools with an enrollment of 1-24 will receive a discount of $100 on the Board-established Officials L&I Fee
- Wrestling Weight Management
- WIAA Fall Workshop (high school only)

3.7.0    **DIVISION OF THE ASSETS OF THE WIAA**:  In the event the WIAA should be dissolved or cease to exist, all assets, including any building and land owned by the WIAA, would be equally divided among the WIAA Member Schools of that year.

## 4.0.0    CLASSIFICATION OF SCHOOLS

4.1.0    **DATES FOR CLASSIFICATION OF HIGH SCHOOLS**:  All high schools are to be classified according to enrollment in grades 9-11 (schools new to the WIAA will take the average of their estimated enrollment for their first two years).

4.1.1    The P-223 enrollment figures as sent to the Office of Superintendent of Public Instruction (OSPI) will be used for classification purposes.

4.1.2    The classification year is the calendar year prior to the first year of the four-year classification cycle.

4.1.3    A school's classification is determined by the average monthly enrollment from January 1 through May 1, October 1, and twice the November 1 count of odd-numbered years, and will be the basis for classification for the next four years.

4.1.4    The responsibility for investigating enrollment figures lies with the WIAA Executive Board and this may be invoked by any Member School with the support of four other Member Schools.

**4.2.0**    **HIGH SCHOOL CLASSIFICATIONS**:  High schools shall be classified as "4A", "3A", "2A", "1A", "2B" and "1B".   Every four years the enrollment range will be determined by the WIAA Executive Board based upon recommendations from the WIAA Classification Committee. These ranges will be calculated based on balancing the prior four-year enrollment parameters. The 2024-28 enrollment parameters for each classification shall be:

- 4A: 1201+
- 3A: 900-1200
- 2A: 450-899
- 1A: 225-449
- 2B: 105-224
- 1B: 1-104

**4.2.1**    In four-year high schools (grades 9-10-11-12), any students who are repeating the 11th grade shall be deducted from the school's enrollment figures for that year.

**4.2.2**    Students must be counted in their school of residence unless they are enrolled in a separately established Member School. Member Schools in this situation must attempt to gain League affiliation and demonstrate a two-year history of participation in the number of WIAA-sanctioned activities comparable to other WIAA Member Schools of the same enrollment.

**4.2.3**    A school's adjusted enrollment, based upon the WIAA Executive Board-approved socioeconomic factor, will be used to determine that school's classification.

**4.2.4**    A 2B, 1A, 2A, 3A or 4A school's adjusted enrollment factor as reported to the Office of Superintendent of Public Instruction (OSPI) on the annual reporting date of the classification year will be used to determine that school's adjusted enrollment. 2B, 1A, 2A, 3A or 4A schools with an adjusted enrollment factor that is greater than the statewide average will have their average monthly enrollment reduced.

**4.2.5**    Schools with an adjusted enrollment factor that is greater than the statewide average will be adjusted as follows:

**4.2.5.1**    The reduction will match the percentage greater than the statewide average up to 40 percent maximum.

**4.2.5.2**    A school could be moved down only one classification due to its adjusted enrollment.

**4.2.6**    **Private schools submit their enrollment numbers directly to the WIAA Office.**

**4.3.0**    **CLASSIFICATION FOR ALL-BOY SCHOOL OR ALL-GIRL SCHOOL**:  In an all-boy or all-girl school, the school's adjusted enrollment is doubled to determine the classification for athletics.

**4.4.0**    **OPTING FOR A HIGHER CLASSIFICATION**: A school may opt up to a higher classification. If a school chooses to opt up, it must be for all sports and activities under WIAA jurisdiction except Football or Boys Soccer. Schools must notify the WIAA office of their intent to opt up on or before the **third** Friday in **December of the year prior to** the first year of the four-year classification cycle.

**4.4.1**    The same timeline applies for 1B and 2B schools to petition-up for Football only.

**4.4.2**    The same timeline applies for 1B and 2B schools to petition-up in Boys Soccer only.

**4.5.0**    **APPEAL OF DETERMINED CLASSIFICATION**: A school may appeal its determined classification to the District Directors Appeals Board.

**4.5.1**    The appeal must be filed no later than the second Friday in January of the first year of the four-year classification cycle.

**4.5.2**    The same timeline applies for schools to petition down for football only.

**4.5.2.1**    **ELIGIBILITY:**  For a 2B Member School to be eligible to petition down to 1B 8-person Football and be playoff eligible, the school must meet the following criteria:

A.    **ENROLLMENT:**  The school must have an enrollment below 110 percent of the largest 1B school.

B.    **WINNING PERCENTAGE:**  The school's in-classification winning percentage in Football for the previous four years shall be 20 percent or lower.

**4.5.2.2**    **DEADLINE:**  A school must notify the WIAA Office of its intent to petition down on or before the second Friday in January of the reclassification year.

**4.5.2.3**    **ANNUAL EVALUATION:** Any 2B school placed in the 1B classification shall be evaluated at the conclusion of each season to determine if the school should be returned to its original classification.

A.    Any 2B school currently playing in the 1B classification and requesting to remain in the 1B classification must have had a two-year in-class winning percentage of less than 67 percent and have not won a WIAA playoff game in order to remain in the 1B classification.

       B.       Any 2B school that had been approved to play at the 1B level that has an in-class winning percentage of 67 percent or higher and/or advanced beyond the first round of the WIAA State Football Championships will be returned to the 2B classification the following school year. If a school elected to remain in the 1B 8-person Football classification during the following school year, it would not be eligible for the postseason.

4.5.3    During the second year of the four-year classification cycle, a school may appeal its determined classification for the next two years of the four-year classification cycle. An appeal would be based on circumstances involving significant change in enrollment during the first two years, history of declining enrollment, opening of a new school within the school district, or unforeseen circumstances beyond the control of the school. To appeal, a school must submit appeal paperwork to its current and, if applicable, new League, as well as its WIAA District Board. Appeals must follow Rule 4.4.0.

The appeal must be filed no later than December 1 during the second year of the four-year classification cycle.

**4.6.0**    **COMBINED PROGRAMS - DEFINITION:**  Students from more than one WIAA Member School competing as one team.

4.6.1    Schools that combine in all WIAA-sanctioned sports and/or all activities that the school offers shall be considered a full combine and as one school.

4.6.2    Schools that combine in one or more, but not all, WIAA-sanctioned sports and/or activities that the school offers shall be considered a partial combine and as one school.

4.6.3    The process of approval for high school combined programs requires the following steps:

    4.6.3.1    Verification of each school's adjusted enrollment by the WIAA office, and

    4.6.3.2    Approval of each school board of school involved, and

    4.6.3.3    Approval of the League(s) involved, and

    4.6.3.4    Approval of the WIAA District(s) involved, and

    4.6.3.5    Appropriate action of the WIAA Executive Director.

        A.    Any combination for team or individual sports or activities between a 1B, 2B, 1A and/or 2A school will be permitted provided all steps above have been completed.

        B.    A combination between any 1B, 2B, 1A, or 2A school with either a 3A or 4A school must be approved at least through the levels described above in steps 2, 3, and 4, and then by the WIAA Executive Director.

        C.    A combination between any classifications of schools will be permitted for sub-varsity squads.

        D.    Combined programs will not be allowed for varsity team sports or activities for 3A and 4A schools (whether 3A with 3A, 3A with 4A, or 4A with 4A).

        E.    Combined programs will not be allowed for individual sports for post-season play for 3A or 4A schools (whether 3A with 3A, 3A with 4A, or 4A with 4A).

        F.    No competition will be allowed until the WIAA Executive Director has taken the appropriate action.

        G.    Requests to approve combined programs must be submitted to the Executive Director by the end of the first week of each sports season.

        H.    The WIAA Office must be notified annually on the status of each program via the WIAA Membership Form.

4.6.4    The combined teams' classification is determined by combining the adjusted enrollments of the schools.

    4.6.4.1    The total 9-11 grade adjusted enrollment of the schools involved will determine the classification for that sport.

    4.6.4.2    The name used for the team must indicate the schools involved, unless all schools involved mutually agree otherwise.

4.6.5    Either school district may terminate the program(s) providing written notification is given.

4.6.6    The WIAA Office must be notified at the start of each classification cycle regarding the status of each program.

4.6.7    The process of approval of middle school programs requires the following steps:

    4.6.7.1    Verification of each school's enrollment by the WIAA Office, and

    4.6.7.2    Approval of each school board of school(s) involved, and

    4.6.7.3    Approval of the League(s) involved

**4.7.0**    **COOPERATIVE PROGRAMS** - **DEFINITION:**  Students from more than one WIAA Member School sharing resources, but competing as representatives of their home school in individual sports/activities.

4.7.1 The WIAA Executive Director is authorized to coordinate all requests for cooperative programs, contingent upon written confirmation of approval from both school districts, League(s), and WIAA District(s).

4.7.2 Requests to approve cooperative programs must be submitted to the Executive Director by the end of the first week of each sports season.

4.7.3 Following the determination of classifications, approval for the cooperative program will be for the next two year allocation period.

4.7.4 Either school district may terminate the program(s) providing notification is given prior to January 1 of the year preceding the termination of the program(s).

4.7.5 The WIAA Office must be notified annually on the status of each program via the WIAA Membership Form.

4.7.6 Individuals score separately for their representative school.

4.7.7 The process of approval of middle school cooperative programs requires the following steps:

4.7.7.1 Approval of each school board of school(s) involved, and

4.7.7.2 Approval of the League(s) involved

**4.8.0** **EXEMPTION FROM CLASSIFICATION**:  Schools will compete in postseason events within their classification which aligns with any granted appeal in all athletic activities.

**4.9.0** **COMPETITION OUTSIDE OF CLASSIFICATION**:  Any school that chooses to play in school athletic competition outside of its own classification throughout the season may do so; however, unless granted an exception, they may not participate in post-season play outside their classification.

**4.10.0** The WIAA Executive Board may modify classification policies and procedures as deemed necessary.

---

## 5.0.0    WIAA DISTRICTS

---

*PHILOSOPHY OF THE WIAA DISTRICT:  In an effort to serve the Membership more efficiently and due to the sheer size and scope of the Washington Interscholastic Activities Association, it is necessary to share the responsibilities and authority in the administration of rules, regulations, policies and procedures of the Association and encourage local authority and involvement as much as possible.*

**5.1.0** **THE WIAA DISTRICT**:  The Washington Interscholastic Activities Association shall consist of six WIAA Districts, four on the westside and two on the eastside. Each WIAA District represents a geographical area of the State, and each functions as an operational subdivision of the Association. WIAA Districts shall be periodically studied by the WIAA Executive Board, and established by the Representative Assembly.

5.1.1 Results of the study and proposals covering redistricting shall be reported to the WIAA Representative Assembly.

5.1.2 The WIAA Executive Board shall, at least once in every ten years, direct a study of WIAA Districts to determine any need for redistricting, including without limitation, any changes in the number of such WIAA Districts, their geographic locations and boundaries, and membership in such WIAA Districts. The WIAA Executive Board may initiate such study at any time it determines, from information available or in response to requests from Member Schools, that such a study is necessary.

**5.2.0** **MEMBERSHIP OF THE WIAA DISTRICT AND LEAGUES**:  All Member School Districts shall be designated as school districts. All school districts shall be members of and subject to the rules and regulations of the WIAA District in which they are located.

5.2.1 Each Member School must be a member of a League. The Member Schools of WIAA have the authority to form Leagues for activity competition so long as such League is in compliance with WIAA Handbook regulations.

5.2.2 Disputes concerning League alignment between individual schools and League(s) shall follow all WIAA due process procedures.

5.2.3 **CHANGING LEAGUE ALIGNMENT:**  Schools that change League alignment shall not alter allocations during the second year of an allocation cycle.

5.2.4 The WIAA District shall have oversight over each League within its WIAA District.

5.2.5 **In order for a league to be granted a representative on a seeding committee the criteria below must be met. The league must:**

- **Have a minimum of three schools (but no maximum)**
- **Have its own unique name**
- **Have its own constitution**
- **Have its own Standard Operating Procedures (SOPs)**
- **Have an elected league president**
- **Not count contests played against another league to determine qualifying for the postseason**
- **Determine the format, dates and sites for postseason qualifying events**

**5.2.6** **The number of league representatives on a seeding committee will be based on the number of schools in that league.**

| # of Schools in the League | # of Seeding Committee Representatives |
|---|---|
| 1-2 | 0 |
| 3-16 | 1 |
| 17 or More | 2 |

**5.3.0** **WIAA DISTRICT RESPONSIBILITIES**: The WIAA District has responsibilities delegated by the WIAA Executive Board and may have a constitution and rules and regulations for the operation of the WIAA District.

**5.4.0** **CONFLICT OF RULES**: WIAA District rules shall not supersede nor conflict with any provision of the Constitution or the Rules and Regulations of this Association. When there is a conflict, the Washington Interscholastic Activities Association Constitution and the Rules and Regulations shall prevail.

**5.5.0** **CHANGING WIAA DISTRICTS**: Creation of new WIAA District(s) may be pursuant to and in the same manner provided for in the Constitution and shall take effect during the first year of the next four-year classification cycle.

5.5.1 A Member School desiring to change from one WIAA District to another shall submit a written request and provide rationale to the WIAA Executive Board for approval.

5.5.2 A request to change WIAA Districts, if granted by the WIAA Executive Board, shall take effect in the next classification period.

## 6.0.0    REPRESENTATIVE ASSEMBLY

*PHILOSOPHY OF THE REPRESENTATIVE ASSEMBLY: To remain a viable and responsive organization it is necessary to have a clearly defined system that identifies the process by which existing rules and regulations can be changed to continue to support the goals of this Association and assure that every Member School has a voice. A primary function of the Representative Assembly is to adopt rules and regulations that are proposed by the Membership*

**6.1.0** **LEGISLATIVE PROCESS OF REPRESENTATIVE ASSEMBLY**: The legislative authority of the WIAA shall be vested in separate high school and middle level Representative Assemblies composed of duly elected representatives.

**6.2.0** **HIGH SCHOOL LEGISLATIVE BODY**: The High School Representative Assembly is a legislative body having the authority and jurisdiction to consider any and all questions that may arise in the interest of activity relations among member high schools in the State of Washington or out-of-state schools approved by the WIAA Executive Board. The High School Representative Assembly shall have 35 elected members.

**6.3.0** **MIDDLE LEVEL LEGISLATIVE BODY**: The Middle Level Representative Assembly is a legislative body having the authority and jurisdiction to consider any and all questions that may arise in the interest of activity relations among the member middle level schools in the State of Washington or out-of-state schools approved by the WIAA Executive Board. The Middle Level Representative Assembly shall have 18 elected members.

**6.4.0** **REPRESENTATIVE ASSEMBLY AND THE WIAA EXECUTIVE BOARD**: The Representative Assemblies are empowered to pass legislation and to direct the WIAA Executive Board to carry out its policies.

**6.5.0** **REPRESENTATIVES FROM WIAA DISTRICTS**: Each WIAA District shall determine the means to elect the Representatives from that WIAA District. The representatives shall be elected pursuant to procedures adopted by their respective WIAA Districts. Such elections shall be held and the Association office notified of the duly elected representatives.

**6.6.0** **QUALIFICATIONS FOR A REPRESENTATIVE**: Each of these representatives must be either a school board member, school superintendent, assistant superintendent of schools, administrative assistant, principal, vice principal, athletic/activities director, coach or teacher within a Member School of a Member School District at the appropriate level.

**6.7.0** **APPLICATION OF THE ALLOCATION FORMULA**: A modified Allocation Formula will be used to determine the number of representatives from each WIAA District.

6.7.1 **HIGH SCHOOL REPRESENTATIVES**: The Allocation Formula (without modifications) will be used to determine the number of Representative Assembly members from each WIAA District.

6.7.2 **MIDDLE LEVEL REPRESENTATIVES**: Each WIAA District will be guaranteed one representative for a total of six. The allocation formula will then be utilized to determine the allotment of the remaining twelve representatives to the WIAA Districts, for a total of 18 representatives.

**6.8.0** **REGULAR MEETING**: There shall be one Representative Assembly meeting for each Assembly during the school year. The place and time of the meeting shall be determined by the WIAA Executive Board before the close of the preceding year.

6.8.1 The WIAA Executive Director shall prepare the agenda for each of the Assemblies and assign proposed amendments to the appropriate Assembly.

6.8.2    The WIAA Executive Board will determine the timeline for voting on an issue and the amendments.

6.8.3    Both Assemblies must approve an issue or amendment that affects all Member Schools by a sixty percent affirmative vote of the appropriate Assembly (11 of the 18 Middle Level Assembly, 21 of the 35 High School Assembly or 32 of the 53 combined Assemblies).

**6.9.0    SPECIAL MEETINGS:**  Special meetings of either or both Representative Assemblies may be called by the WIAA Executive Board.

**6.10.0    RULES FOR MEETINGS:**  Unless otherwise specified in the WIAA Constitution all meetings of the Representative Assembly shall be conducted in accordance with Robert's Rules of Order.

**6.11.0    QUORUM**:  Two-thirds of the membership of the Representative Assembly constitute a quorum. A quorum is necessary to conduct the business of the Representative Assembly.

**6.12.0    PRIVILEGES AT REPRESENTATIVE ASSEMBLY MEETINGS**:  A representative of any Member School of the WIAA may have the privilege of the floor at the Representative Assembly, but only duly elected members may vote.

**6.13.0    VACANCY OF OFFICE**:  A member of the Representative Assembly shall vacate that position when elected to the WIAA Executive Board.

**6.14.0    PRESIDING OFFICER**:  The President or designee of the WIAA  shall preside at the meetings of the Representative Assembly.

**6.15.0    EXPENSES FOR ASSEMBLY MEMBERS**:  Expenses for delegates to the Representative Assembly shall be paid as determined by the WIAA Executive Board.

## 7.0.0    PROPOSED HANDBOOK RULES CHANGES (AMENDMENTS)

**7.1.0    DEFINITION OF AN AMENDMENT**:  An amendment is defined as a proposed change to the WIAA Constitution, rules and/or regulations.

**7.2.0    PROCESS FOR THE SUBMISSION OF PROPOSED AMENDMENTS**:  Amendments must be submitted on the appropriate form and may be proposed by one of the following:

7.2.1    A Member School:

7.2.1.1    The sponsoring school must have at least four other schools sign and support the proposed amendment on the appropriate form. The form must be signed by the originating school's superintendent.

7.2.1.2    The proposed amendment must then be presented to the League. When the sponsoring schools are from different Leagues, each League is to receive the proposed amendment and each League may attach a statement to the form expressing concern or support.

7.2.1.3    The proposed amendment must then be presented to the WIAA District Board. When the sponsoring schools are from different WIAA Districts, each WIAA District Board is to receive the proposed amendment; and each Board may attach a statement to the form expressing concern or support.

7.2.1.4    The proposed amendment will then be submitted by the WIAA District Director to the WIAA Executive Director with the amendment form signed by the appropriate League and WIAA District(s). All accompanying statements are to be included.

7.2.2    The WIAA Executive Board

7.2.3    The Washington State School Directors Association

**7.3.0    DUE DATE FOR AMENDMENTS**:  The completed form must be submitted to the WIAA Office by the second Friday in October.

**7.4.0    DISTRIBUTION OF PROPOSED AMENDMENTS**:  The WIAA Executive Director is responsible for distributing copies of all proposed amendments, including the reasons for and against the amendments, in mid-**December** and again following the Winter Coalition as well as the advisory votes of the Interscholastic Activities Committee (IAC), the Superintendent's Advisory Council (SAC), the Diversity, Equity and Inclusion Committee (DEI) and Leadership through Education, Activities and Personal Development (LEAP) Committee.

**7.5.0    REPRESENTATIVE ASSEMBLY ACTION**:  Amendments are approved by the Representative Assembly by a 60 percent affirmative vote of the appropriate Assembly (11 of the 18 middle level members, 21 of the 35 high school members or 32 of the 53 combined). Assembly members may vote 'yes' or 'no' ('no position' is not an option for voting).

7.5.1    **CHANGING WORDING OF AN AMENDMENT**:  The wording of a proposed amendment may be changed by a sixty percent vote of the members of the Representative Assembly members attending the meeting, provided the intent of the proposed amendment is not altered.

**7.6.0    EFFECTIVE DAY OF AMENDMENTS**:  An amendment shall become effective on August 1 of the following school year, or on another date specified in the amendment.

## 8.0.0   WIAA EXECUTIVE BOARD

***PHILOSOPHY OF THE WIAA EXECUTIVE BOARD:*** *Every organization needs to identify the process for the democratic selection of Executive leaders who are dedicated to serving the general Membership within the framework of the established goals and defined responsibilities of their office. Seven members of the WIAA Executive Board are elected from the WIAA Membership and the six at-large region members are selected by the WIAA Executive Board, giving them a mandate to administer the policies of the WIAA and make decisions that are in the best interest of the entire state.*

**8.1.0   MEMBERSHIP**: The executive authority of this WIAA shall be vested in an Executive Board consisting of thirteen members.

**8.2.0   QUALIFICATIONS:** Each of these members shall be either a district or building-level administrator, athletic director, activities director, coach or teacher within a Member School district or a school director who sits on the WSSDA IAC Committee. The individual(s) must represent and be a member of their WIAA District.

**8.3.0   TERM OF OFFICE:** Each member shall be elected for a term of three years beginning August 1 during the first year of the term and concluding July 31 during the third year of the term. Board members may be re-elected. Each WIAA District shall determine the means to elect the WIAA Executive Board member from that WIAA District.

Members will be elected by the following schedule: WIAA Districts 1 and 3 in 2026; WIAA Districts 4 and 6 in 2027; WIAA Districts 2 and 5 in 2028; and succeeding years in a similar manner.

8.3.1   Seven region members shall be selected in order to provide representation to diverse stakeholders with an emphasis on historically marginalized groups/populations on the WIAA Executive Board. Regions A and B will have two representatives; Region C will have three representatives with the third representative elected under Rule 8.4.0. Region members will be elected by the following schedule: A-1, B-2 and C-3 in 2025; A-2, B-1 and C-1 in 2026; C-2 in 2027.

**8.4.0   PROCEDURE FOR ELECTION:** The WIAA Executive Board members representing their respective WIAA Districts are elected by the Representative Assembly. The six WIAA Executive Board members representing their respective regions are selected by the WIAA Executive Board. The WIAA Executive Board member representing WIAA Districts 5 and 6 will be selected by the schools in those WIAA Districts.

8.4.1   The deadline for submission of WIAA District Executive Board members to the WIAA office is April 1.

8.4.2   In the case of more than one nomination from a WIAA District, the Executive Director of the WIAA shall mail ballots to all the schools of that WIAA District by April 1.

8.4.3   A simple majority of the total number of votes submitted by that WIAA District will determine the candidate to be submitted to the Representative Assembly by April 15.

8.4.4   Standing region members must announce by March 15 if they intend to seek reappointment.

8.4.5   The deadline for submission of region nomination forms is April 30.

8.4.6   Region members will be selected by the full WIAA Executive Board by the June WIAA Executive Board meeting

**8.5.0   PROCEDURE FOR VACANCIES:** Should a vacancy occur on the WIAA Executive Board, the vacancy shall be filled by the WIAA District in which the vacancy occurs and such elected representative shall immediately take office. Should a vacancy occur for a region position, the WIAA Executive Board shall request nominations from that region and make the appropriate appointment.

**8.6.0   PRESIDING OFFICER**: The President of the WIAA shall preside at the meetings of the WIAA Executive Board.

**8.7.0   MEETINGS:** The WIAA Executive Board shall meet upon the call of the President or on a petition of five members of the WIAA Executive Board.

**8.8.0   RULES FOR MEETINGS**: All meetings of the WIAA Executive Board shall be conducted in accordance with Robert's Rules of Order.

**8.9.0   QUORUM**: Two-thirds of the WIAA Executive Board is a quorum. A quorum must be present to conduct WIAA Executive Board business.

**8.10.0   FLOOR PRIVILEGES**: Any member of the WIAA may have the privilege of the floor at WIAA Executive Board meetings, but only duly elected members may vote.

8.10.1   Should an elected member of the WIAA Executive Board be unable to attend a regular or special meeting of the WIAA Executive Board, the WIAA District shall be represented by an elected alternate who shall have the same floor and voting privileges as the regular member.

8.10.2   The process and procedures for electing the alternate to the WIAA Executive Board shall be adopted by each WIAA District Board and shall include Rule 8.3.0 qualifications, Rule 8.13.0 responsibilities, service on Board Hearing Committees, and notification to the WIAA Office prior to the meeting. The pro tem membership is in effect for any meeting and the person will complete and perform such duties as shall be assigned by Board action during such meeting.

**8.11.0**  **HONORARY MEMBERS OF WIAA EXECUTIVE BOARD**:  The duties and privileges of the Honorary members shall be to attend WIAA Executive Board meetings and to participate in the discussions and business of the WIAA without voting privileges. Honorary members shall include representatives of the Washington State School Directors Association (WSSDA), Washington Secondary School Athletic Administrators Association (WSSAAA), Washington Association of Secondary School Principals (WASSP), Association of Washington Middle Level Principals (AWMLP), **Rural Educators Center,** Washington Association of School Administrators (WASA), Washington State Coaches Association (WSCA), Washington Officials Association (WOA), Washington Federation of Independent Schools (WFIS), Washington Tribal Schools, and a representative of the Fine Arts and Leadership programs under WIAA jurisdiction. The Fine Arts position will rotate every three years among the Washington Music Educators Association (WMEA), the Washington State Forensic Association (WSFA), and the Washington Thespians Association (WTA).

**8.12.0**  **RESPONSIBILITIES OF WIAA EXECUTIVE BOARD**:  The WIAA Executive Board shall have the following responsibilities:

8.12.1  Direct general management of funds and business of the WIAA;

8.12.2  Hear and decide all protests and questions not specifically defined by the WIAA's Handbook;

8.12.3  Act as an appeal body for schools, Leagues, and WIAA Districts;

8.12.4  Mediate cases where WIAA District Board(s) are unable to resolve disputes between Leagues or two or more WIAA Districts;

8.12.5  Establish a yearly calendar of events including the beginning and ending dates for each sport or activity season;

8.12.6  Determine allocations, management, sites, dates, formats, schedules and rules and regulations for Regional and State events;

8.12.7  Waive and modify rules and regulations as may be deemed necessary;

8.12.8  Adopt annually a Policy Handbook which provides guidelines and procedures for the operation of the WIAA Office;

8.12.9  Appoint a Fact Finder to investigate alleged WIAA rule(s) violations.

8.12.10  Take disciplinary action against a Member School, League or WIAA District that violates a rule or regulation;

8.12.11  Perform other functions as assigned by the Representative Assembly;

8.12.12  Select the Executive Director and approve the selection of other administrative staff members.

8.12.13  Waive and modify the Constitution when emergent, time-sensitive matters are deemed necessary. In order to invoke this rule, the following steps must be taken:

8.12.13.1  The WIAA Executive Board must notify all Representative Assembly members of the emergent situation no less than two school days prior to initiating action. The WIAA Executive Board must also request that Representative Assembly members respond to either grant approval for action or deny the request by the WIAA Executive Board.

A.  For approval to be granted, a majority of Representative Assembly members responding within the notification period must approve the use of the emergency power in writing, either via email or other approved communication format.

B.  The notification period is defined as the date of notification of Representative Assembly members to one day prior to the proposed date of action by the WIAA Executive Board.

8.12.13.2  If action is approved, any proposed change by the WIAA Executive Board cannot be approved until it has gone through three readings during at least two open WIAA Executive Board meetings.

A.  The meetings where the changes are read must include an opportunity for public comment on the proposed changes.

8.12.13.3  Any changes implemented using this power must be submitted to the Representative Assembly at either its next annual meeting or a special meeting for review. The Representative Assembly must take action to either:

A.  Approve and adopt the emergency action of the board as part of the WIAA Constitution.

B.  Reject the action and revoke its implementation.

C.  Amend the action.

8.12.14  The WIAA Executive Board can approve a two-year trial of a new activity/sport based upon documentation of the following criteria:

8.12.14.1  20 percent of the WIAA Member Schools commit to adding the activity/sport during the first year of the trial. All current WIAA rules would be mandated for participants.

8.12.14.2  Reasons for requesting the WIAA to sanction the activity/sport.

8.12.14.3    Estimated costs per year to WIAA Member Schools, Leagues, WIAA Districts and the Association.

8.12.14.4    Benefits to WIAA Member Schools and students due to adding the activity/sport.

8.12.14.5    Estimated increase in student participation due to adding the activity/sport.

8.12.14.6    Additional information as deemed appropriate.

8.12.14.7    If 40 percent of the WIAA Member Schools offer the activity/sport during the second year of the trial, the activity would be sanctioned by the WIAA.

**8.13.0    WIAA OFFICERS AND PROTESTS:**  If any one of the WIAA Executive Board members is directly involved in a protest, the Board member shall be immediately disqualified. The President may appoint a person to take the place of such a member while deciding that case.

8.13.1    The Board President is a voting member of the WIAA Executive Board.

8.13.2    **BOARD CONFLICT OF INTEREST:**  WIAA Executive Board members must recuse themselves from voting on an issue that would constitute a conflict of interest or the appearance of such.

Such issues would include, but not be limited to, any issue that could provide any possible personal or professional gain due to the outcome of a decision.

Conflict of interest would also include any WIAA Executive Board member who has voted on an appeals issue that has been acted upon at a League or a WIAA District-level or any WIAA Executive Board member whose school is directly involved in an appeal.

**8.14.0    DUTIES OF EXECUTIVE DIRECTOR**:  The Executive Director's duties shall include the following:

8.14.1    Prepare an annual budget for WIAA Executive Board action;

8.14.2    Disburse funds of the WIAA upon the order of the WIAA Executive Board;

8.14.3    Prepare an annual financial report which shall be audited by a competent accountant;

8.14.4    Supervise WIAA business and personnel, which includes hiring staff and managing the WIAA Office;

8.14.5    Interpret the rules and regulations of the WIAA as approved by the WIAA Executive Board;

8.14.6    Manage the WIAA Office;

8.14.7    Make final decisions in eligibility cases appealed to the WIAA Office;

8.14.8    Carry out any other duties as assigned by the WIAA Executive Board.

# 9.0.0    COMMITTEES

*PHILOSOPHY OF COMMITTEES: The strength of any organization is reflected by its willingness to seek out the opinions of its myriad constituencies. The identification and establishment of committees provides a flow of informed opinion and information for the WIAA and the Membership. The communication and decision making process is enhanced when the goals of this organization are incorporated in all committee recommendations.*

**9.1.0    ESTABLISHMENT OF COMMITTEES**:  The WIAA Executive Board may establish or abolish special committees as deemed necessary.

9.1.1    The WIAA Executive Board shall appoint members to serve on special committees.

9.1.2    **EXECUTIVE COMMITTEE:**  The WIAA Executive Committee shall be appointed annually by the Board president. The committee shall be composed of the WIAA Executive Board President, Vice President**/Secretary, Treasurer**, each sub-committee chairperson and selected past presidents. Additional members may be appointed should a diverse school size and the regional/at-large positions not be represented from the aforementioned members. The Executive Committee shall meet at the President's discretion, but in particular when a decision must be made that is beyond the scope of the Executive Director's authority and the WIAA Executive Board is not scheduled to meet.

9.1.3    **INDEPENDENT REVIEW COMMITTEE:**  The Independent Review Committee will be appointed annually by the WIAA Executive Board in cooperation with the State Principals Association (AWSP), the State Superintendents Association (WASA), and the State School Directors Association (WSSDA). WIAA Member Schools have access to this Committee.

**9.2.0    SPECIAL COMMITTEES**:  Special committees are appointed by the WIAA Executive Board or by Representative Assembly action. Their responsibilities shall include the following:

9.2.1    Review all items appropriate to their individual field of activity, including proposed amendments and other committee reports.

9.2.2    Solicit input from each WIAA District.

9.2.3    Report their findings and recommendations to the WIAA Executive Board and Representative Assembly.

9.2.4 Submit amendments for Representative Assembly action when appropriate.

**9.3.0** **SPECIAL COMMITTEE MEETINGS**: Special committees shall meet as often as necessary, as determined by the chairperson and WIAA Executive Director.

**9.4.0** **TERM OF COMMITTEE**: Special committees expire on August 31, unless reappointed by the WIAA Executive Board or unless continued by Representative Assembly action.

**9.5.0** **EXPENSES:** Special committee members, when attending regularly scheduled meetings, shall be paid at a rate determined by the WIAA Executive Board. These claims are to be approved by the Executive Director.

**9.6.0** **HONORARY MEMBERS**: All Honorary members of special committees shall be provided the right to attend and to speak, but not to make motions or to vote. The Executive Director or an assistant shall serve as an honorary resource person for each committee. WIAA Executive Board members are appointed to special committees. The WSSDA Executive Board may appoint a school director(s) to serve in an ex-officio capacity according to Robert's Rules of Order.

**9.7.0** **COMMITTEE MINUTES**: A summary of each committee meeting will be written and sent to each committee member, the WIAA Executive Board and the WIAA District Directors.

**9.8.0** **WIAA DISTRICT DIRECTORS COMMITTEE**: Each WIAA District Director is a member of this Committee.

9.8.1 Each WIAA District shall have its Director as a member of this committee or a designee selected by the WIAA District's Executive Board.

9.8.2 The WIAA Executive Director, as authorized by the WIAA Executive Board, shall determine the scheduled meetings.

9.8.3 **DUTIES OF THE WIAA DISTRICT DIRECTORS:**

9.8.3.1 Supply and/or relay information as needed to/from the WIAA Office;

9.8.3.2 Meet with the WIAA Staff as requested;

9.8.3.3 Act as an Appeals Board in the following situations:

A. Violations of WIAA rules by Member Schools

B. A Member School's determined classification

C. Appeals of decisions rendered by a WIAA District Board

D. Disputes between WIAA Districts

9.8.3.4 Oversee and complete WIAA District qualifying events within the designated timeline.

## COMMUNICATION ARTS AND LEADERSHIP RULES AND REGULATIONS

## 10.0.0 INTERSTATE & INTERNATIONAL FINE ARTS CONTEST SANCTIONING PROCESS

*PHILOSOPHY OF SANCTIONING PROCESS: As a member of the National Federation of State High School Associations (NFHS), the WIAA supports the Federation's goals of promoting uniformity of standards in interstate activities, protecting students and schools from exploitation by special interest groups and providing a clear channel of communication for member state associations.*

**10.1.0** WIAA, being a member in good standing of the NFHS, accepts the rules of the organization, as now or hereinafter amended, for all intrastate, interstate (including Canada and Mexico) and international contests. Member School Districts must observe the following important rules governing these contests:

10.1.1 For all intrastate contests, meets and tournaments, regardless of the number of schools involved, each participating school must obtain permission to attend from their local school board.

10.1.2 In all interstate contests, meets and tournaments, each participating school shall follow the contest, meet and tournament rules of the WIAA of which it is a member, or rules which have been approved by the WIAA for interstate competition.

10.1.3 Individuals or teams representing a member high school in an interscholastic fine arts contest may compete only against teams or individuals from (a) another WIAA member high school; or (b) Out-of-state schools which are members of state high school associations that belong to the NFHS or schools that other NFHS State Associations allow their Member Schools to compete against during the regular season.

## 11.0.0 STANDARDS FOR COMMUNICATION ARTS AND LEADERSHIP INTERSCHOLASTIC ELIGIBILITY

**11.1.0** **ELIGIBLE STUDENTS**: A student, in order to participate in interscholastic forensics, music, or theatre/drama programs, shall:

11.1.1 Be enrolled and in regular attendance in a Member School (a student is a "regular member" of a school if they are enrolled half time or more as outlined in Rule 18);

11.1.2    Be a participant in a school designated or organized school activity;

11.1.3    Represent only the school that the student regularly attends for interscholastic meets, contests and tournaments unless that student meets the requirement of Rule 18.6.8;

11.1.4    Not have graduated from any four or three year high school;

11.1.5    Season limitations, as outlined in Rule 18, apply;

11.1.6    If a school district has more restrictive eligibility standards, the student will be held to both the WIAA and the school district standards.

**11.2.0    ELIGIBLE STUDENTS - CHEERLEADING OR DANCE/DRILL:**

11.2.1    In order to try out for a cheerleading or Dance/Drill squad, a student must be, at a minimum, a member of the school and have a valid physical form on file with the school.

11.2.2    In order to participate in interscholastic Cheerleading or Dance/Drill programs, a student shall meet and maintain both local school standards and WIAA eligibility requirements as listed in Rule 18, with the exception of transferring students and concurrent season.

## 12.0.0    CHEERLEADING AS AN ACTIVITY

*PHILOSOPHY OF CHEERLEADING PROGRAMS: This Rule outlines Cheerleading as an activity; refer to the specific sport rules for Cheerleading as a sport. The WIAA provides Member Schools with the opportunity to offer cheerleading as either an activity or as a sport. Merely having a competitive squad does not meet the requirements for being considered a sport. Competition is merely one aspect of cheerleading as an activity.*

**12.1.0    SAFETY REGULATIONS**:  The WIAA Member Schools shall follow the NFHS Spirit Safety Rules.

12.1.1    **WAIVER OF STANDARDS:**  Waiver of any safety standards or regulations by Member School shall be considered a school violation whether for an individual or group of cheerleaders.

**NFHS SPIRIT RULE 2-1-5 ADDITION:**  Members of a cheer squad involved in stunting, including bases, fliers and spotters, shall wear their hair away from the face and off the shoulders.

Non-skid surface mats are required for performing basket tosses and other similar multi-base tosses on a hard surface and must be a minimum of 6' x 8' (folding panel mats and yoga mats are not acceptable nor appropriate).

12.1.2    The practice regulations and minimum practice requirements are determined by school district policy.

**12.2.0    SEASONS**:

12.2.1    The Cheerleading season will begin on the same WIAA adopted date for fall sports, or other beginning date as established by the local school district, and end on the last day of school or other ending date established by the local school district.

12.2.2    The competitive season for Cheerleading is October through February.

12.2.3    **MAXIMUM FEE FOR REGULAR SEASON COMPETITIONS:**  $100.00 per routine is the maximum amount that host schools can charge for regular season competitions.

**12.3.0    COACHES STANDARDS**:  Cheerleading coaches/advisors must meet the WIAA Coaching Requirements.

**12.4.0    RESPONSIBILITY OF THE CHEERLEADERS**:  Only school district accepted cheers should be used at the appropriate times. Cheers or yells with degrading opponent implications and profanity must be avoided. Megaphones and other cheerleading equipment are not permitted in the student rooting section.

**12.5.0    QUALIFICATION STANDARDS FOR STATE CHEERLEADING CHAMPIONSHIPS**:  The qualification standards and requirements for the State Cheerleading Championships are outlined in the Cheerleading Postseason Standard Operating Procedures (SOPs).

## 13.0.0    DANCE/DRILL AS AN ACTIVITY

*PHILOSOPHY OF DANCE/DRILL PROGRAMS:  This Rule outlines Dance/Drill as an activity; refer to the specific sport rules for Dance/Drill as a sport. The WIAA provides Member Schools with the opportunity to offer Dance/Drill as either an activity or as a sport. Merely having a competitive squad does not meet the requirements for being considered a sport. Competition is merely one aspect of Dance/Drill as an activity.*

**13.1.0    SEASONS**:

13.1.1    The Dance/Drill season will begin on the same WIAA adopted date for fall sports, or other beginning date as established by the local school district, and end on the last day of school or other ending date established by the local school district.

13.1.2    The winter season is designated as the competitive season for Dance/Drill.

13.1.3    **MAXIMUM FEE FOR REGULAR SEASON COMPETITIONS**:  $100.00 per routine is the maximum amount that host schools can charge for regular season competitions

**13.2.0**    **QUALIFICATION STANDARDS FOR THE STATE CHAMPIONSHIPS:**  The qualification standards and requirements for the State Dance/Drill Championships are outlined in the Dance/Drill Standard Operating Procedures (SOPs)..

**13.3.0**    **SPECIAL EVENTS**:  lf-time shows, community activities and parades are to be considered special events.

13.3.1    During an activity, all groups shall be under the supervision of an advisor/coach or school-authorized designee.

13.3.2    Entry and participation in special events must be approved by the school district.

13.3.3    A school may accept cash and/or any award for participating in a special event if the school authorizes the award (also refer to the WIAA Handbook rules regarding amateur standing).

**13.4.0**    **RULES**:  NFHS Spirit Rules apply.

**13.5.0**    **COACHES STANDARDS**:  Dance/Drill coaches/advisors must meet the WIAA Coaching Requirements.

---

## 14.0.0   FORENSICS (DEBATE)

**14.1.0**    **SEASON LIMITATION**:  Debate competition shall begin NFHS Week 17 and end with the State Forensics (Debate) Tournament.

14.1.1    **SPECIAL REGULATIONS:**

**PRACTICE OUTINGS:**  Two practice outings

**COMPETITION SEASON:**  NFHS Week 15 to Forensics (Debate) Tournament (Standardized Calendar Week)

**COMPETITION LIMIT:**  20 Competitive Outings

**14.2.0**    **SCHOOL LIMITATION**:  Participation within each WIAA District or in practice competition within the specific season shall be at the discretion of each WIAA District Forensics (Debate) Committee.

14.2.1    Middle level school students are excluded from consideration for State Tournament competition.

14.2.1.1    Middle level students may participate with their high school team provided all requirements are met by the local school district.

14.2.2    Each school may participate in two practice Forensic (Debate) outings and 20 competitive outings (individual WIAA District League competitions) in one regular academic season, with such limitation not to include the State Tournament.

14.2.3    Practice Forensic (Debate) outings shall begin after October 15 and may be scheduled for each half of the season.

14.2.4    A practice outing is one in which no records are kept, no decisions are made, and consists of no more than three rounds.

14.2.5    A school may not exceed twenty competitive outings during the academic season.

14.2.6    School, League and/or WIAA District outings for competition shall not start any round after 9:00 p.m., nor shall sponsors of invitational Forensics (Debate) tournaments within Washington start any round after 9:00 p.m.

**14.3.0**    **DIRECTORS AS SCHOOL DISTRICT EMPLOYEES:**  No school group or individual contestant shall be eligible to represent a school in a contest or meet unless the director/coach is at least a part-time employee of the school district they represent.

**14.4.0**    **SUPERVISION OF GROUPS/CONTESTANTS**:  During the activity, all contestants/groups shall be under the supervision of a school district staff member as defined above in these Rules and Regulations. Schools may meet this requirement by having both principals and coaches of the participating school fill out the Washington State Forensics Association (WSFA)/WIAA Form to have the director/coach of one school supervise the other participating school's group/contestants at that particular tournament.

**14.5.0**    **COMMUNICATION WITH WIAA**:  The presidents of the affiliated professional organizations shall submit to the Executive Director a roster of State officers, State committees and District officers upon their election or selection to office.

**14.6.0**    **COMMUNICATION WITH FORENSICS (DEBATE) ORGANIZATIONS**:  The Executive Director will submit the list of committee members and WIAA District committee members to the president of the appropriate State professional organization.

**14.7.0**    **WIAA DISTRICT ORGANIZATION:**  Member Schools participating in Forensics (Debate) will be divided into WIAA Districts by WIAA. WIAA Districts may be subdivided or joined with contiguous WIAA Districts on approval of WIAA District Boards and the WIAA Executive Board.

**14.8.0**    **INVITATIONAL TOURNAMENTS**:  An invitational tournament is defined as a tournament that includes schools from more than one WIAA District, is held at an accredited school, college or university, and presents awards to winning contestants.

14.8.1    Each tournament shall agree to use two high school Forensics (Debate) coaches in an advisory capacity.

14.8.2    The Forensics (Debate) question to be used at each tournament shall be the official question adopted by the Washington State Forensics Association (WSFA). The Tournament Director shall make no revisions or interpretation of the Official Forensics (Debate) Question.

14.8.3    Each Tournament Manager shall agree to abide by the recommendations of the WSFA regarding time limits and patterns for Forensics (Debate).

14.10.0   **STATE TOURNAMENTS** - A State Forensics (Debate) Tournament and a State Individual Events Tournament will be held jointly under the auspices of the WIAA and the Washington State Forensics Association (WSFA).

14.10.1   The primary operation of the tournament shall be the responsibility of the WSFA and of the Site Manager.

14.10.2   The tournament site and date are selected and announced each year by the WFSA.

14.10.3   The Executive Boards of the WSFA and the WIAA must approve the competition rules which are published annually in the Forensics (Debate) Standard Operating Procedures (SOPs)..

14.10.4   Allocations to the State Tournament are made in accordance with the allocation formula and shall be applied each even-numbered year.

---

## 15.0.0   MUSIC

15.1.0    **DIRECTORS MEMBERS OF FACULTY**:  No school group or individual contestant shall be eligible to represent a school in a contest or meet unless the director/coach is at least a part-time employee of the school district in which they teach and the holder of a valid certificate to teach in the State of Washington.

**SPECIAL CERTIFICATES FOR TEACHERS**:  When regularly certificated teachers are unavailable, a school official may apply to the State Board of Education for special certification for teachers of specialized subjects. The issuance of consultant special certificates is limited to (a) persons highly qualified and experienced in fields of knowledge taught in the common schools, (b) instructional functions other than regular teaching, or (c) persons who are identified as possessing competencies in specified fields and who are assigned instructional responsibility for intramural/interscholastic activities which are part of the district-approved program. Such certificates are issued to individuals who are screened by local school district or educational service district superintendents using criteria approved by the State Board of Education and Superintendent of Public Instruction. The certificate is valid for two years only for the activity specified.

15.2.0    **SUPERVISION OF GROUPS/CONTESTANTS**:  During the activity, all contestants/groups shall be under the supervision of a school district staff member.

15.3.0    **COMMUNICATION WITH WIAA**:  The Presidents of the Washington Music Educators Association (WMEA) and other appropriate professional organizations shall submit to the Executive Director a roster of State Officers, State Committees and District Officers upon their election or selection to office.

15.4.0    **WIAA COMMUNICATION WITH MUSIC ORGANIZATIONS**:  The Executive Director will submit the list of committee members and WIAA District Committee members to the President of the appropriate State professional organization.

15.5.0    **TRAVEL LIMITATION**:  All events in which school musicians participate shall be subject to the WIAA District or School District rules.

15.6.0    **CLASSIFICATION OF SCHOOLS**:  The classification of schools for interscholastic Music contest purposes will be the same as used in athletics.

15.7.0    **JUDGING**:  Sponsors of non-school music events should refer to their local Music Directors for suggestions of qualified judges.

15.8.0    **AWARDS**:  A school may accept cash and/or any award for participating in a community activity.

15.9.0    **WIAA DISTRICT ORGANIZATION**:  The schools of the State participating in Music will be divided according to WMEA. WIAA Districts may be subdivided or joined with contiguous WIAA Districts on approval of WIAA District Boards and the WIAA Executive Board.

15.10.0   **STATE SOLO AND ENSEMBLE CONTESTS**:  The State Solo and Ensemble Contests will be held jointly under the auspices of the WIAA and WMEA.

15.10.1   The primary operation of the contest shall be the responsibility of the WMEA.

15.10.2   Contest sites and dates are selected and announced each year.

15.10.3   The Executive Boards of the WMEA and the WIAA must approve the competition rules which are published annually in the Music Standard Operating Procedures (SOPs).

---

## 16.0.0   THEATRE/DRAMA

16.1.0    **SEASON**:  Theatre/Drama (Thespian) activities may begin on the first day of school for students and shall end on the last day of school for students, unless otherwise approved by the local School Board.

16.1.1　Sanctioned events include the Washington State Thespy Regional Events (North, South, East, and West), INTAF (Inland Northwest Theatre Arts Festival), and the State Thespian Festival.

16.1.2　A list of the yearly Thespian invitationals, festivals and conferences in each WIAA District are reviewed and compiled by the Thespian Committee at its annual meeting. A published list of events is available to Member Schools. All other events in which school Thespian students participate shall be subject to the WIAA District or school district rules.

**16.2.0　DIRECTORS MEMBERS OF FACULTY**:  No school group or individual contestant shall be eligible to represent the school in a contest or meet unless the Director/Coach is at least a part-time employee of the school district in which he/she teaches and the holder of a valid certificate to teach in the State of Washington.

**SPECIAL CERTIFICATES FOR TEACHERS:**  When regularly certified teachers are unavailable, school officials may apply to the State Board of Education for special certification for special certification for teachers of specialized subjects. The issuance of consultant special certifications is limited to (a) persons highly qualified and experienced in fields of knowledge taught in the common schools, (b) instructional functions other than regular teaching or (c) persons who are identified as possessing competencies in specified fields and who are assigned instructional responsibility for intramural/interscholastic activities which are part of the district-approved program. Such certificates are issued to individuals who are screened by local school district or educational service district superintendents using criteria approved by the State Board of Education and Superintendent of Public Instruction. The certificate is valid for two years only for the activity specified.

**16.3.0　SUPERVISION OF GROUPS/CONTESTANTS**:  During the activity, all groups/contestants shall be under the supervision of a school district staff member.

**16.4.0　COMMUNICATION WITH WIAA:**  The State Chapter Director(s) to Thespians shall submit to the Executive Director a roster of State Officers, the State Committee and District Officers upon their election or selection to office.

**16.5.0　WIAA COMMUNICATION WITH THESPIAN ORGANIZATIONS**:  The Washington State Thespians Executive Board is an advisory board to the WIAA Executive Board.

**16.6.0　JUDGING**:  Sponsors of Thespian events will select appropriate adjudicators for their events.

**16.7.0　AWARDS**:  A school may accept cash and/or any award for participating in a community activity.

## SPORT RULES AND REGULATIONS

## 17.0.0　GENERAL SPORT RULES

***PHILOSOPHY OF GENERAL SPORT RULES:**  As with all of the rules and regulations of the WIAA the General Rules and Regulations for sports are adopted by the Membership via their representation on the WIAA Representative Assembly.*

Q&A　**17.1.0　SCHOOL YEAR - DEFINITION**:  The school year is defined as August 1 until the final spring State Tournament has been completed (high school) or until after the completion of the final sports season (middle level).

**17.2.0　IN SEASON - DEFINITION**:  In-season will be the first day of turnouts for that sport and will conclude with the final day of the State Event for that sport in that classification at the high school level or a maximum of 12 consecutive weeks as determined by the League at the middle level.

17.2.1　In the absence of a sport being offered by the middle level school, a maximum of 12 consecutive weeks as determined by the school board within the high school season dates shall apply.

Q&A　17.2.2　The first day of the fall sports season is the first allowable practice date for all fall sports except high school football.

**17.3.0　ALTERNATE SEASON** - **DEFINITION**:  An alternate season is a sports season other than the regular sports season designated by the WIAA Executive Board. The alternate season must not exceed the same number of weeks as the regular season in that sport.

17.3.1　If the established sports seasons do not meet local needs (e.g. because of climate, facilities, availability of coaches) a school or group of schools may petition the WIAA Executive Board for the establishment of an alternate sport season.

Q&A　17.3.2　When individuals/teams play in the alternate season, a postseason qualifying event must also be held during the alternate season. If at least one individual qualifies for the final culminating event in that sport, that individual is required to have a minimum of seven days of practice prior to any subsequent competition. Each member of the team is allowed to practice.

17.3.2.1　Individuals/teams may not exceed 20 practices/outings prior to the first round of the final culminating event.

17.3.2.2　These practices/outings may begin on April 1 or on another date as established by the WIAA Executive Board.

17.3.2.3 Schools may schedule two contests after the minimum number of pre-contest practices have been held provided these contests are within the twenty practices/outings and would not exceed the season limitation.

A. Only those students who have completed the minimum number of pre-contest practices may take part in these contests.

B. Practices are not required in Golf, but are allowed.

17.3.3 During the additional practice period all regular rules and regulations apply.

17.3.4 Contests that are conducted during an alternate season must meet all regulations pertaining to that sport.

Q&A  **17.4.0  POSTSEASON CONTESTS**:  Postseason contests are those contests held in order to qualify for the State Championships and are played after the regular season has terminated.

***PHILOSOPHY OF THE OUT-OF-SEASON REGULATIONS:***  *The out-of-season regulations are established to limit the involvement of the school and school coach to the WIAA-designated season, thereby providing student-athletes the opportunity to participate in a wide range of activities during the school year and ensuring that each school has an equal opportunity to provide fair competition.*

Q&A  **17.5.0  OUT-OF-SEASON - DEFINITION**:  Out-of-season is that time during which paid or volunteer coaches cannot coach present or future squad members.

**HIGH SCHOOL:**  Out-of-season for all high school sports shall be from August 1 until the first day of the specific sport turnouts and from the final day of the State Tournament in that classification for that sport until the conclusion of the final spring sport State Tournament. The August 1 cutoff date is waived for school coaches who coach during the summer in non-school programs provided that team has qualified for the next level of competition which ultimately leads to the State/Regional/National Championship/World Series in Baseball and Softball.

**MIDDLE LEVEL:**  Out-of-season for middle level sports shall be from August 1 until the first day of the specific sport turnouts and from the conclusion of the final League contest of that specific sport season until the conclusion of the middle level spring League schedule, or the final spring school contest in the event the school is not a member of a League in that sport, or the final day of the high school spring State Championships, whichever is later.

**GRADE LEVELS AFFECTED:**  The WIAA out-of-season rules apply to grades seven through 12 unless a school district brings up sixth graders to play on its middle level teams.  If sixth graders play on its middle level teams, then the out-of-season rules also apply to sixth graders. If sixth graders do not play on the middle level teams, the out-of-season rules do not apply to sixth graders. There are no restrictions for coaching students in grades five and below at any time.

**COACHES AFFECTED:**  All seven through 12 grade coaches, whether paid or volunteer.

17.5.1 For the purposes of the out-of-season regulations, the WIAA has determined that Slowpitch and Fastpitch Softball; Interscholastic/Collegiate/Folk-Style/USA Wrestling, Freestyle Wrestling, and Greco-Roman Wrestling; Girls Flag Football; Special Olympics**;** and Unified Sports teams shall be considered separate and distinct sports.

17.5.2 School sponsorship or promotion of practice and/or participation is restricted to the WIAA-designated season for that sport.

17.5.2.1 ASB funds cannot be used for an out-of-season event.

17.5.2.2 School-wide posting or distributing of information pertaining to a specific event or activity is permissible.

17.5.3 Practice shall be limited to each sports season as defined under each sport.

17.5.4 Use of school equipment, facilities and/or transportation is contingent upon local school district written policy.

17.5.4.1 School uniforms may be worn only during the WIAA season for that sport except during Washington State Coaches Association feeder or All-State contests or WIAA Executive Board-approved national events.

**NOTE:**  Uniforms are considered to be the school issued contest uniform (practice or shooting shirts are not classified as school uniforms) and are defined in the adopted Rule Book for each specific sport.

17.5.4.2 Football helmets and shoulder pads may be worn only during the WIAA season for that sport except as approved through the local school district policy.

17.5.5 Coaches may not transport current and/or prospective athletes to an out-of-season event in their particular sport.

Q&A  17.5.6 A coach of a school team (paid or volunteer) may coach only during the WIAA sport season.

17.5.7 **DEFINITION OF COACHING:**

17.5.7.1 Coaching is defined as overseeing any regularly scheduled team physical activity designed for the preparation of athletes for the ensuing sports season.

17.5.7.2    Coaching is further defined as any attempt by the coach of a school team (paid or volunteer) to teach any phase of a game or activity to their squad or part of their squad or have their squad or part of their squad engage in drills under the supervision of that coach, or from directions provided by that coach.

17.5.7.3    Any adult or non-school personnel coaching during a scheduled team practice or contest is considered to be a coach for that team.

Q&A    17.5.8    **PRESEASON MEETINGS:**

17.5.8.1    A coach may have one organizational meeting with the incoming freshmen or sophomores at each middle or junior high school or at the high school for students who are enrolled in the middle or junior high school whose attendance area is within the high school's attendance area to cover information that is not sport-specific.

17.5.8.2    A coach may have two additional meetings with the squad prior to the opening day of practice to issue equipment, to explain to the participants such issues as insurance, physical examinations, season's plans, training regulations, summer activities, leadership training, or any other pertinent information deemed necessary by the coach.

17.5.8.3    This restriction does not apply to fundraising activities unless the fundraising activities include the students participating in skills that are specific to the sport being coached.

A.    Fundraising activities are subject to the approval and rules of the participating school districts and/or Association Student Body governments.

B.    Participating in fundraising activities cannot be a requirement, incentive for, or a condition of participation on a team.

17.5.8.4    Organization or implementation of the Wrestling Weight Management Program is not considered to be the one organizational meeting.

Q&A    17.5.9    In the sport coached, a school coach may not sponsor, coach or direct activities which resemble out-of-season practices or contests to any student at that high school or any feeder school(s) for that high school in the school district except during the designated season for that sport until after the final spring State Championship is completed (high school) or until after the completion of the final spring sports season (middle level). A feeder school may be either grades seven and eight or grades seven, eight and nine.

17.5.9.1    A coach may coach their child at any time provided no other students who attend or feed into that school are involved, individually or as members of a team.

17.5.9.2    Following the completion of the school season for that sport, a school coach may coach high school seniors.

17.5.9.3    **PUBLIC SCHOOL DISTRICT DEFINED:** The school district for public schools is defined by public school boundaries.

A.    If a school district has specific boundaries for its high school(s) and middle school(s), a high school coach may coach students in the high school and the middle school(s) that feed directly to the high school only during their designated season when the high school and middle level programs overlap or if that coach has a written agreement with the school district to coach at both the high school and middle level or during the summer.

B.    During the out-of-season time period, the coach could coach high school students attending a different high school or a middle school that does not feed directly to the high school in which that coach was hired to coach.

C.    If a school district has an open enrollment policy, then a high school coach may coach students in the high school in which the coach is contracted to coach during the designated high school season, middle level students within that school district during the time period the high school and middle level season overlap or if that coach is contracted to coach at both the high school and middle level, or during the summer.

17.5.9.4    During the out-of-season time period, a private high school coach may not coach prospective middle level students. Prospective middle level students include:

A.    Middle level students who attend a designated private feeder school owned and operated by the high school where the coach is contracted to coach; or

B.    In the case where no designated private feeder school exists, middle level students who reside in the public school district where the private high school is located.

17.5.9.5    **EXCEPTION:** A coach, on an annual basis, may coach an individual(s) that has been invited to participate or has qualified for a national event which has been approved by the WIAA. The number of allowable practices, contests, and student athletes to be involved will be determined by the WIAA.

Q&A            17.5.10  **STUDENTS AS MANAGERS OF HIGH SCHOOL TEAMS**

17.5.10.1  A manager of a team is limited to preparing water/drinks, keeping statistics, and providing supplies to the coach and/or players.

17.5.10.2  Managers are not allowed to participate in any warm-up or practice drills in the same role as the athletes.

**17.6.0  PHYSICAL EDUCATION CLASSES**:  A Member School makes decisions regarding curriculum content and teachers and may limit the involvement of its coaching staff in teaching specific courses. Coaches may teach physical education classes provided all of the following conditions are met:

17.6.1  The class must include students who do not participate in the sport the coach coaches.

17.6.2  A variety of sports must be taught during the quarter or semester.

17.6.3  A variety of offensive and defensive strategies in each sport should be emphasized. Class time should not be used to teach offensive and/or defensive strategies that will be implemented by the school team, particularly if the defensive strategies are designed around a specific opponent from another school or another school team.

17.6.4  Videotapes or films may be shown to the entire class for group instruction. Videotapes or films of interscholastic contests should not be viewed on a one-to-one basis during class time.

17.6.5  Class members may not challenge one another for positions on the varsity squad in a specific sport. Example: A high jumper jumping during class time for his/her class grade would be allowed, as long as he/she does not challenge another student for a position on the varsity track team.

17.6.6  Class time may not be used to choreograph, critique, nor judge/officiate a competitive routine.

Q&A  **17.7.0  CONDITIONING**:  A Member School may organize and supervise a conditioning program which may include weight training, running and exercising provided all of the following conditions are met:

17.7.1  Participation in conditioning cannot be a requirement, incentive for, or a condition of participation on a school team;

17.7.2  It is open and advertised to all students at that school;

17.7.3  Instruction in specific sports skills is not provided.

Q&A  **17.8.0  OPEN GYM:**  Schools may conduct open athletic facilities (gym, pools, field and track) in the out-of-season if all of the following conditions are met:

17.8.1  The program is part of the school district-organized recreational or activity program;

17.8.2  Activities are open and advertised to all students at that school;

17.8.3  No coaching or drilling of the athletes attending occurs;

17.8.4  Supervision is provided by any individual approved by the school district;

17.8.5  Although attendance may be monitored, participation in open gym cannot be a requirement or condition of participation on a school team.

17.8.6  Schools have two options in offering open gym:

17.8.6.1  There is no reference to a specific sport and students have a choice of activities; or

17.8.6.2  Provided all sports offered by the school have a scheduled time, sports-specific open gym times are offered.

Q&A  **17.9.0  SPORT CAMPS OR CLINICS**:  Participants in a school-sponsored sport may attend camps or clinics.

17.9.1  If the participant's coach is an organizer of a camp or clinic, the participant may attend only if it is offered during the summer or during the season in which that sport is offered.

17.9.2  Participation in a sport camp or clinic cannot be a requirement or condition of participation on a school team.

***PHILOSOPHY OF SUMMER ACTIVITIES:*** *Students may be afforded the opportunity to participate in activities during the summer if they so choose. Students should also be provided with an opportunity to participate with their families during the summer or simply take a break from sports prior to the start of fall sports turnouts. Limiting participation during the month of August for fall sports athletes helps to ensure that all students begin the fall sports season on an equal basis.*

Q&A  **17.10.0  SUMMER ACTIVITIES**:  Summer is defined for high schools as the first day following the WIAA spring Tournaments through July 31. Summer is defined for middle level schools as the first day following the final day of the spring sports schedules or the first day following the WIAA spring Tournaments, whichever is later, through July 31.

17.10.1  Coaches may conduct activities during the summer on their own, as individuals.

17.10.2  School districts may authorize the use of facilities, school equipment (such as football helmets and shoulder pads, balls, etc.) sport specific apparatus (such as batting cages, football sleds, nets, etc.) and/or transportation for individuals and/or teams of that school during the summer if approved by the local school board.

17.10.3    School districts may provide liability insurance for summer programs.

17.10.4    School districts may not allow for the use of school uniforms during the summer. Uniforms are considered to be the school issued contest uniform (practice or shooting shirts are not classified as school uniforms) and are defined in the adopted Rule Book for each specific sport.

17.10.5    Participation in summer programs cannot be a requirement or condition of participation for being selected to make a school team except in Cheer and Dance/Drill since the teams are selected in the spring and participation in a summer camp may be a required expectation for the squad.

Q&A    **17.11.0    PRACTICE REGULATIONS**:  School sponsorship or promotion of practice and/or participation is restricted to the WIAA designated season for that sport. Several practice regulations that apply to all sports during the school year are as follows:

17.11.1    **PRACTICE DEFINITION:**  Practice is defined as a school-scheduled, in-person team physical activity designed for the preparation of athletes for the ensuing sports season and must be conducted under the supervision of the school coach during a school-approved practice at a school-approved site. Participation in physical education classes does not constitute a practice.

17.11.2    **MINIMUM PRACTICE REQUIREMENT:**  Each student is required to complete the minimum number of practices in a specific sport the day before participating in a game. The minimum number is included in the specific sport Rules of the WIAA Handbook.

Q&A    17.11.3    One day is equal to one practice for purposes of meeting the minimum practice requirements.

17.11.3.1    **CALENDAR DAY - DEFINITION:**  A **calendar** day is defined as a period of **24 hours** beginning at 12:00 a.m. and ending at 11:59 p.m.

17.11.3.2    **SCHOOL BUSINESS DAY - DEFINITION:**  A school business day is defined as a day that campus or district administrative offices are open.

17.11.4    For the purpose of meeting the pre-contest practice requirements, an athlete must be medically cleared by a medical authority licensed to perform a physical examination to fully participate in practice. An individual may meet pre-contest practice requirements only when practicing during regular team practices.

The intensity and duration of each athlete's participation in practice will be determined by the coach of that team.

17.11.5    Practice shall be limited to each sports season as defined under each sport. Up to one half of the practices from one sport may be transferred to another sport except football in the same season provided practice in the succeeding sport begins within three school business days following the last practice in the previous sport.

17.11.6    A coach of a school team (paid or volunteer) may conduct practice only during the WIAA sport season.

Q&A    17.11.7    Schools may conduct practice or contests during any six days of the week.

17.11.7.1    **CALENDAR WEEK - DEFINITION:  A calendar week is 12:00 a.m. Sunday through 11:59 p.m. Saturday.**

Practice and/or competition may be held on a nationally recognized holiday.

Q&A    17.11.8    Practice on a game day shall not allow an athlete to become eligible for competition on that day.

Q&A    17.11.9    Participation in pre-contest warm-up exercises shall not count toward the pre-contest practice requirement.

17.11.10    **INTERRUPTION OF PRE-CONTEST PRACTICES:**  Unless the school has a more restrictive policy, if an individual athlete's pre-contest practice is interrupted, the athlete would stay at their current practice count, and upon their return to practice, continue toward meeting the minimum requirement.

17.11.10.1    Once the pre-contest practice requirements have been met, each school has the authority to establish minimum requirements regarding return to play.

17.11.11    **PRACTICE ACCOMMODATIONS FOR CIRCUMSTANCES BEYOND THE CONTROL OF THE INDIVIDUAL/ TEAM/ SCHOOL:**  A school/school district may adjust the process to meet the minimum practice requirements when an individual or a team has not been able to meet the minimum pre-contest practice requirements prior to the first contest.

While the number of pre-contest practices will not be waived, the following rule exceptions will be allowed in the order listed for a school to offer the minimum number of practices for the individual and/or team required for a specific sport prior to the first scheduled contest and for no more than one-half the minimum number of practices.

17.11.11.1    Every effort must be made to reschedule the contest(s) that are affected.

17.11.11.2    **NUMBER OF PRACTICES IN A WEEK** - exception that will be allowed:

Provided that the local school board approves a practice for a seventh day of the week, that practice can count toward the minimum practice requirements.

If the minimum practice requirement still cannot be met, then the following will be waived:

17.11.11.3 **PRACTICE ON A GAME DAY:** Exception that will be allowed:

A practice may be held on the same day as the first contest, which can count toward the number of required practices.

If the minimum practice requirement still cannot be met, then the following will be waived:

17.11.11.4 **ONE DAY IS EQUAL TO ONE PRACTICE:** Exception that will be allowed:

Two practices may be held on the same day and may be counted as two practices for purposes of meeting the number of required practices. In this situation, the maximum number of practices that may be counted is two.

Q&A    17.11.12 **WAIVER OF INDIVIDUAL PRACTICE REQUIREMENTS:**

17.11.12.1 An individual who participates in any level of WIAA sanctioned sport postseason playoffs and who cannot meet the minimum practice requirements for the immediate succeeding sport season will be allowed to waive up to a maximum of one-half of the required individual practice days for that sport only if the available team practice days are insufficient to meet the minimum requirement before a scheduled contest and only if practice in the succeeding sport begins within two school business days or the Monday following elimination from the postseason event, whichever comes first.

**NOTE:** A student could practice in two sports during the time period that the two sports overlap.

17.11.12.2 An individual, who participated and qualified in the alternate (fall) season for a spring State Championship and who also participated in a spring sport, will be allowed to waive up to a maximum of one-half of the required individual practice days for the alternate season sport before a scheduled contest in that sport.

17.12.0 **SQUAD - DEFINITION:**  A group of students playing together against another group of students is a squad. A student is considered a member of a squad when the student is included on a school's eligibility list for that sport.

17.12.1 A school may have only one varsity team in each sport.

17.12.2 A school may have as many sub-varsity teams as allowed by its League.

17.13.0 **AUTHORIZED CONTESTS:**

17.13.1 **HIGH SCHOOL**:  Individuals or teams representing a member high school in an interscholastic athletic contest may compete only against teams or individuals from (a) another WIAA member high school; (b) out-of-state schools that are members of state high school associations that belong to the National Federation of State High School Associations (NFHS); (c) or schools that other NFHS State Associations allow their Member Schools to compete against during the regular season; and (d) alumni or teachers of that school.

17.13.2 **MIDDLE LEVEL**:  Individuals or teams representing a member middle level school in an interscholastic athletic contest may compete only against teams or individuals from (a) another WIAA member middle level school; (b) Out-of-state middle level schools which are members of state high school associations that belong to the NFHS; and (c) alumni or teachers of that school.

*PHILOSOPHY OF CONTEST LIMITATION:*  *The limitation on the number of contests per day, per week, and per sport per season is predicated on the length of each sports season including State playoffs and as an effort to support local school district desires to promote health and safety, minimize loss of school time, travel and expenses.*

17.14.0 **CONTEST - DEFINITION**:  Any athletic practice or contest involving participants from at least two different schools (except as described below), or more than 50 percent of the number required for full participation in any sport by any non-interscholastic team, or any alumni team is considered a game, meet, match, or scrimmage and must count as a contest toward the maximum number of allowable contests for the team and individual in that sport.

17.14.1 Any practice involving students from more than one school conducted by a school district-approved shared coach will be considered a practice and will not count as a contest toward the maximum number of allowable contests for the individuals in that sport.

17.14.2 **COMPETITION AGAINST NON-MEMBER SCHOOLS:**  **Requests to either play against or practice with a non-member school must be submitted in writing to the WIAA Executive Director and approved prior to the event.**

Q&A    17.14.3 Each contest must be credited to a squad.

17.14.4 Practice or scrimmage with another team or school during the regular or postseason must be counted as a contest **although there will not be a recorded score.**

17.14.5 Each individual and squad is limited to participating in only the maximum number of contests allowed for that sport.

17.14.5.1  **FOUNDATION GAME**:  If approved by the WIAA, a varsity squad may schedule an additional contest in Baseball, Basketball, Soccer, Fastpitch Softball, Slowpitch Softball, Volleyball and Wrestling for a fee that will benefit the WIAA Foundation. Sub-varsity teams may also schedule an additional contest if paired with the varsity Foundation contest at no additional charge to the school.

17.14.6  When determining contest limitations, any League varsity contest will count as a contest for both schools' varsity teams.

**DEFINITION OF VARSITY AND SUB-VARSITY SQUADS:**

Q&A

17.14.6.1  In a team sport, a varsity squad is the group of individuals who represent a Member School at the highest level of competition in a sport.

17.14.6.2  A sub-varsity squad is defined as any level of play below the varsity level (junior varsity, c-team, freshman team, etc.) the membership of a sub-varsity team shall typically be composed of varsity substitutes and any other non-varsity players identified on the school's eligibility list.

17.14.7  An overtime period is considered an extension of the final period of the contest.

17.14.8  **CANCELED CONTEST:  A contest can only be canceled prior to being played.** When a scheduled contest is canceled **before it is played**, neither team is declared a winner or loser. Both teams may schedule a substitute contest.

17.14.9  **FORFEITED CONTEST:  A contest may be forfeited prior to being played or after the contest has been played if due to a WIAA Rule violation.** When a scheduled contest is forfeited, the team/individual granted the forfeit is declared the winning team/individual and the team/individual that caused the forfeit is declared the losing team/individual. Only the team/individual granted the forfeit is allowed to schedule a substitute contest unless one-half or more of a contest was played which caused for a forfeit to be declared. **If a contest is forfeited, it is considered to be a complete contest.**

17.14.10  **REFUSING TO PLAY**:  After the contest or athletic event has begun, İndividuals or teams are obligated to participate in a contest or athletic event to its normal conclusion unless the contest is terminated by mutual consent of the school officials involved due to unusual weather or game conditions, or situations which could be hazardous to participants or spectators. Any coach is prohibited from unilaterally refusing to play.

17.14.10.1  **If a team refuses to play, that team is considered to have forfeited to the other team.**

17.14.10.2  **If less than one-half of a contest has been played before it is forfeited, the team granted the forfeit has the ability to reschedule a substitute contest.**

17.14.10.3  **If one-half or more of a contest has been played before it is forfeited, the contest is considered to be a complete contest and the score is final at the time it was forfeited.**

17.14.11  **MUTUALLY AGREE TO TERMINATE:**  A contest may be terminated if mutually agreed upon or in any emergency, by agreement of coaches, or ordered by the referee. **The contest is considered to be a completed contest and the score is final.**

17.14.12  **INCOMPLETE CONTEST:**  Any contest called by the official(s) before it can be considered a regulation contest according to NFHS Rules shall be a suspended contest and will be continued at a later time as follows:

17.14.12.1  The contest shall continue from the point of suspension at a later time.

17.14.12.2  All conditions of that contest shall be the same (lineup, innings pitched, batting order, fouls, timeouts, etc.) of each team will remain exactly the same as when the contest was suspended.

Q&A

17.14.13  **POSTSEASON QUALIFYING EVENTS**:  Postseason contests are those events that are held after the regular season for the purpose of seeding individuals or teams into the next qualifying event or elimination events that qualify individuals or teams directly to the State Tournament.

17.14.13.1  A League Championship event where neither individuals nor teams qualify for the postseason must count toward the regular season contest limit.

17.14.13.2  Postseason qualifying events are not counted in the regular season contest limitation.

17.14.13.3  Following the conclusion of the regular season, individuals who have qualified for the next level of competition may practice with individuals from other schools only if the season contest limitation has not been exceeded. Each practice session is equal to one contest.

17.15.0  **MEMBER SCHOOL INVITATIONAL TOURNAMENTS AND MEETS**:  Member Schools may sponsor or participate in invitational tournament(s) or meet(s).

17.15.1  **TOURNAMENT - DEFINED:**  A series of contests where more than two teams compete against each other on the same day or within a 24-hour period, whether or not there is an ultimate winner or prize. This includes elimination-style, consolation-style, and round-robin events where teams compete against more than one competitor per day (regardless of the name of the event).

17.15.2    Each team is permitted to participate in invitational tournaments or jamborees as listed in that particular sport Rule.

17.15.3    Each contest in an invitational tournament must be counted as one seasonal contest toward the team and individual contest limitation, unless otherwise indicated in the specific sport Rule.

17.15.4    The same rules governing the number of contests per day and other playing rules will be followed.

17.16.0    **MIDDLE LEVEL TOURNAMENTS AND PLAYOFFS:**  A middle level school program shall not permit playoffs after the conclusion of the regular season (maximum number of events allowed). Culminating events may be allowed provided participants or teams do not exceed the maximum number of events or contests allowed in that sport.

17.17.0    **WAIVER OF CONTEST LIMITATIONS FOR POSTPONEMENTS**:  The WIAA Executive Director shall have authority to develop criteria and procedures to grant a waiver of the number of contests per week or duration of time between contests provided written request of Member Schools includes the following:

17.17.1    Specifies rescheduled dates, locations, and opponents.

17.17.2    School board/Superintendent concurrence and approval of the request.

17.17.3    If approval of the request impacts opponents, those schools must have school board and Superintendent approval of any schedule change not complying with rule.

17.17.4    No other rule is waived for individual students or teams.

17.17.5    Under no circumstance shall the limitations and/or time elements for individual players specified in the WIAA-adopted sports Rule Books (e.g. pitcher limitations, number of events in track, time between events, number of quarters per day, etc.) be waived.

**NOTE: During the November 17, 2025 Executive Board meeting, the Board approved editorial changes that moved what were previously Rules 17.18.0 and 17.19.0 to 17.14.8 and 17.14.9 respectively. Every Rule that was previously 17.20.0 through 17.34.0 has been renumbered accordingly below to reflect those changes.**

17.18.0    **EXTRA QUARTERS, MIDDLE LEVEL**:  An additional recognized time period may be played following the regular contest for those players who were not starters and who played in less than one-half of the regular contest.

**EXAMPLES:**  A fifth quarter is allowable for non-starters and players who played in two quarters or less of the regular basketball game. Two additional volleyball games are allowable for non-starters and players who played in two games or less of the regular match.

Q&A    17.19.0    **EXTRA QUARTERS, HIGH SCHOOL LEVEL**: An additional time period may not be played following the regular contest at the high school level unless **allowed in the specific sport rules and** the squad consists of freshmen only.

**NOTE: A fifth quarter is allowed in Basketball and Football and a fourth or fifth set is allowed in Middle Level Volleyball only.**

17.20.0    **RULES GOVERNING ATHLETIC COMPETITION**:  The Rules for each interscholastic sport are listed in that sport's section of this Handbook. Any exceptions to those rules appear in this Handbook under that sport.

17.20.1    In the event the NFHS Rules conflict with any of the provisions of RCW Chapter 49.60, the affected student may file a notice of appeal pursuant to Rule 19.

17.20.2    Each participating school shall follow the contest rules of the State Association of which it is a member, or rules which have been approved by that State Association for interstate competition.

17.20.3    No school which is a member of a NFHS Member State High School Association shall compete in any contest in any other state if the contest involves conditions that would violate the regulations or established policies of that State High School Association.

17.20.4    Requests for sanctioning of interstate competition must be completed by the host school online through the NFHS Website.

Q&A    17.20.5    Interstate competition occurs when either teams or individuals who represent their schools travel across state lines to participate in competitive sports events, including but not limited to such events as "shoot-outs," "showcases," "round-robin tournaments," etc.

17.21.0    **RULES GOVERNING NATIONAL AND INTERNATIONAL COMPETITION:**

17.21.1    The WIAA Executive Board will consider requests for teams of WIAA Member Schools invited to participate in national events held during the out-of-season time period. Detailed information must be provided and  specific criteria outlined in the chart below must be met:

| Date(s) |
| --- |
| Site(s) |
| Number of contests |

| |
|---|
| Number of schools involved (all schools must be members of their respective State Association as recognized by the NFHS) |
| Number of states involved (all states must be members of the NFHS) |
| Sponsor |
| Any covered or reimbursed expenses |
| Additional educational activities planned/offered |
| The school involved must have approval from all levels of authority in their school system which includes the Coach, Principal, Superintendent and School Board. |
| Once approved by the school, a request must be sent to the WIAA Executive Director. Final approval must come from the WIAA Executive Board. |
| Only the qualified (individual sports) and/or varsity (team sports) student-athletes may practice and compete under the Coach's guidance. |
| A national team sport event is allowed once during any three year period. |
| All eligibility rules, including the amateur standing rules, will be in effect for the student-athletes through the conclusion of the national event. |
| Student-athletes are required to maintain the academic and attendance standards as set by the WIAA and the local School Board. |
| If the school's request is approved, a maximum of ten practices will be allowed to prepare for the national event with the exception of Football which will be allowed twelve practices prior to the event. |
| Any costs associated with participating in the competition will be the responsibility of the participating school. |
| Financial assistance and/or additional revenue from the tournament organizing body to the school are allowed. |
| The Out-of-Season Rules will be waived for approved coaches participating in an approved national event. |
| The season limitation rule for that sport will be waived for teams participating in an approved national event. |
| An individual/team may wear the official school uniform while competing in an approved national event. |

**17.21.2**  International competition must be approved by the WIAA, the National Federation of State High School Associations (NFHS) and, when appropriate, the national governing body for that sport.

**17.21.3**  **TEAM SPORTS:**  An additional contest against an international touring team is allowed once during any three year period.  Contests against schools from Canada and Mexico must be within the allowable contest number, since schools from Canada and Mexico are considered to be from bordering states.

**17.21.4**  **INDIVIDUAL SPORTS:**  An athlete can compete in an international event once every three years.  The event does not count toward the individual or team limit in that sport.

Q&A    **17.22.0**  **NON-SCHOOL PARTICIPATION**:  Students may participate on a non-school athletic team or teams or in a non-school athletic instruction program while also participating on a school team.

**17.22.1**  Schools may not give students special treatment or privileges on a regular basis to enable them to participate in non-school athletic activities. Some examples of special treatment or privileges include reduced practice times, special workouts, late arrivals, early dismissals or missing a practice or contest. Regular is defined as being no more than once per week**.**

**17.22.2**  Schools may allow, once during the season, a student to miss school practices or games for two or more consecutive days in order to participate on a non-school team or teams.

**17.22.3**  Students shall not compete in the uniform of the school at non-school events.

School uniforms, football helmets and shoulder pads may be worn only during the WIAA season for that sport except during Washington State Coaches Association (WSCA) feeder or All-State contests.

**NOTE:**  Uniforms are considered to be the school issued contest uniform (practice or shooting shirts are not classified as school uniforms) and are defined in the adopted Rule Book for each specific sport.

**17.22.4**  Participation on a non-school team or program cannot be a requirement or condition of participation on a school team.

**17.22.5**  **PENALTIES:**

**17.22.5.1** If a school gives students special treatment or privileges, the school must report the violation to its League to determine appropriate penalties.

**17.22.5.2** Penalties assessed to the student for violating this rule are determined by the local school district.

**17.23.0  UNIFORM REQUIREMENTS**:  Uniforms worn by an individual or team representing a Member School must comply with the adopted Rule Book requirements for the activity.

**17.23.1  WAIVER OF UNIFORM REQUIREMENTS**:  The Member School Principal may approve exceptions to wearing of the adopted school uniform upon written request from parents (and student) provided the request is based on:

**17.23.1.1** The style of uniform is not in compliance with the student's religious beliefs,

**17.23.1.2** Personal modesty and/or physical appearance.

**17.23.2** For granting exception(s) to the school adopted uniform, the uniform must comply with the following:

**17.23.2.1** Meet the WIAA-adopted Rule Book requirements of the sport.

**17.23.2.2** Be of the same color(s) of the school adopted uniform worn by other players.

**17.23.2.3** An exception authorized for multiple participants shall be for the same style and color(s) for any given activity.

**17.23.2.4** A copy of the notification from the school principal or athletic director or designee should be given to the coach for informing game officials to avoid penalty.

**17.23.3  SPONSOR'S NAME OR LOGO ON SCHOOL UNIFORM OR EQUIPMENT**:  A sponsor's name or logo is not permitted on any apparel or equipment approved by the school to be worn or used during the pre-contest warm-ups or during a contest.

*PHILOSOPHY OF JAMBOREES:  The purpose of a jamboree is to provide game-like conditions in a controlled setting so that special emphasis can be placed on safety and the preparation of every student athlete for regular season contests. Jamborees have also been developed to provide an opportunity for participants, coaches, and spectators to learn contest rules from officials.*

**17.24.0  AN ABBREVIATED INTERSCHOLASTIC CONTEST (JAMBOREE)**:  Also refer to the specific sport rules regarding the definition of a jamboree:

Q&A  **17.24.1** A student must meet all eligibility rules in order to participate in a jamboree.

**17.24.2** A student may participate in a jamboree the day following the minimum number of practices as covered in each sport section except in Bowling or Golf which have no minimum practice requirements.

**17.24.3** The jamboree may count toward the minimum practice requirement.

**17.24.4** All jamborees are limited to one day.

**17.24.5** Jamborees must be conducted within the first three weeks of the fall and winter seasons and within the first four weeks of the spring season.

**NOTE:**  The season begins on the first scheduled school practice day.

**17.24.6** Three or more schools are involved and each school must play at least two opponents.

**17.24.6.1** If one of the schools withdraws from the jamboree within four days or less of the jamboree and a replacement school cannot be found, the hosting school may contact the WIAA Staff to restructure the event.

**17.24.6.2** The jamboree limit per school will continue to be in effect.

**17.24.7** Scores may be kept, but championship events are not allowed.

**17.24.8** Each squad and each player is limited to schedule and to participate in only one jamboree.

**17.25.0  NUMBER OF MIDDLE LEVEL SQUADS**:  Each middle level school may field one or more A or B squads of seventh, eighth or ninth grade teams in each sport. The limitation of contests applies to each squad and to each player.

**17.26.0  NUMBER OF HIGH SCHOOL SQUADS**:  Each high school may field no more than one varsity squad per sport. The limitation of contests applies to each squad and to each player.

If a school plans to have additional squad(s) in a sport, other than those indicated on the enrollment form, the school must notify the WIAA Executive Director in writing.

*PHILOSOPHY OF CROWD MANAGEMENT:  Each WIAA Member School is responsible for managing the student and adult spectators attending an event on behalf of that school. Member Schools are expected to promote fairness, equity and safety during all contests. Standards of acceptable behavior at events must be developed and monitored at each event in which the school participates. Inappropriate behavior at an event will cause the school to follow the WIAA Handbook rule regarding rule violations and penalties. Suggested best practices to continue to build healthy cultures at schools and WIAA-sanctioned events can be found in* Appendix 5.

**17.27.0  SUPERVISION OF TEAM/CONTEST**:  During the sport season, all team/contestant activity (designated practice, turnouts, games, meets, playoffs) shall be under the supervision of a school approved supervisor.

**17.28.0**  **CROWD CONTROL RESPONSIBILITY**:  During each sport season, any activity (games, meets, playoffs) must be contested under the supervision of a school approved supervisor. At all interscholastic activities Member Schools are obligated to maintain proper crowd control at all interscholastic activities. The WIAA Executive Board shall have full authority to penalize any Member School whose representatives or spectators may be adjudged, upon evidence presented, to have violated these obligations. The Association shall have no responsibility for crowd control or for the actions of school representatives.

    **17.28.1**  **SUPERVISOR RESPONSIBILITIES:**  All activity supervisors must be designated by the Member School. It is recommended that, when possible, the supervisor be a designee separate from a member of the active coaching staff (of the activity being contested). Each supervisor must be trained in the Member School's Contest Conduct Plan and directly present in the area where the activity is conducted. The supervisor must ensure that all Standards of Acceptable Behavior are upheld by those in attendance at the activity, carrying out all aspects of the school's designated Contest Conduct Plan as needed. The supervisor serves as the point of contact for any incidents that may occur.

        **17.28.1.1**  Each school is required to provide supervision at all levels of WIAA-sanctioned contests/activities.

        **17.28.1.2**  If a visiting school cannot provide a school supervisor who is not a member of the active coaching staff (of the activity being contested), due to availability or contest location, the visiting school shall communicate this with the host school and share their strategy to provide supervision for its school-affiliated crowd(s).

        **17.28.1.3**  All supervisors must be educated on the team/school Emergency Action Plan (EAP).

        **17.28.1.4**  Visiting school supervisors must connect with host supervisor, officials and/or medical staff prior to each activity beginning.

    **17.28.2**  **STANDARDS OF ACCEPTABLE BEHAVIOR/CONTEST CONDUCT PLAN**:  A comprehensive list of acceptable behavior at activities is included in Appendix 8.

    Each school must develop a Contest Conduct Plan for upholding Standards of Acceptable Behavior at all WIAA-sanctioned events. The school must verify the Contest Conduct Plan to the WIAA Office as part of the membership renewal. Each Contest Conduct Plan must include at minimum two specific sections:

        **17.28.2.1**  **INCIDENT MANAGEMENT**:  Member Schools must generate step-by-step protocols for responding to an incident of inappropriate or discriminatory behavior or harassment that takes place at one of its WIAA-sanctioned events. Suggested Incident Management components include the following:

          A.    Pausing/postponing/canceling the event

          B.    Removing those engaging in harmful behavior

          C.    Escorting visiting teams and if necessary, officials, to vehicles/buses at the end of an event

          D.    Providing support for those impacted by the harmful behavior.

          E.    Other mitigating procedures to prevent further incidents from occurring throughout the remainder of the event.

        **17.28.2.2**  **SPECTATOR, COACH & PARTICIPANT EDUCATION**:  Member Schools must generate an educational component, putting in place preemptive measures to curb inappropriate actions and discriminatory harassment. These measures must take place prior to the start of each sports season and include active student-participants and student body.

          A.    **EXAMPLES OF EDUCATIONAL MEASURES:**

            1.    Peer-led presentations on sportsmanship at a schoolwide assembly, sport-specific preseason meetings, and/or advisory periods;

            2.    Informative sessions on the consequences of discriminatory behavior;

            3.    Plans in place to provide student-athlete-read PA announcements on sportsmanship and equity prior to every WIAA-sanctioned event;

            4.    Pre-season training for all sports teams;

            5.    Signed code of conduct for parents and students;

            6.    Spectator policy and/or expectations (promoted via signage).

**17.29.0**  **ALL STAR CONTESTS**:  The WIAA will not sanction all star contests.

**17.30.0**  **AUTHORITY OF DESIGNATED TEAM PHYSICIANS**:  A school may designate a team physician or other designated medical authority to provide medical coverage/services for teams/participants from that school. When present at a contest involving a team/participant for which the physician is responsible, a team physician or designated medical authority shall have the following authority in addition to that normally associated with the practice of medicine and surgery:

**17.30.1** To determine whether an injured participant for whom the designated medical authority has responsibility may continue in the contest. A coach, official, parent, another physician, or any other person may not overturn the designated medical authority's decision against further participation.

**17.30.2** To interrupt a contest if, in the designated medical authority's opinion, continuation would post a significant threat to the safety, health, or life of a competitor, due to an injury to a competitor. Authority to suspend or terminate a contest rests with the game management.

**17.30.3** To enter the field of competition as necessary to fulfill required responsibilities.

**17.30.4** To consult with designated tournament medical authorities of medical decisions affecting competitors for whom the physician has responsibility.

**17.30.5** To provide, when requested by an opposing team, medical coverage/services for that team in the absence of a team designated medical authority from that school.

## 18.0.0  STUDENT STANDARDS FOR INTERSCHOLASTIC ELIGIBILITY

***PHILOSOPHY OF STANDARDS OF ELIGIBILITY:*** *In keeping with the belief that participation in interscholastic activities is a privilege and not a right, six separate standards of eligibility have been established, each reviewed at the student's school to determine a student's athletic eligibility. Student eligibility is determined by the athletic director at the Member School in which the student participates. Standards on age, residence and seasons limitations promote the WIAA's goals of fairness and equality of opportunity for all participants. Standards on scholarship, attendance and amateur standing support the WIAA's goals of educating youth, and promote activities as an integral part of the total educational process.*

**18.1.0** **STUDENT ELIGIBILITY CRITERIA**:  All participants must be eligible under the rules of the WIAA to participate in an interscholastic contest.

18.1.1 If a school district adheres to more restrictive eligibility standards, the student will be held to the more restrictive standard.

18.1.2 Standards of eligibility regulations do not restrict a student's participation in practices.

Q&A **18.2.0** **CLEARED FOR PARTICIPATION**:  No student shall participate in a practice unless they are on the cleared for participation list on file where the student is a member.

18.2.1 A student must be on a school's cleared for participation list on or before the 50 percent date for that sport in order for a student to participate in postseason and State Tournament playoffs for a WIAA Member School.

18.2.1.1 The 50 Percent Rule dates are included in each high school sports Rule of the WIAA Handbook.

18.2.1.2 Middle level Leagues must determine the 50 Percent Rule date for each sport offered by the League.

Q&A **18.3.0** **ELIGIBLE TO COMPETE:**  Only students who are currently eligible to compete in an activity may appear in the team uniform on the team bench, sideline, court, field, or deck during the contest.

18.3.1 A student must be currently eligible for an activity in order to participate in the pre-event warm-up.

18.3.2 Upon mutual agreement of schools or Leagues, eligibility lists may be exchanged.

Q&A **18.4.0** **PHYSICAL EXAMINATION**:  Prior to the first practice for participation in interscholastic athletics a student shall undergo a thorough medical examination and be approved for interscholastic athletic competition by a medical authority licensed to perform a physical examination.

18.4.1 Results of the exam shall indicate:

18.4.1.1 Documentation of a detailed review of the student's medical history with special attention to presence or absence of cardiovascular/pulmonary risks and/or previous significant injury and rehabilitation on their form.

18.4.1.2 Documentation of satisfactory examination of the cardiopulmonary system.

18.4.1.3 Documentation of satisfactory sport-specific orthopedic screening examination.

18.4.1.4 A written statement by the examiner as to the fitness of the student to undertake the proposed athletic participation, together with suggestions for activity modification if necessary.

18.4.2 Those licensed to perform physical examinations include a Medical Doctor (MD), Doctor of Osteopathy (DO), Advanced Registered Nurse Practitioner (ARNP), Physician's Assistant (PA), and Naturopathic Physician (NP).

18.4.3 The school in which this student is enrolled must have on file a statement (or prepared form) from a medical authority licensed to give a physical examination, certifying that the participant's physical condition is adequate for the activity or activities in which the student wishes to participate.

18.4.4    To resume participation following medical care by a medical authority licensed to perform a physical examination and/or a dentist (for dental injury) or podiatric physician (for a foot and/or ankle injury), a participating student must present to the school officials a written release from a medical authority licensed to perform physical examinations as listed in Rule 18.4.2 and/or a dentist or podiatric physician as applicable.

18.4.5    To resume participation following medical care for suspicion of concussion or concussion, both the school athletic director and the medical authorities approved by the WIAA to make return to practice/play decisions **for concussions** (MD, DO, PA, ARNP, LAT or **PhD/PsyD neuropsychologists with concussion assessment and management experience**) shall use the WIAA's designated "Return to Practice and Competition for Athletes with a Suspected Concussion" form. This new rule will be known as the "Kenney Bui Rule."

18.4.6    The physical examination shall be valid for 24 consecutive months to the date unless otherwise limited by local school district policy or when the physician indicates the physical is only good for less than twenty-four consecutive months.

18.4.7    For each subsequent 24 month period the student shall furnish a statement or physical examination form signed by a medical authority licensed to perform a physical examination that provides clearance for continued athletic participation.

Q&A    **18.5.0    AGE LIMITS - HIGH SCHOOL**:  A student shall be under 20 years on or before Saturday of the second week of each sport season.

**AGE LIMITS - JUNIOR HIGH SCHOOL**:  A student shall not have reached their 16th birthday prior to June 1 of the previous school year.

**AGE LIMITS - MIDDLE SCHOOL**:  A student shall not have reached their 15th birthday prior to June 1 of the previous school year. Middle school is defined as a school with at least seventh and eighth grade levels.

18.5.1    **OVERAGE STUDENT:**  A student who is ineligible to compete in middle or junior high level school athletics due to the age rule may participate in all sports in the public high school of the public school district provided both middle or junior high level and high school principals of the public school district concerned approve the student's participation. The middle level/junior high school principal shall certify to the high school principal the student's scholastic eligibility.

**18.6.0    STUDENT MEMBER OF A SCHOOL**:  Students must be enrolled in a school in order to represent the school or participate in an interscholastic activity. Students are a member if they meet one of the following conditions:

**18.6.1**    A middle school or high school student is enrolled half-time or more at the school, exclusive of interscholastic activities.

**18.6.2**    The student is participating at the resident public school in which their residence is located and receiving academic instruction in a private school without the sport, alternative school without sports and/or registered with the public school/school district as home school student.

**18.6.3**    The student is participating at the resident public school in which their home is located and receiving academic instruction in a non-member school without the sport.

**18.6.3.1**    **Participate at the public school in which they are registered as a homeschool student. The student is subject to the WIAA Transfer Rules if they subsequently change schools.**

**18.6.4**    The student is participating at a school involved in an approved combine with the school.

**DEFINITIONS:**

**18.6.5**    **RESIDENT PUBLIC SCHOOL:**  The public school that the student would normally attend based on the location of the family residence within the public school service area and policies.

**18.6.6**    **SCHOOL OF CHOICE:**  A school that is not the resident public school. A school of choice can be a public, private, alternative, charter, home school, or online school.

**18.6.7**    **HOME-BASED EDUCATION:**  Home-based students must register with a public school district with the intent to homeschool. Additionally, a WIAA Home School Contract must be on file annually with the public school/school district. Home-based students do not receive assistance from the school district, nor does the school district receive FTE funding or any other outside sources for them. Home-based instruction students are categorized as regular members of a school. Therefore, to be eligible for interscholastic activities, the student must:

**18.6.7.1**    Participate as a member of the public school in which service area they reside with their family unit. After registering with the school district as a homeschool student, a student is subject to the WIAA transfer if they subsequently change schools.

**18.6.7.2**    Provide to school authorities acceptable documentation of any interscholastic eligibility standards required of all other student participants.

**18.6.7.3**    Comply with WIAA and local school/school district regulations during the time of participation.

**18.6.7.4**    Comply with RCW 28A.225.010 (4).

**18.6.7.5**  Meet both WIAA and school/school district eligibility requirement standards of all students, including transfer student requirements.

**18.6.7.6**  Meet and adhere to the same team responsibilities and standards of behavior and performance of other members of the team/squad.

Q&A  **18.6.8**  **ALTERNATIVE EDUCATION**:  Alternative education programs are academic learning opportunities that fall outside of the traditional schoolhouse format. These schools must be registered with OSPI. A school district receives FTE funding for students involved in these programs. A full-time middle level or high school student in a public alternative school without athletics may participate at the resident public school that the student would normally attend or that student's public school of record. Additionally, a WIAA Alternative Education Contract must be on file annually at the resident public school or that student's public school of record.

**18.6.9**  **PRIVATE SCHOOL EDUCATION**:  A student who is a member in a private school may participate on the interscholastic teams of their resident public school if the student resides within the service area of that public school and if the interscholastic activity is unavailable to the student in the private school. The following rules may not be appealed:

18.6.9.1  Students in a private school must meet and adhere to the same team responsibilities as public school team members and are obligated to the same standards of behavior and performance as other members of the team.

18.6.9.2  In a school district with multiple middle schools, a full-time seventh or eighth grade student in a private school who qualifies under Rule 18.6.2 shall be able to participate at the seventh or eighth grade public school that is nearest that student's current private school provided they reside in that school district.

Q&A  **18.7.0**  **RUNNING START ELIGIBILITY STANDARDS**:  A Running Start Contract must be on file at the school where the student is a member. A Running Start student's eligibility is through the public school of residence/record, where the student accesses the Running Start Program.

18.7.1  **MEMBER OF THE SCHOOL:**  The Running Start student will not be included on the school's P-223 count submitted to OSPI. Running Start is considered a mainstream program. The school of eligibility must be the school of residence/record for the Running Start student and include the same transcript records as all other students.

18.7.2  **REGULAR ATTENDANCE:**  The Running Start student must comply with the WIAA minimum eligibility standards of attendance and comply with local school attendance eligibility policies required of all other students.

**NOTE:**  Students who access Running Start programs at community colleges may find themselves on a different academic calendar from their high school for academic eligibility.

18.7.3  **PREVIOUS SEMESTER/TRIMESTER:**  The Running Start student shall meet the requirements of Rule 18.8.0 by having been in regular attendance during the previous semester/trimester immediately preceding the semester/trimester in which the contest is held. Coursework will be monitored at any time, and, at a minimum, the previous semester grades recorded on the official transcript. The School Eligibility Standards must be consistently applied to all students. Standards adopted by a school board (or by schools authorized through district policy) that exceed WIAA standards must be enforced.

18.7.4  **SCHOLARSHIP:**  The Running Start student shall maintain passing grades during the previous and current high school semester/trimester equivalent to the standards set in Rule 18.8.0. For the purposes of this rule, one five credit class in a college quarter shall be equal to one high school credit and one three credit class in a college semester shall also be equal to one high school credit.

Running Start students who participate in club sport programs at the post-secondary institution they attend forfeit their interscholastic eligibility for the corresponding WIAA-sanctioned sport.

**GUIDELINES IN ESTABLISHING RUNNING START ELIGIBILITY:**

18.7.4.1  Determine the number of credits required for athletic eligibility at the student's high school.

**EXAMPLE:**  Five classes required in a six period school day is equal to 2.5 semester credits needed for eligibility.

18.7.4.2  Establish the student's academic schedule for the year, either entirely as a Running Start student or a student with a blended schedule of classes from both Running Start and the high school.

18.7.4.3  Determine the number of credits to be earned in each of the courses.

18.7.4.4  The credits in the Running Start second term can be used either for the first semester, the second semester, or split between the two semesters.

18.7.4.5  It is possible that a Running Start Student would not attend any classes during one of the three Running Start terms and still be eligible, provided they took enough credits during the other two terms to meet or exceed the number of credits per semester for athletic eligibility at the high school.

18.7.4.6   Running Start is a public school mainstream educational program. Eligibility is at the public school of residence/record where the student accesses the Running Start program. A student could still compete athletically for the private school if they maintain enrollment at the private school for at least 50 percent of the school day at the private school.

*PHILOSOPHY OF SCHOLARSHIP:  While the WIAA is aware of the important role that interscholastic athletics play in the development of students, the WIAA Member Schools are also committed to the philosophy that the primary purpose of our secondary schools should be to academically prepare students to become productive citizens upon graduation. Scholastic incentives should be established and enforced for the educational and personal welfare of the students who participate.*

**18.8.0**   **SCHOLARSHIP**:  In order to maintain eligibility during the current semester/trimester, the student shall be full-time and maintain passing grades, or the minimum grade standards as determined by the school district if more restrictive, in a minimum of:

- 3 classes in a 4 period class schedule or the equivalent credits
- 4 classes in a 5 period class schedule or the equivalent credits
- 5 classes in a 6 period class schedule or the equivalent credits
- 6 classes in a 7 period class schedule or the equivalent credits
- 7 classes in an 8 period class schedule or the equivalent credits

Class schedule guidelines referenced above shall be the requirement of all full time students in that school.

**RUNNING START COURSES EQUIVALENT:**

- 1 - 5 credit quarter course = 1 high school credit
- 1 - 3 credit semester course = 1 high school credit

**NOTE:**  Any class posted as a "W" indicates a student has withdrawn from the class and is not considered a class toward the minimum class or the equivalent credit requirements.

18.8.1   Member Schools may allow only seniors who are on track to graduate to initially enroll in one less class than the minimum number of classes required to be passed for other students. Seniors enrolled in one less class than required to be passed by other students must maintain passing grades in all classes in which they initially enrolled in order to remain academically eligible. Seniors may not drop or withdraw from a class in order to remain eligible.

18.8.2   Any class taken as part of the regular schedule of the student during the semester/trimester shall be considered to be a full-time subject.

In order to meet the minimum requirement, classes must be for high school credit and be reflected as such on the high school transcript.

18.8.3   Schools shall establish a grade monitoring system to ascertain the student's passing status in the minimum of required classes. To monitor a student's continued academic eligibility, periodic grade checks within each three to six week period are required during the current semester/trimester beyond normal grading periods. Private school students participating at their public school of residence will be held to the grade standard of the school they academically attend.

18.8.4   A student shall have passed the minimum number of classes as listed in Rule 18.8.0 in the immediately preceding semester/trimester in order to be eligible for competition during the succeeding semester/trimester. The record at the end of the semester/trimester shall be final, except for those class-for-class replacement credits earned in a regular, accredited school program or alternative educational program accepted by the school district.

18.8.5   Incompletes may be made up for credit during the first five weeks of the subsequent semester/trimester. The student shall be ineligible for interscholastic competition until the incomplete(s) are cleared.

Q&A   18.8.6   **ACADEMIC INTERVENTION:**

For the purpose of this Rule:

**PROBATION - DEFINITION:**  A period of monitoring student academic progress, while still being eligible to compete.

**SUSPENSION - DEFINITION:**  The determined period of time that a student is making up academic progress, while not being eligible to compete but may participate in practice.

18.8.6.1   The suspension period for middle level students shall be from the end of the previous semester through the first three weeks of the succeeding semester/trimester.

18.8.6.2   The probation period for high school students or for eighth graders participating in a high school program shall be from the end of the previous semester through the fourth Saturday in September.

18.8.6.3   **FALL:**  A student will be placed on academic probation at the start of the fall sport season if they failed to meet the grade requirements of Rule 18.8.4 in the second semester or the third trimester of the previous school year.

A. The probation period for high school students shall be from the end of the previous semester through the fourth Saturday in September.

B. The suspension period for middle level students shall be from the end of the previous semester through the first three weeks of the succeeding semester/trimester.

C. If, at the end of the probation period, the student is passing in the minimum number of classes required above, the student may then be removed from probation.

D. If the student fails to meet the academic standards of Rule 18.8.4 at the end of the probation period, the student will be placed on academic suspension for three weeks and will be ineligible for contests.

E. If a student meets the academic standards of Rule 18.8.4 at the end of the three week suspension, the athlete will no longer be on academic suspension and will be eligible for contests as long as they remain in compliance with a school's regular monitoring of academic progress.

F. In the fall, an incoming ninth grade student is not required to meet the previous semester scholarship requirements of Rule 18.8.4 provided they have met all other eligibility requirements. The student's grades will be monitored during the first designated monitoring period established by the school and every three to six weeks thereafter.

G. In the Fall sports season, students who do not meet the regular attendance standard of Rules 18.7.2 and 18.10.0 are not eligible for a probationary period at the beginning of the fall and must be placed on a five week academic suspension. Their eligibility can be reinstated after the fourth Saturday in September if at that time they are meeting the academic standard of Rule 18.8.4.

18.8.6.4    **WINTER/SPRING:**  A student who failed to meet the grade requirements of Rule 18.8.4 shall be placed on suspension because the grading period ended during the same school year (i.e. second semester for a winter or spring athlete).

A. The suspension period for middle level students shall be from the end of the previous semester through the first three weeks of the succeeding semester/trimester.

B. The suspension period for high school level students shall be the first five weeks of the succeeding semester/trimester. If the suspension period falls during a non-school week (as defined in Rule 17.14.1) and the athlete is missing scheduled competition, the week may count toward the five week suspension.

Q&A    **18.9.0    PREVIOUS SEMESTER/TRIMESTER**:  The student shall have been in regular attendance as a full-time student as defined in 18.10.0 in an elementary, intermediate, middle level, or high school during the semester/trimester immediately preceding the semester/trimester in which the contest is held.

Q&A    **18.10.0    REGULAR ATTENDANCE**:  The student shall be enrolled full time as defined in Rule 18.8.0 and in regular attendance within the first 15 school days in a semester or ten school days in a trimester at the start of the current semester/trimester in order to participate in interscholastic contests during the current semester/trimester. An enrolled student who receives semester/trimester grades will be considered to have been in attendance for that semester/trimester unless they are withdrawn from school.

*PHILOSOPHY OF RESIDENCE RULE: The WIAA Residence Rule is intended to create an equitable environment in which its Member Schools can compete, and at the same time prevent those abuses that taint the goals of the WIAA. The Residence Rule is intended to:*

- Prevent athletic recruiting;

- Provide students an opportunity to choose schools for athletic reasons, understanding that choice does not guarantee varsity eligibility at the chosen school;

- Promote the varied family units as the best environment for students to live in while attending school;

- Deter students from running away from or avoiding imposed discipline;

- Protect school programs by discouraging athletic transfers;

- Protect the opportunities for bona fide resident students to participate.

Q&A    **18.11.0    DEFINITION OF RESIDENCE AND FAMILY UNIT:**

**RESIDENCE**:  The place where the family unit has established its home and/or the place where the student is habitually present and to which, when departing, the student intends to return.

**FAMILY UNIT:**  The adult(s) who has/have resided with, had legal custody, legal guardianship, or has/have acted in a parental capacity of the student and any siblings high school age or younger with whom the student resides for a period of at least one year.

18.11.1    In order to be eligible to participate and/or represent a Member School in an interscholastic contest, the student at that school must be residing within the boundaries of that school district and designated attendance area of the school. In the event a school does not have a designated attendance area, the WIAA Executive Board shall have the authority to designate an attendance area for such school. The WIAA Executive Board shall consider all relevant factors, including but not limited to, the natural or historical attendance area for such school, the geographical setting of the school in the municipality, and the nearby public school boundaries.

18.11.2    Unless otherwise provided, a student shall become varsity eligible at the school in which that student resides with the family unit, provided the student continuously attended that Member School, or a feeder school of that Member School, for a period of one year.

18.11.3    A student who cannot meet the Residence Rule requirements would be eligible for all interscholastic competition below the varsity level.

18.11.4    Residence Area for private schools shall be a 50-mile radius from the school address. Any move by the family unit within the 50-mile radius from the school would require continuous enrollment and athletic eligibility at the original private school of residence.

NOTE:  Refer to Rule 3.1.1 for status of a private school district.

***PHILOSOPHY OF TRANSFER****:  In keeping with the belief that participation in activities is a privilege and not a right, six separate standards of eligibility have been established for WIAA Member Schools. One of the six standards, the Transfer Rule, is intended to create and maintain a consistent and level playing field for students at all Member Schools. The transfer rule:*

- Protects students who have previously participated in athletic competition at a Member School from being replaced by students who transfer;

- Encourages fair play, communication and determination;

- Discourages "school shopping;"

- Discourages abuses of promotion and recruiting by Member Schools and their agents.

- Recognize the importance of all positive educational experiences while recognizing the unpredictable nature of the high school experience. While Member Schools support the right of parents and students to attend a school of their choice, that support comes during the defined window of transfer. Therefore, while the WIAA supports the right of parents and students to attend a school of their choice, this support does not guarantee varsity athletic eligibility. This means that once a student establishes athletic eligibility at a school, there must be circumstances or "hardship" as defined by Rule 18.27.0 to warrant waiving this standard of eligibility, which would grant varsity athletic eligibility if a student transfers schools.

Q&A    **18.12.0    TRANSFERRING STUDENTS**:  After residing in, registering with, attending, or participating with a middle level or high school, students changing enrollment to/from one school district to another school district or from one high school to another high school within a multiple high school district shall be considered transferring students. In order to be eligible for varsity competition, transferring students must meet the transferring student requirements of Rules 18.12.1, 18.12.2 and 18.12.3, or be granted a waiver under Rules 18.14.0 and 18.27.3. This Rule shall also apply to those students receiving home-based instruction.

NOTE:  Refer to Rule 3.1.1 for the status of a private school district.

18.12.1    A student who is ineligible in a Member School for interscholastic activities may not become immediately eligible at another Member School without completing the imposed conditions of ineligibility.

18.12.2    **Students** who attend a Member School **and meet one or more of the following conditions** shall be deemed to meet the residence rule requirement and transferring student rule requirements:

18.12.2.1    A student whose transfer to a new school or school district is based on a bona fide change of residence to a new school or school district due to an actual physical relocation of and with the entire family unit to a different residence and coupled with termination of all occupancy of their previous residence (unless subject to Rule 18.11.4 or 18.12.2.9).

18.12.2.2    A student attending a school outside of their residence district for one calendar year or more is eligible thereafter at that school provided the enrollment/attendance is continuous.

18.12.2.3    A student whose parent(s) or legal guardian(s) reside at different abodes as the result of a divorce or court approved legal separation is allowed one change of residence between parents or guardians after entering the ninth grade without being restricted to sub-varsity competition for one year should the change in residence mean the student transfers schools at the time of the change in residence.

18.12.2.4    A student who is under commitment to the Department of Social and Health Services, a student who is on juvenile parole status and a student who has been adjudged as a ward of a juvenile court where residence is the result of assignment by the government entity charged with their care.

18.12.2.5    A student who has a residence change because of the death of a member of the family unit in order to reside with a relative.

18.12.2.6    A student who has a residence change because of military deployment in order to reside with a relative.

18.12.2.7    A seventh and/or eighth grade student who transfers to a school without a corresponding change of residence by their family unit and who meets all other conditions of eligibility shall be eligible at the new middle school when properly enrolled. If an eighth grader transfers, and eighth graders are allowed to participate at the high school level, high school eligibility at the receiving school is limited to sub-varsity only for the remainder of that school year. This rule cannot be appealed.

Q&A

18.12.2.8    A student, except F-1 Visa students to a private school, upon enrollment to the initial first level of a private school within a 50-mile radius of the family residence from their public school of residence or their public school of residence from a private school within a 50-mile radius of the family residence.

18.12.2.9    A student who wishes to transfer to a school without a corresponding change of residence to a new school district by their family unit, who meets all other conditions of eligibility shall have initial eligibility at the new school **only one time after becoming a student member of a school at the beginning of their four consecutive year period of high school eligibility and only** during **a WIAA defined** window of transfer (per school district policy).

A.    **A WIAA defined** window of transfer **is the natural break between each school year, after a student establishes their high school athletic eligibility as a student member of a school in ninth grade, as listed below.**

1.    **Between the final day of the** ninth **and the earliest published first day of turnouts for a WIAA fall sport at the beginning of the** tenth **grade years.**

2.    **Between the final day of the tenth and the earliest published first day of turnouts for a WIAA fall sport at the beginning of the eleventh grade years.**

3.    **Between the final day of the eleventh and the earliest published first day of turnouts for a WIAA fall sport at the beginning of the twelfth grade years.**

B.    **If a student transfers during a WIAA defined window of transfer, the student will be ineligible to participate in varsity-level sports for the first 40 percent (rounded to the nearest whole number) of the maximum number of allowable contests, as defined in each sport specific rule, in which the athlete participates during the school year following the transfer. This period of ineligibility will be applied only to those sports that transferring student has participated at the school level or club/community equivalent in during the calendar year prior to their transfer.**

**This period of varsity ineligibility may not be appealed.**

1.    **NOTE: If a student appeals a period of ineligibility through the hardship process outlined in Rule 18.27.0, they forfeit access to the WIAA-defined window of transfer. As a result, they become subject to Rule 18.13.0 regarding varsity status, which renders them ineligible for varsity participation for one calendar year.**

C.    **Should a student transfer outside of a WIAA defined window of transfer, the student shall be deemed to have transferred at will and will be held to the Residence Rule Waiver as described in Rule 18.14.0.**

**18.12.2.10    Should a student transfer a second or any subsequent time during the four consecutive year period of high school eligibility, even during a WIAA-defined window of transfer, the student shall be deemed to have transferred at will and will be held to the Residence Rule Waiver as described in Rule 18.14.0.**

| SPORT | MAX TEAM CONTESTS | 40% OF MAX CONTESTS | # OF CONTESTS |
|---|---|---|---|
| Baseball | 20 | 8 | 8 |
| Basketball | 20 | 8 | 8 |
| Bowling | 18 | 7.2 | 7 |
| Cross Country | 10 | 4 | 4 |
| Flag Football | 16 | 6.4 | 6 |
| Football | 10 | 4 | 4 |
| Golf | 12 | 4.8 | 5 |
| Gymnastics | 10 | 4 | 4 |

| Soccer | 16 | 6.4 | 6 |
|---|---|---|---|
| Softball (Fastpitch) | 20 | 8 | 8 |
| Softball (Slowpitch) | 20 | 8 | 8 |
| Swim & Dive | 12 | 4.8 | 5 |
| Tennis | 18 | 7.2 | 7 |
| Track & Field | 10 | 4 | 4 |
| Volleyball | 18 | 7.2 | 7 |
| Wrestling | 16 | 6.4 | 6 |

18.12.2.11 **CHILDREN OF "MISSION OR KEY AND ESSENTIAL" MILITARY PERSONNEL**: A military service member who is deemed by the Department of Defense or the Department of Homeland Security (U.S. Coast Guard) as "mission/ or key and essential" and who is further required to live within the boundaries of the military base, may upon arrival, enroll their child(ren) in a school district the family chooses. Such child(ren) shall be considered immediately eligible provided all other WIAA eligibility rules are met. Should the child(ren) change schools after enrolling at a school during such an assignment to a military base, all WIAA eligibility rules, including transfer rules, must be met.

18.12.2.12 A student, including F-1 Visa students, coming from outside the 50-mile radius upon enrollment to an Adventist boarding school based upon being an Adventist, would be varsity-eligible.

18.12.3 A student attending a Member School for one calendar year or more is eligible in the same school/school district during subsequent attendance, so long as the enrollment/attendance is continuous.

18.12.4 A student whose transfer is the result of participation in a one-year cultural or educational exchange experience with another country must file the WIAA Cultural Exchange Form with their WIAA District Eligibility Chairperson.

18.12.4.1 A student leaving this country for a one-year international exchange experience shall file the Cultural Exchange Form with their District Eligibility Chairperson prior to departure and will be eligible at their school of origin upon their return, provided all other rules of eligibility have been met.

18.12.4.2 A J-1 international exchange student coming to this country for a one-year cultural/educational experience is eligible at the varsity level for one year only in the school in which they have been placed, provided all other rules of eligibility have been met and the student has not graduated from the high school equivalent in their home country. Graduated students cannot compete interscholastically at any level (i.e., varsity or sub-varsity). This rule may not be appealed.

18.12.4.3 **F-1 Visa students are considered transfer students and are sub-varsity eligible only during their first year of enrollment.**

18.12.4.4 **Graduated students cannot compete interscholastically at any level (i.e., varsity or sub-varsity). This rule may not be appealed.**

18.12.5 A high school student who attends, participated or was eligible to participate for a school, and subsequently transfers to another school will be eligible for sub-varsity only **in all sports played during the previous calendar year** for one calendar year from the date of enrollment at the new school, **if the student transfers from a public, private, or charter school after:**

18.12.5.1 Participating on a non-school athletic team within a calendar year from the date of enrollment at the new school (AAU, American Legion, Club USA, USVBA, or any other non-school program) in which one or more of the high school coaches affiliated with another school to which the student transfers are currently involved, and/or

18.12.5.2 Receiving personal athletic or activities instruction or training, including weight training and conditioning, from a person affiliated with another school to which the student transfers.

18.12.5.3 **Varsity ineligibility would apply even if the entire family unit move is based on a bona fide change of residence due to an actual physical relocation of and with the entire family unit to a different residence coupled with termination of all occupancy of their previous residence within the residential area of the school to which the student transfers.**

Q&A    18.13.0 **VARSITY STATUS**: **Varsity** ineligibility, pursuant to Rule 18.12.0, shall be effective for one calendar year from the date of enrollment. This ineligible status only prohibits a student from competing at the varsity level, **it does not prohibit participation at the sub-varsity level.**

**18.13.1    Varsity ineligibility applies if the entire family unit move as described in Rule 18.12.2 is within the school district boundaries of the school from which the student transfers if the entire family move comes after a student has transferred schools as described in Rule 18.12.2.9 or 18.12.2.**

18.14.0    **RESIDENCE RULE WAIVER**:  Transferring students, unless eligible via Rules 18.11.0 through 18.12.0, shall be deemed to have transferred at will and must apply to the WIAA District Eligibility Committee for a waiver of the Residence Rule. Such an application shall be processed under the appeal provisions contained in Rule 19 of this Handbook. When reviewing a transferring student's application for a waiver, the WIAA District Eligibility Committee will verify that:

18.14.1    The student meets all other eligibility requirements of Rule 18 of this Handbook.

18.14.2    The student has established a hardship as defined under the provisions of Rule 19.1.0 and as determined by the District Eligibility Committee.

18.14.1.1    A student transferring from a school of choice may gain eligibility only at their resident public school if granted a hardship.

18.14.1.2    A student transferring may gain eligibility only if all paperwork required by the WIAA Eligibility Packet is provided.

18.14.3    There is no evidence that either the student transferred for the purpose of participating in interscholastic athletics or transferred as a result of having been recruited for the purpose of participating in interscholastic athletics.

18.14.4    In addition to the above requirements, the WIAA District Eligibility Chairperson has, as an added condition of eligibility, required the transferring student to submit a WIAA Previous School Statement. A copy of the signed form must be retained on file in the school office for the duration of the student's attendance at that school.

Q&A    18.15.0    **SEASON LIMITATIONS**:  After entering or being eligible to enter the seventh grade students shall have six consecutive years of interscholastic eligibility.

After entering or being eligible to enter the ninth grade, a student shall have four consecutive years of interscholastic eligibility.

For the purpose of this rule, consecutive shall mean starting on a designated date and continuing without delay or interruption for four consecutive years. For the purpose of interpreting this rule, interscholastic eligibility exists for a maximum of six years after entering or being eligible to enter the seventh grade and four consecutive academic years after entering or being eligible to enter the ninth grade, and as long as the total years of eligibility (grades seven-12) do not exceed six years. Application of this rule shall not be determined by years of participation in individual sports or sport seasons.

18.15.1    Students who do not attend school or who fail to, or are deemed ineligible to participate shall forfeit their eligibility during that period and shall not be provided any additional period of eligibility except as may be provided through the appeal process in Rule 19.

18.15.2    Students repeating the eighth grade at the middle level or ninth grade at the junior high level may participate in the high school of the same school district provided the principals of both schools involved agree. In such cases, the middle level school principal shall provide certification of the student's scholastic eligibility to the high school principal.

18.15.3    Additional eligibility shall not be granted if the student has had six years of interscholastic eligibility after entering or being eligible to enter the seventh grade or four consecutive years of interscholastic eligibility after entering or being eligible to enter the ninth grade.

18.15.4    If the seventh or eighth grade is repeated, and such repetition is based upon documented academic deficiencies by the school principal, the repeated year shall not count against the student's six interscholastic competitive years. Homeschool students are required to provide documentation of academic deficiency to be verified by the school principal.

18.15.5    A student who has been identified as receiving special education services and who is accessing educational services beyond their interscholastic eligibility may apply for a waiver of this rule by submitting a request for extended eligibility at the sub-varsity level to the WIAA Executive Director. The WIAA Executive Director may grant a waiver of this rule provided the student does not pose a safety risk to themselves or to other students.

*PHILOSOPHY OF GENDER IDENTITY PARTICIPATION:  The WIAA encourages participation for all students, regardless of their gender identity or expression. Further, most local, state and federal rules and regulations require schools to provide transgender and other gender-diverse student-athletes with equal opportunities to participate in athletics. The purpose of this policy is to offer clarity with respect to the participation of trans and gender-diverse student-athletes. Additionally, this policy encourages a culture in which student-athletes can compete in a safe and supportive environment, free of discrimination.*

18.16.0    **GENDER IDENTITY PARTICIPATION**:  All students have the opportunity to participate in WIAA athletics and/or activities in a manner that is consistent with their gender identity. Currently, most athletic programs are offered separately for boys and girls as outlined in Appendix 1. Athletes will participate in programs consistent with their gender identity or the gender

most consistently expressed. School personnel responsible for student eligibility will work collaboratively with the student-athlete to determine eligibility. Once the student has been granted eligibility to participate in the sport consistent with their gender identity, the eligibility is granted for the duration of the student's participation and does not need to be renewed every sports season or school year. The WIAA Staff is willing to collaborate with any Member School seeking assistance regarding gender equity. For additional information on Gender Identity, refer to Appendix 3.

**18.17.0    FIFTH GRADE PARTICIPATION:**  Fifth graders may participate in any middle level program except Football if the total enrollment of the seventh and eighth grades in a middle school is less than 40 on the first day of the season for that sport.

18.17.1    This participation does not count against the student's middle level eligibility.

18.17.2    This rule may not be appealed through the eligibility appeal process.

18.17.3    **FIFTH GRADERS PRACTICE WITH THE MIDDLE LEVEL TEAM**:  If the enrollment in a middle school is more than 40 on the first day of the season for that sport, fifth graders may practice with the middle level teams.

18.17.3.1    The local school board must assume all responsibility for the fifth grade students practicing with the middle level teams.

Q&A        **18.18.0    SIXTH GRADE PARTICIPATION:**  Depending upon the action of the school district, sixth graders may participate in any seventh and eighth grade program except Football.

18.18.1    Sixth graders attending a middle school of any size may participate in any seventh and eighth grade program except Football, if the following conditions are met:

18.18.1.1    Required approval:

A.    School principal, superintendent, and local school board approval.

B.    League approval.

C.    WIAA District Board approval.

18.18.1.2    The WIAA Out-of-Season Rules would apply to sixth graders involved in these approved programs.

18.18.2    This participation does not count against the student's middle level eligibility.

18.18.3    This Rule may not be appealed through the Eligibility Appeal Process.

18.18.4    **SIXTH GRADERS PRACTICE WITH THE MIDDLE LEVEL TEAM**:  If the enrollment in a middle school is more than 40 on the first day of the season for that sport, sixth graders may practice with the middle level teams.

18.18.4.1    The local school board must assume all responsibility for the sixth grade students practicing with the middle level teams.

**18.19.0    JOINING SEVENTH AND EIGHTH GRADERS WITH NINTH GRADE**:  A school district which operates with an organization pattern other than a 6-3-3 may, with League approval, join the seventh and eighth graders from Member Schools with high school ninth graders for middle level competition in any one or all sports seasons.

18.19.1    If there is more than one high school operating within the school district, each high school will serve the students of their attendance area.

18.19.2    This Rule may not be appealed through the Eligibility Appeal Process.

**18.20.0    MIDDLE LEVEL PRACTICE WITH THE HIGH SCHOOL TEAM:**

18.20.1    If a sport is not offered by the middle school, middle level students may practice with the feeder high school as long as the number of consecutive weeks does not exceed the season limitation for middle level in that sport.

18.20.2    If a sport is offered by the middle school, middle level students may practice with the feeder high school teams only during the time period that the seasons run concurrently.

18.20.3    The local school board must assume all responsibility for the middle level students practicing with high school students.

18.20.3    This Rule may not be appealed through the Eligibility Appeal Process.

Q&A        **18.21.0    EIGHTH GRADER PARTICIPATION WITH THE HIGH SCHOOL TEAM:**

18.21.1    **FEEDER MIDDLE SCHOOL/JUNIOR HIGH - DEFINITION:**

18.21.1.1    **PUBLIC SCHOOLS:**  The middle school/junior high whose students will progress to a specific high school.

18.21.1.2    **PRIVATE SCHOOLS:**

A.    A designated private feeder school owned and operated by the high school; or

B.    In the case where no designated private feeder school exists, the middle school(s)/junior high(s) in the public school district where the private high school is located.

18.21.2    With League approval, high schools with an enrollment equal to or less than one-half of the average enrollment in the largest 2B school may allow eighth graders from a WIAA member feeder middle school/junior high to participate in any high school program for that Classification Cycle.

**NOTE:** 157 will be the enrollment cut-off for the 2024-2028 Classification Cycle.

18.21.3    With League approval, any 2B school with an enrollment of 157 or more, or a 1A school may allow eighth grade students from a WIAA member feeder middle school/junior high to participate in the high school program with the intent to maintain a varsity and a junior varsity program in Baseball, Basketball, Girls Flag Football, Soccer, Softball (Fastpitch and Slowpitch), or Volleyball. Eighth graders cannot be brought up to establish a C squad.

**NOTE:** If a 2B or 1A school is not a member of a League, WIAA District approval is required.

18.21.4    With League approval, any 2B school with an enrollment of 157 or more, or 1A school may allow eighth grade students from a WIAA member feeder middle school/junior high to participate in any high school program except Football if that sport is not offered at the middle level/junior high.

**NOTE:** If a 2B or 1A school is not a member of a League, WIAA District approval is required.

18.21.5    With League approval, any 2B school with an enrollment of 157 or more, or 1A school may allow eighth grade students from a WIAA member feeder middle school/junior high to participate at the high school level if at any time during the season the number of participants on the high school team is at or below these specified numbers.

**NOTE:** If a 2B or 1A school is not a member of a League, WIAA District approval is required.

- Baseball:  25
- Basketball:  16
- **Girls Flag Football: 17**
- Soccer:  25
- Softball:  25
- Volleyball:  17

18.21.6    Whether the seasons run concurrently, or during different times during the school year, combining contests in both middle level and high school, an eighth grader may participate in the maximum number of high school contests. Also refer to the specific sport Rules in this WIAA Handbook to verify daily, weekly or season limitations.

18.21.7    Provided all conditions of eligibility are met, any student will have four years of eligibility after entering the ninth grade.

18.21.8    This rule may not be appealed through the eligibility appeal process.

18.21.9    Also refer to Rule 18.12.2.6.

**18.22.0    NINTH GRADE PARTICIPATION**:  Ninth graders may be declared on the WIAA Membership Form either in the middle level program or the high school program, on a sport-by-sport basis, regardless of the building in which the ninth graders are actually located.

18.22.1    A high school that has a squad of players consisting solely of ninth grade students must conduct its competition either under middle level school playing rules or under high school playing rules, depending upon whether it is playing a middle level team or a high school team.

18.22.2    A squad that consists of students from several grades (9th, 10th, 11th and 12th) will compete under high school playing regulations.

18.22.3    Ninth grade students, when declared in high school by the local school board, may form as many squads as desired and enter competition provided the squads are accepted by the League in which that school participates.

18.22.4    Ninth grade students in a high school can participate on any squad in that school and must adhere to all rules and regulations that apply.

18.22.5    When ninth grade is part of a middle level school program (6-3-3 organizational pattern), the ninth grade student shall not participate in any high school (10-12) athletic program if that sport is available in the middle level, except in the case of an overage student.

18.22.6    If ninth grade students are declared in high school by the local school board a ninth grade student has competed on the high school team, the student is ineligible for that school district's middle level school team in that sport during that school year.

18.22.7    Ninth grade teams from 9-12 high schools may play middle level teams, provided that (a) the principals of both schools agree to the contest(s); (b) the contest(s) is conducted according to middle level rules; (c) the high school squad consists solely of ninth grade students.

18.22.8    This rule may not be appealed through the eligibility appeal process.

Q&A **18.23.0 CONCURRENT SPORTS LIMITATION**:  A middle level or a high school level student may be on only one interscholastic sport roster per season.

18.23.1 The exception shall be for high school students participating in 1B or 2B high schools with local administrators and school board determining eligible participation in more than one interscholastic sport per season at that high school. Participation is limited to only one contact sport per season (Basketball, Football, Soccer, and Wrestling are considered to be contact sports).

18.23.2 The exception shall be for the student who competes during an alternate season, qualifies for the State Tournament, and is required to practice prior to competing in the State Tournament.

**EXAMPLE:** A student represented their school in fall Tennis and qualified for the State Tournament in the spring. During the spring season this same student represented their school in Track & Field. Prior to the State Tennis Tournament, the student is required to have a minimum number of practices, during which time the student is also participating on the Track & Field team. In the event that the student also qualifies for the State Track & Field Meet, State event schedules will not be restructured in order for the student to compete in both State events.

18.23.3 This does not prohibit a student from being a Cheerleader or a member of the Dance/Drill team while concurrently participating in another sport.

***PHILOSOPHY OF THE AMATEUR STANDING RULES:*** *WIAA Rules do not prohibit student athletes from engaging in certain commercial activities in their individual capacities. These activities, generally referred to as Name, Image and Likeness (NIL), will not jeopardize a student athlete's amateur status if they comply with the WIAA Amateur Standing Rules.*

Q&A **18.24.0 AMATEUR STANDING**:  A student who represents a school in an interscholastic sport must be an amateur in that sport. An amateur student-athlete is one who engages in athletics for the physical, mental, social and educational benefits.

Q&A 18.24.1 **NAME, IMAGE AND LIKENESS (NIL):**  A student is in violation of this rule and shall immediately lose eligibility if that student, their family member, or anyone else on behalf of that student, enters into an agreement with an individual, corporate entity, partnership, association, or any other party or organization, for use of that student's NIL which in any way relates to the student's connection to their high school.

18.24.1.1 This provision is not intended to restrict the right of any student to participate in a commercial endorsement provided there is no affiliation with the school team, school, WIAA District or WIAA State Association.

18.24.1.2 The student does not appear in the uniform of the student's school and does not utilize the marks, logos, etc. of the school, WIAA District, or WIAA as part of any endorsement.

**18.24.1.3 A Member School cannot promote or have any affiliation with any NIL deal.**

18.24.2 In order to maintain amateur standing in that sport under WIAA jurisdiction, the student-athlete may not:

18.24.2.1 Accept merchandise or in-kind gifts of more than $500 in fair market value per sport based upon performance in that sport during any one calendar year August 1 through July 31.

A. Reduced membership fees or reduced user fees from an athletic club, recreation center, golf course, etc., do not count toward this $500 limit.

B. Defined games of chance are exempt from this rule.

C. Accept payment of expense allowances over the actual and necessary expenses for the athletic trip. Entry fees and payment for lost wages are not considered a reimbursable expenses.

D. Awards that are permitted:  Awards to athletic teams or to individual members of such teams under the jurisdiction of the Association may be made by a Member School in the form of letters, insignias, certificates, medals, and/or trophies as are customarily emblematic of athletic competition and whose intrinsic values are insignificant.

18.24.2.2 Accept cash awards **based on performance** in that sport. A gift card that cannot be exchanged for cash or a voucher with no cash value is allowed.

18.24.2.3 Enter competition under a false name.

18.24.2.4 Play on an intercollegiate team. A student-athlete may try out and/or participate against an intercollegiate team but may not represent an intercollegiate team in that sport. University club sports are considered to be the same as an intercollegiate team if competitions involving other university club sports teams are held.

18.24.2.5 Sign or have ever signed a contract to play professional athletics in that sport.

18.24.2.6 By sport receive or have ever received from a professional sports organization, directly or indirectly, a salary or any other form of financial assistance including scholarships, educational grants-in-aid, or any of their expenses for reporting to or visiting a professional team.

18.24.3 Provided they are not representing a WIAA Member School, a student-athlete may participate against professional and intercollegiate scoring athletes in any sport under the jurisdiction of the WIAA.

18.24.4 Amateur standing will not be jeopardized by instructing, supervising or officiating in any organized youth sports program, recreation, playground or camp activities whether the student-athlete is paid or not paid for these duties.

18.24.5 A WIAA Member School may not permit nor authorize the use of an individual student's name and/or picture, a school or school team name and/or picture(s) to directly advertise, recommend or promote a commercial product or service.

18.24.6 **USE OF A STUDENT-ATHLETE'S NAME IN ADVERTISEMENTS THAT ARE CONGRATULATORY IN NATURE**:  A business can place its trademark on the advertisement only; the advertisement cannot include a reproduction of the product with which the business is associated.

18.24.7 A student who forfeits amateur status may apply to the WIAA Executive Director for reinstatement.

**18.25.0   COMMERCIAL SPONSORSHIPS SECURED BY THE SCHOOL**

18.25.1 A sponsor's name or logo is not permitted on any apparel or equipment approved by the school to be worn or used during the pre-contest warm-ups or during a contest.

18.25.2 The use of a student-athlete's name in advertisements that are congratulatory in nature is permitted.

Q&A   **18.26.0   USE OF ILLEGAL SUBSTANCES**:  School and WIAA rules and regulations are intended to discourage the use of alcohol, tobacco, legend drugs, controlled substances and paraphernalia and to encourage the use of school and community resources. School and community resources should be identified for students who have had a violation and seek help or who are referred for assessment.

18.26.1 **ALCOHOL AND TOBACCO**:  Each WIAA Member School shall adopt reasonable rules and regulations pertaining to the use of alcohol or tobacco products that are specific to the middle or high school levels.

18.26.2 **LEGEND DRUGS AND CONTROLLED SUBSTANCES**:  Penalties for the possession, use or sale of legend drugs (drugs obtained through prescription, RCW 69.41.020-050) and controlled substances (RCW 69.50) shall be as follows:

**1ST VIOLATION**:   A participant shall be immediately ineligible for interscholastic competition in the current interscholastic sports program for the remainder of the season. Ineligibility shall continue until the next sports season in which the participant wishes to participate unless the student accesses the assistance program outlined in Rule 18.26.2.2.

An athlete who is found to be in violation of the legend drugs and controlled substances rule shall have two options:

18.26.2.1 The athlete will be ineligible for participation in contests for the remainder of that interscholastic sports season and must meet the school's requirements in order to be eligible to compete in the next interscholastic sports season. The school principal will have the final authority regarding the student's participation in further interscholastic sports programs.

18.26.2.2 The athlete may choose to seek and receive help for a problem with use of legend drugs or controlled substances. Successful utilization of school and or community assistance programs may allow him/her to have eligibility reinstated in that athletic season, pending recommendation by the school.

**2ND VIOLATION**:  A participant who again violates any provision of RCW 69.41.020-50 or of RCW 69.50 shall be ineligible for interscholastic competition for a period of one calendar year from the date of the second violation.

**3RD VIOLATION**:   A participant who violates for a third time RCW 69.41.020-50 or of RCW 69.50 shall be permanently ineligible for interscholastic competition.

18.26.2.3 **A student who violates for the second or third time RCW 69.41.020 through 69.41.050 may appeal to the WIAA Executive Director for reinstatement.**

Q&A   **18.27.0   HARDSHIP:**  The WIAA District Eligibility Committee and the WIAA Executive Director are given the authority to make specific exceptions to those student eligibility regulations contained in Rule 18 provided such exceptions are based upon hardship conditions that are deemed to have contributed in a significant way to non-compliance with specific regulation(s) that may be appealed.

18.27.1 Any waiver of student eligibility regulations shall be based upon extenuating circumstances which are deemed to have significantly influenced or contributed to the cause of the student's non-compliance to the eligibility regulation(s) involved.

The following criteria shall be used to determine if a hardship exists:

18.27.1.1 A hardship exists only when some unique circumstances concerning the student's physical or emotional status exist and only when such circumstances are not the result of acts or actions by the student or family unit.

18.27.1.2 There must be no reason to believe that the decision and/or the execution of the decision concerning the student's transfer was for athletic purposes.

18.27.1.3 The circumstances must be totally different from those that exist for the majority or even a small minority of students (e.g., usual maturation problems or family situations that do not cause severe and abnormal emotional problems, and academic, athletic or cultural deficiencies in a school's curriculum or co-curricular activities do not constitute a hardship and the descriptions contained in Hardship Packets of what does or does not constitute a hardship are incorporated in this rule).

18.27.1.4 The burden of providing evidence that a hardship exists shall be borne by the student.

18.27.1.5 There shall be a direct, causal relationship between the alleged hardship and the student's inability to meet the specific eligibility rule(s).

18.27.2 Exceptions to student eligibility regulations based upon a hardship shall be subject to the following limitations:

18.27.2.1 Loss of eligibility in and of itself or an injury in itself that prevents the student from being able to participate are not considered hardships. In addition, attending a school that does not offer interscholastic activities is not considered a hardship, nor shall it justify extending eligibility beyond the four consecutive year period of high school eligibility allowed.

18.27.2.2 A hardship exception shall not be granted if there is sufficient evidence to make it reasonable to believe that the non-compliance to the eligibility rule in question was motivated or caused by efforts of the student, parents or school to gain a desired athletic outcome or to intentionally circumvent a rule, or

18.27.2.3 To grant additional eligibility based upon a hardship condition, a student must demonstrate that normal progression toward graduation has been significantly interrupted as a result of a long-confining illness (which can include a learning disability), an injury, or a family hardship, and that the interruption prevented the student from graduating and participating in four consecutive years.

18.27.3 The WIAA District Eligibility Committee shall waive the varsity status rule in the case of a transfer student for a specific sport if the petitioner can provide documentation in one or more of the following criteria on the WIAA Previous School Statement in the WIAA Eligibility Packet.

18.27.3.1 A transferring student has not participated at the school level or club/community equivalent in that sport for one year prior to their transfer. For the purposes of this rule, participation is defined as: Participation in ten or more coach organized (or led) practices or one contest at the school, club, or community level in that sport.

18.27.3.2 A transferring ninth grade student from a middle level school to a four-year high school shall not have played on an eighth grade team or club/community equivalent.

18.27.3.3 A transferring tenth grade student from a junior high school to a three year high school shall not have played on a ninth grade team or club/community equivalent.

## 19.0.0  STUDENT APPEALS OF INELIGIBILITY

*PHILOSOPHY OF STUDENT APPEALS OF INELIGIBILITY: The purpose of the appeal process is to provide students declared ineligible for athletic competition a clear explanation for their ineligibility and a procedure whereby they are afforded a full and reasonable opportunity to contest their ineligible status.*

Q&A  **19.1.0  APPEAL PROCEDURE FOR STUDENTS**:  Hardship must be the basis of an appeal. The following Rules are the procedures for a student to appeal ineligibility to participate in interscholastic activities.

**19.2.0  PURPOSE**:  The purpose of these provisions is to prescribe in detail the procedure whereby a student who wishes to contest the reasons for their alleged ineligibility to participate in an interscholastic activity under eligibility standards established by the WIAA shall be afforded a fair opportunity to petition the appropriate governing board(s) of the WIAA to obtain a full and open review.

**19.3.0  PROCEDURES FOR INFORMING STUDENT OF INELIGIBILITY**:  Each school district superintendent or their designee(s), having reasonable cause to believe that a student is ineligible to participate in or continue in an interscholastic activity under the Rules and Regulations of the WIAA, shall provide the student with notice of their ineligibility either by certified mail or by delivering said notice in person. The notice shall:

19.3.1  Specify the reason(s) for the alleged ineligibility and the rule being violated.

19.3.2    Advise the student of their opportunity to request a hearing in order to contest the reason(s) for the alleged ineligibility.

19.3.3    State that a written petition for a hearing can be served upon the WIAA District Eligibility Committee, or its designee, on or before the expiration of the third school business day after receipt of the Notice of Opportunity for a hearing.

19.3.3.1    Should a student be declared ineligible on the basis of gender identity, the school administrator shall then contact the WIAA Office.

19.3.3.2    Once contacted, the WIAA Office will assign a facilitator who will assist the school and student in preparation and completion of the paperwork associated with the eligibility appeal process.

19.3.4    Specify how the petition for hearing can be served upon the WIAA District Eligibility Committee or its designee by providing an address for that Committee or its designee.

19.3.5    Provide the student with the form(s) necessary to petition for a hearing pursuant to the procedure provided herein.

19.3.6    Failure to request a hearing in the manner hereinafter described within three school business days following the date of receipt of the written notice of alleged ineligibility shall waive the right to a hearing and the appeal procedures that govern determinations of eligibility under the standards established by the WIAA.

19.3.7    Unless otherwise provided, any student declared ineligible to participate in an interscholastic activity shall remain ineligible until a decision to the contrary is made as provided for in Rule 19 of this Handbook.

**19.4.0    PROCEDURES FOR INFORMING SENDING SCHOOL PRINCIPAL OF APPEAL**:  In transferring student cases, the sending school principal or designee shall be notified by mail, email, fax or phone by the WIAA District Eligibility Chairperson or designee of the hearing date, time, and place. The sending school principal or designee shall have the opportunity to be present during the hearing.

**19.5.0    NOTICE AND DECISION PROVISIONS/CONSTRUCTION OF DATES**:  The notice and decision provisions contained in the hearing and appeals procedures as herein set forth shall correspond with the actual school business days of that Member School. In computing any period of time prescribed or allowed by these rules the day of the act or event from which the designated period of time begins to run shall not be included. The last day of the period so computed shall be included, unless it is a legal holiday, in which event the period runs until the next day that is not a legal holiday.

**19.6.0    DISTRICT-LEVEL ELIGIBILITY COMMITTEE**:  The governing board in each WIAA Representative District shall appoint a Committee composed of a chairperson and at least two additional Committee members. No member of the Eligibility Committee shall hear and decide a case concerning a student who attends or attended a school with which that member is employed or otherwise directly associated. In such a case, that member shall be disqualified and the majority of the remaining members of the Eligibility Committee shall meet and appoint any additional person or persons necessary to fill such vacancy.

19.6.1    Each member of the Committee must be trained and certified on an annual basis by the WIAA Office Staff.

19.6.2    The Eligibility Committee shall be authorized to hear and decide cases involving the eligibility of students to participate in interscholastic activities pursuant to the eligibility standards established by the WIAA.

19.6.2.1    Should a student be declared ineligible on the basis of gender identity, the WIAA will facilitate an Eligibility Committee comprised of a minimum of three of the following persons one of whom must be from the physician or mental health profession category:

A.    Physician with experience in gender identity health care and the World Professional Association for Transgender Health (WPATH) Standards of Care.

B.    Psychiatrist, psychologist or licensed mental health professional familiar with the World Professional Association for Transgender Health (WPATH) Standards of Care.

C.    School administrator from a non-appealing school.

D.    WIAA Staff member.

E.    Advocate familiar with Gender Identity and Expression issues.

19.6.3    The Committee will review the appeal paperwork prior to scheduling the hearing.

19.6.3.1    If the appeal meets a set criteria established for each sub-Rule of the WIAA Eligibility Rules in 18.27.0, the Committee will process and approve.

19.6.3.2    If the appeal does not meet the set criteria, then the District Eligibility Chair will schedule a hearing with the student and their representative.

19.6.4    Appeals of decisions of the District Eligibility Committee may be appealed to the WIAA Executive Director.

19.6.5    The District Eligibility Committee will be evaluated annually.

Q&A    **19.7.0    ELIGIBILITY COMMITTEE - THE PETITION**:  Any student and/or their parents(s)/family unit may request a hearing before the Eligibility Committee in order to contest the reason(s) for any alleged ineligibility under the standards established by the WIAA. The person(s) requesting such a hearing shall be known as the Petitioner. A request for a hearing in the form and manner described herein shall be known as a Petition. A Petition shall: (a) be written; (b) set forth the specific eligibility; (c) be signed by the Petitioner(s); and (d) be submitted to the Eligibility Committee with such completed forms as may be prescribed by the WIAA Executive Board.

Q&A    **19.8.0    ELIGIBILITY COMMITTEE - THE HEARING**:  Upon the receipt of a Petition properly submitted in the manner described above, the Eligibility Committee shall schedule a hearing as expeditiously as possible, but in no case later than five school business days of that Member School prior to the first full interscholastic contest that is the subject of the Petition, or within a reasonable time thereafter in cases of emergency including, but not limited to, an unforeseeable late student enrollment. Written notice of the time and place of the hearing shall be delivered to the Petitioner no later than three school business days of that Member School prior to the date of the hearing. In the case of transferring students, notice by phone, mail or fax shall also be given to the sending school principal. All hearings shall be closed to the public.

19.8.1    The Petitioner may represent themselves or be represented by such other person, as they may desire. The Petitioner shall have the opportunity to testify, present and cross-examine witnesses, as well as to introduce affidavits, exhibits, and other such evidence as may be deemed relevant and material by the Eligibility Committee.

19.8.2    The Eligibility Committee may continue the hearing for a reasonable period of time when in the judgment of the Committee such a continuance is determined to be necessary to a fair and proper disposition of the petition.

19.8.3    A tape recording or verbatim record of the hearing shall be made in connection with each petition considered by the Eligibility Committee.

Q&A    **19.9.0    ELIGIBILITY COMMITTEE - THE DECISION**:  At the conclusion of the hearing and after a full and complete consideration of the evidence presented in support of the petition, the Eligibility Committee shall either (a) grant the petition, (b) deny the petition, or (c) take the petition under advisement for a period not to exceed five school business days of that Member School. The decision of the Eligibility Committee shall be written and shall include specific findings and conclusions that support the particular determination. A copy of the decision of the Eligibility Committee shall be sent to the petitioner within five school business days of that Member School following the date of the conclusion of the hearing or time period for seeking additional information. The sending school designee shall also be sent a copy of the decision within five school business days of that Member School following the date of the conclusion of the hearing or time period for seeking additional information.

19.9.1    The decision of the Eligibility Committee shall be based solely upon the facts and arguments presented during the hearing.

19.9.2    In the case of a decision by the Eligibility Committee to deny the petition for eligibility, the Petitioner shall be provided, in addition to a copy of the written decision, a copy of the procedure and forms required in order to appeal to a Hearing Officer appointed by the WIAA Executive Director.

19.9.3    When the Eligibility Committee denies the petition, the student is ineligible for interscholastic competition.

Q&A    **19.10.0    EXECUTIVE DIRECTOR/HEARING OFFICER - APPEAL/NOTICE OF APPEAL**:  An aggrieved student wishing to appeal the decision of the Eligibility Committee shall file notice of appeal with the Executive Director of the WIAA on or before the tenth school business day following the date of receipt of the written decision of the Eligibility Committee denying the petition. Upon failure to file a notice of appeal, the decision rendered by the Eligibility Committee shall constitute the final determination in the case.

19.10.1    The notice of appeal shall (a) be written, (b) be signed by the petitioner-appellant, (c) set forth the specific alleged error(s) that form the basis of appeal, and (d) be accompanied by such completed forms as the WIAA Executive Board may prescribe as now or hereafter amended.

19.10.2    An appeal to the WIAA Executive Director shall require the Executive Director to notify a designated Hearing Officer to schedule a hearing to commence on or before the tenth school business day following the date of receipt of the written notice of appeal. Written notice of the time and place of the hearing shall be sent to the student no later than five school business days of that Member School prior to the date of the hearing.

**19.11.0    HEARING OFFICER - THE HEARING**:  The hearing before the WIAA Hearing Officer shall be limited to a review of the record of the hearing conducted before the District Eligibility Committee and any additional relevant evidence.

19.11.1    In the review of the record, the findings and recommendations of the Hearing Officer shall be based solely upon the record of the hearing conducted by the Eligibility Committee and may include additional evidence, oral or written, when in the opinion of the Hearing Officer, such evidence is deemed relevant and material to a fair and proper disposition of the appeal. Upon receipt of additional evidence by the Hearing Officer, the parties shall be afforded a reasonable opportunity to contest such evidence.

19.11.2    A tape recording or verbatim record shall be made of the hearing.

**19.12.0  HEARING OFFICER - THE RECOMMENDATION**:  The recommended decisions to the WIAA Executive Director proposed by the Hearing Officer shall be written and shall include specific findings and conclusions that support the particular recommendations. The recommended decisions shall either affirm or reverse the decision of the Eligibility Committee, or take the petition under advisement for a period not to exceed five school business days for the purpose of seeking additional information.

19.12.1  The written finding(s) of and recommendation(s) of the Hearing Officer shall be delivered to the Office of the WIAA Executive Director as expeditiously as possible, but in no case later than five school business days for that Member School following the date of the conclusion of the hearing or time period for seeking additional information.

19.12.2  **WIAA EXECUTIVE DIRECTOR - THE DECISION:**  The WIAA Executive Director shall review the findings and recommendation of the Hearing Officer and shall either affirm or deny the recommendation of the Hearing Officer. The decision rendered by the Executive Director shall be written and shall include the findings and conclusions that support the particular determination and may include conditions for granting eligibility. The decision of the Executive Director is final.

19.12.3  A copy of the written decision of the Executive Director in each case shall be sent to the student as expeditiously as possible but in no case later than five school business days of that Member School following the date of the conclusion of the hearing or time period for seeking additional information.

19.12.4  Any student who remains aggrieved by a decision of the WIAA Executive Director and/or WIAA Executive Board may appeal to the Superior Court pursuant to RCW 28A.645.010-30, as now or hereafter amended.

**19.13.0  PROTESTS OF ELIGIBILITY**:  Any Member School, which has reason to believe that a student is not in compliance with WIAA eligibility standards, may protest the student's eligibility by written notification to the principal of the school that the student attends.

19.13.1  Whenever the eligibility of a student is protested in the manner described above, a representative of the school which the student attends shall notify the student of their protested eligibility and right to apply to the WIAA District Eligibility Committee as prescribed in Rule 19 of this Handbook concerning their eligibility.

19.13.2  In addition to the above, the District Eligibility Chairperson may appoint a Fact Finder to investigate matters pertaining to the protest.

19.13.3  In addition to the above requirements, the District Eligibility Chairperson may, as an added condition of eligibility, require that a transferring student submit a WIAA Previous School Statement. This form must be signed by the principal of the school from which the student has transferred, indicating the principal's approval of athletic eligibility for the transferring student. A copy of the signed form must be retained on file in the school office for the duration of the student's attendance at that school.

19.13.4  Unless such a written protest is submitted by that Member School at least seven school business days before the student's first opportunity to participate in an interscholastic contest, the student shall remain eligible during the appeal process provided for in Rule 19 of this Handbook.

---

## 20.0.0   EJECTION FROM CONTEST

Q&A  **20.1.0   EJECTION FROM CONTEST**:  Upon ejection, a player becomes ineligible to participate in a contest. Upon ejection, a coach becomes ineligible to coach in a contest. Conduct resulting in an ejection from an interscholastic contest administered by game officials, coaches or school administrators shall result in the following:

**NOTE 1:**  Two technicals assessed during a Basketball game are considered to be an ejection.

**NOTE 2**:  Any player who is issued a second yellow card caution in the same Soccer match will be disqualified from participating for the remainder of the match. This will not be counted as an ejection and schools will not be required to report it as an ejection.

20.1.1  For the remainder of the contest in which the ejection occurred:

20.1.1.1  When a student is ejected, the coach continues to be responsible for the student. The student shall remain with the team.

20.1.1.2  When a coach or other adult school representative is ejected, the coach or other adult school representative must vacate the playing area (gymnasium, field, and stadium). If a head coach is ejected, an assistant coach or any school district personnel authorized to supervise students may assume the head coaching responsibilities for the remainder of the contest. If no other school district personnel are on site, the contest will be terminated and forfeiture declared.

20.1.2  The school principal/designee is required to submit an ejection report online to the WIAA Office within one school business day following the completion of the contest in which the ejection occurred.

Q&A

20.1.3    The first ejection of the season shall result, at a minimum, in the ejected person (student, coach, other school representative) being suspended until after the next school contest in that sport at the same level of competition from which the person was ejected has been completed.

**NOTE: Level refers to either varsity or sub-varsity.**

**20.1.3.1    Once the postseason begins, a suspension can be fulfilled only in contests that count toward qualifying for the next round unless the ejection occurred during the final contest during that season.**

20.1.3.2    The WIAA Staff and/or WIAA Executive Board may increase a suspension based upon the aggressive conduct, inappropriate language, and/or circumstances following an ejection.

20.1.3.3    Even though a jamboree does not count as a contest for the purposes of meeting the suspension period, the suspended person is not allowed to participate in a jamboree.

20.1.3.4    A student who is on suspension may be on the team bench, but not in the school uniform, during the suspension period.

A.    Whenever a player is ejected, and the ejection is upheld, the student is required to complete the NFHS "Sportsmanship" online course before the player may be allowed to return to play.

20.1.3.5    Any coach ejected shall not be involved in coaching to any degree during the contest from which they are suspended and shall not be allowed into the facility (gymnasium, field, stadium, locker room or hallway, etc.) during a contest during the suspension period.

NOTE:  For the purposes of this rule, pre-contest warm-ups and post-contest events/celebrations are considered to be part of the contest.

20.1.3.6    Whenever a coach is ejected, a two-part plan that is meant to reduce the number of coach ejections must be completed, which, if the ejection is upheld, requires an ejected coach to complete the NFHS "Teaching and Modeling Behavior" online course and develop a plan to reduce ejections overall with their athletic director, principal, and superintendent/designee before the coach may be allowed to return to coach.

20.1.4    Should a participant be unable to complete a suspension during the sports season in which the ejection occurs, the suspension shall be carried over into the participant's succeeding season of participation.  In order for the suspension in the succeeding season of participation to meet this requirement, the participant must be a member of the team for the entire season for that sport.

20.1.5    The second ejection in the same sport and season for that individual shall result in being suspended for the remainder of the season of that sport.

20.1.6    For physical contact with an official the individual will be suspended from further competition in all sports for a period not to exceed one calendar year.

20.1.7    Any school with five or more ejections during a school year must follow the protocol below:

20.1.7.1    The first year that a school has five or more ejections, the school must submit a written plan of action to reduce the number of ejections prior to the proceeding September WIAA Executive Board meeting.

The written plan must include the following elements:  Accountability, Action Plan, Evaluation Plan, Specific Expectations and Timeline.

20.1.7.2    The second year that a school has five or more ejections, the school principal/designee shall meet with a designated WIAA Executive Staff member at the WIAA Office and present the school's sportsmanship plan.

20.1.7.3    The third year that a school has five or more ejections, the school principal/designee, coaches and student athletes representing the school must present the school's sportsmanship plan to the WIAA Executive Board during the September WIAA Executive Board meeting.

## 21.0.0  EJECTIONS AND/OR SUSPENSIONS

Q&A    **21.1.0    EJECTION AND/OR SUSPENSION AS A RESULT OF AN EJECTION MAY BE APPEALED:**

21.1.1    An ejection and/or suspension as the result of an ejection based on a judgment call made by a contest official(s) may be appealed. Only a school approved video, submitted by the principal or designee, will be used to determine whether an ejection was due to incorrect or poor judgment on the part of the ejecting contest official(s).

21.1.2    Ejections resulting from a misinterpretation or misapplication of a playing rule on the part of the ejecting contest official(s) may be appealed. Video cannot be used as evidence when appealing a misinterpretation or misapplication of a playing rule.

21.1.3    If there are two or more school business days prior to the next regular season contest for the individual the appeal will be reviewed by the WIAA Executive Staff:

21.1.3.1    For appeal of an ejection due to incorrect or poor judgement on the part of the ejecting contest official(s).

A.    The principal/designee of the ejected person must contact the WIAA Executive Staff within one school business day or three calendar days, whichever comes first, after the conclusion of the contest in which the ejection occurred to verify incorrect or poor judgment on the part of the contest official(s).

B.    The video documenting poor judgment must be submitted within one school business day after the conclusion of the contest during which the ejection occurred.

C.    The video submitted must clearly document the situation/play in which the ejection occurred and must clearly dispute the officials' ejection report.

D.    The WIAA Executive Staff will have a minimum of two school business days in order to make a decision regarding the appeal.

E.    After watching a video submitted by a school to appeal a suspension of its participant(s) and/or coach(es) for incorrect or poor judgment on the part of the official(s), the WIAA Executive Staff have the ability to suspend a participant or coach from either team if their behavior warranted ejection but was unseen by the officials working the contest.

F.    The decision of the WIAA Executive Staff regarding the ejection is final and may not be further appealed.

21.1.3.2    **FOR APPEAL OF AN EJECTION DUE TO MISINTERPRETATION OR MISAPPLICATION OF A PLAYING RULE:**

A.    The principal/designee of the ejected person must contact the WIAA Executive Staff within one school business day after the conclusion of the contest in which the ejection occurred to verify a misapplication/misinterpretation of the rule.

B.    The decision of the WIAA Executive Staff regarding the misinterpretation or misapplication is final and may not be further appealed.

C.    Providing the WIAA Executive Staff verifies a misinterpretation or misapplication of the rule, the principal/designee may appeal the outcome of the contest in which the ejection occurred to the school's League.

1.    **APPEAL OF LEAGUE DECISION - FOLLOW RULES UNDER RULE 27.0.0:**

a.    If the school is not a member of a League, the appeal will be filed directly with the District Board of the WIAA District in which the school is a member.

b.    **OPPOSING SCHOOL (LEAGUE MEMBER) APPEAL OF LEAGUE:** If the opposing school is a member of the same League, they may appeal the decision of the League to the WIAA District Board in which the League is located.

c.    **OPPOSING SCHOOL (NON-LEAGUE MEMBER) APPEAL OF LEAGUE:** If the opposing school is not a member of the same League, but both Leagues are in the same WIAA District, they may appeal the decision of the League to the WIAA District Board in which the Leagues are located.

d.    **OPPOSING SCHOOL (NON-DISTRICT MEMBER) APPEAL OF LEAGUE:** If the opposing school is not a member of the same WIAA District, they may appeal the decision of the League to the District Director's Appeals Board.

21.1.4    **IF THE NEXT REGULAR SEASON CONTEST FOR THE INDIVIDUAL WILL BE ON THE SAME DAY OR THE NEXT DAY, THE APPEAL MUST BE HEARD BY A GAMES COMMITTEE:**

21.1.4.1    Each League and District must have a Games Committee selected and named prior to the start of the season (refer to Rule 22.0.0).

21.1.5    **FOR LEAGUE/DISTRICT/REGIONAL/QUALIFYING AND/OR STATE EVENTS (POSTSEASON EVENTS), THE APPEAL MUST BE HEARD BY A GAMES COMMITTEE:**

21.1.5.1 **POSTSEASON APPEAL TIMELINE:**  The principal/designee of the ejected person must contact the event manager immediately after the conclusion of the contest in which the ejection occurred to verify a misapplication or misinterpretation of the rule.

A. When a coach or school administrator feels that there has been incorrect or poor judgment on the part of the contest official(s) that led to an ejection, the coach or school administrator must appeal to the event manager immediately following the conclusion of the contest and prior to the next contest in which the individual is scheduled to compete.

B. The WIAA Administrative Staff must determine if the ejection resulted from a misinterpretation or misapplication of a playing rule. Video cannot be used as evidence when appealing an ejection due to a misinterpretation or misapplication of a playing rule.

   1. If the WIAA Administrative Staff review cannot be completed prior to the next contest the ejection will be upheld and the suspension must be fulfilled.

C. When appealing an ejection due to incorrect or poor judgement on the part of the ejecting contest official(s), video must be provided which clearly disputes the official(s) judgement.

   1. The Games Committee must meet prior to the next contest for the ejected individual, but no later than two school business days following the ejection.

   2. If the Games Committee does not meet prior to the next contest for the ejected individual, the ejection will be upheld and the suspension must be fulfilled.

D. If the suspension is fulfilled, an appeal can still be processed prior to the end of the season in which the ejection occurred by the WIAA Administrative Staff, for the sole purpose to remove the ejection from the individual's record and the school ejection count.

21.1.5.2 **FOR LEAGUE/DISTRICT/REGIONAL/QUALIFYING AND/OR STATE EVENTS (POSTSEASON EVENTS), THE APPEAL MUST BE HEARD BY A GAMES COMMITTEE:**

A. **POSTSEASON APPEAL TIMELINE:**  The principal/designee of the ejected person must contact the event manager immediately following the conclusion of the contest in which the ejection occurred to verify a misapplication or misinterpretation of the rule or to appeal due to incorrect or poor judgement on the part of the ejecting contest official(s).

B. **APPEAL PROCESS:**  The same steps as outlined above must be followed.

C. **MISAPPLICATION/MISINTERPRETATION MUST BE VERIFIED BY WIAA STAFF:**  Providing the WIAA Administrative Staff finds a misapplication or misinterpretation of the rule, the principal/designee may appeal the suspension to the Games Committee (refer to Rule 47.0.0).

D. If WIAA Administrative Staff review cannot be completed prior to the next contest or a Games Committee is not available, the suspension must be fulfilled.

If the suspension is fulfilled, an appeal can still be processed by the WIAA Administrative Staff, for the sole purpose to remove the ejection from the individual's record and the school ejection count.

21.1.6 **SECOND EJECTION IN A SEASON OR FOR PHYSICAL CONTACT AGAINST AN OFFICIAL**: The severity of the penalty for the second ejection or for aggressive physical contact may be appealed to the WIAA Executive Director upon presentation of rationale and written documentation signed by the WIAA Member School Principal or superintendent desiring and supporting penalty modification within two school business days after the conclusion of the contest in which the ejection occurred.

## 22.0.0  GAMES COMMITTEE

**22.1.0 GAMES COMMITTEE - DEFINED:**  Each League/District/Event Manager shall appoint and name a predetermined Games Committee for all regular season events with less than two calendar days between contests and all postseason contests to rule on an appeal of ejection and/or suspension as a result of ejection and/or a protest of playing rules. The Games Committee may be on site or readily accessible by phone.

The League/District/Event Manager shall have alternate Committee members lined up in the event one or more potential members has a conflict of interest with the individual/team involved in the appeal or protest. WIAA Executive Board members, WIAA Staff members and District Directors can provide guidance or assistance regarding the process, but cannot be involved in the decision.

22.1.1 Duties of the Games Committee shall be as follows:

22.1.1.1 Assist the event manager as needed and be immediately available at all times during the event.

22.1.1.2 Act as an arbitration board for appeals or protests that might arise.

22.1.1.3    Appeals of ejections or contest protests may be brought to the Games Committee by the head coach or school administrator responsible for the team, not by a contestant, parent or spectator.

22.1.1.4    The Games Committee shall be composed of three or five members and may include 1) the event manager/designee; 2) the head official; 3) a coach, athletic director or school administrator not involved in the appeal; and may include 4) the official scorekeeper or 5) another event staff member.

22.1.1.5    The Games Committee members may not have a conflict of interest with the individual/team involved with the appeal.

22.1.2    **PROTEST - REGULAR SEASON:**    Procedure to be followed regarding a protest for misinterpretation or misapplication of a playing rule when there is less than two calendar days until the next contest.

**NOTE:** If more than two calendar days until the next contest, the school's League will determine the outcome.

22.1.2.1    When a coach or school administrator feels that there has been a misinterpretation or misapplication of a playing rule, the coach must notify the event manager within one school business day that the contest is being protested.

    A.    Video cannot be used as evidence.

    B.    Protests of an official's judgment will not be heard and cannot be protested.

    C.    Verification of the score is based upon the official's judgment and cannot be protested.

    D.    The score of a contest is final when the officials have verified the end of the contest and cannot be protested.

22.1.2.2    The event manager will contact the WIAA Staff.

22.1.2.3    Only the WIAA Staff can determine if a playing rule has been misinterpreted or misapplied. The adopted Rule Book(s) for that sport is used for reference.

22.1.2.4    The Games Committee will meet immediately or as soon as is reasonably possible upon receiving notification of the protest and verification from the WIAA Staff that a playing rule has been misinterpreted or misapplied.

    A.    During the meeting of the Games Committee, the coach shall be afforded the opportunity to present rationale and justification including the specific rule(s) in question, how the tournament officials misapplied or misinterpreted the rule(s), and the desired outcome of the protest.

    B.    The official(s) shall be afforded the opportunity to present the rule and its implementation in the protested situation.

22.1.2.5    The Games Committee may consult with the WIAA Staff member who oversees that sport; will follow any additional protest procedures covered in the specific NFHS Rule Book; and will utilize the NFHS and/or WIAA playing rules, scorebook, and/or statistics to determine the appropriate ruling.

22.1.2.6    The Games Committee will deliberate in closed session.

22.1.2.7    The decision of the Games Committee is final and cannot be further appealed.

22.1.2.8    The WIAA Staff must be notified of the decision.

22.1.3    **PROTEST - POSTSEASON:** Procedure to be followed regarding a protest for misinterpretation or misapplication of a playing rule.

22.1.3.1    When a coach or school administrator feels that there has been a misinterpretation or misapplication of a playing rule, the coach must notify the contest official(s) before play is resumed that the contest is being protested.

    A.    Video cannot be used as evidence.

    B.    Protests of an official's judgment will not be heard and cannot be protested.

    C.    Verification of the score is based upon the official's judgment and cannot be protested.

    D.    The score of a contest is final when the officials have verified the end of the contest and cannot be protested.

22.1.3.2    The contest official(s) will contact the event manager.

22.1.3.3    The event manager will contact the WIAA Staff.

22.1.3.4    Only the WIAA Staff can determine if a playing rule has been misinterpreted or misapplied. The adopted Rule Book(s) for that sport is used for reference.

22.1.3.5    The Games Committee will meet immediately or as soon as is reasonably possible upon receiving notification of the protest and verification from the WIAA Staff that a playing rule has been misinterpreted or misapplied.

A.    During the meeting of the Games Committee, the coach shall be afforded the opportunity to present rationale and justification including the specific rule(s) in question, how the tournament officials misapplied or misinterpreted the rule(s), and the desired outcome of the protest.

B.    The official(s) shall be afforded the opportunity to present the rule and its implementation in the protested situation.

22.1.3.6    The Games Committee may consult with the WIAA Staff member who oversees that sport; will follow any additional protest procedures covered in the specific NFHS Rule Book; and will utilize the NFHS and/or WIAA playing rules, scorebook, and/or statistics to determine the appropriate ruling.

22.1.3.7    The Games Committee will deliberate in closed session.

22.1.3.8    The decision of the Games Committee is final and cannot be further appealed.

22.1.3.9    The WIAA Staff must be notified of the decision.

22.1.4    **APPEAL OF AN EJECTION - REGULAR SEASON (IF LESS THAN TWO CALENDAR DAYS UNTIL THE NEXT CONTEST) AND POSTSEASON:**  Procedure to be followed regarding an appeal of an ejection due to a misapplication or misinterpretation of a playing rule:

22.1.4.1    When a coach or school administrator feels that there has been a misinterpretation or misapplication of a playing rule that led to an ejection, the coach or school administrator must appeal to the event manager following the conclusion of the contest and prior to the next contest in which the individual is scheduled to compete.

A.    Video cannot be used as evidence.

B.    Protests of an official's judgment will not be heard and cannot be protested.

C.    Verification of the score is based upon an official's judgment and cannot be protested.

D.    The score of a contest is final when the officials have verified the end of the contest and cannot be protested.

22.1.4.2    The event manager will contact the WIAA Staff.

22.1.4.3    Only the WIAA Staff can determine if a playing rule has been misinterpreted or misapplied. The adopted Rule Book(s) for that sport is used for reference.

22.1.4.4    The Games Committee will meet immediately or as soon as is reasonably possible upon receiving notification of the appeal and verification from the WIAA Staff that a playing rule has been misinterpreted or misapplied.

A.    During the meeting of the Games Committee, the coach shall be afforded the opportunity to present rationale and justification including the specific rule(s) in question, how the tournament officials misapplied or misinterpreted the rule(s), and the desired outcome of the protest.

B.    The official(s) shall be afforded the opportunity to present the rule and its implementation in the appealed situation.

22.1.4.5    The Games Committee may consult with the WIAA Staff member who oversees that sport; will follow any additional appeal procedures covered in the specific NFHS Rule Book; and will utilize the NFHS and/or WIAA playing rules, scorebook, and/or statistics to determine the appropriate ruling.

22.1.4.6    The Games Committee will deliberate in closed session.

22.1.4.7    The decision of the Games Committee is final and cannot be further appealed.

22.1.4.8    The WIAA Staff must be notified of the decision.

22.1.5    **APPEAL OF AN EJECTION - REGULAR SEASON (IF LESS THAN TWO CALENDAR DAYS UNTIL THE NEXT CONTEST) AND POSTSEASON:**  Procedure to be followed regarding an appeal of an ejection due to incorrect or poor judgment on the part of the contest official(s):

22.1.5.1    When a coach or school administrator feels that there has been incorrect or poor judgment on the part of the contest official(s) that led to an ejection, the coach or school administrator must appeal to the event manager following the conclusion of the contest and prior to the next contest in which the individual is scheduled to compete.

22.1.5.2    Only a school approved video submitted by the coach or school administrator will be used to determine whether an ejection was due to incorrect or poor judgment on the part of the ejection contest official(s).

22.1.5.3    The video documenting incorrect or poor judgment must be submitted to the event manager prior to the meeting of the Games Committee.

22.1.5.4    The video submitted must clearly document the situation/play in which the ejection occurred.

22.1.5.5    The Games Committee will meet immediately or as soon as is reasonably possible upon receiving notification of the appeal. During the meeting of the Games Committee, the coach shall be afforded the opportunity to present rationale and justification including the specific rule(s) in question, how the tournament officials misapplied or misinterpreted the rule(s), and the desired outcome of the appeal.  The official(s) shall be afforded the opportunity to present the rule and its implementation in the appealed situation.

22.1.5.6    The Games Committee will consult with the WIAA Staff member who oversees that sport; will follow any additional appeal procedures covered in the specific NFHS Rule Book; and will utilize the NFHS and/or WIAA playing rules, scorebook, and/or statistics to determine the appropriate ruling.

22.1.5.7    The Games Committee will deliberate in closed session.

22.1.5.8    After watching a video submitted by a coach or school administrator to appeal a suspension of its participant(s) and/or coach(es) for incorrect or poor judgment on the part of the official(s), the Games Committee has the ability to suspend a participant or coach from either team if their behavior warranted ejection but was unseen by the officials working the contest.

22.1.5.9    The decision of the Games Committee is final and cannot be further appealed.

## 23.0.0  COACHES

*PHILOSOPHY OF COACHES: Coaches are primarily responsible for imparting valuable educational experiences to student participants. Therefore, the WIAA believes that all coaches should have training in at least the essential areas of study required for a physical education teacher's endorsement in Washington secondary schools and the NFHS Coaches Education Program.*

Q&A    **23.1.0    DEFINITION OF A HEAD COACH**:  A Head Coach is that person in charge of the highest level team for that building (e.g.), the person responsible for the highest level (varsity) team in a building that houses grades 10-12 is the Head Coach; the person who is responsible for the highest level team in a building that houses grades 7-9 is the Head Coach.

**23.2.0    EMPLOYEE OF THE DISTRICT**:  No school team or individual contestant shall be eligible to represent a school in an athletic contest unless the coach has been approved by the school board of the school district in which he/she coaches.

23.2.1    This requirement applies to all paid and/or volunteer coaches. Volunteers become representatives of the District, and may serve as coaches, only upon registration, approval and authorization of the school district Board of Directors.

Q&A    23.2.2    Coaching stipends and all gifts to a coach exceeding a total of $500 between the first day of the summer activities period until the final day of the next WIAA school year must be approved by the school's board of directors.

**23.3.0    COACHES EDUCATION COMPLIANCE**:  Only paid and/or volunteer coaches who have met the coaches standards are eligible to coach or be involved in a practice or competition.

If a school district has more restrictive coaching standards, the coach will be held to the more restrictive standard.

**23.4.0    SUPERVISION**:  A school appointed coach, or another appointed member of the school faculty, must accompany any school team (or individual) at any time in connection with school sponsored interscholastic competition.

**23.5.0    COACHING REQUIREMENTS**:  For initial employment as a paid and/or volunteer interscholastic coach, an individual must meet the following requirements:

Q&A    23.5.1    Be a high school graduate or have completed a graduation equivalency diploma (GED) program.

23.5.1.1    High school students may serve as middle level volunteer assistant coaches during the designated middle school season when under the direct supervision of the middle level coach. These high school students must meet WIAA Coaching Standards minimum requirements and hold a valid First Aid Certification and a valid CPR card.

23.5.2    Annually complete the WIAA General Rules Clinic and the WIAA-approved rule clinic for the sport being coached.

23.5.3    Hold a valid current First Aid Certification or have completed a school district-approved athletic training/sports medicine course equivalent to the Red Cross First Aid Card training or be enrolled in a First Aid class. A sports medicine course is to include prevention of injuries, recognition of injuries, emergency on-site procedures including transporting the injured, and rehabilitation of injuries. If a sports medicine course is used to fulfill this requirement, it must be renewed every three years.

23.5.4    Hold a valid current CPR certification or be enrolled in an approved CPR Course.

23.5.5    Have successfully completed Concussion Recognition and Management with Return to Play Protocols training as required by Washington State Law that must be renewed every three years.

23.5.6    Have successfully completed Sudden Cardiac Arrest Awareness and Training as required by Washington State Law that must be renewed every three years.

23.5.7    Before the beginning of the third year of coaching, a Member School Coach (paid or volunteer) must complete a school district-approved Coaching Principles training that requires a minimum of five hours of instruction, or complete the NFHS Coaches Fundamentals Course, complete the WIAA Coaches School, or other Coaches School as approved by the WIAA or the local school district. After initial completion, coaches will be required to repeat this training every three years.  The training must include a minimum of one hour in each of the following categories:

23.5.7.1    **MEDICAL ASPECTS OF COACHING - HEALTH AND WELFARE:**

- Care and Prevention of Student Injury
- Athletic Training/Sports Medicine
- Chemical and Substance Abuse
- Injury Rehabilitation
- Nutrition
- Kinesiology

23.5.7.2    **LEGAL ASPECTS OF COACHING - LITIGATION, LIABILITY:**

- School Physical Education, Sports, or Athletic Law
- Annual Review of Rule Changes and Application of Rules
- School Board Policies, WIAA Rules, School Law
- Bullying, Hazing, Harassment

23.5.7.3    **PSYCHO/SOCIAL FOUNDATIONS:**

- Sociology and Psychology of Sports (Adolescent Psychology, Sports Sociology and Psychology, Motivation, Dealing with Substance Abuse)
- Philosophy of Interscholastic Activities Programs
- Coaching Techniques
- Instructional Methods in Physical Education/Activities
- Instructional Methods in Physical Education for Handicapped
- Instructional Methods in Interscholastic Sports
- Philosophy/Sports Management/Pedagogy
- Social, Emotional Learning Strategies and Procedures
- Restorative Practices
- Mental Health
- Suicide Prevention

23.5.7.4    **DIVERSITY, EQUITY AND INCLUSION:**

- Anti-Racism
- Discrimination in Sport / Examining Implicit Bias
- Gender Equity
- LGBTQ and Gender Identity
- Recognizing and Eliminating Barriers to Participation
- Supporting Students from Diverse Backgrounds
- Supporting Students Impacted by Income Disparities
- Unified Sports/Including Students with Disabilities

23.5.8    Red Cross Safety Training for Swim Coaches or Lifeguard Certification is required for all Swim coaches. Red Cross Safety Training for Swim Coaches, U.S. Diving Safety Certification or Lifeguard Certification is required for Diving coaches.

23.5.8.1    Each team must have a certified Swim coach on site during practice and competition in order for an athlete(s) to be eligible to participate in Swimming.

23.5.8.2    Each team must have a certified Dive coach on site during practice and competition in order for an athlete(s) to be eligible to participate in Diving.

23.5.9    Pole Vault Coaches Training is required for Pole Vault coaches every two years. The first two cycles, and at least every other cycle, are required to be "hands-on". Additional trainings may be from a WIAA-approved online course.

Each team must have a certified Pole Vault coach onsite during practice and competition in order for an athlete(s) to be eligible to participate in Pole Vault.

23.5.10    "Hands-On" Stunt Certification is required for head Cheer coaches. The certification program must be approved by the WIAA. Coaches must be recertified every two years with "hand-on" training.

Each team must have a stunt-certified coach onsite during practice and competition in order for an athlete(s) to be eligible to stunt.

Q&A    23.5.11    "Hands-On" Lift Certification is required for Dance/Drill coaches who intend to have their squad(s) perform lifts. The certification program must be approved by the WIAA. Coaches must be recertified every two years with "hands-on" training.

Each team must have a stunt certified coach on site during practice and competition in order for an athlete(s) to be eligible to stunt.

23.5.12    All middle school and high school football coaches must complete school district-approved technique-specific safety training similar to "Heads Up Football".  The training must include, but is not limited to, "hands-on" Safer Tackling Techniques and Drills, Helmet and Shoulder Pad fitting, Concussion management with Return to Play Protocols following a concussion, Heat and Hydration training and Sudden Cardiac Arrest training.  Football coaches will be required to repeat this training every two years.

23.5.13    **WASHINGTON STATE PATROL CRIMINAL HISTORY INFORMATION**:  The employing school district is required by RCW 43.43.830 to file the Washington State Patrol Criminal History Information for paid and/or volunteer coaches.

**23.6.0    SHARED COACHING**:  A school district may approve shared coaching in Diving, Pole Vaulting and Gymnastics that have been determined to pose a safety or health concern for student athletes due to the qualifications or lack thereof of available coaching staff. Prior to approval the following criteria must be documented or verified:

23.6.1    The school district has determined no qualified coaching is available, and the shared coach is qualified and approved (employed) by the local school district in compliance with Coaching Standards as set forth by the WIAA.

23.6.2    The "specialized" program must be made available to all athletes in that event (e.g., under the safety purposes of this permissive rule, if a school sends one pole vaulter to a shared coach, the school must send all pole vaulters from the school).

23.6.3    Coaching will be only during the WIAA adopted season for the sport.

23.6.4    Each team must have a certified Swim coach on site during practice and competition in order for an athlete(s) to be eligible to participate in Swimming.

23.6.5    Each team must have a certified Dive coach on site during practice and competition in order for an athlete(s) to be eligible to participate in Diving.

**23.7.0    NEGATIVE COMMENTARY BY COACHES:**  The WIAA prohibits negative commentary or statements to the media or general public in any form relative to officiating prior to, during, or following any interscholastic activity or athletic event.

## 24.0.0   OFFICIALS

The control, supervision and regulation of school officials shall be under the direction of the Washington Officials Association (WOA) or any other voluntary nonprofit entity.

**24.1.0    REGISTERED OFFICIAL**:  A registered official is properly enrolled with the WOA, has paid the appropriate WOA Association/Board dues and is eligible to officiate sub-varsity interscholastic contests only.

**24.2.0    CERTIFIED OFFICIAL**:  A Certified official is a registered official who has attended a WIAA/WOA rules clinic for that sport, has attended the required number of WOA Association/Board meetings, passed the sport rules test, has an acceptable criminal history background check form on file, and is eligible to officiate any and all levels of interscholastic competition.

**24.3.0    REQUIRED NUMBER OF OFFICIALS**:  The WIAA Executive Board supports the number of officials required by the NFHS Rule Book for that sport. If a League elects to use less than the required number of officials, each school in that League assumes all liability and responsibility as such.

**24.4.0    USE OF REGISTERED OFFICIALS**:  The WOA registers officials in Baseball, Basketball, Football, Girls Flag Football, Gymnastics, Soccer, Softball, Spirit, Volleyball and Wrestling. Only officials registered with the WOA or who have reciprocity through another State Officials Association are eligible to officiate regularly scheduled contests for all sports and at all levels of play sanctioned by the WIAA.

24.4.1    WOA officials are required to be used in Baseball, Basketball, Football, Girls Flag Football, Gymnastics, Soccer, Softball, Spirit, Volleyball and Wrestling.

24.4.2    School representatives do not have the authority to solicit officials directly for contests. All assignments must be made by and through the appropriate assigning secretary for the respective Officials Association/Board.

24.4.3    **STUDENTS AS OFFICIALS:**  A student shall not be used as an official unless the student is a member of the WOA in that sport.

A student may be employed by his/her school, a recreational department, or community as a sport official without jeopardizing his/her amateur standing.

**24.5.0    PROCEDURE TO USE NON-REGISTERED OFFICIALS**:  After all attempts to reschedule a contest have failed, should schools find it necessary to use non-registered officials, the use of non-registered officials may be allowed provided all steps below have been documented and provided. In such an event, application must be made to the WIAA Executive Director well in advance of the date of the contest.

24.5.1    The required procedure for requesting use of non-registered official is as follows:

24.5.1.1    Date of contest(s) and officials to be used should accompany the request.

24.5.1.2    Documented consent of the other school approving the officials to be used should be obtained in advance of the contest(s).

24.5.1.3    Request sent to the WIAA Executive Director in advance of the contest.

24.5.2    In unforeseen situations when 1) a WOA Association/Board is unable to supply officials for a particular schedule or individual contest, or 2) the scheduled official fails to show up, an official may be selected from a pool of individuals who have met the following criteria:

24.5.2.1    Passed the current WOA rules test for that particular sport; or

24.5.2.2    Completed the WIAA/WOA online rules clinic for that particular sport.

24.5.3    Requests to use non-registered officials will not be approved when rationale for such a request is based solely on finances. The responsibility and liability for selection and use of any non-registered official, as an employee of the school, becomes that of the school.

24.5.4    After all attempts to reschedule a contest have failed, middle level schools may request permission to utilize non-registered officials. The request must be approved by both the WIAA and WOA Executive Boards.

24.5.4.1    If approved by the WIAA, the WOA and the League, individual schools may opt to schedule non-registered officials for any contest.

**24.6.0    OFFICIALS REFUSING TO SERVE**:  A WOA Association/Board that refuses to serve Member Schools of their service area shall be disqualified from consideration for tournament assignments.

**24.7.0    OFFICIALS ELIGIBLE FOR STATE TOURNAMENTS**:  A certified official is eligible to be nominated to a State Tournament during any given year.

24.7.1    Any official nominated for a State Tournament must meet the following criteria:

24.7.1.1    Must be recommended by the local WOA Association/Board.

24.7.1.2    Must have officiated the minimum number of high school varsity contests during the regular season as established for that sport.

24.7.1.3    Must officiate a post season event in that sport prior to the State Tournament.

24.7.1.4    Must be available to officiate throughout the duration of the tournament.

24.7.1.5    Meet all WOA objective criteria and training requirements.

**24.8.0    COMMUNICATION BETWEEN LEAGUES AND WOA ASSOCIATIONS/BOARDS**:  The WIAA and WOA expect that athletic Leagues have meetings prior to the opening of their seasons to which they invite representatives of the WOA Association/Board that serves them so that they might discuss mutual areas of concern.

**24.9.0    WIAA DISTRICT COMMITTEE ON OFFICIALS**:  The WIAA and WOA Executive Boards require that each WIAA District have a standing committee consisting of three school personnel and three members from the local WOA Association/Board to work on mutual areas of concern.

**24.10.0    AGREEMENT REVIEW COMMITTEE**:  The Agreement Review Committee is composed of four board members from the WOA and four board members from the WIAA Executive Board, approved by the respective Boards.

24.10.1 Recommendation for changes in officiating fees, expenses or any other regulation for any or all sports must be submitted to the Agreement Review Committee in writing by October 1. The Committee will review, act on the request(s) and submit recommendation(s) to the WIAA and WOA Executive Boards.

24.10.2 Recommendation for changes in fees, expenses or other regulations for any sport(s) may be initiated by Member Schools, Leagues, WIAA Districts, and WOA Associations/Boards.

24.10.3 All statewide supplemental fees or expenditures must be first submitted to the Agreement Review Committee.

**24.11.0 DETERMINING OFFICIALS FEES**: There shall be a re-examination of the established fee schedules every two years by the Agreement Review Committee to coincide with the classification/allocation cycle.

24.11.1 The recommendations of the Agreement Review Committee shall be reported to the WIAA Executive Board.

24.11.2 Changes in the Officials Fee Schedule are to be approved by the WIAA and WOA Executive Board**s**.

**24.12.0 OFFICIALS MILEAGE:**

24.12.1 For standing and special committee members, and State Tournament assignments, round-trip mileage will be paid at the rate established by the WIAA Executive Board. Mileage for any school year shall be consistent with the allowed amount set by the IRS at the beginning of the fiscal year.

24.12.2 Mileage reimbursement for regular season contests will be based upon the WIAA/WOA Agreement.

**24.13.0 OFFICIALS FEES:** Established fees for middle level and high school regular season and high school State Tournament/Meets are listed in Rule 10.1.

---

## 25.0.0 QUALIFYING EVENTS AND STATE CHAMPIONSHIPS

**25.1.0 STATE CHAMPIONSHIPS**: State Championships for Member Schools shall be permitted only in those varsity sports that have been approved by a 60 percent majority vote of the Representative Assembly.

25.1.1 **EQUITABLE ENTRY INTO THE POSTSEASON:**

25.1.1.1 The size of the number of entries into the State Tournament would be determined by the number of schools that offer that sport in that classification.

25.1.1.2 An approximate ratio of 4:1 (schools in the classification to number of entries into the State Tournament) would be used to determine the size of the State Tournament.

25.1.1.3 **STATE TOURNAMENT ENTRIES:**

| Number of Schools | Number of State Tournament Entries |
|---|---|
| 84+ | 24 |
| 68-83 | 20 |
| 44-67 | 16 |
| 30-43 | 12 |
| 18-29 | 8 |
| 17 or Less | Combined with smallest classification above or below |

**12-ENTRY TOURNAMENTS:** Four single elimination play-in games will be scheduled in the 12-entry tournaments to lead into an 8-entry modified double elimination tournament.

**20-ENTRY TOURNAMENTS:** Four single elimination play-in games will be scheduled in the 20-entry tournaments to lead into a 16-entry modified double elimination tournament.

25.1.2 Once approved, a State Tournament will be held for both years of an allocation period.

25.1.3 The number of State Tournaments may be reduced when the number of participating schools decreases and the proper number of State Tournaments reassigned.

25.1.4 The number of schools participating in a sports activity during the first year of the classification/allocation cycle will be the basis for determining the number of tournaments.

25.1.5 **ALLOCATION FORMULA**: The number of schools in a given classification statewide is divided by the number of tournament entries. This figure is then divided into the number of schools in the classification in each WIAA District. The result is the allocation for that district.

25.1.6 **APPLICATION OF THE ALLOCATION FORMULA**: The Allocation Formula shall be applied each even-numbered year. The WIAA Executive Board is empowered to make decisions regarding the fractional allocations.

**25.1.6.1** **The Allocation Formula is applied by the WIAA Executive Board to the WIAA Districts for all postseason tournament events.**

25.1.6.2    The Allocation Formula is the basis for allotting representatives from WIAA Districts to the Representative Assembly.

25.1.6.3    By using the Allocation Formula, the WIAA Executive Board shall determine allocations based on the adjusted enrollment as reported during the classification year. The WIAA Executive Board is empowered to make decisions regarding the fractional allocations.

25.1.7    **ALLOCATION CALCULATIONS STEPS AND CRITERIA:**

25.1.7.1    The allocation factor is derived from the schools participating in a sport or activity.

A.    The WIAA Executive Board and District Directors verify the Member School participation summary. The participation summary is based upon the information supplied by the Member Schools on the WIAA Membership Form.

B.    **TEAM - DEFINITION:** A team is defined as the minimum number of participants required for full participation/scoring in that sport.

For team and individual sports, the program is counted for allocation purposes if the Member School participates in varsity competition during the regular season and postseason competition in that sport. For individual sports, a school must attain a roster of at least the number listed below at the end of the third week of the fall sports season for all fall sports and at the end of the second week during the winter except 1B/2B wrestling which is determined at the end of the third week for spring sports seasons during the first year of the allocation cycle.

| Sport | Roster Number Required for Allocations |
|---|---|
| Bowling | 5 |
| Cross Country | 5 |
| Golf | 5 |
| Gymnastics | 5 |
| Swimming & Diving | 4 |
| Tennis | 3 |
| Track & Field | 5 |
| Wrestling (Boys) | 8 |
| Wrestling (Girls) | 8 |

C.    Combined programs are counted as one school.

25.1.7.2    Determine the two year allocations using the school factor.

A.    The school factor is calculated by dividing the total number of schools in that classification that offer that sport by the total number of allocations for the two-year allocation cycle.

**EXAMPLE:** The school factor for 61 schools with 32 allocations would be 1.91.

B.    The number of schools in each WIAA District is divided by the school factor to determine the two-year allocation for that WIAA District/combined District.

C.    WIAA Districts will be combined if the one year allocation is less than 0.8 or if the two year allocation is less than 1.6.

D.    For odd numbered allocations over the two year cycle, the following steps will be used:

1.    Highest whole number receives the highest number of entries during the first year.

2.    Highest fraction receives the highest number of entries during the first year.

25.1.7.3    The whole numbers are added, with the additional allocations determined from the fractional allocations (largest to smallest fractional allocation) until all tournament entries are filled.

A.    Ties will be assigned as an entry of both WIAA Districts.

1.    WIAA will assign all allocations in the case of ties.

2. In the case of a fractional tie (if shared allocations are not possible) the allocation will be assigned to the entity with the WIAA District with the largest adjusted enrollment.

3. For schools that received approval to petition down to a lower classification in football, the average adjusted enrollment of all other schools in that classification in that WIAA District will be the adjusted enrollment assigned to those schools.

25.1.7.4 Adjustments may be made to allocations no later than Friday of the third week of a sports season provided verification has been submitted to the WIAA Executive Director that a school omission or addition to a League/WIAA District count would result in altered allocations.

25.1.7.5 **ADDING OR DELETING A SPORT:** A school that adds or deletes a sport after submitting the annual enrollment form must submit the change in writing to the WIAA Executive Director, with copies sent to the WIAA District Director and League Representative. The League is the overseer of schools within its jurisdiction and responsible to communicate with the District Director on all allocation information and League entries.

A. Adding or deleting a sport during the first three weeks of a season during the first year of a two-year allocation cycle may effect a change in tournament allocations.

B. Adding or deleting a sport after the first three weeks of a season during the first year of a two-year allocation cycle or at any time during the second year of a two-year allocation cycle will not change tournament allocations.

C. Violations of, or failure to comply with, the above procedures shall result in the following:

1. The first school violation will result in a probation warning to the individual school regarding all programs and a specific fine double the annual fee for the sport not reported for that school year.

2. The first League violation will place all schools in the League in that specific sport on probation.

25.1.8 Management, sites, dates and other details for all regional and State Tournaments shall be determined by the WIAA Executive Board.

25.1.9 Revenue from these tournaments shall accrue to WIAA as determined by the WIAA Executive Board.

25.1.10 Playoffs and tournaments shall be governed by regulations adopted by the WIAA Executive Board.

25.1.11 The 1B State Football Championships will be played in conjunction with other Football Championships at the selected Championship site.

25.1.12 When there is an eight-team Football tournament to determine a State Champion, the quarterfinals and semifinals will be played on consecutive weekends beginning the 13th week of the season.

25.1.13 At the site of any WIAA State Tournament the advertising and/or posting of signs and/or the distribution of announcements shall be limited to only those events sanctioned or conducted by the WIAA. Any distribution of notices or announcements advertising non-WIAA events shall be prohibited at the site of any WIAA-sanctioned tournament.

25.2.0 **WIAA DISTRICT REPRESENTATION IN STATE TOURNAMENTS**: WIAA District representation in State Tournaments shall be determined by the application of the Allocation Formula except as otherwise determined by the WIAA Executive Board as listed in each sports Rule.

25.2.1 The deadline for determining WIAA District entries to State Tournaments shall be midnight Saturday prior to the week of the State-level events.

25.2.2 The WIAA District has the authority and responsibility to determine the method by which allocations will be filled for State events within the parameters/rules for that sport.

25.2.3 In the event that a dispute arises within a WIAA District/region involving the method of qualifying for State Tournaments or State Meets, final authority rests with the WIAA Executive Board.

25.2.4 Individuals and teams that qualify for a State qualifying event must compete unless exempted by the appropriate level.

25.2.5 By entering participants in postseason competition, each Member School certifies that, barring injury, illness, religious observance or unforeseen events, the team or individuals representing the school will participate in every level of competition through the completion of the State Championship event.

**NOTE:** An unforeseen event can include, but not be limited to, an individual that qualifies for two spring State Championship events. In order to meet this rule, the athletic director for that individual's school must contact the WIAA Staff who oversees at least one of the affected sports to withdraw the individual from one of the State Championships by midnight on the Saturday prior to the beginning of the spring State Championships.

25.2.6    Any withdrawal or intentional forfeiture for a reason other than those listed in Rule 25.2.5 shall be considered a violation of WIAA Rules and Regulations, and shall be subject to penalties as determined by the WIAA Executive Board.

25.2.7    Any WIAA District not using allocations must notify the WIAA Office at the beginning of that sport season. The WIAA Executive Board may reallocate unused allocations.

25.2.8    **FOR DISTRICTS WITH ONLY ONE ALLOCATION**:  If a WIAA District has only one allocation in the first and/or second year of an allocation cycle, that WIAA District may petition to the WIAA Executive Board to combine ("glue")  with another WIAA District that has more than one allocation for the opportunity to gain an additional allocation provided the WIAA District with only one allocation has first exhausted all options to secure a postseason agreement with another WIAA District. Such a request may be made only when a WIAA District with one allocation has the number of schools that drive an allocation, plus one. The deadline to submit a petition to the WIAA Executive Board shall be one week after the allocations have been finalized by the WIAA Executive Board in the first year of an allocation cycle.

When the WIAA Executive Board considers such a petition, they will adhere to these guiding conditions:

25.2.8.1    The WIAA Executive Board will work to avoid situations where a WIAA District with one allocation will be glued with a WIAA District that has a pre-existing postseason agreement with another WIAA District or WIAA Districts that have been combined through the application of the allocation formula.

25.2.8.2    The WIAA Executive Board will determine the WIAA District that the WIAA District with one allocation will be glued with. The closest geographic WIAA District to the WIAA District with one allocation will be used by the WIAA Executive Board, when not in conflict with item A above, to glue the WIAA Districts and allocations

**NOTE:** Geographical distance is determined by the actual miles traveled on local/county/state roads between the outermost school in each of the WIAA Districts involved specific to the classification and sport being considered for combination.

25.2.8.3    Any such petition decided by the WIAA Executive Board will specify that both WIAA Districts included in such a glue agreement would have the potential to gain or lose one allocation.

25.2.8.4    In bracketed sports, either team or individual, the WIAA Executive Board will protect all but the lowest allocation of a WIAA District with more than one allocation when combining that WIAA District with a WIAA District with only one allocation, by allowing only the lowest allocation in a playoff to be available to the WIAA District appealing for the opportunity to earn an additional allocation.

25.2.8.5    In individual sports without a bracket, allocations from each involved WIAA District will be pooled, meaning that in such a combination in individual sports, all allocations will be awarded based on the finish of each athlete in the completed results of the competition, regardless of WIAA District affiliation.

25.2.8.6    The WIAA Executive Board will also include the following conditions when reviewing and rendering a decision on a 'glue' petition:

A.    After the WIAA Executive Board approves such a request, the final allocations assigned to the WIAA Districts involved in a glue agreement will be reposted to reflect which WIAA District may earn the allocation.

**EXAMPLE:**  If WIAA District 2 has two allocations and WIAA District 4 has one allocation, the glue agreement and posted allocations will reflect WIAA District 2 #1, WIAA District 2/4 #2.

B.    The WIAA District with more than one allocation that is added to a glue agreement will provide two simple cross-over, loser-out contests in team sports to the WIAA District with only one allocation aligned with Rule 25.2.1 (District Representation in State Tournaments).

C.    Such glue agreements will speak to both years of an allocation cycle. The WIAA Executive Board will communicate each year with involved WIAA Districts to review and confirm the conditions of the agreement.

D.    Any petition submitted to the WIAA Executive Board must include:

- All sports that the glue agreement includes for that season

- Seeding and/or draw criteria

- Potential dates and locations of contest(s)

- Potential revenue sharing plan, should there be one

25.2.9    **WIAA DISTRICT AGREEMENTS**:  The WIAA Executive Board must approve all WIAA District agreements involving shared allocations.

25.2.10 **INDEPENDENT TEAM'S ACCESS TO POSTSEASON COMPETITION:** If a WIAA Member School's team(s) chooses not to become a member(s) of a League, that Member School's team(s) may play an independent schedule. The placement of that team(s) for postseason play will be determined by the WIAA Executive Board, unless such access is provided by a League or District.

Should the WIAA Executive Board be required to place an independent team in postseason competition, consideration would be given to that team's record against varsity competition of schools of the same classification, or of a higher classification. Each team's schedule(s) must be submitted to the affected Leagues, WIAA Districts and WIAA Office.

In order to qualify for postseason play, a team's record against such competition must be equal to or better than the team receiving the lowest berth from that League/District. If this criteria is met, the independent team will be allowed to challenge for this berth through direct competition.

**25.3.0  RESCHEDULING OF STATE EVENTS DUE TO RELIGIOUS OBSERVANCE**: The WIAA Executive Board will review any requests for accommodation during a team State Event (Baseball, Basketball, Football, Soccer, Softball, Volleyball), considering the following in the scheduling or rescheduling of events:

25.3.1    The impact on the academic schedule.

25.3.2    The safety for participants and spectators.

25.3.3    The impact on participants by considering competition schedule, cost of lodging, travel, and meals.

25.3.4    The impact on fans' ability to attend the event.

25.3.5    Loss of overall event quality for participants.

**25.4.0  INCLEMENT WEATHER POLICY - TEAMS/INDIVIDUALS UNABLE TO ARRIVE FOR SCHEDULED COMPETITION AT A CHAMPIONSHIP EVENT:** The WIAA Executive Board and WIAA Staff believe that all teams/individuals earning the right to participate in Championship events should have those rights protected as much as possible. The WIAA Executive Board and WIAA Staff also recognize the efforts of all participants to attend the Championship events. The participating schools must also realize that these events are held to certain restrictions with facilities, game officials, and all other game administration.

A WIAA Championship event shall be defined as Regional and State competition. The competing school is responsible for notifying the WIAA Office or the event manager, if the school is having difficulty traveling to the event site due to weather or a clear area-wide emergency and may not arrive in time for the scheduled event(s). Notification shall be made as soon as possible after it becomes evident that the team/individual is having difficulty.

School personnel have the responsibility of making alternative travel plans to tournament sites based upon weather forecasts and any other pertinent information. As a common practice, input and recommendations are to be sought from the Highway Patrol and/or the Department of Transportation. Specific circumstances not covered by this policy are left to the discretion of the WIAA Executive Director or designee.

25.4.1    If a team/individual is unable to arrive at a Championship event site for its scheduled competition due to circumstances beyond its control (e.g., an earthquake, all passes closed, roads closed due to flooding, etc,) that team/individual will be allowed to participate in its scheduled event provided it arrives at the event site and is able to compete on the day of its scheduled event.

The WIAA Executive Director, in cooperation with the event manager, shall adjust the schedule of the event for the purpose of allowing maximum participation for all qualified schools. If the team/individual is unable to arrive to compete on the day of its event, a forfeit is recorded and that team/individual shall move into the consolation bracket or be dropped from competition, whichever is applicable to the particular event.

25.4.1.1    There may be times in the interest of safety, weather, or conditions beyond the control of the participating schools and/or the tournament management that it becomes necessary to delay, postpone, or cancel such tournaments. The intent of this policy is to accommodate the participating school(s) by rescheduling if possible.

A.    The following practices shall be observed:

1.    If severe weather conditions affect a participating school, but not the tournament, the principal must notify the tournament director.

2.    If severe weather conditions affect the tournament, the WIAA Executive Director or WIAA Staff designee will make the final decision concerning tournament postponement or rescheduling.

3.    Play will resume on the next playable date.

4.    Changing of sites, postponement or cancellation of events will be determined by the WIAA Executive Director or WIAA Staff designee.

B.    Procedures to follow if contests are rescheduled:

5.  The WIAA Executive Director or WIAA Staff designee has the final authority on contest rescheduling.

6.  If contests are rescheduled on the same day as originally scheduled but at a different site, the Semifinal and Championship contests will be scheduled at the same time or later than originally scheduled.

7.  Time between contests may be shortened. Example:  If contests were originally scheduled at two hour intervals, they may be rescheduled at one and one half hour intervals.

8.  Individuals/teams shall be granted a minimum of 20 minutes for rest between contests.

9.  Whenever possible, contests played on the final day of the tournament shall be scheduled to allow individuals/teams to return to their home community that day.

10. If during the last scheduled day of a WIAA Tournament, contests are unable to be restarted requiring postponement overnight, only those individuals/teams still in contention for the Championship will continue play. Individuals/teams not in contention for the Championship shall be awarded a tie for the highest placing that could have been earned if postponement had not been necessary.

25.4.1.2    Ticket revenue will not be refunded in the event the schedule and/or day(s) of the event are changed due to inclement weather.

## 26.0.0   RULE EXCEPTIONS - EXPERIMENTS

**26.1.0    EXCEPTIONS TO RULES AND REGULATIONS**:  All requests for exceptions to adopted sport rules or WIAA Rules and Regulations, except student eligibility, must be directed to the WIAA Executive Board for approval.

**26.2.0    EXPERIMENTS:**

26.2.1    Should a League or Member School desire to deviate from a) an applicable playing rule of a game/contest, b) WIAA Handbook Regulations, or c) the WIAA Executive Board-adopted policies related to activities, the League or school shall submit a written proposal to the WIAA Executive Board no later than 30 days prior to the start of the specific activity season.

26.2.2    Such a proposal shall have complete and detailed rationale for the request and documented support from the respective WIAA District.

26.2.3    League concurrence of the experiment is required for requests made by Member Schools.

26.2.4    An experiment, if approved, shall be granted for one year only, but may be renewed for a second year. There will be no renewal until an amendment is submitted to and acted on by the Representative Assembly. Should there be a need for additional data, a written, detailed assessment and evaluation of the experiment with any recommendations shall be sent to the WIAA office no later than thirty days following the completion of the activity season in which the experiment was conducted.

26.2.5    The WIAA Executive Staff shall review the evaluation and recommendations and present its findings to the WIAA Executive Board for their review and action.

## 27.0.0   ILLEGAL RECRUITING

**27.1.0    ILLEGAL RECRUITING**:  Students who demonstrate special skills and talent in any of the activities under the jurisdiction of the WIAA should not be subjected to pressures to enroll or continue to be enrolled in a Member School outside of their normal enrollment area. The rules do not prohibit legitimate school public relations, promotion or marketing. Rather, these rules prohibit capitalization upon a school's athletic program and/or a student's athletic interest, potential or proficiency as a factor in determining school attendance.

Efforts to induce students to enroll or continue to be enrolled in a Member School because of the student's special talent or skill is considered recruiting. Recruiting of students or attempted recruiting of students for athletic purposes is prohibited, regardless of their residence.

27.1.1    No student-athlete may receive, or be offered, any remunerations of any kind, or to receive or be offered any special inducement of any kind which is not made available to all applicants who enroll or continue to be enrolled in the school or apply to the school.

27.1.1.1    Special inducement shall include, but not be limited to, the offer or acceptance of:

A.  Money or other valuable consideration such as free or reduced tuition during the regular year or summer school by anyone connected with the school.

B.      Room, board or clothing or financial allotment for clothing.

C.      Pay for work that is not performed or that is in excess of the amount regularly paid for such service.

D.      Free transportation by any school connected person.

E.      Residence with any school connected person.

F.      Any privilege not afforded to non-athletes.

G.      Free or reduced rent for parents.

H.      Payment of moving expenses of parents or assistance with the moving of parents.

I.      Employment of a family unit in order to entice the family to move to a certain community if someone connected with the school makes the offer.

J.      Help in securing or promising a college athletic scholarship.

27.1.1.2   Inducing or attempting to induce or encourage any prospective student to attend or continue to attend any Member School for the purpose of participating in athletics, even when special remuneration or inducement is not given, is a violation.

No Member School and no one acting on behalf of any Member School shall give any speech or give any slide, film or tape presentation or distribute any written material which states or implies that a Member School's athletic program is better than the athletic program of any other Member School or that it would be more advantageous for any prospective student-athlete to participate in athletics at that Member School as opposed to any other school.

27.1.1.3   Member Schools shall be responsible for any violation committed by any person associated with the school, including principals, assistant principals, coaches, teachers, any other staff members or students, or any organization having any connection to the school. The Member Schools shall be responsible for any violation committed by any person acting at the direction of the school.

This rule is not intended to prevent a Member School from conducting academic recruitment programs or recruitment programs designed to attract students based upon the school's overall educational and extracurricular programs of the school and not be used as a subterfuge for recruiting students for athletic purposes.

27.1.1.4   A student who has enrolled in a different school and has been determined to be recruited will be deemed ineligible at all levels of play and for all sports for one full calendar year. The one year penalty will begin on the day the determination is made that the student has been recruited.

## 28.0.0   RULE VIOLATIONS AND PENALTIES

*PHILOSOPHY OF RULE VIOLATIONS AND PENALTIES: The strength of the WIAA lies in the willingness and ability of the Membership to support the rules and regulations adopted and, if necessary, to support the penalties placed upon members, if it is determined that those same rules and regulations have been violated. The process for developing a penalty starts with the offending school's administrator contacting the League President and determining the parameters for developing the offending school's proposal for penalty and any other remedies. If there is a doubt about a proposal, the WIAA Staff must be contacted for assistance. The WIAA Staff may assist or seek guidance from members of the review panel. The penalties listed are available to the Leagues, Districts, and WIAA Executive Board. Authority to impose forfeitures, withhold revenue shares, and impose fines is vested in the League, WIAA District Board, and WIAA Executive Board, while only the WIAA District and Executive Boards have the authority to withhold allocations and suspension, or place a Member School on probation or restriction. The Penalty Review Council is available to assist schools, Leagues, and Districts in establishing the appropriate penalty.*

28.1.0   **SELF-REPORTING RULE VIOLATIONS:**   When school personnel become aware that a rule violation has occurred, the school's athletic director must submit the online violation report, including action taken, with copies sent to the appropriate League and WIAA District.

28.1.1   The League shall review the report and determine if the action taken by the school is appropriate or if an adjusted penalty would be appropriate,in accordance with the WIAA School District Due Process Procedures.

28.1.2   The WIAA District shall review the report and determine if the action taken by the League is appropriate or if an adjusted penalty would be appropriate, in accordance with the WIAA School District Due Process Procedures.

28.1.3   The WIAA Executive Board shall review the report and determine if the action taken by the WIAA District is appropriate or if an adjusted penalty would be appropriate, in accordance with the WIAA School District Due Process Procedures.

28.1.4   Should a violation be discovered within ten days of the start of postseason competition, the report must be submitted directly to the WIAA Executive Board.

28.1.4.1    Only the WIAA Executive Board may remove an individual athlete or a team from postseason competition.

**28.2.0    RULE VIOLATIONS INVOLVING SCHOOLS OR STUDENTS**:  Reports of students or schools in alleged violation of WIAA Rules and Regulations shall be handled as follows:

28.2.1    Schools, WIAA Executive Staff, WIAA District Directors**,** WIAA District Eligibility Committee Members, and/or the WIAA Eligibility Hearing Officer have the responsibility to report possible eligibility infractions or alleged school violations of WIAA Rules and Regulations in writing to the principal of the school involved, with copies sent to the involved school's superintendent, the appropriate League and WIAA District Directors at the earliest possible date for the principal's investigation and response to the notifying school.

28.2.2    The principal or designee of the school involved in the alleged violation shall reply to the notifying school principal or designee within five school business days with the results of the investigation. **The five school business days will begin on the first school business day following the notification or receipt of additional materials to be reviewed during the investigation.**

28.2.3    The online violation report, including action taken, must be submitted with a copy sent to the involved school's superintendent, and the notifying school's principal.

28.2.4    After five school business days of receipt of notice of an alleged violation, upon receipt or absence of the investigation report, the League shall hear the allegations and determine the penalty, if any, in accordance with the WIAA School District Due Process Procedures (Rule 30.2.0).

28.2.5    The decision of the League shall be forwarded to the appropriate WIAA District Board, then to the District Directors Appeals Board, then to the WIAA Executive Board for review. The WIAA Executive Board may appoint a Fact Finder to investigate the alleged violations. The Board at each level shall determine if the penalty is appropriate and in accordance with the WIAA School District Due Process Procedures. The Board at each level has the authority to alter penalties as deemed appropriate.

28.2.6    Violations of the Postseason SOPs will be reviewed and processed by the WIAA Executive Board.

**28.3.0    PENALTY FOR USE OF INELIGIBLE PARTICIPANT**:  Whenever possible, those responsible for the violation shall be penalized. Students who are not responsible for the violation shall be penalized as a last option. However, if students benefit or are responsible for the violation, that benefit or responsibility must be measured within the penalty.

28.3.1    The appeal and supporting rationale must be filed with the appropriate League by the school principal/designee within two school business days of the verification of an ineligible participant and declaration of contest(s) forfeiture.

28.3.2    Due process procedures (Rule 30.2.0) shall be followed. The WIAA District shall review the documentation and determine if the contest(s) should be forfeited. Any WIAA District action shall be in writing and shall specify the reasons for the decision. Failure of a school for any reason to enforce the regulation and/or decision of the WIAA District will be considered a school violation.

28.3.3    A school may appeal a ruling of forfeiture that is based on the contribution of an ineligible participant toward victory in a team sport. The school shall prove by a preponderance of evidence that the contest would have been won without the participation of the ineligible participant. The WIAA District may also impose a penalty against the Member School.

28.3.4    Criteria to determine an individual athlete's contribution to a victory will include, but is not limited to, the following:

28.3.4.1    Was the ineligible athlete a starter in the contest in question?

28.3.4.2    What was the ineligible athlete's amount of playing time?

28.3.4.3    What was the score when the contestant entered the contest and what was the score at the end of the contest?

28.3.4.4    What were the individual's statistics from the game and when were they achieved?

28.3.4.5    What was the contribution of the opposing player while this individual was in the game?

28.3.4.6    How did the role played in this game by this player compare to the role he/she played in other games?

28.3.4.7    Was anyone aware this athlete was ineligible prior to his/her participating?

28.3.4.8    What is the input from the opposing school or schools?

28.3.5    In the individual sports of Bowling, Cross Country, Golf, Gymnastics, Swimming & Diving, Tennis, Track & Field, and Wrestling, the school must:

28.3.5.1    Eliminate all matches, places, points, scores, etc., of the involved student as an individual, and eliminate all contributions made by the involved student toward the team score.

28.3.5.2    Reduce team points (score) and adjust League standings and/or tournament places.

28.3.5.3    Return awards of individual(s) and, if appropriate, after adjusting standings, team awards

Q&A    **28.4.0    APPEAL OF PENALTY FOR USE OF INELIGIBLE PARTICIPANT:**

28.4.1    The use of a participant who is ineligible by WIAA or local school district rules shall result in forfeiture of contests in which that participant took part, except in situations in which it is determined that the participant/parent/guardian provided the school with false information, or withheld information, which caused the school to declare the participant eligible. In such cases, the participant will be declared ineligible for interscholastic competition for a period of one year. The one-year penalty begins on the day the determination is made that false information had been provided. The one-year penalty may be appealed to the WIAA Executive Director.

28.4.2    Should a Member School determine that a participant is ineligible after that student has participated in one or more interscholastic competitions, that student may apply for eligibility through the process outlined in Rule 19. Should the participant be declared eligible during this process, the forfeiture(s) due to this participation shall be voided.

28.4.3    **APPEAL OF PENALTY FOR USE OF INELIGIBLE PARTICIPANT IN A TEAM SPORT:**  In the event of a valid physical not being on file or an inadvertent error, the school officials may petition the League to have the forfeiture voided. The petitioning school shall have the burden to show the error was not intentional and occurred notwithstanding the maintenance of procedures reasonably adopted to avoid such an error.

**INADVERTENT ERROR - DEFINITION:**   An inadvertent error is a mechanical, electronic, or clerical (incorrect posting) error that resulted in an ineligible participant competing in a contest.

**28.5.0    PENALTIES FOR VIOLATIONS:** Violations of the rules of the WIAA shall render the offending school liable to a penalty by the action of the school, League, WIAA District or the WIAA Executive Board.

28.5.1    **LETTER OF REMEDY:**  The school that has violated a WIAA Rule/Regulation must write a letter to its League explaining the violation and the internal processes it will use so that further violations do not occur. The letter should also include the Member School's suggestion for penalty.

28.5.2    **FORFEITURE OF CONTEST(S):**  The forfeit of contests or meets may be included in penalties assessed for violation of WIAA Rules.

28.5.3    **PROBATION:**   The coach/personnel/school is placed on probation for a specified time by the League, WIAA District or WIAA Executive Board. During the probationary period, a school may participate in all interscholastic activities unless stipulated otherwise by the League, WIAA District or WIAA Executive Board.

**28.5.3.1    FOR A COACH: Probation will follow that individual during future employment as a school coach in Washington for the specified time.**

**28.5.3.2    FOR A SCHOOL:  During the probationary period, a school may participate in all interscholastic activities unless stipulated otherwise by the League, WIAA District or WIAA Executive Board.**

28.5.4    **RESTRICTION:**   The League, WIAA District, or WIAA Executive Board may take action that would restrict participation in the League. The restriction may be applied to any and all individuals involved including a coach, participant, school employee, team, group, or school.

**28.5.5    SUSPENSION:  The coach/school is placed on suspension for a specific number of contests or a specific time by the League, WIAA District or WIAA Executive Board.**

**28.5.5.1    FOR A COACH: A suspension will follow that individual during future employment as a school coach in Washington for the specified time or number of contests.**

**28.5.5.2    FOR A SCHOOL: All rights and privileges of Member Schools of the WIAA are withheld for a specified period determined by the WIAA Executive Board. The WIAA Executive Board may suspend a school in a particular sport or activity or in all sports and activities for a sports season or school year.**

28.5.6    Violations of the WIAA Rules and Regulations shall render the offending school liable to a penalty by the action of the school, League, WIAA District or the WIAA Executive Board. The list of violations set forth in this listing is not all-inclusive, and if a violation of rules occurs which is not listed herein, then the appropriate body shall have the authority to assess penalties that are deemed appropriate.

28.5.7    A pattern of attempting to circumvent rules, regulations and/or policies shall be subject to review and possible penalty to be imposed by the WIAA Executive Board.

28.5.8    **PENALTY REVIEW CHART**

**VIOLATIONS:**

| LEVEL 1 | LEVEL 2 | LEVEL 3 |
|---|---|---|

| | | |
|---|---|---|
| • Violation un-willfully committed<br>• Self-reported violation<br>• 1st violation | • Violation willfully committed<br>• Violation reported by others<br>• 2nd violation | • Recruitment<br>• Blatant disregard for rule(s)<br>• Continuous violation |

**PENALTIES:**

| PROBATION | RESTRICTION | SUSPENSION |
|---|---|---|
| • Fine: $25 - $1,000<br>• Suspension from 0-20% of allowable competition<br>• Forfeiture of contests | • Fine: $500 - $1,500<br>• Suspension from 10-50% of allowable competition<br>• Forfeiture of contests | • Fine: $1,000 - $2,500<br>• Suspension for up to one year of allowable competition<br>• Forfeiture of contests |

28.5.9    The WIAA Executive Board may expel a Member School if a violation or series of violations occurs.

28.5.10   If a student who has been declared ineligible is permitted to participate in interscholastic competition because of a court restraining order and/or injunction against the school or WIAA, and if such restraining order and/or injunction subsequently is dismissed, stayed, reversed or the school or WIAA prevails at trial, one or more of the penalties outlined above may be taken in the interest of restitution and fairness to other Member Schools.

28.5.11   If a student participates under a court order and then the WIAA prevails at trial, or the participant dismisses their action/lawsuit, or the injunction, restraining order, action/lawsuit is subsequently overturned or dismissed, the participant shall become immediately ineligible and shall remain ineligible for the period of time equal to that for which the student was allowed to participate under the restraining order or injunction.

28.5.12   When the WIAA is involved in legal cases, the WIAA Executive Board may seek to recover attorney costs when found to be the prevailing party.

**28.5.13    FINES AND FEES:**

**The WIAA Executive Board shall adopt a schedule of fines and fees to publish annually in the WIAA Handbook. The fines and fees schedule shall also include any amounts paid by the WIAA or received by the school because of issues that arise from participation in postseason competition. A fine shall not be levied against any individual within the interscholastic athletic program but may be levied against the member school and only for selected violations as determined by the Penalty Review Council or the WIAA Executive Board, including actions taken by individuals associated with the school.**

**ADMINISTRATIVE**

| | | |
|---|---|---|
| ML/HS | Missed deadlines for membership renewal | $500 Progressive |
| HS | Missed deadlines for Pass Gate submission | $100 |
| HS | Missed deadlines for program rosters/photos | $100 |
| ML/HS | Playing too many contests in a season | $500 |
| ML/HS | Reconsideration of non-ejection appeals | $500 |
| HS | Schools not attending a Fall Workshop | $500 |
| HS | Missed deadlines for postseason entries | $100 |
| HS | Late state eligibility appeals after the 50% date | $400 |

**CONTESTS**

| | | |
|---|---|---|
| ML/HS | Ejection appeals (overturned, money is not collected) | $200 |
| ML/HS | Ejection of coaches | $200 |
| ML/HS | Ejection of school staff | $500 |

**STATE CONTESTS**

| | | |
|---|---|---|
| HS | Unauthorized streaming | $500 |
| HS | Ejection of fans | $200 |

| HS | Unauthorized fan entry into competition area | $500 |
|----|----|----|
| HS | Music attestation violation (Cheer, Dance/Drill, Gymnastics) | $100 |
| HS | Protest fees at State and District events (if protest is upheld) | $100 |

**TO BE IMPLEMENTED IN 2026-27**

| HS | Schools w/ verified out-of-compliance coaches at 50% date* | $500/coach |
|----|----|----|

*\*Compliance with General and Sport-Specific Online Rule Clinics. Until coaches are compliant, they will be ineligible to coach, including coaching at State Events.*

**28.6.0  PENALTY REVIEW COUNCIL**:  A council for penalty review to assist Member Schools, Leagues, District Directors, and the WIAA Executive Board in penalty review.

28.6.1    The purpose of this Council will be to advise school personnel and League Presidents on the issue of  developing the appropriate penalty for violation of WIAA Rules and Regulations. Once a WIAA Member School discovers--or is advised by another Member School or WIAA Staff--that it has violated a WIAA Rule, the school must contact that school's League President. The Member School may propose suggested penalties to the League or may seek advice from the council by contacting the chair.

28.6.2    In all cases, the "Penalty Options" chart shall be used to assist the school, League, and panel.

28.6.3    The Council shall be composed of the **WIAA District Directors. The Chair shall be elected annually by the WIAA District Directors.**

**28.7.0  SUMMARY OF RULINGS**:  At the conclusion of each school year a summary of rule violations and actions taken by schools, Leagues and WIAA Districts shall be forwarded to the WIAA Office by each WIAA District Executive Board.

## 29.0.0  CONTEST PROTESTS PROCEDURES

**29.1.0  PROTEST PROCEDURES**:  Only the WIAA Executive Staff can determine if a playing rule has been misinterpreted or misapplied. The adopted Rule Book(s) for that sport is used for reference.

29.1.1    When a school feels that there has been a misinterpretation or misapplication of a playing rule, the school representative shall notify the WIAA Staff within one school business day of the conclusion of the contest.

29.1.2    **INVALID PROTEST**:  If Staff determines a playing rule has not been misinterpreted or misapplied, the protest is not valid and cannot be heard.

29.1.2.1    Protests of an official's judgment will not be heard and video cannot be used as evidence.

29.1.2.2    Verification of the score is based upon an official's judgment and cannot be protested.

29.1.2.3    The score of a contest is final when the officials have verified the end of the contest and cannot be protested.

29.1.3    **VALID PROTEST**:  If the WIAA Executive Staff determines a playing rule has been misinterpreted or misapplied, the protest can be heard.

29.1.3.1    The school representative shall notify the official's assigner, the opposing school, the League President, and the District Director within one school business day of the Staff determination that a playing rule was misinterpreted or misapplied to officially lodge the protest in writing. The written protest shall contain the facts, including the specific rule in question.

29.1.3.2    **TIMELINE FOR REVIEW OF A VALID PROTEST:**

A.    **REGULAR SEASON CONTESTS:**

1.    **PROTESTS INVOLVING SCHOOLS FROM THE SAME WIAA LEAGUE:** Disputes and protests of a playing rule involving schools that are members of the same WIAA League shall be referred to their League Hearing Board for resolution.

2.    **PROTESTS INVOLVING SCHOOLS FROM DIFFERENT LEAGUES IN THE SAME WIAA DISTRICT:**  Disputes and protests of a playing rule involving schools that are members of **different leagues in** the same WIAA District shall be referred to their District Board for resolution. Districts may delegate this authority to the appropriate League(s).

3.    **PROTESTS INVOLVING SCHOOLS FROM TWO WIAA DISTRICTS:** Disputes and protests of a playing rule involving schools that are members of different WIAA Districts shall be referred to the WIAA District Director Appeals Panel.

4.   A protest filed later than one school business day following the decision of the WIAA Staff cannot be considered.

B.   **POSTSEASON CONTESTS**:   Protests during the postseason must be resolved before the resumption of play.

1.   The protest will be reviewed and final resolution will be determined by a Games Committee (refer to Games Committee in Rule 22.0.0).

2.   The decision of the Games Committee is final and may not be further appealed.

3.   A protest filed after the contest has concluded cannot be considered.

29.1.3.3   **REGULAR SEASON PROTEST HEARING PROCEDURES:**

A.   The written protest shall be emailed to the appropriate board within one school business day of the conclusion of the contest.

B.   Protests shall contain a digest of all the facts pertinent to the case, delivered or postmarked within the timeline above, signed by the school designee. The hearing shall be conducted in compliance with School Due Process Procedures (Rule 30.2.0). The petitioner(s) shall be afforded the opportunity to:

1.   Present rationale and justification in writing or personally including specific rule(s) in question, action school authorities have taken, purpose and desired outcome of request.

2.   Select and present supporters of request.

3.   The Hearing Board may meet in a closed or executive session.

4.   **RECONSIDERATION:**  Request for reconsideration of the decision by the Hearing Board may be submitted to that same Hearing Board in writing based on new information not previously or reasonably available at the time of the hearing/decision.

## 30.0.0  LEAGUE, DISTRICT, DISTRICT DIRECTOR APPEALS BOARD OR EXECUTIVE BOARD DECISION APPEALS

**30.1.0   APPEALS:**  Appeals of decisions rendered by a League shall be heard by the WIAA District Board in which the League is located.

30.1.1   Classification appeals, appeals of decisions rendered by a WIAA District Board, or disputes between WIAA District Boards may be appealed to the District Directors Appeals Board.

30.1.2   The WIAA Executive Board shall hear appeals of decisions rendered by the District Directors Appeals Board.

30.1.3   Reconsideration of decisions rendered by the WIAA Executive Board or an interpretation by the WIAA Executive Board relative to the provisions of the WIAA Rules and Regulations may be appealed to the WIAA Executive Board. Such appeals shall be conducted in accordance with WIAA Due Process Procedures.

30.1.4   Appeal of a decision rendered by the WIAA Executive Board may be appealed to the Independent Review Committee.

**30.2.0   DUE PROCESS PROCEDURES:**  The following Due Process Procedures, adopted by the WIAA Executive Board, shall apply to each appeal submitted to the League, WIAA District, District Directors Appeals Board, the WIAA Executive Board or the Independent Review Committee.

30.2.1   **AGGRIEVED MAY APPEAL DECISION:** If a Member School administrator is dissatisfied with a decision of the League, District, District Directors Appeals Board, or WIAA Executive Board relative to WIAA Rules and Regulations and such school is an aggrieved and affected party, such party may, within ten school business days of receipt of the decision, submit to the appropriate level, in writing, a notice of appeal of the decision and a request for a formal hearing. The notice of appeal shall be in writing, stating all reasons, rationale and supportive documentation pertinent to the appeal.

30.2.2   **FACT FINDING:**  The League, District Director or Staff, or such representative of the WIAA designated by the appropriate League or board, may actively fact find all matters upon which the appeal is based. Such fact finding shall be performed so as to bring matters to the hearing, unless for cause otherwise shown, and presented no later than the next regularly scheduled meeting of the League or board.

30.2.3   **NOTICE:**  The League President, WIAA District Director, Chair of the District Directors Appeals Board, or the WIAA Executive Board President shall notify the appealing party by phone or mail of the time and place set for a hearing on the appeal. Notice shall be given at least three school business days prior to the hearing date. The hearing shall be conducted in conjunction with a regularly scheduled meeting of the League or board, or the matter may be heard at a special meeting of the League or board.

30.2.4    **ATTENDANCE AT HEARING:**  Member School administrators and their designees of appealing parties are entitled to attend hearings. Any person entitled to be in attendance may represent themselves. Such persons are also entitled to be represented by counsel provided they notify all other parties in the appeal of the name, address and telephone number of such counsel at least three school business days in advance of the hearing.

All such hearings of the appropriate hearing body shall be open to public attendance unless appealing parties request a closed session hearing. The decision to designate a closed session, prior to or during the hearing, shall be that of the designated Hearing Officer.

30.2.5    **APPEAL HEARINGS:**  The League/WIAA District/District Directors Appeals Board/WIAA Executive Board shall hear all appeals brought under the provisions of these rules. The League President/WIAA District/District Directors Appeals Board/WIAA Executive Board may appoint a Hearing Officer to preside over the hearing or may act as the Hearing Officer. The Hearing Officer may, at the beginning of the hearing, ask for statements clarifying the issues involved or upon which factual matters the appealing party will stipulate and agree to. The Fact Finder shall make available written copies of any fact finding and may give testimony relative thereto. The appealing party shall present its defense and proofs. The parties may offer such evidence, including testimony of witnesses, as they desire and which is relative to the proceedings. Each party shall have the right to question, for clarification, witnesses of the adverse party. All parties shall be afforded the opportunity to examine all documents introduced.

During the hearing, the rights of the Hearing Body shall be, but shall not be limited to: limit testimony to the appeal or reconsideration topic, question witnesses and/or testimony for clarity and understanding, hear from witnesses of their choosing, and instruct witnesses of their rights.

Witnesses shall have the right, but shall not be limited to: elect to present testimony free from interruption and/or questioning during prepared testimony, respond to rebuttal of their testimony, and present written statements as testimony.

30.2.6    **HEARING IN ABSENCE OF MEMBER:** The hearing may proceed in the absence of any party who, after it is shown has received due notice thereof, fails to be present or fails to request an adjournment. Adjournment may be considered by the Hearing Officer upon the request of a party or upon the initiative of the Hearing Officer. However, a decision shall not be made solely upon the default of a party, but shall be based upon the evidence in the matter before the Hearing Body.

30.2.7    **CLOSING OF HEARING:**  The Hearing Officer shall specifically inquire of all parties whether they have further evidence. Upon receiving negative replies, the Hearing Officer shall declare the hearing closed.

30.2.8    **DECISION OF THE HEARING BODY:** The decision of the Hearing Body shall be deliberated during closed sessions and shall be made within seven school business days of the closing of the hearing. The decision shall be in writing, signed by the Hearing Officer and shall state the findings and conclusions. It shall be mailed to the appealing party by certified mail, return receipt requested. All decisions of the Hearing Body shall be final and non-appealable except as provided by these rules.

30.2.9    **RECONSIDERATION:**  Notice of a request for reconsideration of a decision by the League/District/District Directors Appeals Board/WIAA Executive Board shall be submitted in writing to the League/District/District Directors Appeals Board/WIAA Executive Board within ten school business days of receipt of the decision provided such request is based upon new information not previously or reasonably available at the time of the hearing/decision and/or misapplication of the School Due Process Procedures. Upon receipt of notice, the League/District/WIAA Executive Board shall within thirty school business days respond to the request and/or schedule a reconsideration hearing.

30.2.10    **DECISION OF THE HEARING BODY:** The decision of the Hearing Body shall be deliberated during closed sessions and shall be made within seven school business days of the closing of the hearing. The decision shall be in writing, signed by the Hearing Officer and shall state the findings and conclusions. It shall be mailed to the appealing party by certified mail, return receipt requested. All decisions of the Hearing Body shall be final and non-appealable except as provided by these rules.

30.2.11    **APPEAL HEARING BY THE INDEPENDENT REVIEW COMMITTEE:**  Following a reconsideration by the WIAA Executive Board, a request for hearing could be filed with the Independent Review Committee within ten school business days of receipt of the decision. Upon receipt of notice, the Independent Review Committee shall within thirty school business days respond to the request and/or scheduling a hearing.

The Committee will:

30.2.11.1    Ensure rules compliance and equity.

30.2.11.2    Follow WIAA Due Process Procedures outlined in this Handbook.

30.2.11.3    Be composed of five to seven representatives from WIAA affiliate organizations (AWSP, WASA, WSSDA, and other qualified members as needed) that reflect the diversity of the WIAA Membership.

30.2.11.4    Review an appeal of a WIAA Executive Board decision by a WIAA Member School or by referral from the WIAA Executive Board and determine whether a hearing is appropriate/necessary:

30.2.11.5    If the appeal is heard, the Committee will either:

A.    Affirm the decision of the WIAA Executive Board, or

B.    Send the decision back to the WIAA Executive Board with recommendations to modify the decision, or

C.    Send the decision back to the WIAA Executive Board with a recommendation to overturn the decision.

30.2.11.6    Any action taken by the Independent Review Committee will be sent to the WIAA Executive Board for final action.

## 31.0.0    SPECIFIC SPORT RULES AND REGULATIONS

**31.1.0**    **CONTEST RULES**:  Except when otherwise indicated, the contest rules developed by the National Federation of State High School Associations (NFHS) shall apply.

**31.2.0**    Playing periods may be shortened if mutually agreed upon or in any emergency, by agreement of coaches or ordered by the referee, provided it is determined to shorten the playing periods before the contest or before the final period.

**31.3.0**    All NFHS Rules listed "by State Association" adoption may be implemented in Baseball, Basketball, Softball and Volleyball.

## 32.0.0    BASEBALL

**32.1.0**    **HIGH SCHOOL BASEBALL**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | March 2 | 7 | April 6 | 20 + Jamboree | May 30 |
| 2026-27 | March 1 | 7 | April 5 | 20 + Jamboree | May 29 |

**32.2.0**    **JAMBOREE**:  A Baseball jamboree is an abbreviated contest during which no more than six innings per team and/or six innings per player may be played. A jamboree could be held after five practices have been completed. All general jamboree rules also apply. Please refer to general jamboree guidelines.

**32.3.0**    **INVITATIONAL TOURNAMENTS**:  Each game played in an invitational tournament must count toward the team and individual participant contest limitation

**32.4.0**    **PLAYER LIMITATION**:  Starting a contest shall count as one of the twenty contests allowed for an individual. Any substitute who does not play in more than two innings of a contest shall not have it count against the 20 individual season contest limit.

**32.5.0**    An additional contest is allowed annually for an approved WIAA Foundation Game.

**32.6.0**    **PITCHER LIMITATION**:

32.6.1    The pitching limitation rule applies during all regular season and postseason games, as well as to tied, suspended, discontinued or protested games.

32.6.2    The pitching limitation rule is based upon the number of pitches thrown during a calendar day with a maximum of 105 pitches in a calendar day**.** At the beginning of the at bat, if the pitch count is less than 105, a pitcher will be allowed to finish the at bat.

32.6.3    **HIGH SCHOOL PITCHING LIMITATION:**

| Number of Pitches | Required Rest |
|---|---|
| 76-105 | Three Calendar Days |
| 51-75 | Two Calendar Days |
| 31-50 | One Calendar Day |
| 1-30 | Zero Days |

32.6.4    **COUNTING PITCHES:**

32.6.4.1    Every legal or illegal pitch thrown from the pitching mound to a batter will count toward the pitching limitation.

32.6.4.2   The home scorebook will be the official record for pitch counts unless otherwise designated by the schools, League, WIAA District, or the WIAA State Office.

32.6.4.3   Violations of the pitch count rule are considered in the same manner as a school using an ineligible player. Unless finishing the at bat, the pitcher becomes ineligible to pitch after the maximum daily limit is reached.

**32.7.0   CALLED CONTEST**:  When a non-league or League contest is called by the umpire before the contest can be considered a regulation game according to NFHS Rules, and the League has no rule pertaining to the situation, the contest may be continued or replayed. The Pitcher Limitation Rule shall apply.

**32.8.0   SUSPENDED CONTEST**:  In State Tournament play (Opening Rounds, Semifinals, and Finals), any contest called by the umpire before it can be considered a regulation game according to NFHS Rules shall be a suspended contest and will be continued at a later time as follows:

32.8.1   The contest shall continue from the point of suspension.

32.8.2   The lineup and batting order of each team will remain exactly the same as when the contest was suspended. The pitch count is a daily limit and must meet the limitation above.

**32.9.0   GAME ENDING PROCEDURES:**  NFHS Rule 4-2-2, in which the game shall end when the losing team is behind ten or more runs and has had at least five turns at bat, applies during all regular season and postseason games.

**32.10.0   ADDITIONAL RULE ADOPTIONS/EXCEPTIONS:**

32.10.1   **NFHS 2-33-1 SPEED UP RULES**:  Based upon WIAA Executive Board approval, local Leagues may adopt speed up rules for League play. Speed up rules may be used during all qualifying and State contests.

32.10.1.1   Any player listed in the lineup defensively as the pitcher or catcher at the end of the previous half inning, or listed as starting pitcher or catcher in the top half of the first inning, may be replaced by a courtesy runner once becoming a base runner. All other NFHS Courtesy Runner Rules apply.

32.10.2   **NFHS RULE EXCEPTION - EXTRA HITTER:**  A sub-varsity Baseball team will be allowed to add an extra hitter (EH) to its lineup.

**32.61.0 MIDDLE LEVEL SCHOOL BASEBALL**

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | 7 | 10 + Jamboree for 7th or 8th Grade Teams |
| | | 10 + Jamboree for 7th or 8th Graders on 9th Grade Teams |
| | | 12 + Jamboree for 9th Grade Teams |

**32.62.0   SEASON**:  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

**32.63.0   JAMBOREE**: A Baseball jamboree is an abbreviated contest during which not more than six innings per team and/or six innings per player may be played. A jamboree could be held after **five** practices have been completed. All General Jamboree Rules also apply.

**32.64.0   PLAYER LIMITATION**:  A player shall participate in no more than three Baseball contests per week.

32.64.1   **EXTRA INNINGS:**  Extra innings may be played following the regular contest. These extra innings are for those players who were not starters and who played in two innings or less of the regular contest. Up to four extra innings may be played.

32.64.2   Any substitute who does not play in more than two innings of a contest shall not have it count against the ten individual season contest limit.

**32.65.0   PITCHER LIMITATION:**

32.65.1   The pitching limitation rule applies during all regular season games, as well as to tied, suspended, discontinued or protested games.

32.65.2   The pitching limitation rule is based upon the number of pitches thrown during a calendar day with a maximum of 80 pitches in a calendar day.  At the beginning of the at bat, if the pitch count is less than 80, a pitcher will be allowed to finish the at bat.

32.65.3   **MIDDLE LEVEL PITCHING LIMITATION:**

| Number of Pitches | Required Rest |
|---|---|
| 61-80 | Three Calendar Days |
| 41-60 | Two Calendar Days |

| 21-40 | One Calendar Day |
|-------|------------------|
| 1-20  | Zero Days        |

32.65.4 **COUNTING PITCHES:**

    32.65.4.1 Every legal or illegal pitch thrown from the pitching mound to a batter will count toward the pitching limitation.

    32.65.4.2 The home scorebook will be the official recording for pitch counts unless otherwise designated by the schools or League.

    32.65.4.3 Violations of the pitch count rule are considered in the same manner as a school using an ineligible player. Unless finishing the at bat, the pitcher becomes ineligible to pitch when the maximum daily limit is reached.

**32.66.0 CALLED CONTEST:** Refer to High School Baseball ([Rule 32.7.0](#)).

**32.67.0 NFHS RULE EXCEPTIONS:**

32.67.1 **BAT SPECIFICATIONS:** Any bat with a BBCOR, USA or USSSA certification mark is legal at the middle level.

32.67.2 **EXTRA HITTER:** A middle level Baseball team will be allowed to add an extra hitter (EH) to its lineup.

32.67.3 Middle level Leagues may utilize 80-foot base paths and a 54-foot distance from the front edge of the pitching rubber to the front point of home plate.

## 33.0.0 BOYS AND GIRLS BASKETBALL

**33.1.0 HIGH SCHOOL BASKETBALL**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|-----------------------|---------------|------------------------------|---------------|
| 2025-26 | November 17 | 7 | January 5 | 20 + Jamboree | March 7 |
| 2026-27 | November 16 | 7 | January 4 | 20 + Jamboree | March 6 |

**33.2.0 JAMBOREE:** A Basketball jamboree is an abbreviated contest of a maximum of twenty minutes. Each player and each squad is limited to one jamboree consisting of a maximum of twenty minutes. A jamboree could be held after five practices have been completed. All General Jamboree Rules also apply.

**33.3.0 PLAYER, SQUAD AND CONTEST LIMITATIONS:** Each squad (varsity or sub-varsity) may schedule up to 20 contests and a jamboree.

33.3.1 Each interscholastic contest played must be credited as a contest to a definite squad.

33.3.2 Players may participate in a maximum of 80 quarters during the regular season.

33.3.3 Any appearance in a quarter, regardless of the length of time played, shall be considered as one quarter. This is interpreted as meaning when a player is beckoned onto the floor and the ball becomes alive, that the player has participated in one quarter.

33.3.4 An additional contest is allowed annually for an approved WIAA Foundation Game.

    33.3.4.1 Quarters played during an approved WIAA Foundation Game do not count against the quarterly season limitation.

33.3.5 An additional contest against an international touring team is allowed once every three years according to the criteria outlined in the International Sanction Procedures.

    33.3.5.1 Quarters played during an additional contest against an international touring team do not count against the quarterly season limitation.

33.3.6 Each 1A, 2A, 3A or 4A varsity squad is allowed to schedule and to participate in only one contest per day.

    33.3.6.1 Players in a 1A, 2A, 3A or 4A school may participate in a maximum of five quarters in one day.

33.3.7 Each 1B or 2B varsity squad is allowed to schedule and to participate in two contests in one day, on eight different occasions, provided there is a minimum of 45 minutes rest between contests and at least two other schools are involved.

    33.3.7.1 Players in a 1B or 2B school may participate in a maximum of eight quarters in one day except when playing one opponent, then they are limited to five quarters in a day.

33.3.8 Each sub-varsity squad from any classification is allowed to schedule and to participate in two contests in one day, on eight different occasions, provided there is a minimum of 45 minutes rest between contests and at least two other schools are involved.

33.3.9    Postseason games do not count against the game or quarterly season limitation.

33.3.10   **FIFTH QUARTER**: A fifth quarter may be played only by freshmen Basketball squads following the regular contest. The fifth quarter is for players who were not starters and who played in three quarters or less of the regular contest.

**33.4.0    ADDITIONAL RULE ADOPTIONS**:

33.5.1    **NFHS BASKETBALL RULE 5-5-3:** Utilizing a 40-point differential will apply for all regular season and postseason contests. Beginning in the second half, if the point differential reaches 40 points or more, the game clock shall run continuously for the remainder of the contest, regardless of the score after that point, except for an official's time-out, a charged time-out, time between quarters, or the administration of free throws.

33.5.2    **NFHS BASKETBALL RULE 10-4-J:** Teams must go directly to their designated half court for warming up and are restricted to warming up only on their designated half court before the game and at half time. If a team runs around the court or on the opposing team's baseline (whether the opposing team is on the court or not) or through the opposing team's warm-up drills, an indirect technical for unsportsmanlike conduct will be issued to the head coach and the coach will lose the ability to stand and coach during the game.

33.5.3    A single flagrant foul or two technical fouls assessed to a player during a basketball game is/are considered to be an ejection. A single flagrant foul, the second direct technical foul or the third technical (any combination of direct or indirect) charged to the head coach results in disqualification and ejection.

33.5.4    SHOT CLOCK OPERATIONS:

33.5.4.1    **SIMPLIFIED SHOT CLOCK RULE MODIFICATIONS:**

A.    A 30-second clock shot shall be utilized.

B.    The mid-court division line (over and back) shall be utilized.

C.    The 10-second backcourt count shall be in effect.

D.    Closely guarded violations occur when:

1.    A team in its front court controls the balls for five seconds in an area enclosed by screening teammates.

2.    A closely guarded player anywhere in the front court holds or dribbles the ball for five seconds. This count shall be terminated during an interrupted dribble.

**33.61.0 MIDDLE LEVEL SCHOOL BASKETBALL:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | 7 | 10 + Jamboree for 7th or 8th Grade Teams<br>12 + Jamboree for 7th or 8th Graders on 9th Grade Teams<br>12 + Jamboree for 9th Grade Teams |

**33.62.0    SEASON**:  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

**33.63.0    JAMBOREE**:  A Basketball jamboree is an abbreviated contest during which a squad may play no more than 20 minutes. A jamboree could be held after **five** practices have been completed. All General Jamboree Rules also apply.

**33.64.0    SQUAD AND CONTEST LIMITATIONS**:  Each interscholastic contest played must be credited as a contest to a definite squad.

33.64.1    Middle level Basketball players may play in two contests, a total of up to eight quarters, in one day, on four different occasions, provided there is a minimum of 45 minutes rest between contests and at least two other schools are involved. Athletes would still be limited to **the season quarter limit defined below**.

33.64.2    There shall not be more than three contests per week per squad.

**33.65.0    PLAYER LIMITATION**:  The ten contest limitation equates to a maximum of 40 quarters per season. The 12 contest limitation equates to a maximum of 48 quarters per season.

33.65.1    Seventh and eighth grade teams are allowed to play in quarters up to eight minutes in length utilizing a stop clock or in quarters of up to ten minutes in length using a running clock.

33.65.2    Seventh and eighth graders may participate in a maximum of four quarters in a day except as in Rule 33.64.1.

33.65.3    Any appearance in a quarter, regardless of length of time played, is to be considered as one quarter toward the **season quarter limit defined above**.

33.65.4    Four quarters played against the same squad is one contest.

33.65.5    Four quarters played against the same school, same day, different squads (i.e., varsity and junior varsity squads) is one contest.

33.65.6    Four quarters played against the same school, different days during the same week, different squads (i.e., varsity on Tuesday, junior varsity on Thursday) is one contest.

33.65.7    A total of four quarters played against two different schools, same day, and different squads is one contest.

33.65.8    One or more quarters played against two different schools, different days during the same week, different squads would be two contests.

33.65.9    **FIFTH QUARTER:**  A fifth quarter may be played following the regular contest. The fifth quarter is for players who were not starters and played in two quarters or less of the regular contest.

**33.66.0    RULE BOOK**: The NFHS Rules modifications at the high school level apply.

33.66.1    Middle level Leagues have the option to utilize all high school shot clock rules or only the 10-Second Backcourt Possession Rule.

33.66.2    When playing four quarters of ten minutes of running clock, the following additional rules will be in effect:

33.66.2.1    The clock will continue to run except the last two minutes of the second quarter and the fourth quarter unless one team is up by 30 or more points.

33.66.2.2    During the last two minutes, the clock will stop only for free-throws, time-outs (called either by one of the teams or by the official), or injuries.

33.66.2.3    Half time will be five minutes.

33.66.2.4    During each four minute overtime period, the clock will continue to run the first two minutes and will stop during the last two minutes.

---

## 34.0.0    GIRLS BOWLING

**34.1.0    HIGH SCHOOL GIRLS BOWLING:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|----------------------|---------------|------------------------------|---------------|
| 2025-26 | November 3 | 0 | December 8 | 18 + Jamboree | February 7 |
| 2026-27 | November 2 | 0 | December 7 | 18 + Jamboree | February 6 |

**34.2.0    JAMBOREE:**  A Bowling jamboree is an abbreviated match of two games. All General Jamboree Rules also apply.

**34.3.0    TEAM - DEFINITION**: Five players make up a Bowling team. The team roster may include up to seven players.

**34.4.0    MATCH - DEFINITION**: A match consists of three regular games.

34.4.1    Five Baker Games are the same as one regular game.

34.4.2    A match can also be defined as two regular games and five Baker Games, or one regular game and ten Baker Games, or 15 Baker Games.

34.4.3    **MATCH SCORE**: Match scores may be determined by one of the two following methods:

34.4.3.1    The total pin count of the five players may be added together to create one composite scratch score.

34.4.3.2    Each game in a match may be considered separately, with the game scores then added together to create a match score.

**34.5.0    SEASON LIMITATION:**  Eighteen regular season matches are allowed, one of which may be a one-day invitational tournament in which a team may play the equivalent of three, three-game matches.

**34.6.0    RULES**: The United States Bowling Congress (USBC) Rules and Regulations shall govern equipment and competition.

---

## 35.0.0    CHEERLEADING AS A SPORT

In order for Cheerleading to be considered a sport, its participants and coaches must meet the same rules and regulations as all other sports listed in this WIAA Handbook. Competing is only one component of a program. Schools are encouraged to check with their Title IX Coordinator for verification of status.

**35.1.0    HIGH SCHOOL CHEERLEADING**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|----------------------|---------------|------------------------------|---------------|
| 2025-26 | November 3 | 7 | December 8 | 10 | February 7 |
| 2026-27 | November 2 | 7 | December 7 | 10 | February 6 |

***PHILOSOPHY OF CHEERLEADING PROGRAMS***:  *The WIAA provides Member Schools with the opportunity to offer Cheerleading as either an activity or as a sport. This Rule outlines Cheerleading as a sport. Should a Member School wish to treat Cheerleading as an activity, refer to Rule 12.*

**35.2.0    MAXIMUM FEE FOR REGULAR SEASON COMPETITIONS:**  $100.00 per routine is the maximum amount that host schools can charge for regular season competitions.

**35.3.0    QUALIFICATION STANDARDS FOR THE SPORT STATE CHAMPIONSHIPS:**  The qualification standards and requirements for the State Cheerleading Championships are outlined in the Cheerleading Postseason SOPs.

35.3.1    **NFHS SPIRIT RULE 2-1-5 ADDITION:**  Members of a Cheer squad involved in stunting, including bases, fliers and spotters, shall wear their hair away from the face and off the shoulders.

35.3.2    A non-skid surface mat(s) of at least 6' x 8' is required for performing basket tosses and other similar multi-base tosses on a hard surface (folding panel mats and yoga mats are neither acceptable nor appropriate).

## 36.0.0  BOYS AND GIRLS CROSS COUNTRY

**36.1.0    HIGH SCHOOL CROSS COUNTRY:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|----------------------|---------------|------------------------------|---------------|
| 2025-26 | August 25 | 7 | September 29 | 10 + Jamboree | November 8 |
| 2026-27 | August 24 | 7 | September 28 | 10 + Jamboree | November 7 |

**36.2.0    JAMBOREE:**  A Cross Country jamboree is an abbreviated contest during which all individuals are limited to 2 miles. A jamboree could be held after five practices have been completed. All General Jamboree Rules also apply.

**36.3.0    TEAM** - **DEFINITION**:  A Cross Country team shall consist of seven runners, with only the top five scoring.

**36.4.0    MEET DISTANCE**:  The course distance shall not exceed 5.0 kilometers.

**36.5.0    INVITATIONAL MEETS**:  All invitational meets/contests must count toward team and individual participant contest limitations.

**36.6.0    STATE MEET**:  Boys and girls will run the same length course.

36.6.1    **SUBSTITUTION OF TEAM MEMBERS AT STATE MEET**:  A school that qualifies a team can make any desired changes in the team provided the meet manager is notified at least one hour prior to the start of the meet.

36.6.2    **INDIVIDUAL QUALIFIERS**:  Each WIAA District team allocation will be multiplied by a factor of seven to determine the individual qualifying places for each District Qualifying Meet; i.e. one allocation = seven individuals, etc. Any participant who finishes in the specified number of individual qualifying places in a District Meet, and who is not on a qualified team, will qualify to run in the State Meet as an individual entry.

**36.61.0 MIDDLE LEVEL SCHOOL CROSS COUNTRY:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Team and Individual Season Contest Limit |
|--------------------------------|--------------------------------------|------------------------------------------|
| 12 Weeks | 7 | 7 + Jamboree |

**36.62.0    SEASON**:  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

**36.63.0    JAMBOREE:**  A Cross Country jamboree is an abbreviated contest during which all individuals are limited to one mile. A jamboree could be held after **five** practices have been completed. All General Jamboree Rules also apply.

**36.64.0    SQUAD LIMITATION:**  A Cross Country team or team member shall not participate in more than two Cross Country contests per week, with at least a 36-hour interval between contests.

36.64.1    County and District contests are permitted but are to be included in the seven contests allowed.

36.64.2    Some classification should be used when competing which employs one or more of the following: age, grade, height, weight, gender.

**36.65.0    DISTANCE:**  The maximum distance for middle level/junior high school competition shall not exceed two miles. Early season contests are recommended to be a shorter distance than the maximum, with the distance increased to the maximum approximately halfway through the season.

## 37.0.0  DANCE/DRILL AS A SPORT

In order for Dance/Drill to be considered a sport, its participants and coaches must meet the same rules and regulations as all other sports listed in this WIAA Handbook. Competing is only one component of a program. Schools are encouraged to check with their Title IX Coordinator for verification of status.

**37.1.0    HIGH SCHOOL DANCE/DRILL:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | November 17 | 7 | January 19 | 10 | March 28 |
| 2026-27 | November 16 | 7 | January 18 | 10 | March 27 |

***PHILOSOPHY OF DANCE/DRILL PROGRAMS**:  The WIAA provides Member Schools with the opportunity to offer Dance/Drill as either an activity or as a sport. This Rule outlines Dance/Drill as a sport. Should a Member School wish to treat Dance/Drill as an activity, refer to Rule 13.*

**37.1.0    MAXIMUM FEE FOR REGULAR SEASON COMPETITIONS:**  $100.00 per routine is the maximum amount that host schools can charge for regular season competitions.

**37.2.0    QUALIFICATION STANDARDS FOR THE DANCE/DRILL SPORT STATE CHAMPIONSHIPS:**  The qualification standards and requirements for the State Dance/Drill Championships are outlined in the Dance/Drill Postseason SOPs.

## 38.0.0  FOOTBALL

**38.1.0    DEFINITION OF LEVELS OF CONTACT:**

    38.1.1    **THUD**:  Drill is run at assigned speed through the moment of contact; no predetermined "winner". Contact remains above the waist, players stay on their feet and a quick whistle ends the drill.

    38.1.2    **LIVE ACTION**:  Drill is run in game-like conditions and players may be taken to the ground.

**38.2.0    HIGH SCHOOL SUMMER FOOTBALL:**

| Year | First Practice | Minimum Practice Days Per Individual Before a Contest | Summer Coaching Limit | End of Summer |
|---|---|---|---|---|
| 2025-26 | June 1 | 3 | No Limit | July 31 |
| 2026-27 | May 31 | 3 | No Limit | July 31 |

    38.2.1    **PRACTICE DURING THE SUMMER:**  The first three days of practice for each Football player shall be without shoulder pads (helmets are the only protective gear allowed).

Q&A

        38.2.1.1    Contact is not allowed during the first three days of practice for each individual player. Should a player begin turnouts any time after the first day of summer practice, that individual player may not wear shoulder pads nor be allowed to be involved in those drills or practices in which there is "contact" until all required safety pads are worn.

        38.2.1.2    A maximum of ten practices with full pads and full contact practices are allowed regardless of the number of coaches and/or players involved in any given practice.

            A.    Contact may be allowed only during one of the two-a-day workouts.

        38.2.1.3    After five full pad/contact practices, teams would be allowed to scrimmage other schools or participate in full contact team camp contests.

        38.2.1.4    The athletic director at each school is required to maintain the summer practice schedule.

**38.3.0    HIGH SCHOOL FOOTBALL:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | August 20 | 12 | October 6 | 10 + Jamboree | December 6 |
| 2026-27 | August 19 | 12 | October 5 | 10 + Jamboree | December 5 |

**38.4.0    PRACTICE DURING THE REGULAR SEASON**:  The first three days of practice for each Football player shall be without shoulder pads (helmets are the only protective gear allowed).

    38.4.1    Contact is not allowed during the first three days of practice for each individual player. Should a player begin turnouts any time after the first official day of practice, that individual player may not wear shoulder pads nor be allowed to be involved in those drills or practices in which there is "contact" until all required safety pads are worn.

38.4.2    Schools may schedule a maximum of five two-a day workouts per individual participant. Each two-a-day workout shall count as only one practice day.

38.4.3    Following the first contest (jamboree or game) participants are limited to two days per week (not counting contests) of thud or live action drills.

**38.5.0    JAMBOREE:**

38.5.1    A jamboree could be held after eight practices have been completed.

38.5.2    An individual is limited to participation in a maximum of forty snaps.

38.5.3    For the purposes of the player limitation, participating in two to twenty snaps shall be the same as participating in one quarter of a regular game; twenty-one to forty snaps shall be the same as participating in two quarters of a regular game.

**NOTE:** This situation would occur only when a jamboree is held within three days of a regular game.

38.5.4    Competition shall be limited to eleven-on-eleven for Member Schools that participate in eleven-person football and shall be limited to eight-on-eight for Member Schools that participate in eight- person football.

38.5.5    The following jamboree concepts apply:

38.5.5.1    All NFHS contest rules shall apply with the following exceptions:

A.    No score will be kept.

B.    There will be no kickoffs or punt returns.

C.    A coach shall be on the field with the team.

38.5.5.2    Registered officials will officiate the event and shall be given the opportunity to present information about contest rules to coaches, participants and spectators.

38.5.6    All eligible squad members shall have an opportunity to play in the jamboree. Teams shall be scheduled for scrimmage by ability squads, e.g., first team vs. first team, second team vs. second team.

**38.6.0    PLAYER LIMITATION**:  A Football participant shall be eligible to compete in up to four quarters of play during any two-day period of the Football season and a maximum of eight quarters during any week as defined in the WIAA Handbook.

**EXAMPLE:** A player may play four quarters in a contest on Thursday, and again on Saturday, regardless of the starting time of either contest.

38.6.1    A player may play in up to forty quarters of play during a season, exclusive of a jamboree.

38.6.2    Sub-varsity players may play in up to fifty quarters during a Football season.

38.6.3    A player's participation in two quarters of a contest one day and in two quarters the next day, shall count as playing in one contest.

38.6.4    **FIFTH QUARTER**:  A fifth quarter may be played by sub-varsity football squads following the sub-varsity contest. The fifth quarter is for players who were not starters and played in three quarters or less of the regular contest.

38.6.5    A quarter of play shall be defined as participation in more than one play, excluding participation on the kickoff, kickoff return, punting, punt return, point after touchdown or field goal team.

**38.7.0    EIGHT-PERSON FOOTBALL**:  Only schools in the 1B classification will be permitted to participate in eight-person football playoffs designated to determine State Championships.

38.7.1    Eight-person Football teams shall play on a full size regulation field.

**38.8.0    SIX-PERSON FOOTBALL**:  Only schools in the 1B classification will be permitted to participate in six-person football. A maximum of 16 players will be allowed to suit up during a contest.

**38.9.0    GAME PROCEDURES**:  When the point differential is 40 points or greater, the game clock shall run continuously for the remainder of the game except for an injury time-out, a charged team time-out, time between quarters, or a score:

38.9.1    During 11-on-11 games, the game clock shall run continuously beginning in the second half.

38.9.2    During 8-on-8 games, the game clock shall run continuously whenever the 40-point differential is reached.

38.9.3    **TIE-BREAKER (KANSAS CITY TIE-BREAKER)**: Tie-Breakers may be used if approved by the League or the teams involved. Tie-breaker procedures can be found in the NFHS Rules with the following modifications.

For all Football playoff contests the following variation of the Kansas City Tie-Breaker will be used during overtime: Both teams will have an opportunity to score starting at the 25-yard line. If the score remains tied, a second series will start at the 25-yard line. If the score remains tied, then both teams will be given a series starting at the ten yard line and continue from that mark until the game is decided. Once the defense obtains possession of the ball through an interception or recovered fumble, the ball is dead. All other overtime rules in the NFHS Football Rule Book shall apply.

**38.61.0    MIDDLE LEVEL SCHOOL FOOTBALL:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | 12 | 6 + Jamboree for 7th and 8th Grade Teams |
| | | 7 + Jamboree for 9th Grade Teams |
| | | 7 + Jamboree for 7th and 8th Graders Playing on a 9th Grade Team |

**38.62.0**  **SEASON**:  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

**38.63.0**  **JAMBOREE**:  All criteria for a jamboree at the high school level apply. A jamboree could be held after eight practices have been completed.  All General Jamboree Rules also apply.

**38.64.0**  **PRACTICE:**  The first three days of practice for each Football player shall be without shoulder pads. The same practice requirements at the high school level apply.

**38.65.0**  **PLAYER LIMITATION**:  A Football participant shall be eligible to compete in up to four quarters of play during any three-day period of the Football season

    38.65.1  A player's participation in two quarters of a contest one day and in two quarters the next day, shall count as playing in one contest.

    38.65.2  **FIFTH QUARTER**:  A fifth quarter may be played. The fifth quarter is for players who were not starters and played in three quarters or less of the regular contest. This quarter shall not include kick offs, punts, tries or field goals.

    38.65.3  A quarter of play shall be defined as participation in more than one play, excluding participation on the kickoff, kickoff return, punting, punt return, point after touchdown or field goal team.

**38.66.0**  **TEAM LIMITATION**:  A team shall be allowed one week during the season to play two contests.

**38.67.0**  **LENGTH OF PLAYING PERIODs:**  Varsity teams that involve ninth grade students, and may include some eighth or seventh grade students, may play ten-minute quarters. Seventh and eighth grade teams shall play no more than eight-minute quarters.

**38.68.0**  **POINTS AFTER TOUCHDOWN**:  To promote place kicking, a Football League may adopt a rule whereby a successful place kick after a touchdown scores two points. A successful extra-point attempt by any other method shall be awarded one point.

**38.69.0**  **TIE-BREAKER (KANSAS CITY TIE-BREAKER)**:  Tie-breakers may be used if approved by League action or teams involved.

## 39.0.0  GIRLS FLAG FOOTBALL

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | February 23 | 7 | April 6 | 16 + Jamboree | May 16 |
| Alternate | August 25 | 7 | October 6 | 16 + Jamboree | November 15 |
| Alternate | November 17 | 7 | December 29 | 16 + Jamboree | February 7 |
| 2026-27 | February 22 | 7 | April 5 | 16 + Jamboree | May 15 |
| Alternate | August 24 | 7 | October 5 | 16 + Jamboree | November 14 |
| Alternate | November 16 | 7 | December 28 | 16 + Jamboree | February 6 |

**39.2.0**  **PLAYING RULES:**  NFHS Flag Football Rules with exceptions.

**39.3.0**  **JAMBOREE:**

    39.3.1  A jamboree could be held after five practices have been completed.

    39.3.2  An individual is limited to participation in a maximum of 40 snaps.

    39.3.3  For the purposes of the player limitation, participating in one quarter of a regular game; 21 to 40 snaps shall be the same as participating in two quarters of a regular game.

    NOTE: This situation would occur only when a jamboree is held within three days of a regular game.

    39.3.4  Competition shall be limited to seven-on-seven for Member Schools.

    39.3.5  The following jamboree concepts apply:

        39.3.5.1  All regular contest rules shall apply with the following expectations:

> **A.** No score will be kept.
>
> **B.** A coach shall be on the field with the team.
>
> **39.3.5.2** Registered officials will officiate the event and shall be given the opportunity to present information about the contest rules to coaches, participants and spectators.
>
> **39.4.6** All eligible squad members shall have an opportunity to play in the jamboree. Teams shall be scheduled by ability, e.g., first team vs. first team, second team vs. second team.

**39.4.0 PLAYER LIMITATION:**

> **39.4.1** A Flag Football participant shall be eligible to compete in up to four halves of play during any one day. Any appearance in a half, regardless of the length of time played, is to be considered as one half. This is interpreted as meaning when a player is beckoned onto the field and the ball becomes alive.
>
> **39.4.2** A player may play in up to 32 halves of play during a season exclusive of a jamboree.

---

## 40.0.0  BOYS AND GIRLS GOLF

**40.1.0  HIGH SCHOOL GOLF:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|-----------------------|---------------|------------------------------|---------------|
| 2025-26 | March 2 | 0 | April 6 | 12 + Jamboree | May 20 |
| Alternate | August 25 | 0 | September 25 | 12 + Jamboree | November 15 |
| 2026-27 | March 1 | 0 | April 6 | 12 + Jamboree | May 19 |
| Alternate | August 24 | 0 | September 24 | 12 + Jamboree | November 14 |

**40.2.0  JAMBOREE**:  A golf jamboree is an abbreviated contest and is limited to nine holes. All General Jamboree Rules also apply.

**40.3.0  DEFINITION OF A MATCH**:  A match is defined as up to 18 holes. Regardless of the number of teams playing, if the match is 18 holes or less, it counts as just one contest for each school and individual.

> 40.3.1  **INVITATIONAL TOURNAMENT**:  12 regulation matches (team and individual) are allowed per season, one of which may be a one day invitational tournament with a 36-hole limit.
>
> 40.3.2  **INVITATIONAL TOURNAMENT:**  A school may schedule one invitational tournament that does not count toward the 12-contest team limitation if at least six schools are involved and the school has no more than two golfers participating. The tournament does count toward the 12-contest limitation for each golfer.

**40.4.0  SCORING**:  Methods of scoring matches will be determined by Leagues.

**40.5.0  RULES**:  The United States Golf Association (USGA) Rules will govern play, except in cases of local ground rule changes.

**40.61.0  MIDDLE LEVEL SCHOOL GOLF:**

| Total Season Including Practice | Season Contest Limit |
|---------------------------------|----------------------|
| 12 Weeks | 8 |

**40.62.0  SEASON**:  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed twelve weeks.

**40.63.0  PLAYER LIMITATIONS**:  During regular season play, the maximum number of holes of play per day shall be 18 unless a match is tied.

**40.64.0  SCORING**:  Methods of scoring matches will be determined by Leagues.

**40.65.0  MATCH LIMITATIONS**:  There will be no more than two matches per week during the specified season.

**40.66.0  RULES**:  The USGA Rules will govern play except in cases of local ground rule changes.

---

## 41.0.0  GIRLS GYMNASTICS

**41.1.0  HIGH SCHOOL GIRLS GYMNASTICS:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|-----------------------|---------------|------------------------------|---------------|
| 2025-26 | November 10 | 15 | December 29 | 10 + Jamboree | February 21 |
| 2026-27 | November 9 | 15 | December 28 | 10 + Jamboree | February 20 |

**41.2.0**    **JAMBOREE**:  A Gymnastics jamboree is an abbreviated contest in which each participant is limited to competing in two events. A jamboree could be held after eight practices have been completed. A Gymnastics jamboree must be conducted within the first four weeks of the season. All General Jamboree Rules also apply.

**41.3.0**    **TEAM DEFINITION**:  A team must be composed of no less than five individuals in order to be classified as a team.

**41.4.0**    **RULE BOOK**:  The WIAA Rule Book for Gymnastics shall apply to all competitions.

**41.61.0**    **MIDDLE LEVEL SCHOOL GIRLS GYMNASTICS:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | 15 | 7 |

**41.62.0**    **SEASON**:  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

**41.63.0**    **MEET LIMITATION**:  There shall be no more than one meet per week during the specified season.

**41.64.0**    **RULE BOOK**:  The WIAA Rule Book for Gymnastics shall apply to all competitions.

---

## 42.0.0  BOYS AND GIRLS SOCCER

**42.1.0**    **HIGH SCHOOL GIRLS SOCCER AND 1B/2B BOYS SOCCER:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | August 25 | 7 | October 6 | 16 + Jamboree | November 22 |
| 2026-27 | August 24 | 7 | October 5 | 16 + Jamboree | November 21 |

**42.2.0**    **HIGH SCHOOL 1A, 2A, 3A AND 4A BOYS SOCCER:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | March 2 | 7 | April 6 | 16 + Jamboree | May 30 |
| 2026-27 | March 1 | 7 | April 5 | 16 + Jamboree | May 29 |

**42.3.0**    **PLAYING RULES:**

42.3.1    A combination of NFHS and FIFA Rules will apply. NFHS and WIAA Rules will apply for game management; FIFA Rules will apply during the contest. **If, at any point after 60 minutes of play, one team has an eight-goal differential, the match is complete.**

42.3.2    With the exception of the goalkeeper, a yellow card cautioned player shall leave the field and may be replaced. Should the team with the cautioned player elect to play shorthanded, the cautioned player may not re-enter nor be replaced until the next legal substitution opportunity.

42.3.3    Any player that is issued a second yellow card caution in the same match will be disqualified from participating for the remainder of the match and the offending team will not be allowed to substitute for the disqualified player. This will not be counted as an ejection and schools will not be required to report it as an ejection to the WIAA. The player will remain with his/her team in the bench area.

**NFHS SOCCER RULE 12.8.2, SITUATION 1:**  Player A2, having been cautioned earlier in the game, commits a second cautionable offense.

**RULING:**  Stop play, show the yellow card, subsequently show the red card to disqualify A2 and do not permit a substitution for the disqualified player.

**42.4.0**    **JAMBOREE**:  A Soccer jamboree is an abbreviated contest during which a squad may play in no more than forty minutes of play. A jamboree could be held after five practices have been completed. All General Jamboree Rules also apply.

**42.5.0**    **PLAYER LIMITATION:**

42.5.1    A player may play in only two halves in any one day. Any appearance in a half, regardless of the length of time played, is to be considered as one half. This is interpreted as meaning when a player is beckoned onto the field and the ball becomes alive.

42.5.2    Each participant is limited to 32 halves per season.

42.5.3    An additional contest is allowed annually for an approved WIAA Foundation Game.

42.5.3.1    Halves played during an approved WIAA Foundation Game do not count against the season limitation for halves.

**42.6.0    NFHS RULE EXCEPTIONS:**

    42.6.1    **TIE-BREAKERS:**

        42.6.1.1    Tie-breakers may be used if approved by the League or the teams involved.

        42.6.1.2    The following procedures will be utilized for all soccer playoff contests:

            A.    Two sudden-death, five-minute overtimes. If still tied, penalty kicks will decide the results.

            B.    Only the eleven players involved in the final minute of the final overtime will be allowed to kick any penalty kicks.

    42.6.2    **SIZE OF FIELD:**

        42.6.2.1    The field of play shall be 100 yards to 120 yards (90m to 110m) long and 55 yards to 75 yards (50m to 70m) wide, and it is recommended that a high school match be played on a field at least 110 yards by 65 yards (100m by 60m).

        42.6.2.2    Prior to the start of each season, each school shall designate what size field that their matches will be held on. Once a school has designated the size for their soccer fields, they shall be required to play all of their matches on that size soccer field for the remainder of the year.

        42.6.2.3    In the event that a school's field dimensions do not meet minimum standards, they shall line their field as close to the minimum standards as possible and shall indicate in their field designation that their field falls below minimum standards because of geographic restrictions.

**42.61.0    MIDDLE LEVEL SCHOOL SOCCER:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | **7** | 10 + Jamboree |

**42.62.0    JAMBOREE:**  A Soccer jamboree is an abbreviated contest and a team may not compete in more than half of the time allocated to a regulation contest. A jamboree could be held after **five**  practices have been completed. All General Jamboree Rules also apply.

**42.63.0    SEASON**:  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

**42.64.0    PLAYER LIMITATION**:  A player may participate in a maximum of two halves in a day and a maximum of **three** contests per week.

**42.65.0    GAME LIMITATION**:  Middle level schools may play 30-minutes halves or 15-minute quarters. **If, at any point after 45 minutes of play, one team has an eight-goal differential, the match is complete.**

**42.66.0    MIDDLE LEVEL SOCCER RULE BOOK EXCEPTIONS**:  Same as listed for high school soccer.

---

## 43.0.0    GIRLS FASTPITCH AND SLOWPITCH SOFTBALL

**43.1.0    HIGH SCHOOL GIRLS FASTPITCH AND SLOWPITCH SOFTBALL**:  Fastpitch and Slowpitch Softball are considered separate and distinct sports.

**FASTPITCH:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | March 2 | 7 | April 6 | 20 + Jamboree | May 23 |
| 2026-27 | March 1 | 7 | April 5 | 20 + Jamboree | May 22 |

**SLOWPITCH:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | August 25 | 7 | September 29 | 20 + Jamboree | October 25 |
| 2026-27 | August 24 | 7 | September 28 | 20 + Jamboree | October 24 |

**43.2.0    JAMBOREE**:  A Softball jamboree is an abbreviated contest and shall include no more than six innings per team and/or six innings per player. A jamboree could be held after five practices have been completed. All General Jamboree Rules also apply.

**43.3.0    PLAYER/TEAM LIMITATION:**  Starting a contest shall count as one of the 20 contests allowed for an individual.

43.3.1 Any substitute who does not play in more than two innings of a contest shall not have it count against the 20-Individual Season Contest Limit.

43.3.2 The number of contests played on any day by players and teams shall not exceed four contests.

43.3.3 An additional contest is allowed annually for an approved WIAA Foundation Game.

**43.4.0 NFHS SOFTBALL RULES:**

43.4.1 **NFHS RULE EXCEPTIONS:**

43.4.1.1 **NFHS RULE 1, SECTION 3, ARTICLE 1:** The Official Slowpitch Softball will be the Baden Fireball COR .52/300.

43.4.1.2 **NFHS RULE 1-SECTION 5-ARTICLE 1:** The Official Slowpitch Bats are those listed under certified equipment for USA Softball.

**NOTE:** Official Fastpitch bats are those listed in the NFHS Softball Rule Book.

43.4.1.3 **NFHS RULE 3, SECTION 1, ARTICLE 1, NOTE 2 - EXTRA HITTER**: A sub-varsity softball team will be allowed to add an extra hitter (EH) to its lineup.

43.4.1.4 **NFHS RULE 4, SECTION 2, ARTICLE 3 - GAME-ENDING PROCEDURES:** During all regular season and postseason games, the game shall end when the losing team is behind ten or more runs and has had at least five terms at bat.

43.4.1.5 Leagues may adopt all NFHS Rules listed "by State Association adoption."

**43.5.0 CALLED CONTEST**: When a non-league or League contest is called by the umpire before the completion of the required number of innings, and the League has no rule pertaining to the situation, the contest can be continued or replayed.

**43.6.0 SUSPENDED CONTEST**: In State tournament play any contest called by the umpire before it can be considered a regulation game according to NFHS Rules shall be a suspended contest and will be continued at a later time as follows:

43.6.1 The contest shall continue from the point of suspension at a later time.

43.6.2 The lineup and batting order of each team will remain exactly the same as the lineup and batting order when the contest was suspended.

**43.61.0 MIDDLE LEVEL SCHOOL GIRLS FASTPITCH AND SLOWPITCH SOFTBALL:** Fastpitch and Slowpitch Softball are considered separate and distinct sports.

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | 7 | 10 + Jamboree for 7th or 8th Grade Teams |
| | | 10 + Jamboree for 7th or 8th Graders on 9th Grade Teams |
| | | 12 + Jamboree for 9th Grade Teams |

**43.62.0 SEASON**: The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

**43.63.0 JAMBOREE**: A softball jamboree is an abbreviated contest and shall include not more than six innings per team and/or six innings per player. A jamboree could be held after **five** practices have been completed. All General Jamboree Rules also apply.

**43.64.0 PLAYER LIMITATION**: A player shall participate in no more than three softball contests per week.

43.64.1 **EXTRA INNINGS:** Extra innings may be played following the regular contest. These extra innings are for those players who were not starters and who play no more than two innings. Up to four extra innings may be played.

43.64.2 Any substitute who does not play in more than two innings of a contest shall not have it count against the 10-Individual Season Contest Limit.

**43.65.0 CALLED GAME**: When a non-league or League contest is called by the umpire before the completion of the required number of innings, and the League has no rule pertaining to the situation, then the contest is declared a "no contest".

The contest may be replayed.

**43.66.0 ADDITIONAL NFHS SOFTBALL RULES**: Same as listed for high school softball.

43.66.1 **EXTRA HITTER**: A middle level softball team will be allowed to add an extra hitter (EH) to its lineup.

---

## 44.0.0 BOYS AND GIRLS SWIMMING & DIVING

**44.1.0 HIGH SCHOOL GIRLS SWIMMING & DIVING:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|------------------------|----------------|-------------------------------|----------------|
| 2025-26 | August 25 | 7 | September 29 | 12 + Jamboree | November 15 |
| 2026-27 | August 24 | 7 | September 28 | 12 + Jamboree | November 14 |

**44.2.0    HIGH SCHOOL BOYS SWIMMING & DIVING:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|------------------------|----------------|-------------------------------|----------------|
| 2025-26 | November 17 | 7 | December 29 | 12 + Jamboree | February 21 |
| 2026-27 | November 16 | 7 | December 28 | 12 + Jamboree | February 20 |

**44.3.0    JAMBOREE**:  A jamboree is an abbreviated contest during which an individual is limited to two events. A jamboree could be held after five practices have been completed. All General Jamboree Rules also apply.

**44.4.0    CONTEST LIMITATIONS**:  Each WIAA District may sponsor up to four 11-dive meets with each diver limited to participating in a maximum of four such meets (in addition to the 12 regular season meets).

**44.5.0    SHARING POOL FACILITIES**:  Pool facilities may be shared only by Member Schools for practice with the following stipulations:

44.5.1    Sharing of the pool may be done if it is the only alternative possible in order to have a program.

44.5.2    Coaches of teams sharing a pool must not allow team members of different schools to compete against each other during practice sessions.

## 45.0.0  BOYS AND GIRLS TENNIS

**45.1.0    HIGH SCHOOL TENNIS:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|----------------|------------------------|----------------|-------------------------------|----------------|
| 2025-26 | March 2 | 7 | April 6 | 18 + Jamboree | May 23 |
| Alternate | August 25 | 7 | September 29 | 18 + Jamboree | November 15 |
| 2026-27 | March 1 | 7 | April 5 | 18 + Jamboree | May 22 |
| Alternate | August 24 | 7 | September 28 | 18 + Jamboree | November 14 |

**45.2.0    JAMBOREE:**  A jamboree is an abbreviated contest during which an individual may play the equivalent of one singles or one doubles contest. A jamboree could be held after **five** practices have been completed. All General Jamboree Rules also apply.

**45.3.0    RULE BOOK**:  United State Tennis Association (USTA) Contest Administration Rules shall apply.

45.3.1    A player may compete in a maximum of three matches per day.

45.3.2    Designated school coaches are allowed to coach players for two minutes between sets and for 90-seconds on all changeovers.

45.3.3    A player must be granted a 15-minute rest period between matches if requested.

45.3.4    **ATTIRE:**  Each participant must be wearing an appropriate tennis uniform approved by the school. All lettering or writing on the uniform is restricted to school identification and manufacturer logo (limited to 2 ¼ inches square). Coaches are expected to enforce the dress code. If a violation occurs, the Event Manager or designee is empowered to enforce the Point Penalty System and may disqualify the participant.

**45.4.0    INDIVIDUAL CONTEST - DEFINITION**:  A contest/match is equal to three sets. Any portion of a set must be played within the 18-Team Contest Limitation and must count as one of the 25 contests for the individual.

**45.5.0    MATCH REGULATIONS**:  A school may not participate in more than eighteen contests for Tennis. Every Tennis contest must count as one contest for the team and one contest for the individual.

45.5.1    For the purpose of sub-varsity Tennis matches, players may play up to three sets against different players from opposing teams. This will be considered as one contest for the individual.

45.5.2    An individual shall not play in more than 25 contests on 18 team dates. A player can play one singles match and one doubles match on the same day during the regular season, and this will be considered as one contest for the individual.

45.5.3    **INVITATIONAL TOURNAMENTS:**

45.5.3.1    A one-day invitational Tennis tournament will count as one contest for the team and one contest for the individual tennis player provided the athlete does not play more than three contests in one day.

45.5.3.2    A two-day invitational tennis tournament will count as two contests for the team and two contests for the individual tennis player, provided the athlete does not play more than six contests in the two days.

45.5.3.4    **EXCEPTION:**  An event scheduled over two days in which only the consolation and championship semifinalists move on to the second day shall only count as a one-day contest for the teams entered and for the individual Tennis players.

45.5.4    A team is limited to three invitational tournaments per season.

**45.61.0    MIDDLE LEVEL SCHOOL TENNIS:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | 7 | 10 |

**45.62.0    SEASON:**  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed twelve weeks.

**45.63.0    RULE BOOK:**  United States Tennis Association (USTA) Contest Administration Rules apply.

**45.64.0    PLAYER LIMITATION:**  Players may compete in only two contests per week.

45.64.1    A player may not play more than one singles match and one doubles match on the same day against the same team during League competition in regular season play.

45.64.2    A player must be granted a 15-minute rest period between matches, if requested.

## 46.0.0    BOYS AND GIRLS TRACK & FIELD

**46.1.0    HIGH SCHOOL TRACK & FIELD:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | March 2 | 7 | April 6 | 10 + Jamboree | May 30 |
| 2026-27 | March 1 | 7 | April 5 | 10 + Jamboree | May 29 |

**46.2.0    JAMBOREE:**  A track and field jamboree is an abbreviated contest during which an individual is limited to two events. A jamboree could be held after five practices have been completed. All General Jamboree Rules also apply.

**46.3.0    PARTICIPANT LIMITATION:**  An individual may compete in a maximum of ten contests during the regular season. Within that limit, the individual may participate in a maximum of two contests per week.

**46.4.0    CONTEST DEFINITION:**  A multi-day track and field meet will count as one contest provided all contestants are limited to four events, including relays.

**46.5.0    QUALIFYING AND DISTRICT EVENTS:**  Each WIAA District shall determine the deadline for entries to the District qualifying event.

46.5.1    A student may participate in an individual event in a District event even though the athlete did not qualify in the qualifying event if the District Board or the delegated committee involved gives consent.

46.5.2    Once entries to the District event are confirmed, a contestant will compete in those events for which he/she qualified on the District-level.

46.5.3    If a qualified contestant cannot participate in the next qualifying event, that participant's school principal is responsible for notifying the appropriate contest manager, who in turn will notify the principal of the next qualified contestant.

**46.6.0    RULES MODIFICATIONS FOR ALL INTERSCHOLASTIC COMPETITIONS:**

46.6.1    **JAVELIN:**  Only rubber-tipped javelins will be allowed.

**46.61.0    MIDDLE LEVEL SCHOOL TRACK & FIELD:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | 7 | 7 |

**46.62.0    SEASON:**  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed twelve weeks.

**46.63.0**  **JAMBOREE**:  A Track & Field jamboree is an abbreviated contest during which an individual is limited to two events. A jamboree could be held after **five** practices have been completed. All General Jamboree Rules also apply.

**46.64.0**  **THROWING EVENTS**:  The League will determine the weight of the throwing implements.

**46.65.0**  **PARTICIPANT LIMITATION**:  A participant is limited to two contests per week.

In any competition a participant may enter a maximum of four events per contest. If four events are entered, the competitor may enter no more than three track events or three field events.

**46.66.0**  **LIMITATION OF MEETS**:  A Track & Field squad or squad member shall not participate in more than two contests per week. County and District meets are permitted but are to be included in the seven contests allowed. One event is considered participation.

46.66.1  The running of a preliminary contest may take place the same week as the championship contest if (a) such preliminaries are held at least three days before the finals, and if (b) these preliminaries will be a part of the championship contest, but will not count as separate events.

46.66.2  Preliminary heats are considered as part of one event.

## 47.0.0  GIRLS VOLLEYBALL

**47.1.0**  **HIGH SCHOOL GIRLS VOLLEYBALL:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|---|---|---|---|---|---|
| 2025-26 | August 25 | 7 | September 29 | 18 + Jamboree | November 13 (1B, 2B)<br>November 15 (1A, 2A)<br>November 22 (3A, 4A) |
| 2026-27 | August 24 | 7 | September 28 | 18 + Jamboree | November 12 (1B, 2B)<br>November 14 (1A, 2A)<br>November 21 (3A, 4A) |

**47.2.0**  **JAMBOREE**:  A jamboree is an abbreviated contest during which a team may not play in more than six sets. A jamboree could be held after five practices have been completed. All General Jamboree Rules also apply.

**47.3.0**  **CONTEST DEFINITION:**  Regulation varsity contests, including all postseason contests, shall be three out of five sets.

47.3.1  By League adoption, varsity contests may be two out of three sets or three out of five sets. In non-league competition, the schools involved can mutually agree to play two out of three or three out of five sets. In League and non-league competition, 1B schools also have the option for a guaranteed five sets. In a guaranteed three-set match or a guaranteed five-set match, the final set can be played to 25 points.

47.3.2  By League adoption, sub-varsity contests may be two out of three sets, a guaranteed three sets, three out of five sets or a guaranteed five sets. In a match, the final set can be played to 25 points.

**47.4.0**  **CONTEST LIMITATION:**  A team and each individual may play a maximum of four contests per day.

**47.5.0**  **SEASON LIMITATION - INDIVIDUAL AND TEAM**:  18 regulation contests are allowed per season. Every contest played, whether in interschool matches, interschool scrimmages, or exhibition contests must count as one of the 18 contests for the team.

47.5.1  **EXCEPTION**:  A team may play in a maximum of two one day tournaments or one two day tournament and be allowed to count each tournament day as one of their 18 regular season contests.

**TOURNAMENT DAY REGULATIONS:**  A combination of sets or matches may not exceed the equivalent of four matches, which is equal to 20 sets.  Such a tournament may start the preceding evening if the following conditions are met:

47.5.1.1  Any local team may play the preceding evening contests (local area shall be defined as those teams that can travel to the tournament site without requiring overnight lodging).

47.5.1.2  The tournament will conclude, not to exceed 24 hours from the time it started on the preceding evening (if the tournament started at 6PM on the first day, it must end by 6 PM on the second day).

47.5.2  If an individual or a team chooses to play in more than two invitational tournament days in a season, the team must declare which tournament day counts as one of the 18 contests for the individual or the team. Each opponent played in any subsequent tournament(s) counts as one of the 18 contests for the individual or the team.

47.5.3  An additional contest is allowed annually for an approved WIAA Foundation Game.

47.6.0    **PLAYER LIMITATION**:  Entrance into any set constitutes participation in that set. Entrance is interpreted as meaning when a player is beckoned onto the floor and the ball becomes alive.

**COUNTING CONTESTS AND SETS:**

47.6.1    Up to five sets played against the same squad, same day, is one contest.

47.6.2    Up to five sets played against the same school, same day, different squads (i.e., varsity and sub-varsity squads), is one contest.

47.6.3    Up to five sets played against the same school, different days during the same week, different squads (i.e., varsity on Tuesday, sub-varsity on Thursday), is one contest.

47.6.4    Up to five sets played against two different schools, same day, different squads, would be two contests.

47.6.5    Up to five sets played against two different schools, different days during the same week, different squads, would be two contests.

47.6.6    Between six and ten sets played against the same school, or against two different schools, would be two contests.

47.7.0    **WARM-UPS:**  Warm-up procedures for all regular and postseason varsity contests will be the same as the warm-up procedures included in the Postseason SOPs adopted for the State Championships.

47.61.0    **MIDDLE LEVEL SCHOOL GIRLS VOLLEYBALL:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Season Contest Limit |
|---|---|---|
| 12 Weeks | 7 | 10 + Jamboree for 7th or 8th Graders<br>10 + Jamboree for 7th or 8th Graders on 9th Grade Teams<br>12 + Jamboree for 9th Graders |

47.62.0    **SEASON** - The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

47.63.0    **JAMBOREE**:  A Volleyball jamboree is an abbreviated contest during which a team may not play in more than four sets. A jamboree could be held after **five** practices have been completed. All General Jamboree Rules also apply.

47.64.0    **CONTEST LIMITATION**:  A player or team shall participate in no more than three contests per week.

47.64.1    The official contest may be two out of three sets or a guaranteed three out of three sets for regular season contests.

47.64.2    **EXTRA SETS:** Two extra sets may be played following the regular contest. The additional sets are for players who were not starters and played in only one set during the regular contest.

47.64.3    Up to three sets played against the same squad, same day, is one contest.

47.64.4    Up to three sets played against the same school, same day, different squads (i.e., varsity and sub-varsity squads), is one contest.

47.64.5    Up to three sets played against the same school, different days during the same week, different squads (i.e., varsity on Tuesday, sub-varsity on Thursday), is one contest.

47.64.6    Up to three sets played against two different schools, same day, different squads, would be two contests.

47.65.0    **SEASON LIMITATION**:  Ten regulation contests are allowed per season. Every contest played, whether in interschool matches, interschool scrimmages, exhibition contests, or each opponent played in an invitational tournament(s), must count as one of the ten contests for the team. The one allowable exception is described as follows:

47.65.1    Two one-day tournaments may count as two of the ten contests. A combination of sets or matches may not exceed the equivalent of three matches, which is equal to nine sets in each tournament.

47.65.2    Each squad and each player is limited to schedule and to participate in two tournaments.

47.66.0    **PLAYER LIMITATION:**  An appearance in a match, regardless of the number of sets involved, must count as competing in three sets toward the daily set/match limit.

47.67.0    **NFHS RULE MODIFICATION:**  By League adoption, the net height may be set at seven feet.

## 48.0.0    BOYS AND GIRLS WRESTLING

48.1.0    **HIGH SCHOOL WRESTLING:**

| Year | First Practice | Minimum Practice Days | 50% Rule date | Regular Season Contest Limit | End of Season |
|------|---------------|----------------------|---------------|------------------------------|---------------|
| 2025-26 | November 17 | 9 | December 22 | 16 + Jamboree | February 21 |
| 2026-27 | November 16 | 9 | December 21 | 16 + Jamboree | February 20 |

**48.2.0**  **JAMBOREE**:  One takedown tournament or jamboree will be allowed following seven practices and the takedown tournament or jamboree may count as a required practice prior to the first match. The total wrestling time may not exceed the time permitted in a dual contest per individual. All General Jamboree Rules also apply.

**48.3.0**  **SCHOOL LIMITATION**:  A school shall not schedule more than 16 team dates per squad for Wrestling competition.

    48.3.1  An additional date is allowed annually for an approved WIAA Foundation Dual Match.

**48.4.0**  **PLAYER/MATCH LIMITATION**:  Each and every match wrestled must count as one of the 45 contests for the individual.

    48.4.1  An individual may not wrestle more than 45 contests on 16 dates prior to any State-Qualifying Tournament.

    48.4.2  Each day of competition must count as one of the 16 allowed team dates except as indicated below. Each individual is limited to the daily match limitation.

        48.4.2.1  Matches wrestled during an approved WIAA Foundation Dual Match do not count toward the 45-contest season limit.

        48.4.2.2  A two-day wrestling tournament consisting of brackets larger than 16 individuals will count as one of the 16-allowed team dates. Each individual is limited to the daily match limitation.

**48.5.0**  **WEIGHT CLASSIFICATION**

    48.5.1  The 14 NFHS Male Weight Classes apply:  106, 113, 120, 126, 132, 138, 144, 150, 157, 165, 175, 190, 215, 285.

    48.5.2  The 14 NFHS Female Weight Classes apply:  100, 105, 110, 115, 120, 125, 130, 135, 140, 145, 155, 170, 190, 235.

**48.6.0**  **WEIGHT CONTROL PLAN**:  The Washington Wrestling Weight Management Program will be followed.

**48.7.0**  **PARTICIPANT LIMITATION**:  A student must wrestle in all postseason tournament competition in or above the weight class determined by the weekly descent plan.

    48.7.1  A contest shall be considered in the class for which the contestant made weight, even though the contestant may wrestle in another weight

    **EXAMPLE:**  A contestant weighs in at 119 pound legal weight for the 119 class. The contestant then wrestles the match in the next class at 125 pounds. This contest shall be considered a contest in the 119-pound class.

**48.8.0**  **WEIGHING IN OF CONTESTANTS**:  The host team is responsible for providing a certified scale for the weigh-in.

**48.9.0**  **STATE CHAMPIONSHIPS**:  Two wrestlers from the same school may qualify in the same weight class.

**48.61.0**  **MIDDLE LEVEL SCHOOL WRESTLING:**

| Total Season Including Practice | Minimum Practice Days Per Individual | Team Season Contest Limit | Individual Contest Limit |
|---------------------------------|--------------------------------------|---------------------------|--------------------------|
| 12 Weeks | 9 | 10 + Jamboree | 22 |

**48.62.0**  **SEASON**:  The starting date is determined by each League but no middle level season may start before the date established for high school fall sports and may not exceed 12 weeks.

**48.63.0**  **JAMBOREE**:  All high school jamboree rules apply. A wrestler in a jamboree may not wrestle in excess of time permitted in a dual contest. A jamboree could be held after seven practices have been completed. All General Jamboree Rules also apply.

**48.64.0**  **INDIVIDUAL LIMITATION:**  Sixth graders are allowed to participate in middle level Wrestling.

**48.65.0**  **MATCH LIMITATION**:  A school may not schedule more than ten team dates per squad. An individual may not wrestle more than 22 contests per season.

    48.65.1  There shall be no more than two contests per week per team and no more than four matches per week per individual.

    A one-day Wrestling tournament will count as one team outing. A wrestler may wrestle in no more than four matches in the tournament.

    48.65.2  **LENGTH OF MATCHES:**  There shall be a maximum of three 1 1/2-minute rounds (90 seconds).

    48.65.3  The mat shall not be less than 20 feet by 20 feet. The recommended area is 24 feet by 24 feet or a 28-foot circle. It is recommended, but not required, that the mat covers be marked as indicated in the NFHS Wrestling Rule Book.

**48.65.0**  **WEIGHT CONTROL PLAN**:  Prior to the first contest the family physician and or school physician and/or medical authority licensed to perform a physical exam shall certify the lowest weight class in which each participant may wrestle during that season.

48.65.1   A participant may wrestle only one weight division higher than their actual weight.

48.65.2   The minimum weight for 75 pounders is established at 64, and 82 pounders at 70. In addition, all wrestlers in the Unlimited weight class must be within 30 pounds of each other. For example, if one wrestler weighs 178 pounds, the opponent may not weigh more than 208 pounds.

**48.66.0   WEIGH-IN PROCEDURES**:  Wrestlers shall have the opportunity to weigh in shoulder-to-shoulder on the host team's scales a maximum of one hour and a minimum of one-half hour prior to the first contest.

48.66.1   No time should be allowed after this weigh-in to make weight.

48.66.2   Conferences of Leagues may allow weigh-ins to occur after practice the day before the contest or before lunch on the day of the contest at the respective schools. The weigh-in must be certified in writing by an administrator of the school. This certification must be placed in a sealed envelope and presented to the referee and coach of the opposing team prior to the beginning of the contest.

48.66.3   The host team shall be responsible for providing a certified scale for the weigh-in.

48.66.3.1   Schools should make every effort to have scales certified by a professional scale-certifying expert.

48.66.3.2   Where it is impossible to get a professional scale-certifying expert, the scale should be certified by District, League, school or Officials Associations.

48.66.3.3   Where scales cannot be or are not certified, the home scales (certified or not) shall be considered official.

48.66.4   Contestants with artificial limb(s) must weigh in with their artificial limb(s) for all contests.

**48.67.0   WEIGHT ALLOWANCE:**  Beginning January 1 and continuing until February 1, two additional pounds will be allowed in each weight class. Beginning February 1 and continuing for the remainder of the season, one additional pound shall be allowed in each weight class. This will make a net increase of three pounds beginning February 1. There shall be no additional weight allowance.

48.67.1   Where Leagues have other seasons than January 1 - March 1, Leagues are to use appropriate monthly weight plans.

48.67.2   **WEIGHT DIVISIONS:** There may be up to 20 weight divisions that are to be determined by the individual Leagues. Each League has the authority to determine by vote of League members fewer weight divisions.

## APPENDICES

*PHILOSOPHY OF APPENDICES*

*The Appendix Section is intended to provide a historical perspective and guidance for WIAA Member Schools. It was never intended to be viewed as WIAA Rules or policy and should not be used as such. The WIAA Staff and WIAA Executive Board continually review this section of the Handbook to determine what changes, additions, and deletions should be made to ensure that it accurately reflects the WIAA's current rules, policies, procedures and philosophies.*

## APPENDIX 1:  WIAA POSITION STATEMENT OF NON-DISCRIMINATION

The WIAA does not and shall not discriminate on the basis of race, color, religion, gender, gender expression, age, natural origin, disability, marital, sexual orientation or military status, in any of its activities or operations.

## APPENDIX 2:  POSITION STATEMENT ON BOYS AND GIRLS PROGRAMS

The WIAA is committed to strong athletic programs for all of its students. This means that there should be separate and equal programs for boys and girls. School districts are urged to work toward this goal.

In view of the 1975 State Attorney General's opinion, the opinion of WIAA attorneys, and considering 1983 and 1985 interpretations of Title lX regulations, the following policy statement is made:

1. If there are, within a single sport, two teams, one for boys and one for girls, boys should play on the boys team and girls should play on the girls team.

2. School districts may maintain separate athletic teams for boys and girls if it can be shown that it is the best way to provide students of both sexes an equal opportunity to engage in a sport (e.g., Tackle Football for boys, Volleyball for girls), and if the two separate programs provide substantially equal opportunities for competition, instruction, publicity and awards.

3. If school districts do not provide similar or equal programs for boys and girls, members of the opposite sex cannot be denied the privilege of turning out for a given team; and no school or school district may impose sanctions of any kind upon a coeducational team.

4. In addition to developing strong athletic programs for boys and girls, school districts should be considering coeducational programs in appropriate sports.

**DEFINITION OF "BOYS TEAM/GIRLS TEAM AND MIXED TEAM":**

The following clarification of this Position Statement adopted by the WIAA Executive Board on May 4, 1987:

School districts are encouraged to continue to provide equal opportunity for boys and girls in all sports.

Girls may, at the discretion of the local school board, participate with boys in any interscholastic activity if there is no girls team or equal opportunity for participation. Girls are eligible to turn out for Baseball, even if Softball is offered. Any team consisting of both boys and girls shall be considered a boys team and may compete only against other boys teams. If a girl competes on a boys team in Cross Country, Golf or Tennis, the girl is not eligible for the Boys State Championship but is eligible to attempt to qualify for the Girls State Championship in that sport.

**PARTICIPATION - LIMITATION BASED ON GENDER**:

Only students regularly enrolled in schools which are members of the WIAA in grades seven to 12 inclusive may participate in the program of the WIAA and may represent only the school in which they are enrolled unless otherwise provided for by WIAA Rules. Schools shall designate the sex of students allowed to participate on a team for each sport on the WIAA Membership Forms according to the following standards:

1. If the school provides only a team for boys for a particular sport, girls may compete and qualify for the boys team.

2. If the school provides only a team for girls in a particular sport, the boys may not compete and qualify for the team unless opportunities for boys to participate in other sports in the school have been limited in comparison to the opportunities for girls to participate in other sports in the school.

3. If the school provides a team for boys and a team for girls in the same sport, girls may not compete and qualify for the boys team in that sport and boys may not compete and qualify for the girls team in that sport.

**NOTE:** The State Board of Education approved the Position Statement on Boys and Girls Programs with the following qualifications or disclaimer (adopted May 31, 1985):

This policy is approved only insofar as the second sentence of the opening paragraph, and paragraphs 1 and 2, of the policy respecting separate boys' and girls' teams are applied solely to grades seven (7) through twelve (12) (WAC 392-190-025 prohibits separate sports teams and programs for boys and girls at the K-6 grade levels), and with the further exception of the unequivocal statement that volleyball for girls and football for boys, or vice versa, qualifies per se as the provision of an equal opportunity and substantial equality (assuming for the sake of argument that the state constitution allows for sex segregated sports teams and/or programs in certain cases, each case maintenance of separate teams/programs truly constitutes the best method of providing  both sexes, as a whole, with an equal opportunity to participate in the sports or

games of their choice and (b) clearly support a finding that substantial equality is provided for both sexes in terms of such WAC 392-190-030 factors as accommodation of the interests and abilities of both sexes, the provision of equipment, the provision of coaches, etc.).

## APPENDIX 3:  GENDER IDENTITY

Language and terminology are continually evolving, which means that people talk and think about gender in many different ways. However, below are a number of commonly used terms (and key aspects to each of our identities) to use as a starting point for any conversation about gender:

1.  **ASSIGNED SEX** describes the sex a person was given at birth based on their anatomy. Falls within two categories: female and male.

2.  **GENDER EXPRESSION** describes the external ways in which a person expresses their gender identity to the world, such as through their behavior, emotions, style of dress, hairstyle, makeup, interests, or choice of toys, colors, or activities.

3.  **GENDER IDENTITY** refers to a person's innate sense of their own gender. This can include being female, male, both, genderfluid, or other, regardless of their assigned sex at birth. The most commonly used terms to describe gender identity include, but are not limited to, the following:

    **CISGENDER** is an adjective that is used to describe a person whose assigned sex aligns with their gender identity, e.g., someone who was assigned female at birth and whose gender identity is female. Most people are cisgender.

    **TRANSGENDER** is an adjective used to describe a person whose gender identity differs from their assigned sex, e.g., someone who was assigned female at birth, but whose gender identity is male.

    **NONBINARY** is an adjective that can be used to describe a variety of gender identities that do not fall into one of the two traditional (binary) categories—male or female. It can indicate a person's gender identity that is something other than male or female, that is neither entirely male nor entirely female, or that blends elements of being male or female.

    Correct usage examples: a *cisgender person,* a *transgender person,* a *nonbinary person.*

4.  **SEXUAL ORIENTATION** is a collection of terms used to describe to whom one is emotionally, physically, and/or romantically attracted. Like cisgender people, transgender and nonbinary people will also use any sexual orientation descriptor including straight, gay, lesbian, bisexual, asexual, queer, etc.

    **NOTE:**  Gender identity terms (e.g. cis, trans, nonbinary) are not sexual orientation labels.

5.  **ADDITIONAL TERMS:**

    **GENDER BINARY**:  An assumption that gender is limited solely to two categories, male and female, rather than a classification of genders that exist along a spectrum.

    **TRANSITIONING** is a verb describing the process through which a person begins to live in congruence with their gender identity. Each person's transition is distinct, but possible steps may include any combination of legal, medical, or social changes (e.g., changing their name and pronouns, identification documents, appearance, etc.).

**CORE VALUES:** The WIAA Gender Identity Policy has been developed based on the following core values.

- Recognizing the value of and maximizing participation in extracurricular athletics for all students.

- Emphasizing that participation in extracurricular athletics is not just allowed, but encouraged for all students.

- Operating from the presumption that all students will have access to programs and eligibility policies.

- Reducing socio-economic barriers to participation.

- Acknowledging that this WIAA Policy will need to be reviewed and revised each classification cycle or outside of that timeline, when information is available that necessitates a review or in response to a request by Member School(s).

- Encouraging inclusive practices amongst Member Schools.

- Encouraging participation for all athletes in a safe and supportive environment, free from discrimination.

## APPENDIX 4:  PHILOSOPHY & PROTOCOLS RELATED TO HANDBOOK RULE 27.0.0 - ILLEGAL RECRUITING

One of the responsibilities of being a member of the WIAA is a commitment to follow the philosophies and guidelines developed by the Member Schools as they relate to WIAA-sanctioned activities and athletics.

1.  **THE WIAA'S PHILOSOPHY ON THE RECRUITING OF STUDENT-ATHLETES TO OR FROM SCHOOLS:**  That philosophy, outlined in Rule 27, states:

    *"Students who demonstrate special skills and talent in any of the activities under the jurisdiction of the WIAA should not be subjected to pressures to enroll or continue to be enrolled in a Member School outside of their normal enrollment area. The*

*rules do not prohibit legitimate school public relations, promotion or marketing. Rather, these rules prohibit capitalization upon a school's athletic program and/or a student's athletic interest, potential or proficiency as a factor in determining school attendance. Efforts to induce students to enroll or continue to be enrolled in a Member School because of the students' special talent or skill is considered recruiting. Recruiting of students or attempted recruiting of students for athletic purposes is prohibited, regardless of their residence."*

2.  **MEMBER SCHOOLS AGREE TO SUPPORT AND ABIDE BY THE WIAA PHILOSOPHY ON THE RECRUITING OF STUDENT-ATHLETES TO SCHOOLS:**

    The Member Schools of the WIAA deplore any attempt, whether direct or indirect, to influence students to enroll at a certain school for an athletic purpose. Any attempt by those affiliated with the school or acting on behalf of the school* to directly or indirectly influence students to attend their high school for an athletic purpose shall render school personnel and the school itself subject to penalties, including, but not limited to, disqualification from District and/or State competition. Students who attend a school for an athletic purpose shall be ineligible at all levels of play and for all sports for one full calendar year.

    *People affiliated with the school include, principals, assistant principals, coaches, teachers, any other staff members or students, or any organization having any connection to the school.*

3.  **MEMBER SCHOOLS AGREE TO SUPPORT AND ABIDE BY THE WIAA'S PHILOSOPHY ON FINANCIAL INCENTIVES DESIGNED TO RECRUIT STUDENT-ATHLETES:** That philosophy, outlined in the Rule 24.1.0, states that:

    "*No student-athlete may receive, or be offered, any remunerations of any kind, or receive or be offered any special inducement of any kind which is not made available to all students or applicants who enroll or continue to be enrolled in the school or apply to the school.*"

    If families of potential students contact our school, we will present them with a complete, accurate, and inspirational picture of their overall educational and co-curricular programs, then allow them to make an unfettered choice. We therefore choose to abide by the following appropriate communication protocol:

    - No one affiliated with the school or acting on behalf of the school* may initiate contact with prospective student-athletes and/or their parents.

    - When a coach is approached by a potential student, his/her family or representative of the family, the coach must refrain from discussing the school's programs and advise the applicant or family to contact the school's registrar for further information.

    - While an applicant is engaged in the registration process, coaches must refrain from discussing school programs with him/her, his/her family or a representative of the family. This limitation on communication applies until a student is officially registered in the school.

    - No one affiliated with the school or acting on behalf of the school* will actively seek out prospective student-athletes for their schools by attending youth or middle school camps or competitions.

    - Schools may host athletic competitions or camps at their own venues and coaches may be present and involved in the management of those events provided they do not use these events as a mechanism for enticing potential student-athletes.

    - Any effort made to encourage an applicant to attend must be aligned with efforts made for all students to attend. Special efforts must not be made to encourage potential students interested in athletics to attend unless parallel efforts are made for all potential students.

    *People affiliated with the school include, principals, assistant principals, coaches, teachers, any other staff members or students, or any organization having any connection to the school.*

4.  **RESOLUTION OF QUESTIONS AND CONCERNS:** Should a question or concern arise between schools regarding compliance with these philosophies and protocols, the school that has the question or concern should contact the other school directly. This approach fosters open and positive communications between Member Schools and is in keeping with the spirit of collegiality that serves as a foundation for the WIAA. If a question or concern cannot be satisfactorily resolved between schools, then it should be elevated to the League and/or the WIAA for further consideration.

5.  **PRIVATE SCHOOLS**: If financial aid is provided, it must be granted solely on the basis of financial need. A family's demonstrated financial need is determined in accordance with the process that is established by each school. Schools may offer merit scholarships which are defined as awards based on scholastic achievement. No financial aid or merit scholarship may be offered on the basis of athletic ability.

    **PRIVATE SCHOOLS HAVE THE RIGHT TO ENGAGE IN PROMOTION, MARKETING, AND PUBLIC RELATIONS EFFORTS THAT ARE CONSISTENT WITH WIAA RULES**: Such efforts may include:

    - Promotion and marketing of schools and their total programs to the general public. Examples include, but are not limited to, advertisements with various media outlets, admissions open houses, and attendance at local or regional school fairs.

- Offering programs to attract students based on the overall educational and co-curricular programs of the school. Examples include, but are not limited to, admissions office staff visiting local schools and feeder schools and arranging with admissions offices to have groups of students visit schools.
- Private schools may have direct contact with any students currently enrolled in that school's own middle school/junior high program. Examples include, but are not limited to, attending competitions and instructing during team practices during the designated season.

---

## APPENDIX 5:  DETERMINING THE BEGINNING, 50% AND ENDING DATES OF THE WIAA SPORT SEASONS

The NFHS Standardized Calendar shall be followed for the beginning dates, 50% Rule dates, and ending dates of each specific sports season**.** The 50% Rule date is the Monday following the midway point of the regular season. For example, the Volleyball regular season spans ten weeks, and the 50% Rule date is on Monday of the sixth week.

| WEEK | DETAILS |
|---|---|
| **7:** | Football Practice Begins |
| **8:** | All Other Fall Sports Practices Begin, including Alternate seasons for Girls Flag Football, Golf and Tennis |
| **13:** | 50% Rule Date for Cross Country and Slowpitch Softball |
| **14:** | 50% Rule Date for Girls and 1B/2B Boys Soccer, Girls Swim & Dive, Volleyball and Alternate Seasons for Girls Flag Football, Golf and Tennis |
| **15:** | 50% Rule Date for Football |
| **16:** | Slowpitch Softball Championships, Forensics (Debate) Begins |
| **18:** | Cross Country Championships; Bowling and Competitive Cheerleading Practices Begin |
| **19:** | Girls Swim & Dive and 1B, 2B, 1A, 2A Volleyball Championships |
| **20:** | Girls and 1B/2B Boys Soccer and 3A, 4A Volleyball Championships; Basketball, Boys Swim & Dive, Gymnastics, Wrestling and Dance/Drill Practices Begin; Alternate season for Girls Flag Football begins |
| **21:** | Football Semifinals |
| **22:** | Football Championships |
| **23:** | 50% Rule Date for Competitive Cheerleading and Bowling |
| **26:** | 50% Rule Date for Alternate Girls Flag Football season |
| **27:** | 50% Rule Date for Gymnastics, Boys Swim & Dive and Wrestling |
| **28:** | 50% Rule Date for Basketball |
| **29**: | 50% Rule Date for Dance/Drill |
| **31:** | Cheerleading Championships, Bowling Championships |
| **33:** | Boys Swim & Dive and Boys & Girls Wrestling Championships |
| **34:** | Gymnastics Championships*; Girls Flag Football season begins |
| **35:** | Boys & Girls Basketball Championships; Individual Forensics Events; Spring Sports Practices Begin |
| **36:** | State Forensics (Debate) |
| **37:** | Drama Festival |
| **38:** | Dance/Drill Championships |
| **40:** | 50% Rule Date for Baseball, Fastpitch Softball, Girls Flag Football, 1A, 2A, 3A, 4A Boys Soccer, Tennis and Track & Field |
| **42:** | State Solo & Ensemble (Music) |
| **45:** | Girls Flag Football Championships |
| **46:** | Golf, Tennis, Fastpitch Softball Championships; Baseball Opening Rounds |
| **47:** | Baseball, 1A, 2A, 3A, 4A Boys Soccer and Track & Field Championships |

*This date is dependent upon site availability*

## APPENDIX 6:  STANDARDIZED PROCEDURE FOR NUMBERING WEEKS

All weeks begin with Sunday and end with Saturday.

| | 2025-26 | 2026-2027 | 2027-2028 | 2028-2029 | 2029-30 | 2030-2031 | 2031-2032 |
|---|---|---|---|---|---|---|---|
| 1 | 7/6-7/12 | 7/5-7/11 | 7/4-7/10 | 7/2-7/8 | 7/1-7/7 | 7/7-7/13 | 7/6-7/12 |
| 2 | 7/13-7.19 | 7/12-7/18 | 7/11-7/17 | 7/9-7/15 | 7/8-7/16 | 7/14-7/20 | 7/13-7/19 |
| 3 | 7/20-7/26 | 7/19-7/25 | 7/18-7/24 | 7/16-7/22 | 7/17-7/21 | 7/21-7/27 | 7/20-7/26 |
| 4 | 7/27-8/2 | 7/26-8/1 | 7/25-7/31 | 7/23-7/29 | 7/22-7/28 | 7/28-8/3 | 7/27-8/2 |
| 5 | 8/3-8/9 | 8/2-8/8 | 8/1-8/7 | 7/30-8/5 | 7/29-8/4 | 8/4-8/10 | 8/3-8/9 |
| 6 | 8/10-8/16 | 8/9-8/15 | 8/8-8/14 | 8/6-8/12 | 8/5-8/11 | 8/11-8/17 | 8/10-8/16 |
| 7 | 8/17-8/23 | 8/16-8/22 | 8/15-8/21 | 8/13-8/19 | 8/12-8/18 | 8/18-8/24 | 8/17-8/23 |
| 8 | 8/24-8/30 | 8/23-8/29 | 8/22-8/28 | 8/20-8/26 | 8/19-8/25 | 8/25-8/31 | 8/24-8/30 |
| 9 | 8/31-9/6 | 8/30-9/5 | 8/29-9/4 | 8/27-9/2 | 8/26-9/1 | 9/1-9/7 | 8/31-9/6 |
| 10 | 9/7-9/13 | 9/6-9/12 | 9/5-9/11 | 9/3-9/9 | 9/2-9/8 | 9/8-9/14 | 9/7-9/13 |
| 11 | 9/14-9/20 | 9/13-9/19 | 9/12-9/18 | 9/10-9/16 | 9/9-9/15 | 9/15-9/21 | 9/14-9/20 |
| 12 | 9/21-9/27 | 9/20-9/26 | 9/19-9/25 | 9/17-9/23 | 9/16-9/22 | 9/22-9/28 | 9/21-9/27 |
| 13 | 9/28-10/4 | 9/27-10/3 | 9/26-10/2 | 9/24-9/30 | 9/23-9/29 | 9/29-10/5 | 9/28-10/4 |
| 14 | 10/5-10/11 | 10/4-10/10 | 10/3-10/9 | 10/1-10/7 | 9/30-10/6 | 10/6-10/12 | 10/5-10/11 |
| 15 | 10/12-10/18 | 10/11-10/17 | 10/10-10/16 | 10/8-10/14 | 10/7-10/13 | 10/13-10/19 | 10/12-10/18 |
| 16 | 10/19-10/25 | 10/18-10/24 | 10/17-10/23 | 10/15-10/21 | 10/14-10/20 | 10/20-10/26 | 10/19-10/25 |
| 17 | 10/26-11/1 | 10/25-10/31 | 10/24-10/30 | 10/22-10/28 | 10/21-10/27 | 10/27-11/2 | 10/26-11/1 |
| 18 | 11/2-11/8 | 11/1-11/7 | 10/31-11/6 | 10/29-11/4 | 10/28-11/3 | 11/3-11/9 | 11/2-11/8 |
| 19 | 11/9-11/15 | 11/8-11/14 | 11/7-11/13 | 11/5-11/11 | 11/4-11/10 | 11/10-11/16 | 11/9-11/15 |
| 20 | 11/16-11/22 | 11/15-11/21 | 11/14-11/20 | 11/12-11/18 | 11/11-11/17 | 11/17-11/23 | 11/16-11/22 |
| 21 | 11/23-11/29 | 11/22-11/28 | 11/21-11/27 | 11/19-11/25 | 11/18-11/24 | 11/24-11/30 | 11/23-11/29 |
| 22 | 11/30-12/6 | 11/29-12/5 | 11/28-12/4 | 11/26-12/2 | 11/25-12/1 | 12/1-12/7 | 11/30-12/6 |
| 23 | 12/7-12/13 | 12/6-12/12 | 12/5-12/11 | 12/3-12/9 | 12/2-12/8 | 12/8-12/14 | 12/7-12/13 |
| 24 | 12/14-12/20 | 12/13-12/19 | 12/12-12/18 | 12/10-12/16 | 12/9-12/15 | 12/15-12/21 | 12/14-12/20 |
| 25 | 12/21-12/27 | 12/20-12/26 | 12/19-12/25 | 12/17-12/23 | 12/16-12/22 | 12/22-12/28 | 12/21-12/27 |
| 26 | 12/28-1/3 | 12/27-1/2 | 12/26-1/1 | 12/24-12/30 | 12/23-12/29 | 12/29-1/4 | 12/28-1/3 |
| 27 | 1/4-1/10 | 1/3-1/9 | 1/2-1/8 | 12/31-1/6 | 12/30-1/5 | 1/5-1/11 | 1/4-1/10 |
| 28 | 1/11-1/17 | 1/10-1/16 | 1/9-1/15 | 1/7-1/13 | 1/6-1/12 | 1/12-1/18 | 1/11-1/17 |
| 29 | 1/18-1/24 | 1/17-1/23 | 1/16-1/22 | 1/14-1/20 | 1/13-1/19 | 1/19-1/25 | 1/18-1/24 |
| 30 | 1/25-1/31 | 1/24-1/30 | 1/23-1/29 | 1/21-1/27 | 1/20-1/26 | 1/26-2/1 | 1/25-1/31 |
| 31 | 2/1-2/7 | 1/31-2/6 | 1/30-2/5 | 1/28-2/3 | 1/27-2/2 | 2/2-2/8 | 2/1-2/7 |
| 32 | 2/8-2/14 | 2/7-2/13 | 2/5-2/12 | 2/4-2/10 | 2/3-2/9 | 2/9-2/15 | 2/8-2/14 |
| 33 | 2/15-2/21 | 2/14-2/20 | 2/13-2/19 | 2/11-2/17 | 2/10-2/16 | 2/16-2/22 | 2/15-2/21 |
| 34 | 2/22-2/28 | 2/21-2/27 | 2/20-2/26 | 2/18-2/24 | 2/17-2/23 | 2/23-3/1 | 2/22-2/28 |
| 35 | 3/1-3/7 | 2/28-3/6 | 2/27-3/4 | 2/25-3/3 | 2/24-3/2 | 3/2-3/8 | 2/29-3/6 |
| 36 | 3/8-3/14 | 3/7-3/13 | 3/5-3/11 | 3/4-3/10 | 3/3-3/9 | 3/9-3/15 | 3/7-3/13 |
| 37 | 3/15-3/21 | 3/14-3/20 | 3/12-3/18 | 3/11-3/17 | 3/10-3/16 | 3/16-3/22 | 3/14-3/20 |
| 38 | 3/22-3/28 | 3/21-3/27 | 3/19-3/25 | 3/18-3/24 | 3/17-3/23 | 3/23-3/29 | 3/21-3/27 |
| 39 | 3/29-4/4 | 3/28-4/3 | 3/26-4/1 | 3/25-3/31 | 3/24-3/30 | 3/30-4/5 | 3/28-4/3 |
| 40 | 4/5-4/11 | 4/4-4/10 | 4/2-4/8 | 4/1-4/7 | 3/31-4/6 | 4/6-4/12 | 4/4-4/10 |
| 41 | 4/12-4/18 | 4/11-4/17 | 4/9-4/15 | 4/8-4/14 | 4/7-4/13 | 4/13-4/19 | 4/11-4/17 |
| 42 | 4/19-4/25 | 4/18-4/24 | 4/16-4/22 | 4/15-4/21 | 4/14-4/20 | 4/20-4/26 | 4/18-4/24 |
| 43 | 4/26-5/2 | 4/25-5/1 | 4/23-4/29 | 4/22-4/28 | 4/21-4/27 | 4/27-5/3 | 4/25-5/1 |
| 44 | 5/3-5/9 | 5/2-5/8 | 4/30-5/6 | 4/29-5/5 | 4/28-5/4 | 5/4-5/10 | 5/2-5/8 |
| 45 | 5/10-5/16 | 5/9-5/15 | 5/7-5/13 | 5/6-5/12 | 5/5-5/11 | 5/11-5/17 | 5/9-5/15 |
| 46 | 5/17-5/23 | 5/16-5/22 | 5/14-5/20 | 5/13-5/19 | 5/12-5/18 | 5/18-5/24 | 5/16-5/22 |
| 47 | 5/24-5/30 | 5/23-5/29 | 5/21-5/27 | 5/20-5/26 | 5/19-5/25 | 5/25-5/31 | 5/23-5/29 |
| 48 | 5/31-6/6 | 5/30-6/5 | 5/28-6/3 | 5/27-6/2 | 25/26-6/2 | 6/1-6/7 | 5/30-6/5 |
| 49 | 6/7-6/13 | 6/6-6/12 | 6/4-6/10 | 6/3-6/9 | 6/3-6/9 | 6/8-6/14 | 6/6-6/12 |
| 50 | 6/14-6/20 | 6/13-6/19 | 6/11-6/17 | 6/10-6/16 | 6/9-6/15 | 6/15-6/21 | 6/13-6/19 |
| 51 | 6/21-6/27 | 6/20-6/26 | 6/18-6/24 | 6/17-6/23 | 6/16-6/22 | 6/22-6/28 | 6/20-6/26 |
| 52 | 6/28-7/4 | 6/27-7/3 | 6/25-7/1 | 6/24-6/30 | 6/23-6/29 | 6/29-7/5 | 6/27-7/3 |

## APPENDIX 7: SEASON BEGINNING AND ENDING DATES

- **START** indicates the first day of practice for that sport/activity.
- **END** indicates the final day of the state tournament for that sport/activity.
- **NOTE:** Some Spring Championships will be held after Memorial Day in 2024-25, 2025-26, and 2030-31.

### 2025-26

**HOLIDAYS:** Labor Day 9/1, Veteran's Day 11/25, President's Day 2/16, Memorial Day 5/25

| FALL | | | WINTER | | | SPRING | | |
|---|---|---|---|---|---|---|---|---|
| SPORT | START | END | SPORT | START | END | SPORT | START | END |
| SP | 8/25 | 10/25 | BO, CH | 11/3 | 2/7 | FL | 2/23 | 5/16 |
| XC | 8/25 | 11/8 | GY | 11/10 | 2/21 | GO | 3/2 | 5/20 |
| VB (1B, 2B) | 8/25 | 11/13 | FL* | 11/17 | 2/7 | FP, TE | 3/2 | 5/23 |
| FL*, GO*, SW, TE*, VB (1A, 2A) | 8/25 | 11/15 | SW, WR | 11/17 | 2/21 | BA, SO, TF | 3/2 | 5/30 |
| SO, VB (3A, 4A) | 8/25 | 11/22 | BB | 11/17 | 3/7 | | | |
| FB | 8/20 | 12/6 | DD | 11/17 | 3/28 | | | |

### 2026-27

**HOLIDAYS:** Labor Day 9/7, Veteran's Day 11/11, President's Day 2/15, Memorial Day 5/31

| FALL | | | WINTER | | | SPRING | | |
|---|---|---|---|---|---|---|---|---|
| SPORT | START | END | SPORT | START | END | SPORT | START | END |
| SP | 8/24 | 10/24 | BO, CH | 11/2 | 2/6 | FL | 2/22 | 5/15 |
| XC | 8/24 | 11/7 | GY | 11/9 | 2/20 | GO | 3/1 | 5/19 |
| VB (1B, 2B) | 8/24 | 11/12 | FL* | 11/16 | 2/6 | FP, TE | 3/1 | 5/22 |
| FL*, GO*, SW, TE*, VB (1A, 2A) | 8/24 | 11/14 | SW, WR | 11/16 | 2/20 | BA, SO, TF | 3/1 | 5/29 |
| SO, VB (3A, 4A) | 8/24 | 11/21 | BB | 11/16 | 3/6 | | | |
| FB | 8/19 | 12/5 | DD | 11/16 | 3/27 | | | |

### 2027-28

**HOLIDAYS:** Labor Day 9/6, Veteran's Day 11/11, President's Day 2/21, Memorial Day 5/29

| FALL | | | WINTER | | | SPRING | | |
|---|---|---|---|---|---|---|---|---|
| SPORT | START | END | SPORT | START | END | SPORT | START | END |
| SP | 8/23 | 10/23 | BO, CH | 11/1 | 2/5 | FL | 2/21 | 5/13 |
| XC | 8/23 | 11/6 | GY | 11/15 | 2/26 | GO | 2/28 | 5/17 |
| VB (1B, 2B) | 8/23 | 11/11 | FL* | 11/15 | 2/5 | FP, TE | 2/28 | 5/20 |
| FL*, GO*, SW, TE*, VB (1A, 2A) | 8/23 | 11/13 | SW, WR | 11/15 | 2/19 | BA, SO, TF | 2/28 | 5/27 |
| SO, VB (3A, 4A) | 8/23 | 11/20 | BB | 11/15 | 3/4 | | | |
| FB | 8/18 | 12/4 | DD | 11/15 | 3/25 | | | |

**2028-29**

HOLIDAYS:  Labor Day 9/4, Veteran's Day 11/11, President's Day 2/19, Memorial Day 5/28

| FALL | | | WINTER | | | SPRING | | |
|---|---|---|---|---|---|---|---|---|
| SPORT | START | END | SPORT | START | END | SPORT | START | END |
| SP | 8/21 | 10/21 | BO, CH | 10/30 | 2/3 | FL | 2/19 | 5/12 |
| XC | 8/21 | 11/4 | GY | 11/13 | 2/25 | GO | 2/26 | 5/15 |
| VB (1B, 2B) | 8/21 | 11/9 | FL* | 11/13 | 2/3 | FP, TE | 2/26 | 5/19 |
| FL*, GO*, SW, TE*, VB (1A, 2A) | 8/21 | 11/11 | SW, WR | 11/13 | 2/17 | BA, SO, TF | 2/26 | 5/26 |
| SO, VB (3A, 4A) | 8/21 | 11/18 | BB | 11/13 | 3/3 | | | |
| FB | 8/16 | 12/2 | DD | 11/13 | 3/24 | | | |

**2029-30**

HOLIDAYS:  Labor Day 9/3, Veteran's Day 11/11, President's Day 2/18, Memorial Day 5/27

| FALL | | | WINTER | | | SPRING | | |
|---|---|---|---|---|---|---|---|---|
| SPORT | START | END | SPORT | START | END | SPORT | START | END |
| SP | 8/20 | 10/20 | BO, CH | 10/29 | 2/2 | FL | 2/18 | 5/11 |
| XC | 8/20 | 11/3 | GY | 11/12 | 2/24 | GO | 2/25 | 5/14 |
| VB (1B, 2B) | 8/20 | 11/8 | FL* | 11/12 | 2/2 | FP, TE | 2/25 | 5/18 |
| FL*, GO*, SW, TE*, VB (1A, 2A) | 8/20 | 11/10 | SW, WR | 11/12 | 2/16 | BA, SO, TF | 2/25 | 5/25 |
| SO, VB (3A, 4A) | 8/20 | 11/17 | BB | 11/12 | 3/2 | | | |
| FB | 8/15 | 12/1 | DD | 11/12 | 3/23 | | | |

**2030-31**

HOLIDAYS:  Labor Day 9/11, Veteran's Day 11/11, President's Day 2/17, Memorial Day 5/26

| FALL | | | WINTER | | | SPRING | | |
|---|---|---|---|---|---|---|---|---|
| SPORT | START | END | SPORT | START | END | SPORT | START | END |
| SP | 8/21 | 10/28 | BO, CH | 10/30 | 2/8 | FL | 2/24 | 5/17 |
| XC | 8/21 | 11/4 | GY | 11/13 | 2/23 | GO | 3/3 | 5/21 |
| VB (1B, 2B) | 8/21 | 11/9 | FL* | 11/18 | 2/8 | FP, TE | 3/3 | 5/24 |
| FL*, GO*, SW, TE*, VB (1A, 2A) | 8/21 | 11/11 | SW, WR | 11/13 | 2/23 | BA, SO, TF | 3/3 | 5/31 |
| SO, VB (3A, 4A) | 8/21 | 11/18 | BB | 11/13 | 3/8 | | | |
| FB | 8/16 | 12/2 | DD | 11/13 | 3/29 | | | |

**2031-32**

**HOLIDAYS:**  Labor Day 9/2, Veteran's Day 11/11, President's Day 2/16, Memorial Day 5/26

| FALL | | | WINTER | | | SPRING | | |
|---|---|---|---|---|---|---|---|---|
| **SPORT** | **START** | **END** | **SPORT** | **START** | **END** | **SPORT** | **START** | **END** |
| SP | 8/26 | 10/26 | BO, CH | 11/4 | 2/7 | FL | 2/23 | 5/16 |
| XC | 8/26 | 11/9 | GY | 11/11 | 2/22 | GO | 3/1 | 5/19 |
| VB (1B, 2B) | 8/26 | 11/14 | FL* | 11/17 | 2/7 | FP,  TE | 3/1 | 5/22 |
| FL*, GO*, SW, TE*, VB (1A, 2A) | 8/26 | 11/16 | SW, WR | 11/18 | 2/22 | BA, SO, TF | 3/1 | 5/29 |
| SO, VB (3A, 4A) | 8/26 | 11/23 | BB | 11/18 | 3/6 | | | |
| FB | 8/21 | 12/7 | DD | 11/18 | 3/27 | | | |

*Alternate Season*

## APPENDIX 8:  CODE OF ETHICS

It is the duty of all concerned with school athletics:

1. To emphasize the proper ideals of sportsmanship, ethical conduct and fair play.

2. To eliminate all possibilities which tend to destroy the best values of the game.

3. To stress the values derived from playing the game fairly.

4. To show cordial courtesy to visiting teams and officials.

5. To establish a happy relationship between visitors and hosts.

6. To respect the integrity and judgment of sports officials.

7. To achieve a thorough understanding and acceptance of the rules of the game and the standards of eligibility.

8. To encourage leadership, use of initiative, and good judgment by the players on the team.

9. To recognize that the purpose of athletics is to promote the physical, mental, moral, social and emotional well-being of the individual players.

10. To remember that an athletic contest is only a game - not a matter of life or death for player, coach, school, official, fan, community, state or nation.

## APPENDIX 9:  WIAA EXECUTIVE BOARD MEMBERS

**1924 THREE-MEMBER BOARD:**

| | | | | | |
|---|---|---|---|---|---|
| 1924-54 | William A. Fisher Lynden | | | | |
| 1924-28 | Paul Johnson, Rolling Bay | | | | |
| 1924-30 | George Miller, Aberdeen | | | | |

**1928 FIVE-MEMBER BOARD:**

| | | | | | |
|---|---|---|---|---|---|
| 1928-1932 | E.A. Oakley, Auburn | West Central | | | |
| 1928-1948 | Jack Meyer, Spokane | Northeast | | | |
| 1928-1931 | R.K. Kester, Yakima | Southeast | | | |

**1928 FIVE-MEMBER BOARD:**

| | | | | | |
|---|---|---|---|---|---|
| 1930-1933 | H.J. Craig, Washougal | Southwest | 1944-65 | R.C. Hall, Fife | West Central |
| 1932-1949 | Jay Helm, Yakima | Southeast | 1948-49 | E.R. Jinnett, Spokane | Northeast |
| 1932-1943 | A.W. Burrows, Carnation | West Central | 1949-50 | G.W. Mills, Millwood | Northeast |
| 1933-1936 | Clyde Campbell, Centralia | Southwest | 1949-53 | Gus Lybecker, Pomeroy | Southeast |
| 1936-1950 | Henry DeYoung, Vancouver | Southwest | 1950-53 | L.J. Crogstad, Menlo | Southwest |
| 1943-1944 | Perry Mitchell, Renton | West Central | 1950-69 | George Fisher, Cheney | Northeast |

**1952 SIX-MEMBER BOARD:**

| | | |
|---|---|---|
| 1952-1961 | Leon Brigham, Seattle | Seattle |
| 1953-1967 | Julius Wendt, Cathlamet | Southwest |
| 1953-1955, 1959-1962 | Howard Moses, Colfax | Southeast |
| 1954-1960 | Ted Muncaster, Everett | Northwest |
| 1955-1960, 1964-1966 | Eldon Dietrick, Wapato | Southeast, South Central |

**1959 EIGHT-MEMBER BOARD:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1959-61 | Paul Rumberg, Bridgeport | North Central | | 1966-74 | Al Strom, Toppenish | South Central |
| 1960-68 | Harold B. Moe, Snohomish | Northwest | | 1967-75 | Gareth Giles, South Bend | Southwest |
| 1960-64 | Darrell E. Smith, Grandview | South Central | | 1967-71 | Loren Ralph, Seattle | Seattle |
| 1961-62 | Edgar Critchlow, Pateros | North Central | | 1968-79 | Duane Heidenreich, Lacrosse | Southeast |
| 1961-67 | George Farmer, Seattle | Seattle | | 1968-75 | Clifford Gillies, Snohomish | Northwest |
| 1962-72 | Cecil West, Chelan | North Central | | 1969-74 | Eugene Rieger, Freeman | Northeast |
| 1962-65 | William Halpin, Garfield | Southeast | | 1971-82 | Frank Inslee, Seattle | Seattle |
| 1965-74 | Edward F. McCoy, Sumner | West Central | | 1972-73 | Carleton Rice, Leavenworth | North Central |
| 1965-68 | Kenneth White, Rosalia | Southeast | | | | |

**1972 TEN-MEMBER BOARD:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1972-77 | William Anderson, Spokane | Spokane | | 1988-1991 | Ron Bennett, Montesano | Southwest |
| 1972-75 | John Beer, Tacoma | Tacoma | | 1988-1995 | Ralph Hilt, Medical Lake | Northeast |
| 1973-85 | Tom Byrne, Wenatchee | North Central | | 1990-1993 | Leroy Faling, Kelso | Southwest |
| 1974-79 | Jack Dorr, Wapato | South Central | | 1990-1997 | Steve Hogue, Spokane | Spokane |
| 1974-87 | Clayton Dunn, Medical Lake | Northeast | | 1991-1997 | Gary Jorgenson, Tonasket | North Central |
| 1974-80 | Delbert Schafer, Tacoma | West Central | | 1991-1997 | John Stencil, Mossyrock | Southwest |
| 1975-85 | George Carberry, Jr., Sultan | Northwest | | 1992-1995 | Al Haynes, Bothell | Sea-King |
| 1975-80 | Robert W. Nichols, Tacoma | Tacoma | | 1993-1996 | Jim Winegar, Puyallup | West Central |
| 1975-76 | Donald L. Spencer, Hoquiam | Southwest | | 1994-2004 | Dick Behrens, St. John | Southeast |
| 1976-82 | Dick Grabenhorst, Naselle | Southwest | | 1995-2001 | Nancy Hobbs, Liberty (Spangle) | Northeast |
| 1977-90 | James Hutton, Spokane | Spokane | | 1995-2005 | Judy Jennings, Seattle | West Central |
| 1979-94 | Buddy Gibson, Oakesdale | Southeast | | 1995-1999 | Ray Jones, Seattle | Sea-King |
| 1979-88 | Don Campbell, Kennewick | Yakima Valley | | 1996-1999 | Al Strand, Bellevue | Sea-King |
| 1980-84 | John Price, Clover Park | West Central | | 1996-2002, 2004-2007 | Ken Axelson, Lynden | Northwest |
| 1980-84 | Ron Urquhart, Tacoma | West Central | | 1997-2004 | Dean Naffziger, Rochester | Southwest |
| 1982-88 | William Brumsickle, Centralia | Southwest | | 1997-2003 | Bruce Campbell, Wenatchee | North Central |
| 1982-92 | Barbara Twardus, Seattle | Sea-King | | 1997-2000 | Randy Dolven, Kamiakin | Yakima Valley |
| 1984-87 | Don Bagnall, Bothell | Sea-King | | 1997-2002 | Mike Howson, Spokane | Spokane |
| 1984-87 | Keith Cantwell, Auburn | West Central | | 1999-2002 | Gary Clausen, Blaine | Northwest |
| 1985-87 | Bob Eller, Wenatchee | North Central | | 1999-2013 | Craig Olson, Mercer Island | Sea-King |
| 1985-90 | Norm Hoffman, La Conner | Northwest | | 2000-2006 | Kent Andersen, Royal | Yakima Valley |
| 1987-1995 | John Anderson, Sumner | West Central | | 2001-2002 | Norm Klug, Clarkson | Northeast |
| 1987-1996 | Kim Wilson, Edmonds | Northwest | | 2002-2004 | Gary Coe, Mary Walker | Northeast |
| 1987-1988 | Gil Johnson, Reardan | Northeast | | 2002-2004 | Terri McMahan, Edmonds | Northwest |
| 1987-1991 | Tom Pickett, Quincy | North Central | | 2002-2004 | Mick Miller, Spokane | Spokane |
| 1987-1997 | Bill Bieloh, Walla Walla | Yakima Valley | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2002-2005 | Bruce Taylor, Chehalis | Southwest | | 2004-2014 | Joe Feist, Deer Park | Northeast |
| 2003-2007 | Jim Evans, Waterville | North Central | | 2005-2006 | Art Jarvis, Enumclaw | West Central |
| 2004-2005 | Alli Bennett, Garfield-Palouse | Southeast | | 2005-2014 | Ed Ploof, Bellarmine Prep | West Central |
| 2004-2013 | Al Falkner, Gonzaga Prep | Spokane | | 2005-2022 | Ken Lindgren, Oakesdale | Southeast |
| 2004-2011 | Henry Karnofski, Castle Rock | Southwest | | 2006-2019 | Rich Rouleau, Naches | Yakima Valley |

**2006 THIRTEEN-MEMBER BOARD:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2006-2011 | Chris Bigelow, Northshore | Region A | | 2016-2021 | John Wallwork, Chiawana | Combined Districts |
| 2006- | Wendy Malich, Peninsula | Region B-1 | | 2018- | Scott Chamberlain, Shelton | District 4 |
| 2006-2010 | George Juarez, Othello | Region C | | 2018-2021 | John Cerna, Toppenish | Region C |
| 2006-2010 | Michele Webb, Ephrata | Combined Districts | | 2019-2020 | Tim Bursey, Bothell | Region A |
| 2007- | Harlan Kredit, Lynden Christian | District 1 | | 2019- | David Blakney, Wapato | Region C-3 |
| 2007-2012 | Loren Sandhop, Moses Lake | District 6 | | 2019- | Paul Manfred, Gonzaga Prep | District 6 |
| 2010-2016 | Leta Meyer, Heritage | Combined Districts | | 2020- | Cathy Schick, Seattle Academy | Region A-1 |
| 2010-2018 | Pam Veltri, Spokane | Region C | | 2021- | Dwayne Johnson, Cape Flattery | District 3 |
| 2011-2014 | Tim Graham, Tumwater | District 4 | | 2021- | Casey Gant, Kennewick | Region C-1 |
| 2011-2018 | Eric McCurdy, Seattle | Region A | | 2021- 2025 | Tony Davis, Tahoma | Region B-2 |
| 2012-2016 | Mike Ottis, Wilson Creek | District 6 | | 2022- | Jeff Lowell, Bellevue | District 2 |
| 2013-2022 | Pat McCarthy, Seattle | District 2 | | 2022- | Russ Waterman, Eastmont | District 5 |
| 2013-2019 | Lori Wyborney, Spokane | District 8 | | 2022- | Steven Carson, Inchelium | Region C-2 |
| 2014-2021 | Tim Thomsen, Sumner | District 3 | | 2022-2024 | Nick Hazeltine, DeSales | District 9 |
| 2014-2018 | Mick Hoffman, Vancouver | District 4 | | 2024-25 | Tara Davis, Seattle | Region A-2 |
| 2014-2022 | Greg Whitmore, Lind-Ritzville | District 7 | | 2025- | Johnny Lee, Tacoma | Region B-2 |
| 2016-2022 | Miles Caples, Entiat | District 6 | | | | |

**EXECUTIVE DIRECTORS:**

| | |
|---|---|
| 1950-1963 | Henry DeYoung |
| 1963-1982 | Henry E. Rybus |
| 1982-1993 | Cliff Gillies |
| 1993-2019 | Mike Colbrese |
| 2019- | Mick Hoffman |

**ADMINISTRATIVE ASSISTANTS:**

1977-1979    Ralph Bayard

1981-1982    Cliff Gillies

**ASSOCIATE DIRECTORS:**

1987-1993    Ralph Bayard

1998-2003    John Olson

**ASSISTANT EXECUTIVE DIRECTORS:**

| | | | | | |
|---|---|---|---|---|---|
| 1961-1963 | Henry E. Rybus | 1988-1996 | Don Bagnall | 2004-2006 | Terry Cavender |
| 1963-1964 | Joseph L. Kearney | 1990-1998 | John Olson | 2006- | Andy Barnes |
| 1964-1979 | John G. Hardman | 1994-1996 | Victoria Hanna | 2006-2011 | Teresa Fisher |
| 1972-1983 | Irene Hallett | 1996-2000 | Pat Hoonan | 2008-2019 | John Miller |
| 1979-1987 | Ralph Bayard | 1997-2000 | Dele Gunnerson | 2011-2019 | Brian Smith |
| 1983-1987 | Janice Truant | 2000-2004 | Kevin Griffin | 2019- | Justin Kesterson |
| 1983-1990 | Larry O'Neal | 2000-2011 | Jim Meyerhoff | 2019-2023 | BJ Kuntz |
| 1987- | Cindy Adsit | 2003-2005 | Leah Francis | 2023- | Jeneé James |

## APPENDICES 10 & 10.1:  WIAA/WOA CO-OP AGREEMENT & OFFICIALS FEES

The WIAA/WOA Co-Op Agreement and 2025-26 Officials Fees (formerly Appendices 10 & 10.1) have been posted on the WIAA/WOA Co-Op Agreement Resource Page on MyWIAA.

## APPENDIX 11:  QUESTIONS AND ANSWERS (Q&A)

**17.1.0    SCHOOL YEAR:**

**Q-1:    When do the WIAA Rules take effect?**

A-1:    The school year begins on August 1 and ends the first day following the Spring State Tournaments.

**17.2.2    IN-SEASON:**

**Q-1:    My team did not qualify for postseason playoffs. How long can we continue to practice as a team with our coach?**

A-1:    The season concludes with the final day of the State Event for that sport. Even though the team did not qualify, your coach could continue to coach your team until the conclusion of the State Tournament for that sport.

**Q-2:    Our Basketball team is planning to play in a summer basketball tournament on the Sunday after the spring Tournaments. With the impending weather reports, the State Softball Tournament may be postponed until after that date. Will our coach violate the Out-of-Season Rule if he/she coaches us on Sunday, even though the Softball Tournament may not be completed?**

A-2:    No. Coaches cannot be responsible for the Spring Tournament being postponed due to inclement weather.

**17.3.2    ALTERNATE SEASON:**

**Q-1:    One of the boys on the fall tennis team qualified for the State Tennis Championships. Now that we are into the spring season, he is playing golf. Is he required to complete all seven tennis practices prior to the State Tennis Championships, or can some of his golf practices count?**

A-1:    Since practices are not required for golf, none of those practice sessions can count toward tennis. He will be required to complete ten practices prior to the State Tennis Championships.

**17.4.0    POSTSEASON CONTESTS:**

**Q-1:    When can a team that participates in the alternate fall season begin practice for the spring State Tournament?**

A-1:    Whether or not the team qualifies in the fall for a spring State Tournament, the team is allowed to begin practice no sooner than April 1 with a maximum of twenty practice days.

**Q-2:    With the season limitation for baseball at twenty games, if our team schedules and plays in only nineteen games during the regular season, would we be allowed to play a game during the week between the Regionals and the Semifinals?**

**A-2:** Yes.

**Q-3:** I qualified in the fall District Tournament for the State Tennis Tournament in the spring. Are there practice requirements and, if so, can any of my teammates hit balls with me during spring practice?

**A-3:** You are required to have seven days of practice prior to the State Tennis Tournament. Any of your teammates, whether they qualified for the State Tournament or not, could participate in the practices.

**17.5.0   OUT-OF-SEASON:**

**Q-1:** May a school hold a student benefit fundraiser basketball game out-of-season that involves only seniors?

**A-1:** No. School sponsorship or promotion or practice and/or participation is limited to the designated WIAA season for that sport.

**Q-2:** Is it permissible for a school to sponsor a spring vacation basketball tournament and invite other school teams?

**A-2:** No. This would be a violation for each school involved.

**Q-3:** Is it a violation when a school vehicle is used to transport students to a winter freestyle wrestling tournament?

**A-3:** It is a violation only if the tournament occurs outside the designated WIAA Wrestling season.

**Q-4:** Could the school provide the insurance or assist in promoting an out-of-season tournament sponsored by that school's booster club?

**A-4:** No. Providing insurance indicates school sponsorship, which would be a violation. It would be a violation for any agent of the school to promote an out-of-season event.

**Q-5:** Can school uniforms or equipment be used by students participating in all star or All-State contests?

**A-5:** School uniforms may be worn only if the All-State contests are sponsored by the Washington State Coaches Association (WSCA).

**Q-6:** Since uniforms are considered to be the school-issued contest uniform, if a school surpluses old school uniforms, or if the student athletes purchase the old school uniforms, could they be worn during a community basketball tournament?

**A-6:** Yes.

**Q-7:** Could a school provide facilities, sport-specific apparatus (such as batting cages, football sleds, nets, etc.), school equipment (such as football helmets and shoulder pads, balls, etc.) to be used during the summer?

**A-7:** Yes. Schools may provide equipment when approved by the local school board.

**Q-8:** Could a school authorize school district vehicles to be used to transport individuals and/or teams to summer camps or clinics if approved by the local school board?

**A-8:** Yes. Schools may provide vehicles to transport individuals and/or teams to summer camps or clinics when approved by the local school board.

**Q-9:** Are schools authorized to provide insurance to cover summer programs?

**A-9:** Yes. Schools may provide insurance to cover summer programs when approved by the local school board.

**Q-10:** An ASB pays the league entry fee for summer league competition. Is this a violation?

**A-10:** No.

**Q-11:** Although not coaching the team, could a basketball coach take his/her players to a spring Tournament?

**A-11:** No. The coach may provide, post or distribute information to his/her players regarding the spring Tournament, but could not transport them to the site or be involved in coaching.

**17.5.6   COACHES ARE ALLOWED TO COACH ONLY DURING THE SEASON:**

**Q-1:** If a school does not have a junior high program in a sport, may the high school coach of that sport work with seventh and eighth graders?

**A-1:** In the absence of a sport being offered at the middle level, the local school board could designate twelve consecutive weeks within the high school season for a middle level season. The high school coach could then work with those middle school students during the concurrent seasons.

**Q-2:** At what point does an individual become a "coach" and at what point does the Out-of-Season Rule apply to that new coach?

**A-2:** A newly hired coach is considered a coach when a verbal/written agreement is made with the school district.

1)    If the new volleyball coach was hired by the school district after August 1 for that school year, that coach may continue to meet previous non-school coaching commitments up to and throughout the Volleyball season. The Out-of-Season Rules apply following the final day of the State Tournament for that classification.

2)    If the new baseball coach was hired by the school district after August 1 for that school year, that coach may continue to meet previous non-school coaching commitments through the school year up to and through the conclusion of the baseball season.  No new programs may be added. Unless already a member of the non-school program, any students from that school may not join the program and practice with current and/or potential athletes attending that school may not be held.

3)    If the new basketball coach was hired by the school district in the spring for the proceeding school year, that coach may continue to meet previous non-school coaching commitments through the current school year and through July 31.  No new programs may be added. Unless already a member of the non-school program, any students from that school may not join the program, and practice with current and/or potential athletes attending that school may not be held.

**Q-3:**    **Could a gymnastics coach be coaching in the same training facility with current and/or potential athletes if those athletes are being coached by someone else?**

**A-3:**    Yes. A coach may be in the same facility, as long as that coach is not coaching any current and/or potential athletes.

**Q-4:**    **We have a former NBA player now living in our community. Is it permissible to bring him in to assist in practices once in a while?**

**A-4:**    This person would be considered a volunteer coach and must be approved as a volunteer according to local school district policies. Volunteer coaches are subject to the Out-of-Season Rules and Coaching Standards in the same manner as paid coaches.

**Q-5:**    **Are there any restrictions regarding alumni returning to the school during the winter break to assist with the Wrestling program?**

**A-5:**    Alumni assisting in any manner with a school sports program must be approved volunteer coaches according to local school district policies and are subject to the Out-of-Season Rules and Coaching Standards.

**Q-6:**    **Could a seventh grade coach work with eighth graders or high school-age students at any time during the WIAA school year?**

**A-6:**    No, not unless the person has a written agreement with the school district to coach at both levels and then, only during the designated season for each level. The specific sports coaches are considered to be coaches of all student athletes within that school district.

**Q-7:**    **I coached volleyball in the fall. At the end of the volleyball season, I resigned and coached many of the same players on a club volleyball team. Can I reapply for the high school coaching position again in the fall?**

**A-7:**    No. When a coach is hired to coach an interscholastic team, that coach has committed to following all WIAA rules throughout the WIAA school year. If you resign, are terminated, or for whatever reason do not anticipate returning the next year and choose to coach a club team that involves students from that school during the Out-of-Season Time Period, you cannot be considered for that school's coaching position until after that sport has concluded during the following school year.

**Q-8:**    **Could a coach be involved in coaching one of their athletes who has been nominated as a member of a regional or national team in that sport during the Out-of-Season Time Period?**

**A-8:**    Yes, if that athlete is a senior. No, for any other age athlete unless a waiver has been provided by the WIAA Executive Board.

**Q-9:**    **Could a coach work with their student-athletes at a club, YMCA, YWCA, college, etc., during the school year out of their sport season, if that position was their primary source of income?**

**A-9:**    No.

**Q-10:**    **May a coach take a player to a sport clinic for their sport during the school year?**

**A-10:**    Yes, during the sport season. No, during the Out-of-Season Time Period.

**Q-11:**    **May a coach take their team to a coaches (only) clinic in order to demonstrate drills?**

**A-11:**    Yes, provided there is no coaching that takes place. The coach may merely introduce the players and the drill.

**Q-12:** Could a coach utilize some of their players to assist in conducting a clinic or camp for students in grades six or below?

**A-12:** Not if during the Out-of-Season Time Period.

**Q-13:** May a prospective coach run practice drills involving the players at that school during the interview/screening for a new position?

**A-13:** Yes.

**Q-14:** Could the high school basketball coach work with the middle school basketball team during the fall (which is the designated season for this middle level basketball league)?

**A-14:** Yes, but only if the school district has a written agreement with this coach to coach at both levels. A high school coach could coach middle level players during their season and high school players during the high school season.

**Q-15:** Could a high school basketball coach participate in evaluating players and selecting teams in a spring basketball league?

**A-15:** No, the coach may not be involved in any coaching activity during the Out-of-Season Time Period. Evaluating players and selecting teams is a coach's responsibility.

**Q-16:** May a high school coach serve as the head or assistant coach for an AAU basketball team composed of high school players from different high schools?

**A-16:** Yes. A high school coach could coach an AAU basketball team if the athletes are not from the coach's high school team or if the coaching takes place during the summer.

**Q-17:** Is it a violation for a coach or school designee to distribute information for clinics and camps prior to the last spring State Tournament?

**A-17:** No. This is not a violation. The distribution of materials should be approved by school administrators and is permitted.

**Q-18:** The swim coach of our high school, who is employed to coach swimming only, also works for the community pool and serves students from the school in the following situations:

**A.** This individual coaches an AAU swim team during the summer. Violation?

**A-18-A:** No.

**B.** This individual coaches an AAU swim team during April. Violation?

**A-18-B:** Yes if students in grades seven through 12 from that school district are on the team; No if students are in grades six and below.

**Q-19:** A coach receives a free trip if they solicit five participants from their school for an interscholastic athletic trip. Is this permitted?

**A-19:** This is a violation if it occurs during the out-of-season time period.

**Q-20:** During the summer, a school coach attends camp along with squad members who have remaining eligibility and, while at camp, instructs squads of students from that coach's school. Is this permitted?

**A-20:** Yes. That is not a violation.

**Q-21:** A coach organizes an after-school team of students for a summer league. Is this a violation?

**A-21:** No WIAA Rules would not be violated if a coach organizes a summer league team during the summer.

**Q-22:** Is it OK for a coach to organize students during the school year to attend summer "team" camp?

**A-22:** Yes, provided it is understood that participation is optional and not a requirement or prerequisite to turning out for the sport the following year.

**Q-23:** A coach organizes squad members from their school to participate in a non-school activity in the same sport coached out of the specified sport season during the school year. Is this a violation?

**A-23:** Yes.

**Q-24:** Could a track coach transport their students to an indoor track meet prior to the WIAA Track season?

**A-24:** No.

**Q-25:** May the basketball coach of a school team coach one of the school's basketball players in an AAU league during the WIAA Basketball season?

**A-25:** Yes.

**Q-26:** I have a softball coach traveling to Southern California in January with a club team. One of our girls made the team. Can he/she coach the team if he/she is in the stands when our girl plays, and our girl is in the stands when he/she coaches?

**A-26:** No.

**Q-27:** The high school volleyball coach also coaches Volleyball at the junior high. The junior high season is during January and February. Could she take five of the high school players to demonstrate specific skills during a junior high practice?

**A-27:** Not unless the high school athletes register with the school district as a volunteer coach and meet the beginning level of coaches standards.

**Q-28:** As a State Championship basketball coach, I have been asked to assist in the drafting of high school players for an all star spring basketball tournament? Is that OK?

**A-28:** You may assist in evaluating and drafting players onto all star teams only if none of your players are involved. Analyzing players on their performance and ability is a primary function and a regular responsibility of a coach during a practice and is permissible only during the designated WIAA season.

**Q-29:** Is it within WIAA Rules for the volleyball coach to play with the students during the Out-of-Season Time Period?

**A-29:** Yes. A coach may play with students from his/her school as long as no coaching is taking place.

**Q-30:** If we hire a club softball coach for the high school, can he/she continue coaching the club athletes?

**A-30:** If the club coach was hired after August 1 for that school year, then he/she may continue her non-school commitment and continue to coach the club athletes up to and through the spring sports season. If any of the club athletes are also students at the school where he/she is hired to coach, they could continue with the club team coached by that coach, but no new students from that school could be added to the team.

**Q-31:** If the high school coach is a relative of an athlete on the team, can that coach coach his/her relative during the Out-of-Season Time Period?

**A-31:** No. Parents may coach only their own child individually during the Out-of-Season Time Period.

**Q-32:** One of our coaches wants to hold a lock in for their team during the Out-of-Season Period in August. They would be doing team building activities during this time. Would this be legal?

**A-32:** No, since team building is very much a part of coaching, team building exercises that are specific to the team are not allowed during the out-of-season time period. Team building can take place only during the season.

**17.5.8    COACHES MAY HOLD TWO MEETINGS OUT-OF-SEASON:**

**Q-1:** Is it permissible for a preseason meeting to take place at a University of Washington Basketball game prior to the start of the WIAA Basketball season?

**A-1:** Yes. Since WIAA rules allow for two preseason meetings, each school has the authority to determine the date, time and place for those meetings.

**Q-2:** Our basketball coach would like to sponsor a three-on-three spring basketball tournament to raise money for our team to go to a summer team basketball camp. Would that be permissible?

**A-2:** No, fundraising activities cannot be specific to the sport coached during the out-of-season time period.

**Q-3:** Our high school football coach would like to meet individually this spring with the players that are intending to play again next fall. Is that ok?

**A-3:** No, a coach is limited to two meetings with the squad following the conclusion of the season and prior to the opening day of practice the following year. The limit is two meetings regardless of the number of student-athletes involved. Any individual preseason meetings may be held during the Football season or during the summer.

**17.5.9    OUT-OF-SEASON COACHING RESTRICTIONS:**

**Q-1:** Which students are affected by the Out-of-Season Coaching Rules?

**A-1:** "Current members or future squad members grades 7-12" applies to students in the school district in which the coach is hired to coach.

1)    The school district for public schools is defined by public school boundaries.

a) If a school district has specific boundaries for its high school(s) and middle school(s), a high school coach may coach students in the high school and the middle school(s) that feed directly to the high school only during their designated season (when the high school and middle level programs overlap or if that coach is hired to coach at both the high school and middle level) or during the summer.

   i. During the Out-of-Season Time Period, the coach could coach high school students attending a different high school or a middle school that does not feed directly to the high school in which that coach was hired to coach.

b) If a multi-high school district has an open enrollment policy, then a high school coach may coach students only in the high school in which the coach is hired to coach during the designated high school season or during the summer.

2) During the Out-of-Season Time Period, a private high school coach may not coach middle level students who:

   a) attend a designated feeder school owned and operated by the high school where the coach is hired to coach; or

   b) in the case where no designated feeder school exists, reside in the public school district where the private high school is located.

**Q-2:** **Could a middle level softball coach hit balls with his/her daughter in the neighborhood park?**

**A-2:** Yes. WIAA Out-of-Season Rules do not prohibit immediate family obligations. However, if another member of the daughter's team participates, the Out-of-Season Rules would be violated except during the season or during the summer.

**Q-3:** **Could a seventh grade volleyball coach also coach a high school age club volleyball team?**

**A-3:** Only if the high school students attended a high school in a different school district than the one in which the seventh grade coach is hired to coach.

**Q-4:** **Are there any WIAA regulations governing the participation of a high school athlete between school sport turnouts or seasons?**

**A-4:** No. Students may participate in non-school programs as they choose. The WIAA Out-of-Season Rules prohibit the involvement of school coaches except during the designated WIAA season or during the summer.

**Q-5:** **Is it OK for a coach to work with seniors after they have finished their season?**

**A-5:** Yes.

**Q-6:** **May high school players play on a USAV team if coached by their school coach?**

**A-6:** Yes. Current and/or prospective players may be coached by their school coach during the WIAA Volleyball season, but not during the Out-of-Season Time Period.

**Q-7:** **Is unsupervised use of school outdoor facilities for specific sport practice by several 'team members' in violation of Out-of-Season Rules?**

**A-7:** This "practice" is a violation only if the school or coach organizes or promotes it. If school-owned equipment is not used and it is not during school time, it is permissible for students to practice together.

**Q-8:** **May a softball coach of a school team coach a member of that school's basketball team in an AAU league during the softball season?**

**A-8:** Yes, as long as he/she is not under the direction of the school's basketball coach.

**Q-9:** **Our football team is planning a team camp in the second week in August, which we realize is during the Out-of-Season Period for our football coach. The coach will not assist in organizing or coaching and, in fact, he will not attend. The school is not sponsoring the camp. Will it be OK for the students to participate?**

**A-9:** Yes, the Out-of-Season Coaching Rules do not prohibit students from participating in events at any time.

**Q-10:** **We are planning to have a staff vs. student end-of-the-season basketball game at our middle school to raise funds for next year. The game will be played during the basketball season on a day without any games and will be at the end of a school day as an assembly, with the A-squad boys and girls against the teachers. Three of the middle school teachers coach at the high school. The athletic director and activities coordinator organize the kids and there is no coaching other than helping them to rotate in and out to insure that everyone gets to play. Is this ok?**

**A-10:**   Yes. The event is being held during the middle level season.

**Q-11:**   **May a high school coach, coach USAV junior high age teams?**

**A-11**   Yes, if the coaching occurs outside the WIAA season and none of the USAV team members are potential members of the high school team. There is no such restriction if done during the time period the junior high and high school seasons overlap.

**Q-12:**   **As part of the selection process, my school is asking coaching candidates to run a simulated practice. Would that violate any Out-of-Season Rules?**

**A-12:**   No. Since the individual has not yet been hired and the simulated practice is part of the selection process.

**Q-13:**   **Can the high school girls basketball coach coach the boys team during a fall league?**

**A-13:**   Yes, since boys and girls basketball are separate and distinct sports, it is allowed unless the school has a more restrictive rule.

**Q-14:**   **Can a coach provide suggested workouts to prospective squad members?**

**A-14:**   Yes, if the coach provides the workouts during the season or during the summer, and then the kids organize themselves, no WIAA Rules are being violated.

No, it would be a violation both for the school (for promoting and sponsoring a sport specific open gym) and for the coach (for using the captain to coach on their behalf) if the coach is providing the workout during the Out-of-Season Time Period and having a captain run it during a school designated open gym time.

**Q-15:**   **Could a high school volunteer assistant pitching coach who also works at a baseball academy provide instruction on baseball skills and techniques other than pitching to the students at our school during the Out-of-Season Time Period?**

**A-15:**   No, coaching responsibilities are not covered in the Out-of-Season Rules specific to the skill of the sport. A baseball coach is a baseball coach and no aspects of baseball can be coached to students at that school during the Out-of-Season Time Period, and the coach cannot be on the sideline, dugout, or bench during a practice or contest involving any of the students at that school.

**17.5.10**   **STUDENTS AS MANAGERS:**

**Q-1:**   **Could a female swimmer serve as manager for the boys swim team?**

**A-1:**   Yes, as long as she is not receiving any coaching.

**Q-2:**   **Could an eighth grade boy serve as manager for the high school boys basketball team?**

**A-2:**   Yes, as long as no direct coaching is taking place.

**17.7.0**   **CONDITIONING:**

**Q-1:**   **Could a football coach supervise the weight room in August?**

**A-1:**   Schools may sponsor a weight training and conditioning program that must be open to all students and cannot include instruction in specific sport skills and/or drills. Each school has the authority to determine who will supervise the weight room.

**Q-2:**   **My school has advertised in the school bulletin that the weight room will be open for wrestlers beginning October 1st. Can students not interested in wrestling be denied access to the weight room?**

**A-2:**   No. Access to the weight room must be posted and advertised as being open to all students within the school.

**Q-3:**   **Could a school district approved conditioning coach or supervisor test the participants in that summer program during the three-week period prior to the start of the fall sports season?**

**A-3:**   Yes. Testing of participants is permissible as long as the testing is a normal portion of the conditioning program and the test does not include any activity that resembles a drill or specific function of any fall sport.

**Q-4:**   **Could a track coach run with their team during the winter for conditioning purposes?**

**A-4:**   Yes. Running is considered as part of any conditioning program and this would be legal as long as no coaching is taking place, and the running is part of the conditioning opportunities are posted and advertised as being open to all students within the school.

**Q-5**:   **Could a cross country coach follow in a car behind their squad during the spring?**

**A-5:**   Yes. Running is considered as part of any conditioning program and this would be legal as long as no coaching is taking place, the running is part of the conditioning program, and the conditioning opportunities are posted and advertised as being open to all students within the school.

**Q-6:** **Could a high school allow eighth graders from its feeder middle school to participate in the high school conditioning program?**

**A-6:** That is a local school district decision based upon whether the eighth graders are from a middle school that feeds directly to that high school.

**17.8.0  OPEN GYM:**

**Q-1:** **Could a coach have an open gym time period for his/her sport during the noon hour or after school outside the regular sport season, during the school year?**

**A-1:** No. Schools may sponsor an open gym program, which is open and promoted to all students, with a range of activities available. No coaching is permitted. The gym supervisor must be approved by the school.

**Q-2:** **A coach opens the gymnasium and supervises but does not direct drills for students. A variety of activities are available and the gym is open to all. Is this a violation?**

**A-2:** No.

**Q-3:** **The softball coach wants to set up the batting cage during the open gym time period each day. Is this legal?**

**A-3:** Yes, as long as a number of sport opportunities are available for the interested students (batting cage, volleyball net and standards, basketball hoop, etc.) or each sport has a specified open gym time. Coaches may not give instruction, but may provide general supervision.

**Q-4:** **Is it legal for the basketball coach to be supervising the gym while the basketball team players are running drills or plays during open gym time?**

**A-4:** Yes, as long as the players are not being coached.

**Q-5:** **I play basketball at a 3A school. My coach has been asked to coach a non-school team in a tournament that is scheduled for the last weekend in February. Since our team did not qualify for the 3A State Tournament, we are OK to play on his team right?**

**A-5:** Yes. The season for 3A basketball ends on the Sunday following the conclusion of the 3A State Basketball Tournament, not following your final regular season contest.

**Q-6:** **Is it legal for our high school to sponsor basketball intramurals in the spring and have the basketball coach supervise?**

**A-6:** No. School sponsorship and promotion in a given sport is restricted to the WIAA-designated season for that sport.

**Q-7:** **Our boys swim coach plans to apply for an open coaching position with the local swim club (not affiliated with the high school) in which one athlete from a school that co-ops with our school team is a member. Would it be a violation for this person to coach both programs?**

**A-7:** Yes. This coach cannot be coaching any of the students in the school feeder system, grades 7-12, including all students attending the school of any cooperative program during the Out-of-Season Time Period.

**Q-8:** **Our coach is planning to sponsor an open gym for the basketball players in October as a preparation for the upcoming season. He has a written schedule for conditioning and plays to work on, and he will be there to assist as needed. Is that legal?**

**A-8:** No. Coaches may conduct practice ONLY during the WIAA sport season.

**17.9.0  SPORT CAMPS OR CLINICS:**

**Q-1:** **Could a basketball coach use some of his/her players to demonstrate a teaching skill to other coaches during a clinic?**

**A-1:** Yes, provided the only contact with the team is to notify them of the time and date of the clinic, and the skills they will be asked to perform. During the clinic itself, the coach can merely introduce the players and the skill.

**17.10.0  SUMMER ACTIVITIES:**

**Q-1:** **A local WIAA member high school has a summer football program. The middle school in the school district is not a member of the WIAA. Can the middle school students who will attend the high school during the next fall participate in the summer program?**

**A-1:** There is no WIAA Rule to prohibit participation in the summer program as long as the last middle school sports event has been completed and the local school district allows summer participation for these students.

**Q-2:**   **May a high school baseball coach be actively involved in a summer baseball program before school is out, if the majority of the summer team roster is composed of that coach's high school team?**

**A-2:**   Yes. A coach may coach non-school teams and players during the season. However, requiring participation by student-athletes as a condition for playing on a school team would constitute a violation.

**Q-3:**   **Are students that participate in a school-sponsored summer program required to meet all WIAA eligibility requirements?**

**A-3:**   WIAA Rules and Regulations do not govern summer programs, other than to define the time period for summer, and to allow school districts to sponsor programs. Local school districts have the authority to determine what programs will be sponsored by the school(s) within that district, and may add restrictions as deemed appropriate. The WIAA Rules of Eligibility do not apply, although local school districts could add that stipulation.

**17.11.0   PRACTICE REGULATIONS:**

**Q-1:**   **One of our volleyball players will be on vacation with her family the day that volleyball practice starts. Since her dad is a club coach, could he run her through practice drills so she can count those days toward meeting the minimum pre-contest practice requirements?**

**A-1:**   No. Only the practices run by authorized school coaches may count toward meeting the minimum pre-contest practice requirements.

**Q-2:**   **One of the wrestlers will return from basic military training one week into the wrestling season. Can basic training count toward the minimum pre-contest practice requirements?**

**A-2:**   No. Only the practices run by authorized school coaches may count toward meeting the minimum pre-contest practice requirements.

**Q-3:**   **One of the soccer players on our team has been training with the Olympic Development Program (ODP) in another state. Can those practices count towards the minimum pre-contest practice requirements?**

**A-3:**   No. Only the practices run by authorized school coaches may count toward meeting the minimum pre-contest practice requirements.

**Q-4:**   **Four of the football players will be showing their steers at the county fair in August and will miss three days of football practice. Could the coach run a practice for them on the fairgrounds?**

**A-4:**   Yes, contingent upon the school administration and risk manager approving the site with the school coach running the same practice as that conducted at the school site.

**Q-5:**   **One of the players on our volleyball team has a job that conflicts with after school practice. The coach also teaches an advanced P.E. class and is willing to run a special practice for her during the class. Will that allow for her to play in our first match?**

**A-5:**   No. Participating in physical education classes does not constitute a practice.

**Q-6:**   **Instead of a practice on the field, our coach plans for the teams to watch game films and talk strategy to prepare for an upcoming game.**

**A-6:**   For the purpose of meeting the pre-contest practice requirements, the practice must be a physical activity.

**Q-7:**   **One of the gymnasts on our team also participates in club gymnastics. She intends to practice for about 15 minutes at school then continue the practice at the club where she competes. Is that legal?**

**A-7:**   No. Students cannot be given special treatment (late arrival, early dismissal, etc.) for non-school programs on a regular basis and can only count those practices conducted by the authorized school coach.

**Q-8:**   **After one of the volleyball players had participated in two practices, it was discovered that her physical was not valid. Do those two practices count toward meeting the minimum pre-contest practice requirement?**

**A-8:**   No. A valid physical must be on file before a student may participate and count the practices.

**Q-9:**   **We had a student who turned out for baseball and practiced with the team for five days and then decided to participate in track instead. Can those baseball practices apply to track?**

**A-9:**   Yes. The five baseball practices could count toward meeting the minimum practice requirement in track **since one half of the required number can be transferred to a new sport, so only four** track practices must be completed before the student would be eligible to compete in a track meet provided all other conditions of eligibility have been met.

**Q-10:** One of the girls on the basketball team was ill and unable to meet the seven minimum pre-contest practice requirement before the first game. Since the girls teams will be away for their game, could she practice with the boys team to get in a valid practice?

**A-10:** Yes, provided the practice with the boys team is identical to the girls team practice, and the boys coach is also under contract by the school district to coach the girls team, the practice could count.

**Q-11:** Can the boys basketball players practice against the girls basketball team?

**A-11:** Yes. It does not count as a game and does not count as a practice unless during a scheduled practice time where the coaches of both teams are involved.

**Q-12:** Can the seventh and/or eighth graders practice with the high school team if that sport is not offered at the middle level?

**A-12:** Yes, provided the practice sessions do not extend beyond the 12-week middle level season limit and the school district assumes all responsibility and liability for the different age groups practicing together.

**Q-13:** Since participation in physical education classes cannot count as a practice, could the coach schedule a team practice before school?

**A-13:** Yes. Practices may be conducted prior to, or after the school day.

**17.11.3 ONE DAY EQUALS ONE PRACTICE:**

**Q-1:** Due to an illness, one of our soccer players missed three practices. The coach is willing to run two practices in a day, one early in the morning, and one later in the afternoon, in order for this player to be eligible for the first game. Will that be acceptable?

**A-1:** Each school has the authority to decide when, where, and how long practice sessions will be conducted. However, whether the student participates in one or two practices in a day, one day is equal to one practice for the purposes of meeting the minimum pre-contest practice requirements.

**17.11.7 PRACTICE DAYS:**

**Q-1:** I need only one more practice to be eligible for our first soccer game, and my coach is willing to have a special practice on Sunday. Will that be acceptable?

**A-1:** While WIAA Rules do not prohibit a Sunday practice, a full team practice must be held in order for the practice to count.

**Q-2:** Our family generally travels out-of-state on Thanksgiving to spend time with relatives, but my gymnastics coach has scheduled practice on Thursday, Friday and Saturday of that holiday weekend. Can he/she do that?

**A-2:** Each school has the authority to decide when, where, and how long practice sessions will be conducted. A nationally recognized holiday is an allowable practice day.

**17.11.8 PRACTICE ON A GAME DAY:**

**Q-1:** One of our basketball players needs only one more practice in order to play in our first game tomorrow night. If the coach runs a special practice tomorrow morning would he be eligible to play?

**A-1:** No. While the coach could schedule a practice, providing it is a full team practice, it could count toward the minimum practice requirement, but practice on a game day does not allow an athlete to become eligible for competition on that day.

**17.11.9 PRE-CONTEST WARM-UP EXERCISES:**

**Q-1:** One of the soccer players on our team needs only one practice to play in our first game this afternoon. If the coach extends the pre-game warm-up to a full practice, could she play in the game?

**A-1:** No. Participation in pre-contest warm-up exercises cannot count as a practice and practice on a game day does not allow an athlete to become eligible for competition on that day.

**17.11.12 WAIVER OF INDIVIDUAL PRACTICE REQUIREMENTS:**

**Q-1:** Because I played in the pep band during the State Basketball Tournament, I missed the first four softball practices. I know the basketball players need only four (of the seven) pre-contest practices in order to be eligible for our first game, but I was told I have to participate in the full seven practices. Is that right?

**A-1:** Yes. Only athletes competing in any level of WIAA-sanctioned postseason playoffs are allowed to waive up to one-half of the minimum pre-contest practice requirements. Band, Cheer or Dance/Drill participants who perform at a sport State Championship event must complete all pre-contest practices in the succeeding sports season before competing in a contest.

**Q-2:** Several of the football players on our team also play basketball. Since they won the Football State Championship, we plan to give them the next week to rest before beginning basketball practices since they will need to practice only five days before our first basketball game. Would that be acceptable?

**A-2:** The provision to waive up to one-half of the practice requirements is available only if the players are unable to meet the practice requirement. If practices are scheduled, they should be expected to participate and are not allowed to waive that practice. If they choose to take a week off, they would have to get in the full seven practices before playing in a basketball game.

**Q-3:** My doubles partner and I qualified for the state tennis tournament in the fall since our school participates in an alternate season program. We both played baseball in the spring, so could we waive half of the required spring practices in the alternate sport?

**A-3:** Yes. Since the doubles team qualified in the fall (alternate) season and each member is also participating in a spring sport, up to one-half of the required number of practices may be waived.

**Q-4:** Could the son of one of the football coaches practice with his dad's team even though the son attends a different high school in a multi-high school district? The son's team did not make the playoffs so his team's season is over, but he wants to continue to practice.

**A-4:** No. Only students who are members of the school may practice with the team.

**Q-5:** Our middle school provides a four-sport season for students with ninth graders competing at the high school level in sports not offered at the middle school. The middle level sports seasons are somewhat different than the three high school sports seasons. If a ninth grader completes a middle level season then plays at the high school level in a different sport, is that student required to complete all of the precontest practices or would that student be allowed to waive up to half of those practices due to competing in another sport?

**A-5:** The only waiver of the pre-contest practices is for students participating in a sport State Championship event.

**Q-6:** The football team at my school is in the playoffs. Several of the football players also play basketball. After the basketball season begins and while the team is still involved in the football playoffs, if the basketball coach holds a morning practice and the football coach holds an afternoon practice, can the morning practice count toward the minimum pre-contest practice requirement for basketball?

**A-6:** Yes, provided the practice was scheduled for the entire team, and not just the football players who also play basketball.

**Q-7:** If players on a football team that is still in the playoffs beyond the start of the basketball season also participate in two basketball practices, then miss the next four basketball practices due to conflicts with football practice or games, does the Interruption of Pre-Contest Rule (17.11.10) apply?

**A-7:** No, since the players continued to practice with the football team during the overlap, 17.11.10 would not apply.

**Q-8:** How many practices are required of players on a football team that is still in the playoffs beyond the start of the basketball season?

**A-8:** Whether the player participates in one, two, or more practices during the football-basketball overlap, the player is required to participate in the first basketball practice following the conclusion of that team's football season, and a minimum of four practices must be completed before the player can participate in a basketball game.

**Q-9:** If the softball program is canceled by the school midway through the season, could a student waive up to one-half of the required practices in order to participate in track and field?

**A-9:** Yes, since the program was canceled by the school and the other sport is held during the same season.

**Q-10:** Is it possible for a student to practice in both football and basketball during the time period that the football team is involved in the postseason or does that student have to wait until after the football team has been eliminated to begin practicing basketball?

**A-10:** If the school and both coaches agree and hold practices during different time periods, a student could practice in both sports provided the practices are designed for the full team during the postseason overlap.

**17.14.3 EACH CONTEST CREDITED TO A SQUAD:**

**Q-1:** If a junior varsity team plays a varsity team, how does that game count?

**A-1:** It counts as a JV contest for the JV team, and as a varsity game for the varsity team.

**Q-2:** Does it count as a game if the varsity girls basketball team scrimmages against the boys junior varsity team?

**A-2:** No. Since both teams are from the same school, the scrimmage would be considered the same as a practice.

**Q-3:** **The basketball team is scheduled to play a game on Martin Luther King Jr. Day. Since that's a national holiday, is it legal to play on that day?**

**A-3:** Yes. There are no WIAA restrictions for playing on a national holiday.

**Q-4:** **Can our baseball players play in a staff v.s student slowpitch game as part of our end-of-spring season banquet? Would this be considered a contest and count as one of the 20 allowed per player?**

**A-4:** Your school could sponsor an event during the time period that the sport is in season or during the summer. Since baseball and softball are in season during the spring, it would be within WIAA Rules and since only students and faculty from your own school would be involved, it would not count as a contest. Since you have proposed to have adults involved in the game, approval of your risk manager is recommended prior to this event being scheduled or promoted.

**17.14.6.1 DEFINITION OF VARSITY AND SUB-VARSITY SQUADS:**

**Q-1:** **We have only enough players at our school to field one team in softball and one of those players is a transfer student who is eligible only at the JV level. Is it ok if they play a JV schedule so she can play?**

**A-1:** **If a school offers only one team in a team sport, it is considered to be the varsity team, regardless of its schedule. A player eligible only at the JV level would not be eligible to play on the varsity team.**

**17.14.13 POSTSEASON QUALIFYING EVENTS:**

**Q-1:** **Does a League Championship Tournament where all teams qualify for the District Tournament, but that determines only the League Champion, meet this rule?**

**A-1:** No. Either teams must be eliminated or the tournament must determine seeding for the District Tournament.

**17.19.0 EXTRA QUARTERS, HIGH SCHOOL LEVEL:**

**Q-1:** **If a team is ahead by ten or more runs following the completion of the fifth inning in a fastpitch game, could the game continue so that all players get more playing time?**

**A-1:** **No, the game is technically over following the completion of the fifth inning. Officials have been instructed to leave the facility following the completion of the game. If teams continue to play following the completion of the game, that time played will count as another game toward their season limit.**

**17.20.5 INTERSTATE COMPETITION:**

**Q-1:** **Our softball team has been invited to participate in a tournament in Arizona over spring break. Are there any special requirements our school must meet since the tournament is in a different state?**

**A-1:** In addition to any local school district requirements regarding travel, any interstate or international event involving two or more schools which is co-sponsored by or titled in the name of an organization outside the school community (e.g. a college/university, a theme park, an athletic shoe/apparel company) needs to be sanctioned.

Any event in non-bordering states if more than five or more states are involved needs to be sanctioned.

Any event in non-bordering states if more than eight schools are involved needs to be sanctioned.

The host school must fill out the Request for Sanctioning via the NFHS Website. Your school would be allowed to participate after approval has been granted by the appropriate levels.

**17.22.0 NON-SCHOOL PARTICIPATION:**

**Q-1:** **I am a select soccer player. Can I play on my select club team at the same time that I play on my high school team?**

**A-1:** Yes. You can participate on a non-school team at the same time you compete on your school team with a few restrictions. You cannot be given special treatment or privileges on a regular basis to enable you to participate on your non-school team, e.g., reduced practice times, special workouts, late arrivals or early dismissals. You also cannot compete in your school uniform at non-school events. Regular is defined as no more than once per week (if a student is released from a practice or game to participate in a non-school sports program).

**17.24.1 NON-SCHOOL PARTICIPATION:**

**Q-1:** **A student transferred to our school during the window of transfer and even though they accepted the 40 percent varsity suspension, could they participate in the varsity jamboree that will be held before any varsity games are played?**

**A-1:** **No, a student must meet all eligibility criteria in order to participate in a varsity jamboree.**

18.2.0  **CLEARED FOR PARTICIPATION:**

**Q-1:** **If a student transfers during the season, is this student eligible for postseason participation in that sport at their new school?**

**EXAMPLE: A student is on school A's team and the team does not make it to the playoffs. Midseason, the family moves to school B's residential area, which qualifies as a bona fide change of residence. The student then transfers to school B and is placed on their roster.**

**A-1:** Yes. Even though the student did not make the playoffs with school A, they could still be eligible to participate in the postseason with school B, provided all other eligibility rules are met in addition to the bona fide change of residence/family unit move. This allows the student to take part in postseason including State playoffs, so long as they meet the deadline of being on school A's cleared-for-participation list before the 50 percent date.

18.3.0  **PLAYERS ELIGIBLE FOR PARTICIPATION:**

**Q-1:** **Is a basketball player who does not have the minimum number of pre-contest practices to compete in an interscholastic contest allowed to be on the team bench in uniform during a contest?**

**A-1:** No. Only players who are currently eligible to participate may wear the contest uniform on the team bench.

**Q-2:** **A high school volleyball team has nine players on the roster, but only six players on the court. The other three players are serving as line judges. One of the six court players becomes injured. Can one of the other players serving as line judge now play in the contest?**

**A-2:** Yes. The three students serving as line judges are eligible players. The fact that they are currently not occupying a spot on the team bench does not prohibit their participation in the contest, provided the players do not exceed the team and individual contest limitations for that day.

**Q-3:** **I competed in wrestling at my high school until January 25, and then switched to play basketball. Can I compete in the postseason basketball tournaments?**

**A-3:** No. You must have been on a school's team roster for at least 50 percent of the regular season in that sport in order to be eligible for postseason participation.

**Q-4:** **My family has lived in school district A for many years, then we moved to a new school district at the beginning of the second semester. It is near the end of my wrestling season. Am I eligible at my new school to participate in the remainder of the wrestling season?**

**A-4:** Yes. Since your entire family unit has relocated, you have immediate eligibility at your new school, provided you meet all other eligibility requirements of participation.

**NOTE:** Your new school and coaches will make the decision on the level and degree of your participation. You would be eligible for postseason competition because you have been on a team roster for more than 50 percent of the season in wrestling.

**Q-5:** **One of our school's basketball players broke her ankle after only the third basketball practice, had to sit on the sidelines the next eight weeks, and was just cleared by her doctor to play. Because she has not been playing, will she still meet the 50 Percent Rule?**

**A-5:** Yes. She has been on the eligibility list for basketball for the entire season and since participation is not a requirement, she would be eligible to participate in the postseason provided she meets all other conditions of eligibility.

18.4.0  **PHYSICAL EXAMINATION:**

**Q-1:** **A family friend is a Doctor of Chiropractic and has agreed to provide athletic physical exams for our family. Will this physical exam be accepted for interscholastic participation?**

**A-1:** No. Only those licensed to perform physical examinations are able to provide physical exams for athletic participation.

**Q-2:** **I had a physical exam in April for spring sports. For how long is my physical good?**

**A-2:** Physical exams are good for 24 months unless the school district has a more restrictive policy.

**Q-3:** **I was injured for the early part of the basketball season, but have finally been cleared by a chiropractor to resume athletic participation. Is the medical release from a chiropractor acceptable?**

**A-3:** No. The written release to resume participation must come from a physician licensed to perform physical examinations.

**Q-4:** **Can a student get a waiver of the physical exam requirement for religious reasons?**

**A-4:**    No. The physical exam requirement is a health and safety requirement for all students who choose to participate in athletics at a Member School.

**Q-5:**    **One of the boys on the basketball team broke his hand and has not been cleared by his physician to scrimmage with the team, although he has been cleared to run for conditioning. If he runs on the sidelines during a practice while the team is scrimmaging, can that count as a practice?**

**A-5:**    No. The player must be medically cleared to fully participate in practice in order for it to count toward meeting the minimum pre-contest practice requirements.

**Q-6:**    **Due to a severely sprained ankle, one of our swimmers is unable to swim at this point. If she assists the coach with timing and other managerial duties, can those practice sessions count toward meeting the minimum pre-contest practice requirements?**

**A-6:**    No. She must be medically cleared to fully participate in practice in order for it to count toward meeting the minimum pre-contest practice requirements.

## 18.5.0    AGE LIMITS:

**Q-1:**    **Can a student who turns 20 years of age in July compete for a fall sport?**

**A-1:**    No. At the high school level, a student must be under 20 years of age on or before Saturday of the second week of each sport season.

**Q-2:**    **Can a student who turns 16 in May of the previous school year compete on a junior high school athletic team?**

**A-2:**    No. A student who turns 16 prior to June 1 cannot compete at the junior high level the next school year.

**Q-3:**    **Is a student who turns 15 in April of the previous school year eligible to compete on a middle level athletic team?**

**A-3:**    No. A student who turns 15 prior to June 1 cannot compete at the middle level the next school year. It may be possible for the student to participate at the high school level.

**Q-4:**    **Can an overage middle level student compete on the high school team?**

**A-4:**    Yes. A student who is ineligible to compete in the middle or junior high-level school athletics due to the age rule may participate in all sports in the public high school of the public school district, provided both the middle or junior high and high school principals concerned approve the student's eligibility.

**NOTE:**  This will be the first of the four consecutive years of eligibility at the high school level.

## 18.6.8    ALTERNATIVE EDUCATION:

**Q-1:**    **I attend a private high school without athletics. Can I compete in athletics at the public high school of my choice?**

**A-1:**    No. You can only compete at the resident public high school that you would normally attend.

**Q-2:**    **As a homeschool student, where can I compete in athletics?**

**A-2:**    A homeschool student has athletic eligibility in his/her resident public school of record. In order to participate in activities/athletics the student must be a registered homeschool student with the school district and must meet all the eligibility requirements for participation.

**Q-3:**    **As a homeschool student, can I transfer to another public school for athletics?**

**A-3:**    Yes, but you need to be released by your public school of residence and then register with the nonresident school district as a homeschool student. In addition, your athletic participation will be subject to the Transfer Rule, and your participation will be limited to the junior varsity level for one year in those sports you participated in the previous year at the school, club or community levels.

**Q-4:**    **I attend two different high schools: I attend school A for 75 percent of the school day and school B for 25 percent of the school day. Can I compete for athletics at school B?**

**A-4:**    No. You must be enrolled half time or more to be a member of a school and represent them in interscholastic athletic competition. Your athletic eligibility is at school A.

**Q-5:**    **My private school had to drop its soccer program one week into the season due to lack of participation. Where am I eligible to play soccer?**

**A-5:**    Because your school no longer has a soccer program, you are eligible to play soccer at your public school of residence. If in a multiple high school district, then you are only eligible at the high school of your residence.

**Q-6:**    **I attend an alternative school without athletics. Prior to this school year, I attended a traditional public school that offered athletics and I participated in basketball. Where is my eligibility this year?**

**A-6:**    You remain eligible at your public school of record.

**Q-7:**   **I am attending a private school that does not have a gymnastics program. Can I participate at the public school closest to my private school?**

**A-7:**   No. You may only participate at your resident public school that you would normally attend.

**Q-8:**   **Our son attends an alternative high school in another school district. He wants to participate in sports this year. Can he participate at the nearest out-of-district high school?**

**A-8:**   Based upon local school district approval, there are two options for participation:

1)   As an out-of-district alternative school student, he can return to your public school of residence and compete with full athletic eligibility, or

2)   Subject to local school district policy, he can compete at one of the high schools in the school district of the alternative school you attend.

If he chooses Option 2, he does so as a transfer student with restrictions for his first year of participation.

**Q-9:**   **My resident public school does not offer the sport in which I want to participate. May I participate at another public school?**

**A-9:**   No. You must be enrolled half time or more to represent a school in interscholastic activities.

**Q-10:**   **The private school I attend has not been offering a soccer program, and I have been returning to my public school of residence to participate in soccer. But next year, my private school will be starting a soccer program. Can I still participate for my public school of residence since I have already been playing on their soccer team?**

**A-10:**   You will have to start playing for your private school once it begins offering the sport.

**Q-11:**   **I will be taking a Distance Learning Program offered by a school district in another part of the state. Where is my athletic eligibility?**

**A-11:**   Since you will be an out-of-district student taking courses from an alternative school without athletics, your athletic eligibility is at your public school of residence.

**Q-12:**   **I attend a private high school without athletics. Can I compete in athletics at another private high school of my choice?**

**A-12:**   No. You can only compete at the resident public high school that you would normally attend.

**18.7.0   RUNNING START ELIGIBILITY STANDARDS:**

**Q- 1:**   **I am a full-time Running Start student. Where am I eligible for athletics?**

**A-1:**   Your athletic eligibility is at your high school "of record," which is your public school of residence. If you are a transfer student to another school district, your athletic eligibility would be subject to the transfer rules and all other conditions of athletic eligibility.

**Q-2:**   **I take classes at the community college as part of the Running Start program and also take two classes at my high school. How do I compute my grades for athletic competition?**

**A-2:**   You will have a "blended" GPA of college and high school credits. Begin by determining how many class periods are in the normal semester/trimester class schedule and the credits that can be earned at your high school.

**EXAMPLE:**  Your high school has a six-period day (six .5 credit classes). The WIAA minimum class load and number of classes that must be passed would be five class periods or the equivalent of 2.5 credits. A five-hour Running Start class equals 1 credit. If you take eight hours of classes at Running Start (the equivalent of 1.6 credits) blended with the two classes at high school (equivalent to 1 credit), you would have 2.6 credits for the semester. 2.5 credits or more would meet the WIAA standard in a six-period day.

Be aware that most school districts have a more restrictive academic requirement that you must meet for athletic participation.

**Q-3:**   **I attend a private school and would like to access Running Start classes. Where is my athletic eligibility?**

**A-3:**   Running Start is a public school educational program offering. Your eligibility is at your public school of residence where you access the Running Start program. You will be considered a transfer student back to your public school of residence with possible restrictions on your athletic participation for one year. You could still compete athletically for your private school if you maintain enrollment at the private school for at least 50 percent of the school day at the private school.

**Q-4:**   **Is it conceivable that a Running Start student could take enough credits with a blended schedule and not have to attend school the second semester, yet still be able to compete?**

**A-4**    Yes. It is possible the student would not have to attend school during the second semester, provided that the required number of credits has been taken.

**18.8.6    ACADEMIC SUSPENSION PERIOD:**

**Q-1:**    I am a senior who will graduate this year and am enrolled in one less class than required by the other students at my school. Will I still be eligible if I drop a full credit class?

**A-1:**    No. Seniors must maintain passing grades in all classes in which they initially enrolled in order to remain academically eligible.

**Could I drop a full credit class and add a TA class?**

No. Seniors may not drop or withdraw from a class in order to be eligible.

**Q-2:**    I was academically ineligible at the start of my first semester this year due to poor grades at the end of the second semester last year. Basketball is my first sport this year. Do I have to sit out the first five weeks of the basketball season?

**A-2:**    No. The academic suspension period for high school shall be from the end of the previous semester through the fourth Saturday of September in the fall and the first five weeks of the succeeding semester/trimester. You can become eligible on the Monday of the sixth week of the semester, providing you are now passing the minimum number of classes required by your school and the WIAA for athletic eligibility.

**NOTE:** School districts can adopt a stricter scholastic policy.

**Q-3:**    How should a school periodically monitor the academic progress of athletes to guarantee they are academically eligible?

**A-3:**    Each Member School must establish a periodic grade monitoring system to guarantee that all athletes are meeting the academic standards of the current semester. It would not be necessary to establish a GPA when monitoring a student's academic progress. A school would need to determine if the student is eligible academically. School district standards may be more restrictive and could require a GPA. A monitoring system would check an athlete's grades two or three times during each nine-week academic quarter or equivalent.

**Q-4:**    I am participating in volleyball in the fall sports season. I was academically eligible at the beginning of the semester, but now four weeks into the season I am failing three of my six classes. Can I still compete in contests?

**A-4:**    No. You must meet the WIAA and school Minimum Grade Standards at all times during the current semester. You would be able to begin competition at any point in the semester that your grades improve and you meet the WIAA and school Standards of Eligibility.

**NOTE:** Your school may have a policy that requires a period of ineligibility when you do not meet the minimum grade standards during the season and semester.

**Q-5:**    Can a scholastically ineligible student participate in practices, but not compete interscholastically?

**A-5:**    Yes. An ineligible student may practice subject to local school regulations

**Q-6:**    My high school has a pass-all-classes scholastic requirement for athletics. During the mid-term grade check, I failed one class. I meet the WIAA Scholastic Standard but do not meet the school district scholastic standard. Can I still participate in athletic contests?

**A-6:**    No. You are an ineligible athlete because you do not meet your school district scholastic standard.

**Q-7:**    I will be attending summer school. How are these grades used for my athletic eligibility?

**A-7:**    Summer school grades become part of the second semester grades of the previous school year.

**Q-8:**    I am a senior and have almost enough credits to graduate. My high school is on a six-period day, so does that mean I only need to take three classes?

**A-8:**    No. Each student must meet the WIAA Scholastic Rule.

**Q-9:**    I attend a private school and go to my public school of residence to swim as my private school does not have a swim program. Which school's academic grade standard am I held to for athletic eligibility?

**A-9:**    You are held to the grade standard of the school that you academically attend.

**Q-10:**    I am on the football team but academically ineligible due to my second semester grades from the previous school year. Our football team has a jamboree prior to the start of school this year. Can I play in the jamboree?

**A-10:**    No. The academic suspension period is from the end of the previous semester until the completion of the academic suspension period.

Q-11:    I was academically ineligible at the start of my first semester this year due to poor grades at the end of the second semester last year. I will be a Running Start student beginning this fall and classes at the community college do not start until the third week of September. When does my suspension period end?

Q-11:    Your academic probation period will end after the fourth Saturday of September, providing you are now meeting the WIAA and school district Scholastic Standards.

18.9.0    **PREVIOUS SEMESTER:**

Q-1:    I dropped out of school with five weeks remaining in the semester last spring. Can I now play football this fall?

A-1:    If you received grades for the semester and you meet the academic standards, you are eligible. If you received no academic credit the previous semester, you are ineligible until you have attained a previous semester.

Q-2:    My family moved to a new school district at the end of the first semester of the school year. I did not do well academically at my old school and would have been ineligible at the start of the second semester due to my poor grades. At my new school district I would be eligible because its grade standard is not as restrictive. Which grade standard is applicable in my situation?

A-2:    The grade standard of the school that issued the grades is the standard that you will be held accountable to at the start of the second semester at your new school. Your academic progress during the second semester will be under the academic standard of your new school.

18.10.0    **REGULAR ATTENDANCE:**

Q-1:    I overslept this morning and did not get to school until the start of fourth period. Can I play in tonight's game because I missed part of the school day?

A-1:    The WIAA does not have a rule on attendance the day of a contest. Many school districts and Leagues have an attendance rule for practice and game days. Please check with your athletic director regarding your eligibility to compete in tonight's game.

18.11.0    **DEFINITION OF RESIDENCE AND FAMILY UNIT:**

Q-1:    Are there any restrictions on legal custody and a student's athletic eligibility?

A-1:    Yes. The court-established guardianship or legal custody must have been in effect for a period of at least one year when determining athletic eligibility.

Q-2:    Do I need to own my home in order for my son to have athletic eligibility?

A-2:    No. Home ownership has nothing to do with athletic eligibility. The important factor in establishing athletic eligibility is the school district where the entire family unit lives full time.

Q-3:    Public school districts have established boundaries. What are the established boundaries of a private school?

A-3:    The private school residence boundary is a 50-mile radius from the school.

18.12.0    **TRANSFERRING STUDENTS:**

Q-1:    I am a basketball player, and my entire family unit moved from another state to Washington State over the weekend. Can I play basketball at my new school?

A-1:    Yes. You are immediately eligible as soon as you enroll in your new school and provide documentation to meet all conditions of athletic eligibility.

Q-2:    I have attended a high school outside of my resident school district the past two years. My family is moving again to another school district. Where is my athletic eligibility?

A-2:    You have initial eligibility at two schools:

1)    You can remain at your current high school with full athletic eligibility because you have more than one year of continuous enrollment.

2)    You could move to your new high school and also have immediate athletic eligibility because your entire family unit has relocated.

You must meet all other conditions of athletic eligibility.

Q-3:    My parents are legally divorced, and I have been living with my mother since the divorce. As a 10th grader I want to live with my father. What is my athletic eligibility?

A-3:    You will have full residence eligibility when you move to live with your father, if you meet all other conditions of athletic eligibility. If you were to go back to live with your mother, you would be considered a transfer student with limitations on your athletic participation.

Q-4:    My parents are not getting along and have separated to live in different school districts. I want to live with my father and attend school in a new school district. What is my athletic eligibility?

**A-4:**    You would be considered a transfer student with limitations on your athletic participation at the new school, because the entire family unit no longer lives together and your parents have not obtained a court-approved legal separation or divorce.

**Q-5:**    I am a 7th grader and want to attend a school outside of my resident public school district, because it is easier for my parents to provide transportation. Are there any restrictions on my athletic eligibility?

**A-5:**    You will have full athletic eligibility at your new middle school. There are no transfer restrictions at the middle level for 7th and 8th graders.

**Q-6:**    I have completed the 8th grade at my public middle school and now want to transfer to a local private school for the 9th grade. Will I have any eligibility problems?

**A-6:**    By rule you are transferring at the break between the middle level and high school and will be eligible, provided you meet all conditions of athletic eligibility.

**Q-7:**    I have been attending my private school for the past five years and just completed the 11th grade. I now want to transfer to my public high school in order to take more advanced placement classes. Will I be able to play on the varsity team as a senior?

**A-7:**    No. You would be considered a transfer student and limited to JV participation in those sports you participated in the previous year at the school, club or community levels, provided you meet all other conditions of athletic eligibility.

**Q-8:**    Our son attends an alternative high school in another school district. He wants to participate in sports this year. Can he participate at the nearest out-of-district high school?

**A-8:**    There are two options for participation:

1)    As an out-of-district alternative school student, you can return to your public school of residence and compete with full athletic eligibility, or

2)    You can compete at one of the high schools in the school district of the alternative school you attend.

If you choose Option 2, you do so as a transfer student with restrictions for your first year of participation.

**Q-9:**    I have been attending an out-of-district alternative high school the past three years and now want to attend the public out-of-district high school for my senior year. I have not participated in athletics at any level the past two years and would like to be on the swim team for my senior year. Is this possible?

**A-9:**    You will now be considered a transfer student at the out-of-district high school. Your athletic eligibility limits your participation to the JV level for one year in those sports you participated in the previous year. Since you did not participate in any sports the previous year at the school, club or community level, you will have full varsity eligibility as a transfer student, provided you meet all other conditions of athletic eligibility.

**Q-10:**    My daughter has been struggling at her resident high school with her grades and we feel a change would be best for her. She will enroll in the neighboring school district next fall and wants to play varsity volleyball. She has been playing volleyball at the school and club level the past three years and is very talented. Will this change of schools impact her athletic eligibility?

**A-10:**    Yes. Your daughter is now considered a transfer student and is subject to the transfer rule. Since she played volleyball last year, she will be limited to JV participation for one year. After one year of continuous enrollment, she would regain varsity eligibility, provided she meets all other conditions of athletic eligibility.

**Q-11:**    I am an out-of-district student attending a junior high as a 9th grader. I play junior golf, a sport not offered at the junior high school, and want to participate on the high school golf team. Are there any restrictions on my ability to play on the high school varsity team?

**A-11:**    Yes. You could participate on the high school golf team because the sport is not offered at the junior high school, but your participation would be limited to the junior varsity team because you are a transfer student, provided you meet all other conditions of athletic eligibility.

**NOTE:**  If you have had continuous enrollment of more than one year at the junior high school, you would have full varsity eligibility on the high school golf team.

**Q-12:**    I attend a K-8 public school district. Where is my athletic eligibility when I become a ninth grader?

**A-12:**    Upon completion of the eighth grade in the K-8 non-high school district, you can choose any public or private school as your new resident school district. Once you make a choice, that school district becomes your resident school for athletic eligibility, and any further school changes would be with transfer student restrictions.

**Q-13:** **My father works in a different school district than where we live. If I attend the school where he works, it would be easier for my father to provide transportation, especially after practices. Will I lose eligibility if I transfer?**

> **A-13:** You will be a transfer student, subject to all transfer rules.

**Q-14:** **I transferred to a middle school outside my resident school district at the beginning of the second semester of my 8th grade year. How will this affect my high school eligibility at the out-of-district high school?**

> **A-14:** You are considered a transfer student for one year from the date you began attending the out-of-district school. During the second semester of your 8th grade year, this will have no effect on your athletic participation as there is no transfer rule for middle school students.

**Q-15:** **I have been attending my resident high school for the past three years, but my parents are moving to another area of the state over the summer. I want to stay and finish my senior year at my current high school. Would I be athletically eligible?**

> **A-15:** Yes. You have more than one year of continuous enrollment at your current high school. As long as you maintain continuous enrollment, you have full athletic eligibility, regardless of where your family unit resides, provided you meet all other conditions of athletic eligibility.

**Q-16:** **Our family purchased a new home in a school district ten miles away from our current school district. We have one semester left in the school year and would like our student to finish the year at their current school and transfer to the new school for the start of the next school year. Will they be immediately varsity eligible at the new school?**

> **A-16:** No. The student would be considered a transfer and subject to sub-varsity for one calendar year beginning at the time of enrollment at the new school . In order to be eligible at the new school, your student would need to transfer to and enroll at the new school at the time the family unit moved into the new school district.

**Q-17:** **My son utilized the one-time window of transfer in the summer. As a student with 60% eligibility does a jamboree count as one of his varsity contests that he must sit out?**

> **A-17:** **No, a jamboree is a modified contest that does not count toward one of the allowable contests that must be sat out at the varsity level. Additionally, your son would not be eligible to play in a varsity jamboree because he would not yet be eligible at the varsity level.**

## 18.12.2.8 ELIGIBILITY - INTERNATIONAL STUDENTS

**Q-1:** **I will be coming to Washington State as part of a yearlong cultural exchange. Will I be able to participate in athletics at my host school?**

> **A-1:** Yes, you will have one year of varsity eligibility as an International exchange student as long as you have not graduated from high school in your home country. Your host school will have to submit the International Exchange Form of the WIAA Eligibility Packet to the WIAA District Eligibility Chairperson. The contract and related issues/international exchange student contract (entering/leaving) can be found HERE.

**Q-2:** **I am a graduate of my high school in my home country and will be spending a year in a high school in Washington State. Can I participate in sports at my host school?**

> **A-2:** No. You are a graduate of high school and have no further high school athletic eligibility. Your host high school may allow you to practice with the team, but you will not be able to participate in any level of interscholastic competition.

**Q-3:** **I will be part of a Rotary Club Exchange for my junior year. I do not know if I will be able to participate in athletics in my host country, but want to be able to compete back at my resident public school when I return for my senior year. How do I make this happen?**

> **A-3:** You need to submit the International Exchange Form to your WIAA District Eligibility Chairperson prior to departure and you will be eligible upon your return as long as you meet all other eligibility rules. The contract and related issues/international exchange student contract (entering/leaving) can be found HERE.

**Q-4:** **I am an international exchange student who graduated in my home country. At what level of competition will I be able to participate?**

> **A-4:** Since you have already graduated in your home country, you are ineligible to participate at any level of competition at the high school you now attend.

**Q-5:** **I am an international exchange student who has been reassigned to a new host family and a new school. Am I eligible to participate at my new school?**

> **A-5:** No. You are considered a transfer student, subject to all transfer rules.

**Q-6:** I participated in an international exchange program when I was in eleventh grade. I failed to submit the International Exchange Form to my WIAA District Eligibility Chairperson prior to my experience. What do I need to do in order to become varsity eligible?

**A-6:** You will need to go before your District Eligibility Committee where your case will be heard. The contract and related issues/international exchange student contract (entering/leaving) can be found HERE.

**Q-7:** I attended high school in the United States for three years before I left the country for an international exchange program. During my year abroad, I participated at the high school I was attending. I have returned home and want to attend high school for another year to finish credits. Will I be able to participate?

**A-7:** No. You have had four years of high school and have participated in each of those four years.

### 18.13.0   VARSITY STATUS:

**Q-1:** A student that just transferred to our school has been determined to be eligible for sub-varsity only in cross country, gymnastics and track and field. Can they compete in their respective events with other varsity athletes and just not score points for the team?

**A-1:** Yes, if only one race/event/heat is provided for both varsity and sub-varsity athletes, then the athlete could compete but not score.

No, if a separate sub-varsity race/event/heat is offered, then they can compete only in the sub-varsity race/event/heat.

### 18.15.0   SEASON LIMITATIONS:

**Q-1:** I had to repeat the eighth grade. I played sports in seventh and both years of eighth grade. Do I have four years of eligibility when I enter ninth grade at the high school?

**A-1:** If you are able to provide documentation from the school principal that you had to repeat eighth grade because of academic deficiencies, then you will have four consecutive years of high school eligibility.

**Q-2:** I have had some academic difficulty and will not graduate with my class in June. I will return to high school next year to complete all my credits and want to participate in athletics. I have been a member of the high school football team all four years. Are there any limitations on my athletic participation as a fifth year senior?

**A-2:** Yes. You have no athletic eligibility remaining; you have already participated for four consecutive years since entering or being eligible to enter the 9th grade. Your high school can choose to allow you to practice with the team, but you cannot compete in any interscholastic contests.

**Q-3:** I was involved in a serious car accident when I was a sophomore and was hospitalized for an extended period of time. I was unable to attend school for most of my sophomore year and am behind in credits and will not graduate with my class. I will return to school for a fifth year to earn enough credits to graduate. Will I be able to participate in athletics?

**A-3:** You will need to appeal your athletic eligibility to your WIAA District Eligibility Committee. You will need to demonstrate a hardship beyond your control that caused you to be behind in credits and not graduate with your class. If granted, eligibility will only be granted for the portion of the season that was missed due to the hardship.

**Q-4:** My family moved to a new school district at the end of the first semester. My old school played golf during the fall sports season. My new school plays golf in the spring season. Am I eligible to participate in golf at my new school, even though I have already played golf for a school this school year?

**A-4:** Yes. If your move to a new school is a result of a relocation of your entire family unit, you can participate in golf in the spring season at your new school (if you had been a transfer student without a move of your family unit, you would not be eligible for golf in the spring season at your new school).

**Q-5:** I am a homeschool student in the eighth grade. My parents are going to hold me back as an eighth grader for an additional year. How will this affect my athletic participation?

**A-5:** If the seventh or eighth grade is repeated, and such repetition is based upon documented academic reasons by the school principal, the repeated year shall not count against your six interscholastic competitive years. It will be the responsibility of your parents to demonstrate to the school principal that you are being held back for academic reasons, which would be comparable to the mainstream student being held back for academic reasons.

**Q-6:** Our son will not graduate from high school this June with his class; basically he has just been lazy and has not earned enough credits to graduate on time. He will either take summer school or go back to school next fall to earn enough credits to graduate. We understand there is an appeal process for athletic eligibility. We want to complete the process this spring so we can make a decision on completing his credits. If he will have athletic eligibility next fall, he will return to school in the fall. If not, he will take summer school to earn his credits, then go to community college next fall. Question?

**A-6:**    Your son will not be able to appeal his eligibility until the fall when he becomes a fifth year student. You should base your decision on the best academic course of action for your son, not on his possible athletic eligibility.

**Q-7:**    If our school does not have a separate eighth grade program, could those eighth graders practice with the high school team?

**A-7:**    The school must designate a twelve-week season, even though not sponsoring a separate program. Although they would not be allowed to compete on behalf of the school (unless in a 1B or 2B school), the school then has the authority and responsibility to determine if eighth graders would be allowed to practice.

**18.18.0    SIXTH GRADE PARTICIPATION:**

**Q-1:**    Since the rules now allow for sixth graders to participate in all sports except football, is my school required to now include sixth graders in those sports?

**A-1:**    No. Just like your school determines which sports and activities to offer, it will also determine if sixth graders will be allowed to participate with the seventh and eighth grade teams.

**Q-2:**    Because our middle school has an enrollment below 60 in grades 7 and 8, we have always brought sixth graders up. If we continue to do that, do the Out-of-Season Rules now apply to those sixth graders because of this new rule?

**A-2:**    Yes. The Out-of-Season Rules would apply to any and all sixth graders if they participate with the seventh and eighth graders.

**Q-3:**    If the participation numbers in seventh and eighth grade baseball are low, and it is decided to bring sixth graders up to play baseball, does that also mean that they must be brought up for all sports except football?

**A-3:**    No. With the exception of football, your school has the authority to determine in which sports sixth graders may participate.

**Q-4:**    Will middle school enrollment be a determining factor in whether or not sixth graders are allowed to participate?

**A-4:**    No. Middle schools of any size may utilize sixth graders in all sports except football.

**Q-5:**    If sixth graders are brought up to participate in softball, does that mean a sixth grader might get more playing time than a seventh or eighth grader?

**A-5:**    Potentially. Playing time is determined by the coach based upon school policies.

**Q-6:**    If my school wants to utilize sixth graders, but my League votes no because the other school does not want to include sixth graders, is there an avenue for appeal?

**A-6:**    Yes. The school could appeal the decision of the League to the WIAA District Board.

**Q-7:**    Football is offered at my son's middle school and he will be in the sixth grade this year. He has played youth football with many of the same kids for years. Will he be able to join the team with the rest of his friends?

**A-7:**    No. Sixth graders may participate in all middle level sports except football.

**Q-8**:    My daughter's middle school is offering fastpitch softball to sixth graders. The coach from her traveling team is interested in coaching the team. If the coach is hired, will it affect my daughter's eligibility?

**A-8:**    No. Once the coach is hired by the school, all Out-of-Season Rules outlined in Rule 17.5.0 would apply to the coach. The coach would no longer be able to coach the traveling team during the Out-of-Season Timelines.

**Q-9:**    If my sixth grade son participates in the middle level program at his school, will that impact his future eligibility?

**A-9:**    No. Provided all other conditions of eligibility are met, your son will have six years of eligibility upon enrollment into the seventh grade.

**18.21.0    EIGHTH GRADE PARTICIPATION:**

**Q-1**    If our school utilizes eighth graders on the junior varsity basketball program who have not yet played any games at the middle level, what is the maximum number of high school games in which they could play?

**A-1:**    20 games.

**Q-2**    If an eighth grader has participated on a middle level or junior high basketball team, what is the maximum number of quarters in which they could play at the high school level?

**A-2:**    40 quarters.

**Q-3:**    As a 1B school, if eighth graders are brought up to play high school basketball, are they restricted to the junior varsity team?

**A-3:**  No, your school has the authority to determine not only if eighth graders will be brought up to play at the high school, but on which team (varsity or junior varsity) each will play.

**Q-4:**  **As a 2B school, are we required to bring up eighth graders to play high school basketball even if there are enough high school participants to field both a varsity and junior varsity team?**

**A-3:**  Rule 18.21.0 allows for eighth graders to play at the high school level based on the specified enrollment criteria, but each school determines whether or not to utilize eighth graders.

**Q-5:**  **As a 2B school, can we bring up eighth graders to fill in some of the lower weight classes in high school wrestling?**

**A-4:**  If the criteria for Rule 18.21.0 is met for, eighth graders could wrestle on a 2B high school team only with League approval.

**Q-6:**  **After an eighth grader has played in a high school basketball game, is he/she also allowed to play in a middle level basketball game since both are in season?**

**A-6:**  Yes. Combining the number of games played at the high school level with those played at the middle level, whether concurrently or in one season followed by another, each eighth grader can play in a maximum of 80 quarters. Each middle level quarter played counts as one quarter toward the 80-quarter limit.

**Q-7:**  **Since high school players can now participate in up to 80 quarters in a season, regardless of the number of games in which they enter, does the same hold true for eighth graders playing both at the middle level and the high school level?**

**A-7:**  Yes.

**Q-8:**  **With League approval, eighth graders can participate on the high school basketball team if the participation numbers are at 16 or below. Does that also mean that the team is limited to suit up only 16 players per game?**

**A-8:**  No. There is no limit on the number of players who can participate in any regular season game. The roster is limited to 12 players during the postseason.

**Q-9:**  **Can an eighth grader playing on the high school baseball team play in more than three games in a week?**

**A-9:**  Yes. They can play in any high school games scheduled.

**Q-10:**  **Can an eighth grader participate in a high school spring sport and also a middle school spring sport?  In this specific case, can an eighth grader play on the high school baseball team and also on the middle school track and field team during the three-week overlap of the seasons?**

**A-10:**  No. Rule 18.23.0 restricts students to being on only one interscholastic sport roster per season. The eighth grader could not play on the high school baseball team until after the middle school track season had ended.

**18.23.0**  **CONCURRENT SPORTS LIMITATION:**

**Q-1:**  **We live in a very small town and our high school is in the 1B classification. My daughter wants to play two sports during the spring season, softball and track and field. Is this possible?**

**A-1:**  Yes. Students are limited to participation in only one sport per season, except in the 1B or 2B classification where, with school board approval, a student may participate in more than one sport in a season.

**Q-2:**  **My son participates in track for the 1B private school he attends. His school does not offer soccer, but our 4A resident school does. Since students in 1B schools are allowed to participate in more than one sport during the same season, could he also play soccer at that school?**

**A-2:**  No. This rule is designed to assist small schools in salvaging sports offerings, not to provide additional opportunities for student-athletes at their resident public school.

**Q-3:**  **If a student is having a difficult time deciding between competing in baseball or track and field, is it OK to practice with both teams so he/she can get in the required practices and then compete for only one?**

**A-3:**  Yes, since he/she would be competing in only one sport.

**Q-4:**  **Could a cross country athlete turn out for football following the conclusion of the Cross Country State Championships?**

**A-4:**  Yes. That student could practice with the football team but could not compete in football since he competed in cross country during the same season.

**18.24.0**  **AMATEUR STANDING:**

**Q-1:**  **I have become a professional in the sport of bowling. Can I still play on my high school teams in all other sports?**

**A-1:**   Yes. You would still be considered an amateur in the other sports.

**Q-2:**   **I have been invited to attend a Nike Basketball Camp this summer. As part of the camp, I will be given a pair of shoes and workout gear with a retail value of over $400. Can I accept this merchandise without jeopardizing my amateur status?**

**A-2:**   In order to maintain amateur status a student cannot accept merchandise or in-kind gifts of more than $500 in fair market value per sport during any one calendar year August 1 through July 31. If the merchandise was part of the camp fee paid by the student, then he/she has purchased the merchandise and it will not affect amateur status.

**Q-3:**   **My son has been invited to participate in a large invitational track meet this summer in California. As part of the invitation the meet organizers have agreed to pay his transportation to and from the event, as well as provide housing and meals at the event. Is this allowable without jeopardizing his amateur status?**

**A-3:**   Yes. You can accept payment for the actual expenses for the athletic trip.

**Q-4:**   **Our son won a car as a prize for a hole-in-one in a charity golf tournament. Will keeping the car affect his amateur standing?**

**A-4:**   No. The hole-in-one contest is considered a game of chance by the PGA Golf Rules, and the student would be able to accept the car without jeopardizing his/her WIAA eligibility.

**Q-5:**   **If I win $700 in merchandise credit for winning a golf tournament may I donate $200 of the amount to my school and keep the other $500 under my name to not jeopardize my amateur standing?**

**A-5:**   No. You may only accept $500 in merchandise credit during any calendar year. Any additional amount must be forfeited.

**Q-6:**   **Our town's radio station wants to select a "player of the game" for each game broadcasted on the radio and give that player a gift certificate for a free meal at a local restaurant. Is that legal?**

**A-6:**   In order for the athlete to maintain his/her amateur standing, the athlete can not endorse the food item or the restaurant. The value of the gift certificate must apply toward the $500 merchandise limit allowed within a calendar year.

**Q-7:**   **The local newspaper prints a special edition of the paper for each sports season with pictures of the athletes, schedules, highlights of the upcoming season, etc.  There is advertising from many of the local businesses as part of this special edition. Is this a violation of any WIAA Rules or Regulations?**

**A-7:**   Articles that are congratulatory in nature are permitted. The trademarks associated with the business may be included. Product reproductions are not permitted.

**Q-8:**   **I will be instructing, supervising and officiating at a sports camp this summer and will be paid for these duties. Will being paid affect my amateur status?**

**A-8:**   No. You can instruct, supervise or officiate for any organized youth sports program, recreation, and playground or camp activities without jeopardizing your amateur status.

**Q-9:**   **I plan to play in an upcoming junior golf tournament in my community. First prize will be a $300 contribution paid directly to the school. Since nothing will be given to the winner, do I need to count that $300 toward my annual $500 limit?**

**A-9:**   No. Since the prize is going directly to the school, the amount will not apply to you individually.

**Q-10:**   **A local car dealership wants to feature our quarterback in an advertisement. His jersey number is 12. Could he wear a t-shirt with a 12 on it in the ad?**

**A-10:**   Yes, provided he is not wearing his school jersey and the school is not identified on the t-shirt.

**Q-11:**   **If one of our students will be paid to endorse a uniform manufacturing company, can he/she be identified as being from our school?**

**A-11:**   No, this student can only represent himself/herself. The name of the town in which he/she lives can be included, but there can be no connection to the school.

**Q-12:**   **Could one of our tennis players accept a $1,000 cash prize for placing first in a tournament sponsored by a tire company he represents?**

**A-12:**   No, students cannot accept a cash prize based upon their performance in the sport.

**Q-13:**   **A college is recruiting me and they have asked me to visit campus and practice with the team. Will this jeopardize my athletic eligibility?**

**A-13:**   No. You are allowed to try out and/or practice with a college team.

**NOTE:** You need to check the NCAA Regulations for any restrictions that may apply.

**Q-14:** **I am a Running Start student and have started to play on the college basketball team. Can I still play on my high school basketball team?**

**A-14:** No. Once you play on a college team, you no longer have high school eligibility in that sport.

**18.24.1  NAME, IMAGE AND LIKENESS (NIL):**

**Q-1:** **Do WIAA rules prohibit a student from utilizing the services of an agent when negotiating a NIL deal?**

**A-1:** **No, WIAA rules do not prohibit agents. Students intending to participate in collegiate athletics are encouraged to verify collegiate rules on this issue.**

**Q-2:** **If a student has an agent representing them, is the agent allowed on the sideline/bench during a contest?**

**A-2:** **There are sideline/bench limits for all postseason contests. Each participating school has the authority to determine which individuals will fill the available slots.**

**18.26.0  USE OF ILLEGAL SUBSTANCES:**

**Q-1:** **I was caught in possession of illegal drugs at school. I have been told that I am ineligible for the remainder of the sports season. I have completed the drug and alcohol assessment process and have been attending the prescribed treatment sessions. Is there any way I can regain my eligibility this season?**

**A-1:** Yes. Your eligibility may be reinstated for this violation for the current season based upon a recommendation from your school, since you are currently participating in a treatment program and following the recommendations of the health care professionals.

**Q-2:** **I have had a drug violation in middle school and have again been involved in another drug violation at the high school. Are the violations cumulative or do they apply to the middle level and high school levels separately**

**A-2:** The repeat offenses for the use of illegal substances are specific to the middle level and high school level, thereby, making this your first high school violation, which is subject to local school district policies that may be more restrictive.

**Q-3:** **My school district has a 365-day or all-year athletic code prohibiting the use of illegal substances for all athletes, but my friends at a neighboring high school have indicated their school athletic code is for the season only. Why are the athletic codes different?**

**A-3:** The WIAA requires a school district to have an athletic code that covers the sports season of participation. Schools and school districts have the right to have more restrictive athletic code rules that would cover the entire school year or the calendar year.

**Q-4:** **Does a penalty for violation of use of illegal substances carry over from middle school to high school?**

**A-4:** No. The penalties for use of illegal substances are specific to the middle level and the high school level as they relate to the first violation.

**Q-5:** **I had an athletic code violation at my resident school. I have transferred to a new school. Will I be subject to the athletic code restrictions of my old school?**

**A-5:** Yes. A student who is ineligible in a Member School may not become immediately eligible at another Member School without completing the conditions of ineligibility.

**18.27.0  HARDSHIP:**

**Q-1:** **My school does not offer German as a foreign language. I will be transferring to another school district in order to take German and other AP classes. Will I be able to play varsity sports?**

**A-1:** No. You will have automatic-JV eligibility for one year in those sports you participated in the previous year if you meet all conditions of athletic eligibility. Having or not having an academic or athletic program is not grounds for hardship by definition.

**Q-2:** **I became pregnant last year and missed a year of athletic participation. Will I be able to participate in my fifth year?**

**A-2:** In order to be granted a replacement year, you must show that you were unable to complete high school in four consecutive years as a result of a long-confining illness, an injury or a family hardship that prevented graduation in four years.

**Q-3:** **Our son attends our resident public school, but it does not have a swim program and he wants to transfer to a neighboring school district that has a swim program. Can he go through the Eligibility Appeal Process to gain athletic eligibility?**

**A-3:** No. By definition, having or not having an academic or athletic program is not grounds for hardship.

**NOTE:** The only way to participate in swimming would be for your school to enter into a combined or cooperative agreement with a school that has a swim program.

**19.1.0** **APPEAL PROCEDURE FOR STUDENTS:**

**Q-1:** **Where can I find the WIAA Eligibility Forms?**

**A-1:** You can find the Eligibility Forms three ways:

1. On the WIAA Website in the Student Eligibility Center.
2. Contact the athletic director at your high school.

**19.7.0** **ELIGIBILITY COMMITTEE - THE PETITION:**

**Q-1:** **Where do I send the completed Eligibility Packet?**

**A-1:** The completed eligibility packet is sent to your WIAA District Eligibility Chairperson. Work with your athletic director in completing the Eligibility Packet and sending the completed packet to your WIAA District Eligibility Chairperson.

**19.8.0** **ELIGIBILITY COMMITTEE - THE HEARING**:

**Q-1:** **How will I be notified of the date and time of my Eligibility Hearing?**

**A-1:** The WIAA District Eligibility Chairperson will notify you of the date, time and place of your Eligibility Hearing. Your athletic director will also be provided the hearing information.

**19.9.0** **ELIGIBILITY COMMITTEE - THE DECISION**:

**Q-1:** **I am very nervous about my Eligibility Hearing. Can you explain the Hearing Process?**

**A-1:** Your hearing will be with a minimum of three representatives from your WIAA District. There may be more than three members of the Eligibility Committee present.

You should be present for the hearing, and you can bring any number of other people to represent and support your appeal. The Eligibility Committee will review the Eligibility Packet you have submitted, and they will then give you an opportunity to explain your unique circumstances and hardship that have resulted in your request to appeal your eligibility. There will be an opportunity for questions by everyone present.

The hearing will be audio recorded, but all information at the hearing is confidential.

A hearing will typically take 15 to 30-minutes depending upon the complexity of the information involved in your appeal. All information shared during the hearing is confidential.

You will be notified of the results of your appeal following your hearing. A letter will be sent within five school business days following the date of your hearing.

**19.10.0** **EXECUTIVE DIRECTOR/HEARING OFFICER - APPEAL/NOTICE OF APPEAL**:

**Q-1:** **If the WIAA District Eligibility Committee denies my eligibility appeal, do I have any other level of appeal?**

**A-1:** YES:  You can appeal to the WIAA Hearing Officer. You will be given appeal procedure information with your WIAA District Eligibility Committee decision. Any appeal to the WIAA Hearing Officer shall be based on alleged errors from the WIAA District-level hearing or additional relevant evidence that was not presented at the WIAA District Eligibility Hearing.

**20.1.0** **EJECTION FROM CONTEST:**

**Q-1:** **As the only coach at the baseball game, I was ejected for unsportsmanlike conduct. The umpire called the game because there was no other adult school representative present to assume the coaching duties. Was this the correct action?**

**A-1:** Yes. When the coach is ejected and there are no other authorized adult school district personnel present to supervise the team, the contest is terminated and forfeiture declared.

**Q-2:** **I was ejected from the basketball game because of offensive language directed toward the official. I was upset and wanted to leave the gym and get away from the game. My coach required me to stay on the team bench. Why?**

**A-2:** Your coach is responsible for you until you return to your school after the game or are released to your parents by the coach.

**Q-3:** **I had a player receive his first ejection from the varsity football game on Friday night. Can I play him in the junior varsity game on Monday and have him sit out the next varsity game?**

**A-3:** No. Any ejected player or coach is ineligible for all contests until after the next school contest in that sport at the same level of competition from which the person was ejected.

**Q-4:** **I am a senior on my soccer team and was ejected in the previous varsity game. Can I suit-up and be on the team bench for the next varsity game?**

**A-4:**    Only students eligible to play may appear in the school uniform, but you may be on the team sideline during the suspension period.

**May I be in the stands watching the game?**

Yes, you may be in the stands as a spectator.

**May I be on the team bench as a manager and take stats for this game?**

Yes, an ejected student may be on the team bench during the suspension period.

**Q-5:**    **Our wrestling coach was ejected last night from the varsity match. He wants to attend tonight's match so he can scout the visiting team. Do the rules permit this?**

**A-5:**    No. Any coach ejected cannot be involved in coaching to any degree and is not allowed into the facility during the suspension period.

**Q-6:**    **My starting goalkeeper was ejected from the last soccer game of the season last spring. When does he have to sit out a contest?**

**A-6:**    If the athlete is unable to complete a suspension during the sports season in which the ejection occurred, the suspension shall be carried over into the participant's succeeding season of participation.

**Q-7:**    **My son was ejected for the second time in last night's soccer game. What is the penalty for the second ejection?**

**A-7:**    The second ejection in the same sport and season results in ineligibility for the remainder of the season.

**Q-8:**    **I lost my temper at last night's game and physically assaulted the official. I was ejected and will sit out the next game. Will there be any further penalties for my actions?**

**A-8:**    Yes. The WIAA Executive Director has the authority to suspend an individual from further competition for a period not to exceed one calendar year. In addition, the official involved could bring legal charges against you with the local law enforcement authorities.

**20.1.3    SUSPENSION FOLLOWING AN EJECTION:**

**Q-1:**    **One of our softball players was ejected on Saturday during the first round of the WIAA District-qualifying tournament. The second round is next Saturday, but we have a makeup regular season game that could be played midweek. Could that game be played in order for the suspension to be fulfilled?**

**A-1:**    **No, since the postseason has already begun, this makeup game no longer has any bearing on the postseason. While the game could be played, the ejected player could not play in it and the suspension would not be fulfilled until the ejected player sits out the next postseason contest.**

**Q-2:**    **One of the players on our baseball team was ejected during the first round of the State Tournament. If we schedule a Foundation Game prior to the second round, would his suspension be filled if he sits out that game?**

**A-2:**    **No. A Foundation Game does not count toward qualifying for the second round. The game could be played, but this player could not participate in either the Foundation Game or the second round game in order to fulfil the suspension.**

**Q-3:**    **Does Week 10 Football count as a postseason or a regular season contest?**

**A-3:**    **Week 10 Football is considered a regular season contest.**

**21.1.0    APPEAL PROCESS FOR EJECTION FROM CONTEST:**

**Q-1:**    **The pitcher on our softball team was ejected from today's game. I did not notify the umpire of my desire to appeal until after the game. What is the appeal process I must follow?**

**A-1:**    The school principal has one school business day to notify the WIAA Staff of the appeal.

**Q-2:**    **As the athletic director, I want to appeal the ejection of my coach from yesterday's game. The coach notified the official of the intent to appeal at the time of the ejection. I agree with my coach that the official made the wrong judgment call. What is the appeal process I must follow?**

**A-2:**    The process for the appeal of a judgment call that led to an ejection by a game official is spelled out in the rule.

**Q-3:**    **During the contest last night, a player from the other team punched one of our players but it was not seen by the official. We have everything on video tape. Can this be reviewed and the correct suspension handed down to the player?**

**A-3:**    No. The WIAA Staff will not review a video of an incident to suspend another individual when it was not seen by the official, unless it is part of the appeal process for an ejection submitted by that school. The video should be sent to the opposing school's athletic director to be reviewed.

**23.1.0    DEFINITION OF A HEAD COACH:**

**Q-1:** **Since we offer girls basketball during the fall for the middle level and during the winter for the high school, could we hire the same person to be the head coach at both levels?**

    **A-1:** Yes, provided the coach has a written agreement with the school district to coach at both levels during their specific, designated season.

**23.2.2    COACHING STIPENDS AND GIFTS TO COACHES:**

**Q-1:** **Does the $500 limit also apply for a coach conducting clinics and/or training sessions during the summer?**

    **A-1:** Yes. School board approval is required for any payments and/or gifts to a coach in excess of $500 while conducting coaching duties or activities, including any year round activities, related to each sport he/she coaches for that school. This includes payment by a booster club, individual(s) or group(s) for coaching involvement on behalf of the school.

**23.5.1    STUDENTS AS VOLUNTEER COACHES:**

**Q-1:** **Could a high school senior assist with the middle level basketball program in the fall?**

    **A-1:** Yes. High school students may serve as middle level volunteer assistant coaches during the designated middle school season when under the direct supervision of the middle level coach. These high school students must meet WIAA Coaching Standards minimum requirements to hold a valid First Aid Certification and a valid CPR card.

**23.5.11    LIFT CERTIFICATION FOR DANCE/DRILL COACHES:**

**Q-1:** **Does every dance/drill coach need to have this certification?**

    **A-1:** No. Each team must have at least one lift-certified coach on site during practice and competition in order for an athlete(s) to be eligible to perform lifts.

**28.4.0    APPEAL OF PENALTY FOR USE OF INELIGIBLE PARTICIPANT:**

**Q1:** **My coach didn't realize until this morning that one of the students that played in the basketball game last night was ineligible. We understand that we must now forfeit the game, but we won by 40 points and believe this student did not affect the outcome of the game. Is a forfeit appealable?**

    **A-1:** **Yes, your school can follow the steps outlined in 28.4.0 and also utilize the appeal timeline and process tracking form found at Appeal Timeline & Process Tracking Form.**

**38.2.1.1    PRACTICE DURING THE SUMMER:**

**Q-1:** **Does every dance/drill coach need to have this certification?**

    **A-1:** **No. Each team must have at least one lift-certified coach on site during practice and competition in order for an athlete(s) to be eligible to perform lifts.**

## THE LAW PERTAINING TO WIAA

### RCW 28A.600.200  INTERSCHOOL ATHLETIC AND OTHER EXTRA CURRICULAR ACTIVITIES FOR STUDENTS, REGULATION OF, DELEGATION, CONDITIONS.

Each School district board of directors is hereby granted and shall exercise the authority to control, supervise and regulate the conduct of interschool athletic activities and other interschool extracurricular activities of an athletic, cultural, social or recreational nature for students of the district.  A board of directors may delegate control, supervision and regulation of any such activity to the Washington Interscholastic Activities Association or any other voluntary nonprofit entity and compensate such entity for services provided, subject to the following conditions:

(1)	The voluntary, nonprofit entity shall not discriminate in connection with employment or membership upon its governing board, or otherwise in connection with any function it performs, on the basis of race, creed, national origin, sex or marital status;

(2)(a)	Any rules and policies applied by the voluntary nonprofit entity which govern student participation in any interschool activity shall be written; and

(b)	Such rules and policies shall provide for notice of the reasons and a fair opportunity to contest such reasons prior to a final determination to reject a student's request to participate in or to continue in an interschool activity.

(3)(a)	The association or other voluntary nonprofit entity is authorized to impose penalties for rules violations upon coaches, school district administrators, school administrators, and students, as appropriate, to punish the offending party or parties.

(b)	No penalty may be imposed on a student or students unless the student or students knowingly violated the rules or unless a student gained a significant competitive advantage or materially disadvantaged another student through a rule violation;

(c)	Any penalty that is imposed for rules violations must be proportional to the offense;

(d)	Any decision resulting in a penalty shall be considered a decision of the school district conducting the activity in which the student seeks to participate or was participating and may be appealed pursuant to RCW 28A.600.205 and 28A.645.010 through 28A.645.030.

(4)	The school districts, Washington Interscholastic Activities Association district, and leagues that participate in the interschool extracurricular activities shall not impose more severe penalties for rule violations than can be imposed by the rules of the association or the voluntary nonprofit entity.

(5)	As used in this section and RCW 28A.600.205, "knowing" means having actual knowledge of or acting with deliberate ignorance or reckless disregard for the prohibition involved.

[2012 c 155 ~ 2; 2006 c 263 ~ 904; 1990 c 33 ~ 502; 1975-76 2nd ex.s. c 32 ~ 1.  Formerly RCW 28A.58.125.]

**NOTES:**

Finding – Intent – 2012 c 155:  "The legislature finds that the mission of the Washington Interscholastic Activities Association is to assist member schools in operating student programs that foster achievement, respect, equity, enthusiasm, and excellence in a safe and organized environment.  The legislature intends to ensure that this mission is successfully carried out so that arbitrary sanctions that result in students unfairly being denied to participate or cause students' achievements to be diminished do not occur.  It is the intent of the legislature to impact the association's current processes for establishing penalties for rules violations and to redefine the scope of penalties that are permitted to be imposed.  It is further the intent of the legislature to build protections into state law so that punishment, when necessary, is meted out to the appropriate party and in a proportional manner.  The legislature further intends to ensure that state and local rules relating to interschool extracurricular activities be consistent with one another, promote fairness, and allow for a clear process of appeal." [2012 c 155~1.]

**2025-26 INDEX**

**A**

Adding or Deleting a Sport                25.1.7.5
Age Limits                                18.5.0
Alcohol                                   18.27.1, Appendix 3
All Star Contests                         17.29.0
Allocations                               25.1.7
Alternative Education                     18.6.8
Alternate Season                          17.3.0
Amateur Standing                          18.24.0
Amendments                                7.0.0
Amendments                                Passed for 2024-25
Appeals of Ineligibility                  19.0.0
Appeals of League or District Decisions   30.0.0
Awards                                    18.24.2.1.D

**B**

Baseball                                  32.0.0
    Middle Level          32.61.0
    High School           32.1.0
Basketball                                33.0.0
    Middle Level          33.61.0
    High School           33.1.0
Beginning and Ending Season Dates         Appendix 5, Appendix 7
Bowling, Girls                            34.0.0
Boys and Girls Programs                   Appendix 2

**C**

Canceled Contest                          17.14.8
Cheerleading as an Activity               12.0.0
Cheerleading as a Sport                   35.0.0
Classification of Schools                 4.0.0
Coaching, Defined                         17.5.7
Coaches                                   23.0.0
Code of Ethics                            Appendix 8
Combined/Cooperative Programs             4.6.0, 4.7.0
Commercial Sponsorships                   18.25.0
Committees                                9.0.0
Concurrent Sports Limitation              18.23.0
Conditioning                              17.7.0
Contest, Authorized                       17.13.0
Contest, Incomplete                       17.14.12
Contest Limitation Waiver                 17.17.0
Contest Rules                             31.1.0
Contest, Defined                          17.14.0
Criteria for WIAA Membership              3.1.0
Cross Country                             36.0.0
    Middle Level          36.61.0
    High School           36.1.0
Crowd Management                          3.4.0, 17.28.0

**D**

Dance/Drill as a Sport                    37.0.0
Dance/Drill Teams as an Activity          13.0.0
Determining Beginning, 50% and Ending Dates   Appendix 5
District Directors Committee              9.8.0
Districts, WIAA                           5.0.0
Due Process Procedures                    30.2.0

**E**

Eighth Grade Participation                18.21.0
Ejection from Contest                     20.0.0
Ejection, Appeal                          21.0.0
Eligibility Committee                     19.6.0

**(continued)**

Eligibility Protests                      19.13.0
Eligibility Standards, Athletic           18.0.0
Eligibility Standards, Communications Arts 11.0.0
Equipment Use                             17.5.4
Executive Board                           8.0.0, Appendix 9
Executive Committee                       9.1.2
Executive Director, Duties                8.14.0
Experiments, School or League             26.0.0

**F**

Fact Finder                               8.12.9, 19.13.2, 28.2.5, 30.2.2, 30.2.5
Feeder School                             17.5.9
Fifty Percent (50%) Rule                  18.2.1
Fifth Grade Participation                 18.17.0
Fines and Fees                            28.5.13
Flag Football, Girls                      39.0.0
Football                                  38.0.0
    Middle Level          38.61.0
    High School           38.1.0
Forensics (Debate)                        14.0.0
Forfeited Contest                         17.14.9

**G**

Games Committee                           22.0.0
Gender Identity                           18.16.0, Appendix 3
General Sport Rules                       17.0.0
"Glue Rule" - for Districts with Only One Allocation   25.2.8
Goals of the WIAA                         2.2.0
Golf                                      40.0.0
    Middle Level          40.61.0
    High School           40.1.0
Gymnastics, Girls                         41.0.0
    Middle Level          41.61.0
    High School           41.1.0

**H**

Hardship (Eligibility)                    18.27.0
Hearing Officer                           19.9.0, 19.10, 19.11, 19.12
Home-Based Education                      18.6.7

**I**

Illegal Recruiting                        27.0.0, Appendix 4
Illegal Substances                        18.26.0
Inclement Weather Policy                  25.4.0
Independent Review Committee              9.1.3
Independent Team                          25.2.10
International and Interstate Competition, Fine Arts   10.0.0
International and Interstate Competition, Sport   17.21.0
Invitational Tournaments                  17.15.0

**J**

Jamboree                                  17.24.0

**L**

Legend Drugs                             18.26.2

**M**

Manager                                   17.5.10
Medical, Licensed to Conduct Physical     18.4.2
Member of School, Student                 18.6.0
Member Compliance with the Rules          3.3.0
Membership                                3.0.0
Middle Level Practice with High School    18.20.0
Mission Statement
Music                                     15.0.0

**N**

Name of Organization — 1.0.0
National Competition — 17.21.0
Ninth Grade Participation — 18.22.0
Non-Discrimination — Appendix 1
Non-School Participation — 17.22.0

**O**

Officials — 24.0.0
    Fees — Appendix 10.1
    Procedure to Use Non-Registered — 24.5.0
Open Gym — 17.8.0
Out-of-Season Regulations — 17.5.0

**P**

Penalty Review Chart — 28.5.8
Physical Education Classes — 17.6.0
Physical Examination — 18.4.0
Physicians, Team — 17.30.0
Postseason Contests — 17.4.0, 17.14.9
Practice Interruption — 17.11.10
Practice Regulations — 17.11.0
Preamble — 1.1.0
Preseason Meetings — 17.5.8
Previous Semester — 18.9.0
Private School Education — 18.6.9
Protests — 29.0.0
Protests of Eligibility — 19.13.0
Purpose of the WIAA — 2.0.0

**Q**

Qualifying Events and State Championships — 25.0.0
Questions and Answers — Appendix 11

**R**

Recruiting, Illegal — 27.0.0, Appendix 4
Refusing to Play — 17.14.10
Regular Attendance — 18.10.0
Representative Assembly — 6.0.0
Residence and Family Unit, Defined — 18.11.0
Residence Rule Waiver — 18.14.0
Rule Exceptions - Experiments — 26.0.0
Rule Violations and Penalties — 28.0.0
Running Start — 18.7.0, 18.8.0

**S**

Sabbath — 25.3.0
Scholarship — 18.8.0
School Year — 17.1.0
Scrimmage (Contest Limitation) — 17.14.0
Season Beginning and Ending Dates — Appendix 7
Season Limitations — 18.15.0
Seasons, Definitions — 17.2.0, 17.3.0
Service Fees — 3.6.0

Shared Coaching — 23.6.0
Sixth Grade Participation — 18.18.0
Shot Clock Operations (Basketball) — 33.5.4
Soccer — 42.0.0
    Middle Level — 42.61.0
    High School — 42.1.0
Softball (Fastpitch and Slowpitch) — 43.0.0
    Middle Level — 43.61.0
    High School — 43.1.0
Sponsor Name/Logo — 17.23.3
Sport Camps or Clinics — 17.9.0
Squad, Definition — 17.12.0
Standardized Procedure for Numbering Weeks — Appendix 6
State Championships — 25.1.0
Steroids — 18.26.2
Summer Activities — 17.10.0
Supervision Responsibilities — 17.28.1
Suspension Period — 18.8.6
Swimming & Diving — 44.0.0

**T**

Tennis — 45.0.0
    Middle Level — 44.61.0
    High School — 44.1.0
The Law Pertaining to WIAA
The School Vote — 3.5.0
Theatre/Drama — 16.0.0
Tobacco — 18.26.1
Track & Field — 46.0.0
    Middle Level — 46.61.0
    High School — 46.1.0
Transferring Students — 18.12.0

**U**

Uniform Requirements — 17.23.0

**V**

Varsity Contests — 17.14.5
Violations, Reporting — 28.1.0
Volleyball — 47.0.0
    Middle Level — 47.61.0
    High School — 47.1.0

**W**

Week, Definition — 17.11.7.1
WIAA/WOA Co-Op Agreement — Appendix 10
Wrestling — 48.0.0
    Middle Level — 48.61.0
    High School — 48.1.0

**Y**

Year Definition, School — 17.1.0
Year Definition, WIAA — 3.2.0

## DEFINITIONS

**A**

**ALTERNATE SEASON** (17.3.0):  An alternate season is a sports season other than the regular sports season designated by the WIAA Executive Board. The alternate season must not exceed the same number of weeks as the regular season in that sport.

**ALTERNATIVE EDUCATION** (18.6.8):  Alternative education programs are academic learning opportunities that fall outside of the traditional schoolhouse format. These schools must be registered with OSPI. A school district receives FTE funding for students involved in these programs. A full-time middle level or high school student in a public alternative school without athletics may participate at the resident public school that the student would normally attend or that student's public school of record. Additionally, a WIAA Alternative Education Contract must be on file annually at the resident public school or that student's public school of record.

**AMENDMENT** (7.1.0):  An amendment is defined as a proposed change to the WIAA Constitution, rules and/or regulations.

**C**

**CALENDAR DAY** (17.11.3.1):  A calendar day is defined as a period of 24 hours beginning at 12:00 a.m. and ending at 11:59 p.m.

**CALENDAR WEEK** (17.11.7.1):  A calendar week is 12:00 a.m. Sunday through 11:59 p.m. Saturday.

**COACHING** (17.5.7):  Coaching is defined as overseeing any regularly scheduled team physical activity designed for the preparation of athletes for the ensuing sports season. Coaching is further defined as any attempt by the coach of a school team (paid or volunteer) to teach any phase of a game or activity to their squad or part of their squad or have their squad or part of their squad engage in drills under the supervision of that coach, or from directions provided by that coach. Any adult or non-school personnel coaching during a scheduled team practice or contest is considered to be a coach for that team.

**COMBINED PROGRAMS** (4.6.0):  Students from more than one WIAA Member School competing as one team.

**CONTEST** (17.14.0):  Any athletic practice or contest involving participants from at least two different schools (except as described below), or more than 50 percent of the number required for full participation in any sport by any non-interscholastic team, or any alumni team is considered a game, meet, match, or scrimmage and must count as a contest toward the maximum number of allowable contests for the team and individual in that sport.

> **TRACK & FIELD** (46.4.0):  A multi-day track and field meet will count as one contest provided all contestants are limited to four events, including relays.

> **VOLLEYBALL** (47.3.0):  Regulation varsity contests, including all postseason contests, shall be three out of five sets.

**COOPERATIVE PROGRAMS** (4.7.0):  Students from more than one WIAA Member School sharing resources, but competing as representatives of their home school in individual sports/activities.

**F**

**FAMILY UNIT** (18.11.0):  The adult(s) who has/have resided with, had legal custody, legal guardianship, or has/have acted in a parental capacity of the student and any siblings high school age or younger with whom the student resides for a period of at least one year.

**FEEDER MIDDLE SCHOOL/JUNIOR HIGH SCHOOLS:**

> **PRIVATE SCHOOLS** (18.21.1.2):  A designated private feeder school owned and operated by the high school or, In the case where no designated private feeder school exists, the middle school(s)/junior high(s) in the public school district where the private high school is located.

> **PUBLIC SCHOOLS** (18.21.1.1):  The middle school/junior high whose students will progress to a specific high school.

**G**

**GAMES COMMITTEE** (22.1.0):  Each League/District/Event Manager shall appoint and name a predetermined Games Committee for all regular season events with less than two calendar days between contests and all postseason contests to rule on an appeal of ejection and/or suspension as a result of ejection and/or a protest of playing rules. The Games Committee may be on site or readily accessible by phone.

The League/District/Event Manager shall have alternate Committee members lined up in the event one or more potential members has a conflict of interest with the individual/team involved in the appeal or protest. WIAA Executive Board members, WIAA Staff members and District Directors can provide guidance or assistance regarding the process, but cannot be involved in the decision.

**H**

**HEAD COACH** (23.1.0):  A Head Coach is that person in charge of the highest level team for that building (e.g.), the person responsible for the highest level (varsity) team in a building that houses grades 10-12 is the Head Coach; the person who is responsible for the highest level team in a building that houses grades 7-9 is the Head Coach.

**HOME-BASED EDUCATION** (18.6.7):  Home-based students must register with a public school district with the intent to homeschool. Additionally, a WIAA Home School Contract must be on file annually with the public school/school district. Home-based students do not receive assistance from the school district, nor does the school district receive FTE funding or any other outside sources for them. Home-based instruction students are categorized as regular members of a school.

**I**

**INADVERTENT ERROR** (28.4.3):  An inadvertent error is a mechanical, electronic, or clerical (incorrect posting) error that resulted in an ineligible participant competing in a contest.

**IN-SEASON** (17.2.0):  In-season will be the first day of turnouts for that sport and will conclude with the final day of the State Event for that sport in that classification at the high school level or a maximum of 12 consecutive weeks as determined by the League at the middle level.

**INDIVIDUAL CONTEST (TENNIS)** (45.4.0):  A contest/match is equal to three sets. Any portion of a set must be played within the 18-Team Contest Limitation and must count as one of the 25 contests for the individual.

**L**

**LEVELS OF CONTACT (FOOTBALL)** (38.1.0):

**LIVE ACTION** (38.1.2):  Drill is run in game-like conditions and players may be taken to the ground.

**THUD** (38.1.1):  Drill is run at assigned speed through the moment of contact; no predetermined "winner". Contact remains above the waist, players stay on their feet and a quick whistle ends the drill.

**M**

**MATCH:**

**GIRLS BOWLING** (34.4.0):  A match consists of three regular games. Five Baker Games are the same as one regular game (34.4.1). A match can also be defined as two regular games and five Baker Games, or one regular game and ten Baker Games, or 15 Baker Games (34.4.2).

**GOLF** (40.3.0):  A match is defined as up to 18 holes. Regardless of the number of teams playing, if the match is 18 holes or less, it counts as just one contest for each school and individual.

**O**

**OUT-OF-SEASON** (17.5.0):  Out-of-season is that time during which paid or volunteer coaches cannot coach present or future squad members.

**P**

**PARTICIPATION** (18.27.3.1):  Participation is defined as:  Participation in ten or more coach organized (or led) practices or one contest at the school, club, or community level in that sport.

**PRACTICE** (17.11.1):  Practice is defined as a school-scheduled, in-person team physical activity designed for the preparation of athletes for the ensuing sports season and must be conducted under the supervision of the school coach during a school-approved practice at a school-approved site. Participation in physical education classes does not constitute a practice.

**PRIVATE SCHOOL EDUCATION** (18.6.9):  A student who is a member in a private school may participate on the interscholastic teams of their resident public school if the student resides within the service area of that public school and if the interscholastic activity is unavailable to the student in the private school.

**PROBATION** (18.8.6):  A period of monitoring student academic progress, while still being eligible to compete.

**R**

**RESIDENCE** (18.11.0):  The place where the family unit has established its home and/or the place where the student is habitually present and to which, when departing, the student intends to return.

**RESIDENT PUBLIC SCHOOL** (18.6.5):  The public school that the student would normally attend based on the location of the family residence within the public school service area and policies.

**S**

**SCHOOL BUSINESS DAY** (17.11.3.2): A school business day is defined as a day that campus or district administrative offices are open.

**SCHOOL OF CHOICE** (18.6.6):  A school that is not the resident public school. A school of choice can be a public, private, alternative, charter, home school, or online school.

**SCHOOL YEAR** (17.1.0):  The school year is defined as August 1 until the final spring State Tournament has been completed (high school) or until after the completion of the final sports season (middle level).

**SQUAD** (17.12.0):  A group of students playing together against another group of students is a squad. A student is considered a member of a squad when the student is included on a school's eligibility list for that sport.

**SUB-VARSITY SQUAD** (17.14.6.2):  A sub-varsity squad is defined as any level of play below the varsity level (junior varsity, c-team, freshman team, etc.) the membership of a sub-varsity team shall typically be composed of varsity substitutes and any other non-varsity players identified on the school's eligibility list.

**SUSPENSION** (18.8.6):  The determined period of time that a student is making up academic progress, while not being eligible to compete but may participate in practice.

**T**

**TEAM** (25.1.7.1.B):  A team is defined as the minimum number of participants required for full participation/scoring in that sport.

For team and individual sports, the program is counted for allocation purposes if the Member School participates in varsity competition during the regular season and postseason competition in that sport. For individual sports, a school must attain a roster of at least the number listed below at the end of the third week of the fall sports season for all fall sports and at the end of the second week during the winter except 1B/2B wrestling which is determined at the end of the third week and spring sports seasons during the first year of the allocation cycle.

> **BOYS TEAM/GIRLS TEAM AND MIXED TEAM** (Appendix 2):  Girls may, at the discretion of the local school board, participate with boys in any interscholastic activity if there is no girls team or equal opportunity for participation. Girls are eligible to turn out for Baseball, even if Softball is offered. Any team consisting of both boys and girls shall be considered a boys team and may compete only against other boys teams. If a girl competes on a boys team in Cross Country, Golf or Tennis, the girl is not eligible for the Boys State Championship but is eligible to attempt to qualify for the Girls State Championship in that sport.

> **CROSS COUNTRY** (36.3.0):  A Cross Country team shall consist of seven runners, with only the top five scoring.

> **GIRLS BOWLING** (34.3.0):  Five players make up a Bowling team. The team roster may include up to seven players.

> **GYMNASTICS** (41.3.0):  A team must be composed of no less than five individuals in order to be classified as a team.

**TOURNAMENT** (17.15.1):  A series of contests where more than two teams compete against each other on the same day or within a 24-hour period, whether or not there is an ultimate winner or prize. This includes elimination-style, consolation-style, and round-robin events where teams compete against more than one competitor per day (regardless of the name of the event).

**V**

**VARSITY SQUAD** (17.14.6.1):  In a team sport, a varsity squad is the group of individuals who represent a Member School at the highest level of competition in a sport.