# EXHIBIT 10


Washington Office of Superintendent of
**PUBLIC INSTRUCTION**

[Home](#) » [Student Success](#) » [Support Programs](#) » Supporting LGBTQ+ Students

# Supporting LGBTQ+ Students

Studies demonstrate that when students feel safe and supported at school, they experience better outcomes and can achieve their full potential. On this page, school and district leaders can find resources and support for creating an inclusive climate for LGBTQ+ students by adopting inclusive policies and procedures, implementing LGBTQ+ inclusive curriculum, and providing culturally responsive and affirming school staff, including educators, school counselors, nurses, psychologists, and social workers.

## Resources & Support

Expand all

Developing LGBTQ+ Inclusive Schools ⌄

- [List of LGBTQ+ Books](#) ↗
- [Gender-Inclusive Schools: Protections for Transgender and Gender-Expansive Students](#)
- [Creating Gender-Inclusive Schools](#)
- [Sex Equity in Athletics](#)
- [Healthy Youth Survey](#)
- [School Safety Center](#)

**Subscribe to receive Engage Newsletters and program updates** ↗

## Contact Information

Dr. Doua Kha
Student Behavior Support Program Supervisor
360-878-1155

- GLSEN ⬈ is the leading national education organization that ensures safe schools for all students. Established in 1990, GLSEN envisions a world in which every child learns to respect and accept all people, regardless of sexual orientation or gender identity/expression.
  - GLSEN's School Climate for LGBTQ+ Students in Washington ⬈
  - GLSEN Washington state ⬈
  - GLSEN Developing Inclusive Classroom Resources ⬈
  - GLSEN's Ready, Set, Respect! Elementary School Toolkit ⬈
  - GLSEN's  ⬈Respect for All Policy Resource ⬈ ⬈

- Early Childhood: Learning about Gender Diversity ⬈
- Queer Youth Advice for Educators ⬈
- Teaching Stonewall ⬈

## State Organizations & Resources ⌄

- Rainbow Center ⬈ expands resources and safe space for the lesbian, gay, bisexual, transgender, queer, questioning, two-spirit, and allied (LGBTQ2SA) community.

- Lambert House ⬈ empowers lesbian, gay, bisexual, transgender, and questioning youth through the development of leadership, social, and life skills.

- Washington state LGBTQ Commission ⬈ helps improve interactions between the state and the LGBTQ+ community. It identifies the community's needs and advocates for LGBTQ+ equity within state government.

## National Organizations & Resources ⌄

Supporting LGBTQ Students

- Indigiqueer ⤢ supports queer, trans, Black, Indigenous, and People of Color (QTBIPOC) through inclusive spaces, skill development, and networking, aiming to connect them with valuable opportunities.

- Mental health resources for the LGBTQ+ community ⤢ have become more available. Online therapy offers more options and easier access.
    - LGBTQ+ and BIPOC Mental Health Resources ⤢

- Athlete Ally ⤢ helps sports communities understand the challenges LGBTQ people face and teaches them how to create inclusive environments within their teams and organizations.

- National Immigrant Justice Center ⤢ provides legal services to low-income immigrants who identify as lesbian, gay, bisexual, or transgender (LGBT) and those who are living with HIV.

- Pride Foundation ⤢ helps build a better, safer, and more equitable world for LGBTQ+ people.

- The Trevor Project ⤢ is the leading suicide prevention and crisis intervention nonprofit organization for LGBTQ+ young people.

## Relevant Laws ⌄

- SB 5462 Promoting inclusive learning standards and instructional materials in public schools ⤢

- Chapter 28A.642 RCW Discrimination Prohibition ⤢

- Chapter 49.60 RCW (Washington Law Against Discrimination)

- OSPI Civil Rights Guidelines: Gender Identity and Gender Expression (Note: These guidelines are currently under revision)

Supporting LGBTQ Students

- [Bulletin No. 089-19: New Requirements Related to Nondiscrimination Policies and Procedures (B089-19)](#)