# EXHIBIT 11



[Home](#) » Error

# Error

OSPI and Washington public schools respect the First Amendment right of parents and guardians to freely exercise their religion and their Fourteenth Amendment right to direct the health care of their children. We are reviewing the guidance and resources we offer to school districts to ensure their consistency with law and providing a safe and supportive environment for all children.