# EXHIBIT 12



| Book | District Policies |
|---|---|
| Section | 2000: Instruction |
| Title | Interscholastic Athletics and Activities Eligibility |
| Code | 2151 |
| Status | Active |
| Legal | RCW 69.41.340 Student athletes — Violations — Penalty. |
| | RCW 69.41.330 Public warnings — School districts. |
| | RCW 28A.600.200 Interschool athletic and other extracurricular activities for students — Authority to regulate and impose penalties — Delegation of authority — Conditions. |
| | RCW 28A.400.350 Liability, life, health, health care, accident, disability, and salary insurance authorized — Health savings accounts — Premiums — Noncompliance. |
| Adopted | April 12, 1999 |
| Last Revised | August 15, 2022 |
| Last Reviewed | October 25, 2022 |

The board recognizes the value of a program of interscholastic activities as an integral part of the total school experience to all students of the district and to the community. The program of interscholastic activities shall include all activities relating to competitive sport contests, games or events, or exhibitions involving individual students or teams of students of this district when such events occur between separate schools within this district or with any schools outside this District. The board expects that:

A. All interscholastic activities and events shall be in compliance with the rules and regulations of the Washington Interscholastic Activities Association (WIAA), the Puget Sound Water Polo League (PSWPL), and School Board mandated academic requirements.

B. To be eligible to compete on an interscholastic athletic team or participate in any other WIAA or PSWPL sanctioned activity, including, but not limited to: cheerleading, dance, drill team, forensics/debate, drama and music; students are required to have a minimum 2.0 grade point average (GPA) and pass 5 of 6 classes from the previous semester and in subsequent grade checks. The Superintendent shall establish regulations and procedures to monitor and review students' academic performance, determine their eligibility and provide a program of assistance to help them meet or exceed these academic standards.

C. The schools of the district shall not participate in any out-of-season athletics that are not sanctioned by the WIAA or PSWPL. The district shall not be responsible or liable for nonschool-sponsored programs or for programs that are organized, promoted or participated in by staff members without school approval. The District shall not be responsible for or control and incur liability for summer and/or out-of-season activities unless specifically sponsored by the School District. The Superintendent shall establish rules defining the circumstances under which school facilities may be used and under which announcements of summer sports leagues and/or clinics may be channeled to students.

D. An athletic coach must be properly trained and qualified for an assignment as described in the coach's job description.

E. Gifts to coaches using district funds may not exceed the amount allowable in policy 6995. Gifts/Honoraria from non-district entities to volunteer and paid coaches may not exceed $500.00.

F. No student athlete may be induced to enroll in a school because of the student's special talent or skill. This practice is considered recruitment, and is prohibited regardless of the student's residence.

G. In-service training opportunities will be afforded each coach so that he/she is trained to attend to the health care needs of participants. Prior to a sports season, the coach will prepare a plan for handling medical emergencies at practice sessions and games (home and away).

H. Participants will be issued equipment that has been properly maintained and fitted.

I. All facilities and equipment utilized in the interscholastic activity program, whether or not the property of the district, shall be inspected on a regular basis.

J. Nonprescribed medications, including such items as analgesic balms, vitamins, must be approved by the superintendent before they may be available for use by coaches and/or athletic trainers. After athletic training medications have been approved, the coach and/or trainer must secure authorization from the parent and the student's doctor before the medications may be used during the athletic season. If such release is not on file, the nonprescribed medications may not be used. This provision does not preclude the coach and/or trainer from using approved first aid items. A sign will be posted that warns students that eligibility to participate may be denied if anabolic steroids are used for the purpose of enhancing athletic ability.

K. The board recognizes that certain risks are associated with participation in interscholastic sports. While the district will strive to prevent injuries and accidents to students, each participant and his/her parent(s) or guardian(s) will be required to sign a statement which indicates that the parent(s) and the student acknowledge the risks of injuries or possible infection with a blood-borne pathogen resulting from such participation and give assurance that the student will follow the instructions of the coach.

L. Each participant shall be required to furnish evidence of physical fitness prior to becoming a member of an interscholastic team. A written report shall be completed when a student is injured while participating in a school-supervised activity. A participant shall be free of injury and shall have fully recovered from illness before participating in any activity.

