# EXHIBIT 13



## PUYALLUP
SCHOOL DISTRICT
*A Tradition of Excellence*

| | |
|---|---|
| Book | District Policies |
| Section | 2000: Instruction |
| Title | Interscholastic Athletic and Activities Eligibility |
| Code | 2151R |
| Status | Active |
| Adopted | October 4, 2004 |
| Last Revised | June 5, 2023 |
| Last Reviewed | June 5, 2023 |

The opportunity to participate in the interscholastic activity program is a privilege granted to all students of the district. Participants in this voluntary program are expected to conform to specific regulations established by the Washington Interscholastic Activity Association (WIAA) or the Puget Sound Water Polo League (PSWPL), District policies/regulations, principals, coaches or advisors, and the specific league in which they participate. A student who violates any rule is subject to disciplinary action up to and including suspension from the activity.

1. **ATHLETIC/ACTIVITY ACADEMIC STANDARDS**
   A. To be able to compete or participate in any interscholastic sport or activity sanctioned by the WIAA or PSWPL, including but not limited to cheerleading, dance, drill team, forensics/debate, drama and music, students must meet the following academic standards established by the Board of Directors of the Puyallup School District:
      1. Students must earn a minimum 2.0 Grade Point average (transcripted grades) in the immediately preceding semester in order to participate and be eligible to compete during the succeeding semester;
      2. All students must pass 5 of 6 classes in the immediately preceding semester in order to participate and be eligible to compete during the succeeding semester;
      3. Participation in a district summer school or acceptable alternate program may change transcripted grades.
   B. Grade Check Intervals
      Grade check periods:
         At the start of each season (previous semester)
         Mid-quarter and/or quarter/semester report date

   C. Period of Ineligibility
      Start of season grade check:

      Students must pass 5 of 6 transcripted classes the previous semester to be eligible to participate. Students must have a minimum 2.0 grade point average in the previous semester. Failing to meet this standard will result in academic ineligibility. The start of season ineligibility for high school students shall be 20 percent of the maximum allowable contests for the sport the student is participating in. High school students starting the season on academic probation are still subject to WIAA rules regarding eligibility grade checks after five weeks.

      The start of season ineligibility period for junior high school students is the first contest of the season, excluding jamborees.

      High school winter season athletes and junior high season 2 athletes who participated in activities in

the first sport season in the fall and served an ineligibility at the beginning of the fall and completed the season – will not be considered academically ineligible a second time. Junior high season 4 athletes who participated in activities in the third sport season and served an ineligibility at the beginning of the third season and completed the season - will not be considered academically ineligible a second time. However, current grades must meet the academic eligibility standards.

For competitive activities, other than athletics, sanctioned by the WIAA, "season" shall be defined as the semester during which the competition takes place.

During the season grade check: Interim progress reports and/or semester reports during the season.

Probation Period
Students who are placed on a Probation Period may continue to practice but will immediately lose eligibility to compete in any contest for a period of seven (7) days. Students on a Probation Period are expected to participate in school-based interventions and/or develop a Plan of Improvement during the ineligibility period. A student may circulate a Probation Period Progress Report Update to his/her teachers on day seven (7). If the student meets the eligibility standard, he/she is removed from academic probation and may resume participation. If the student does not meet the standard, he/she remains on a Probation Period until eligibility requirements are met.

2. **SCHOOL BASED INTERVENTIONS**
Interventions/Services will be provided to assist students to improve their academic performance. The services will vary from school to school but may include:
    1. Before, during, or after school scheduled contacts between teachers and student;
    2. Study contracts;
    3. "Study table" opportunities before or after school, during evenings, and/or on Saturdays;
    4. Tutoring.

3. **HARDSHIP**
Students and/or parents may appeal academic probation or ineligibility in writing or orally to the school principal on the basis of hardship/extraordinary circumstances. Exceptions to the required academic standards may be made by the principal and/or a committee consisting of the building Administrator(s), building Athletic Director, and District Athletic Director. The decision of the principal or committee is final.

IEP or 504 student eligibility will be determined on an individual basis and according to the IEP and/or 504 Plan.

4. **STUDENT ATHLETIC CODE**
Participation in athletics in the Puyallup School District is a privilege that involves teamwork and self-discipline. Athletics is an excellent means of bringing together home, school and community as well as contributing to personal development, growth and education. The interscholastic athletic program also provides you the opportunity to compete in athletic contests with other schools, aids in developing new friendships and teaches good sportsmanship.

Participants need to be prepared to dedicate themselves to the athletic program. They will be a representative of their family, school and communities. Their actions should be above reproach, both at and away, from the athletic site. Some sports require the selection of team members. This selection is not always based entirely on athletic ability. Attitude, conduct, cooperation, loyalty and desire are also some characteristics that are considered in selecting team members.

Once a student athlete becomes part of a program, specific conduct standards established by principals, athletic administrators, and coaches need to be practiced. A participant found to be in violation of any rules may be removed from the team. An appeal process is provided for student athletes who are disciplined as a result of an alleged violation.

