# EXHIBIT 14



| Book | District Policies |
|---|---|
| Section | 3000: Students |
| Title | Social Emotional Climate |
| Code | 3112 |
| Status | Active |
| Legal | undefined |
| | Chapter 28A.345.085 – Model Policy and procedure for nurturing a positive social and emotional school and classroom climate |
| Adopted | June 21, 2021 |

**Goal**

The Puyallup School District Board's goal for this policy and its accompanying regulation is to support and promote school and school district action plans that create, maintain, and nurture physically, emotionally, and intellectually safe, respectful, and positive school and classroom environments that foster equitable, ethical, social, emotional, and academic education for all students.

**Nurturing a Positive Social Emotional Climate**

The Puyallup School District believes that each and every school community member should be treated with dignity, should have the opportunity to learn, work, interact, and socialize in physically, emotionally, and intellectually safe, respectful, and positive school and classroom environments, and have the opportunity to experience high quality relationships.

The board recognizes that there is not one best way to improve school climate. Each school needs to consider its history, strengths, and needs. The board further recognizes the important role that students, families, and community members play in collaborating with the school and school district in creating, maintaining, and nurturing a positive social and emotional school and classroom climate. This collaborative role extends to the planning, implementation, and continuous improvement process around school climate and social emotional learning.

The board therefore directs the superintendent to work with district schools to implement the accompanying procedures, which provide the framework for an effective climate improvement process, including a continuous cycle of 1) planning and preparation, 2) evaluation, 3) action planning, and 4) implementation. This framework is aligned with the social emotional learning standards and benchmarks developed by the social emotional learning committee created under RCW 28A.300.477. The framework is designed to support the district and district schools in developing research-supported action plans that work to meet the Board's goal for this policy.

Adopted: 06-21-21