# EXHIBIT 18



BoardDocs® LTd

| Book | District Policies |
|---|---|
| Section | 3000: Students |
| Title | Sexual Harassment of Students Prohibited |
| Code | 3205 |
| Status | Active |
| Adopted | April 18, 2016 |
| Last Revised | October 20, 2025 |
| Last Reviewed | October 20, 2025 |

The Puyallup School District is committed to a positive and productive education free from discrimination, including sexual harassment. This commitment extends to all students involved in academic, educational extracurricular, athletic, and other programs or activities of the school, whether that program or activity is in a school facility, on school transportation, or at a class or school training held elsewhere.

**Definitions**

For purposes of this policy, sexual harassment means unwelcome conduct or communication of a sexual nature. Sexual harassment can occur adult to student, student to student or can be carried out by a group of students or adults. The district prohibits sexual harassment of students by other students, employees or third parties involved in school district activities.

Under federal and state law, the term "sexual harassment" includes:
- acts of sexual violence;
- unwelcome sexual or gender-directed conduct or communication that interferes with an individual's educational performance or creates as intimidating, hostile, or offensive environment;
- unwelcome sexual advances;
- unwelcome requests for sexual favors;
- sexual demands when submission is a stated or implied condition of obtaining an educational benefit;
- sexual demands where submission or rejection is a factor in an academic, or other school-related decision, affecting an individual.

A "hostile environment" has been created for a student when sexual harassment is sufficiently serious to interfere with or limit the student's ability to participate in or benefit from the school's program. The more severe the conduct, the less need there is to demonstrate a repetitive series of incidents. A single or isolated incident of sexual harassment may create a hostile environment if the incident is sufficiently severe, violent, or egregious.

**Investigation and Response**

If any staff member knows, or reasonably should know, that sexual harassment has created a hostile environment, he/she will promptly intervene, to include notifying the building principal, to determine what occurred and take appropriate steps to resolve the situation. If an investigation reveals that sexual harassment has created a hostile environment, the principal or designee will take prompt and effective steps reasonably calculated to:
- eliminate the hostile environment
- prevent is recurrence, and as appropriate,
- remedy its effects.

The district will take prompt, equitable and remedial action within its authority on all reports, complaints and grievances alleging sexual harassment that come to the attention of the district, either formally or informally.

Allegations of criminal misconduct will be reported to law enforcement and suspected child abuse will be reported to law enforcement or Child Protective Services. Regardless of whether the misconduct is reported to law enforcement, school staff will promptly investigate to determine what occurred and take appropriate steps to resolve the situation, to the extent that such investigation does not interfere with any ongoing criminal investigation.  A criminal investigation does not relieve a district of its independent obligation to investigate and resolve sexual harassment.

Engaging in sexual harassment will result in appropriate discipline or other appropriate sanctions against offending students, staff or third parties involved in school district activities. Anyone else who engages in sexual harassment on school property or at school activities will have their access to school property and activities restricted, as appropriate.

### Retaliation and False Allegations

Retaliation against any person who makes or is a witness in a sexual harassment complaint is prohibited and will result in appropriate discipline. The district will take appropriate actions to protect involved persons from retaliation.

It is a violation of this policy to knowingly report false allegations of sexual harassment. Persons found to knowingly report or corroborate false allegations will be subject to appropriate discipline.

### Staff Responsibilities

The superintendent or designee will develop and implement formal and informal regulations for receiving, investigating and resolving complaints or reports of sexual harassment. The regulations will include reasonable and prompt timelines and delineate staff responsibilities under this policy.

Any school employee who witnesses sexual harassment or receives a report, informal complaint, or written complaint about sexual harassment is responsible for informing the district Title IX and/or Civil Rights Compliance Coordinator(s). All staff are also responsible for directing complainants to the formal complaint process.

### Notice and Training

The superintendent or designee will develop regulations to provide age-appropriate information and education to district staff, students, parents and volunteers regarding this policy and the recognition and prevention of sexual harassment. At a minimum, sexual harassment recognition and prevention, and the elements of this policy, will be included in staff, student and regular volunteer orientations, reproduced in each student, staff, volunteer and parent handbook, and distributed to each group. This policy and the regulation, which includes the complaint process, will be conspicuously posted in each district building in a place available to staff, students, parents, volunteers and visitors. Such notices will identify the district's Title IX and Civil Rights Compliance Coordinators, and provide contact information, including the coordinator email address.

### Policy Review

Annually the superintendent or designee will review the use and efficacy of this policy and regulation. Based on the review, the superintendent or designee will prepare a report to the School Board of any recommended policy and/or regulation changes, if necessary.

Cross References*
3205F - Sexual Harassment Complaint Form
3207 – Prohibition of Harassment, Intimidation and Bullying
3210 – Nondiscrimination
3211 – Transgender Students
3240 – Student Conduct
3241 – Classroom Management, Discipline and Corrective Action
3421 – Child Abuse, Neglect and Exploitation Prevention
5010 – Nondiscrimination and Affirmative Action

*To locate active policies, please visit www.puyallupsd.org/boardpolicies.

Adopted 04-18-16
Revised 10-06-25 (technical change only)