M. Each student participating in interscholastic athletic activities is required to have or obtain medical insurance for expenses incurred as a result of injuries sustained while participating in the extracurricular activity. Students shall provide evidence of coverage with a minimum limit of $25,000 in medical expenses or shall obtain such coverage through the insurance plan offered to all students participating in activities in the District. No student will be denied the ability to participate solely because the student's family, by reason of low income, is unable to pay the entire amount of the premium for such insurance. The Superintendent or designee may approve partial or full waiver of premiums to permit all students to obtain the required medical insurance.

The superintendent or designee will annually review, approve and present to the board for its consideration a program of interscholastic activities for the school year. The superintendent or designee will prepare rules for the conduct of student activities who participate in district-sponsored athletic programs including, but not limited to, use of alcoholic beverages; use of tobacco; use or possession of illegal chemical substances (including marijuana/cannabis) or opiates not prescribed by a physician; physical appearance; curfew; unsportsmanlike conduct; absence from practice; gambling; or any infraction of civil law. Rules and disciplinary actions related to rule violations shall be distributed to each participant and his/her parents prior to the beginning of an interscholastic activity season.

**Nondiscrimination**
The district will not exclude any person from participation in the interscholastic program, deny any person the benefits of such a program or otherwise discriminate against any person in any interscholastic program on the basis of the categories identified in the district's Nondiscrimination policy.

The district will provide necessary funds for recreational and athletic activities for both sexes, although the aggregate expenditures are not required to be equal for members of each sex and expenditures for separate male and female teams are not required to be equal.

When individual students with disabilities are unable to participate in existing activities even when offered reasonable modifications and necessary accommodations, aids or services, the district may offer opportunities for students with disabilities to participate in separate or different recreational or athletic activities.

The district may operate or sponsor separate teams for members of each sex where selection for such teams is based upon competitive skill or the activity involved is a contact sport.  However, when the district operates or sponsors a team in a particular sport for members of one sex but not the other, and athletic opportunities for members of the other sex have previously been limited, members of the excluded sex will be allowed to try out for the team offered. For the purposes of this policy, contact sports include boxing, wrestling, rugby, ice hockey, football, basketball and other sports in which the major activity involves bodily contact.

The district will provide equal athletic opportunities for both sexes within each school for interscholastic, club or intramural athletics.  In determining whether equal athletic opportunities for both sexes are being provided, the district will consider the following factors:

1. Whether the selection of sports and levels of competition effectively accommodate the interests and abilities of members of both sexes;
2. Provision of equipment and supplies;
3. Scheduling of games and practice time, including the use of playfields, courts, gyms and pools;
4. Travel and per diem allowances, if any;
5. Opportunity to receive coaching and academic tutoring;
6. Assignment and compensation of coaches, tutors, and game officials;
7. Provision of locker rooms and practice and competitive facilities;
8. Provision of medical and training facilities and services, including the availability of insurance;
9. Provision of housing and dining facilities and services, if any; and
10. Publicity and awards.

**Annual athletic evaluation**
The district will evaluate its intramural and interscholastic program in each school at least once each year to ensure that equal opportunities are available to members of both sexes with respect to participation in interscholastic and/or intramural programs.  The evaluation will include consideration for the factors listed in the above paragraph, Nondiscrimination.

**Student athletic interest survey**
Every three years, the district will administer to each school that operates interscholastic, intramural and other athletics the survey developed by the office of the superintendent of public instruction to determine male and female student interest in participation in specific sports.  The district will consider the survey results when planning and developing recreational and athletic activities offered by the district and when determining whether equal opportunities are available to members of both sexes.

Cross References*
Policy 2121 Substance Use Prevention Program
Policy 3413 Student Immunization and Life Threatening Health Conditions
Policy 3414 Infectious Diseases
Policy 3416 Medication at School
Policy 3418 Emergency Treatment
Policy 4260 Use of School Facilities
Policy 5010 Nondiscrimination and Affirmative Action
Policy 6510 Safety
Policy 6512 Infection Control Program
WIAA Handbook

*To locate active policies, please visit www.puyallupsd.org/boardpolicies.

Adopted  04-12-99
Revised 03-08-04
Revised 04-14-08
Revised  07-01-13
Revised 02-01-16
Revised 06-19-17
Revised 05-24-21
Revised 08-15-22