The following rules will be applicable for a student athlete:
    A. Tobacco, Nicotine, Vaping

    The use of tobacco products and nicotine in any form is prohibited. Any athlete possessing, selling and/or using tobacco or vaping products, will be subject to the following disciplinary action.
        1. First Violation
            a. In season: The athlete will be placed on probation and miss the next contest. This penalty may carry over to subsequent sports seasons.

b. Out-of-season: The athlete will be placed on probation during the next completed sports season in which the athlete participates; also, the athlete will miss the first interscholastic contest.

2. Second Violation

a. In season: The athlete will be suspended for no less than the remainder of the present sports season. This penalty may carry over to the subsequent sports seasons

b. Out-of-season: The athlete will be placed on suspension for the equivalent of one-half the regular season contests for the next sport season they participate in. The athlete must complete the season in good standing.

3. Third Violation, whether in season or out-of-season, will result in suspension from all sports in the Puyallup School District for one calendar year (365 consecutive days) from the date of the second violation.

4. Fourth Violation, again whether in season or out-of-season, will result in permanent ineligibility from interscholastic competition in the Puyallup School District.

B. Alcoholic Beverages, Drugs, Drug Paraphernalia, Steroids

The use of alcohol, legend drugs (including anabolic steroids), controlled substances and controlled substance analogs is prohibited.  Any athlete possessing, selling, and/or using alcoholic beverages, legend drugs, (including anabolic steroids) controlled substances or controlled substance analogs, vaping products containing any illegal substance other than nicotine, or drug paraphernalia during the athletic school year (see VIII C below) shall be subject to the following disciplinary action.

1. First Violation:

a. In season: The athlete will be suspended for no less than the remainder of the present sports season or up to sixty (60) school days. This penalty may carry over to the subsequent sports seasons.

For first violations of the alcoholic beverages, drugs, steroids rules, athletes have the option available to participate in and complete a school approved drug/alcohol assessment program.  Participation in this assessment option will not preclude an athletic suspension period of fifteen (15) school
days that must be completed before participation resumes.  By agreeing to this option, the parent/guardian and student understand that they have waived their right to an appeal.

b. Out-of-season: The athlete will be placed on probation for a minimum of fifteen (15) school days during the next completed sports season in which the athlete participates; also, the athlete will miss the first interscholastic contest to follow his probation if no interscholastic contest should fall within the probation period.

2. Second Violation, whether in season or out-of-season, will result in suspension from all sports in the Puyallup School District for one calendar year (365 consecutive days) from the date of the second violation.

3. Third Violation, again whether in season or out-of-season, will result in permanent ineligibility for interscholastic competition in the Puyallup School District.

5. **THEFT OR POSSESSION OF STOLEN PROPERTY - CRIMINAL ACTS**

1. First violation:

a. In-season: The athlete will be suspended for no less than the remainder of the present sports season or up to sixty (60) days. This penalty may carry over to subsequent sports season.

b. Out-of-Season: The athlete will be placed on probation for a minimum of fifteen (15) school days during the next completed sports season in which the athlete participates; also, the athlete will miss the first interscholastic contest to follow his/her probation if no interscholastic contest should fall within probation period.

2. Subsequent Violations, whether in season or out-of-season, will result in suspension from all sports in the Puyallup School District for one calendar year (365 consecutive days) from the date of the violation.

## 6. SOCIAL MEDIA

Comments, videos and photos on social media outlets can be used as evidence of athletic code violations and lead to athletic discipline.

## 7. SCHOOL DISCIPLINE/SUSPENSION

Any athlete involved in conduct which results in the imposition of disciplinary action other than school suspension may be declared ineligible for the next interscholastic contest for which he/she is eligible. If an athlete is suspended from school for disciplinary reasons for any length of time, the athlete will be placed on probation and miss at least the first contest . Subsequent suspensions may result in suspension from all sports in the Puyallup School District for up to one calendar year (365 consecutive days).

## 8. ATTENDANCE

Any student participating in an activity shall be expected to attend and participate in all classes on the day of the scheduled activity. On any school day, students must be in attendance at least one half-day to participate in practice. In the case of weekday scheduled activities, attendance in all classes the following day shall also be expected. In the cases of weekend scheduled activities, attendance in all classes the previous Friday shall be expected. Failure to comply with these attendance regulations will result in a student being declared ineligible and not allowed to participate in the next scheduled activity. Exceptions to this rule may be made by the building principal or designee.

## 9. COACHES' RULES

An athlete will abide by specific written rules formulated by the coach who has responsibility for an athlete who violated those rules.

## 10. TRANSFER STUDENTS

Athletic suspensions or probations which have been imposed by other school districts on students transferring into the Puyallup School District will be honored.

## 11. AWARDS

If an athlete is on suspension at the conclusion of a sports season, the head coach may forfeit the athlete's privilege of earning a school letter, certificate, or any other school athletic award.

## 12. DEFINITIONS

A. Probation: This is a trial period during which an athlete remains part of the team. The athlete attempts to correct his/her deficiencies within a prescribed time. The athlete can participate in practices but will not be able to participate in contests involving other schools during this time.

B. Suspension: An action which denies an athlete participation in athletics for a period of time. In cases where an athlete's suspension carries over into his/her next sports season, it reverts to a probationary period provided the athlete completes that sports season.

C. In Season: Begins with the first WIAA allowed practice day and ends with the award's ceremony for that sport.

D. Out-of-Season: Any time not "in season".

## 13. PROCEDURES FOR DISCIPLINARY ACTION

A. Disciplinary offenses are cumulative during junior high participation as well as senior high participation but will not be cumulative from junior high participation to senior high participation. Students under athletic sanction at the end of junior high school must complete the required disciplinary action.

B. The head coach, a building administrator and athletic coordinator shall determine disciplinary action resulting from violation of Puyallup School District athletic rules within three (3) school days of learning of the violation. The District Athletic Director shall be notified.

C. For first violations of the alcoholic beverages, drugs, steroids rules, athletes have the option available to participate in and complete a school approved drug/alcohol assessment program. Participation in this assessment option will not preclude an athletic suspension period of fifteen (15) school days which must be completed before participation resumes. In addition, athletes who

voluntarily come forth seeking help for substance use problems may be granted immunity from disciplinary sanctions under the athletic code if they go through an assessment and enter a rehabilitation program.

1. In addition, athletes who voluntarily come forth seeking help for substance use problems may be granted immunity from disciplinary sanctions under the athletic code if they go through an assessment and enter a rehabilitation program.
2. The Puyallup School District encourages students to report immediately any offenses that are of a violent, sexual, or dangerous nature.
3. Athletes and parents will be notified of reasons for and types of disciplinary actions. A grievance procedure, as described in the Student Athlete Handbook will be followed for any athlete excluded from a sport, if so requested in writing to the building principal or designee within five (5) school days.

14. **GRIEVANCE PROCEDURE FOR DISCIPLINARY ACTION**
   A. Athletes and/or parents may request a grievance hearing if done so in writing to the building principal or designee within five (5) school days.

   B. The building principal will review all materials provided to determine if the imposed discipline is fair, consistent and equitable, and render a decision within three (3) school days.

   C. Athletes and/or parents may appeal the principal's decision in writing within five (5) school days to the District Athletic Director. The District Athletic Director will convene the District Eligibility Committee and have three (3) school days to render a written decision. The District Eligibility Committee is comprised of the Executive Director over Secondary Education, Superintendent's Designee and the District Athletic Director.

   D. Athletes and/or parents may appeal the decision of the District Eligibility Committee by, submitting a written request to the Assistant Superintendent of Student Learning and Instructional Support for a board level grievance review at the next regularly scheduled school board meeting. Such requests must be filed at least five (5) school days before the board meeting. The parent/guardian may present the grievance to the board for consideration at that meeting provided the board may continue any grievance hearing to its next meeting or to a special meeting to accommodate scheduling concerns. The board will issue its response within ten (10) school days after the date of the meeting.

15. **JUNIOR HIGH INTERSCHOLASTIC ATHLETICS**
   A. Junior high school interscholastic athletic contests will regularly be held immediately after school.
   B. A junior high school may participate in one Saturday or night contest in each sport year, with the exception of girls soccer, which may have more than one evening game at Sparks.

16. **SUMMER SPORTS ACTIVITIES/CLINICS**
   Rules governing out-of-school and/or out-of-season student sports participation are as follows:
   A. A practice is defined as a teaching phase of a sport to any present, past or future squad member while a student is in grades 7-12 during the school year or during the summer.
   B. A school staff member, who, as a private endeavor, sponsors, promotes or directs such activities outside the defined WIAA season for that sport, will clearly indicate that he/she is operating independently of the district. As such, the district shall be free of liability associated with the activity.
   C. The school should advertise that independently operated summer sports camps/clinics are not endorsed or sponsored by the district.
   D. A coach (contracted or volunteer) may not sponsor, promote, coach or direct activities which resemble out-of-season practices or contests in the sport they coach to any of their squad members or future squad members (grades 7-12) until after the school year's final WIAA state tournament.
   E. The use of the school bulletin board, public address system or school newspaper for promotional purposes to announce non-district sponsored sports clinics/camps shall fall within the same guidelines as applied to other commercial endeavors.
   F. School facilities used for non-district sponsored sports camps/clinics may be rented consistent with the rates, rules and regulations applicable for other commercial uses. There will be no charge for district-sponsored programs

Adopted  10-04-04
Revised 04-14-08
Revised 06-30-09
Revised 05-24-11

Case 3:26-cv-05616-DGE    Document 1-22    Filed 06/09/26    Page 7 of 7

Revised 07-01-13
Revised 12-12-16
Revised 01-07-19
Revised 06-02-20
Revised 09-19-22
Revised 06-05-23