# EXHIBIT 19

# Puyallup School District
## Sexual Harassment Complaint Form

The Puyallup School District is committed to a positive and productive education and working environment free from discrimination, including sexual harassment. This commitment extends to all students, employees and other persons involved in academic, educational, extracurricular, athletic, and other programs or activities of the school, whether that program or activity is in a school facility, on school transportation, or at a class or school training held elsewhere.
See Policies 3205, 3205R, 3210, 3210R, 5010, 5010R, 5011, 5011R

**The sexual harassment committed was:**

☐ Act of a sexual nature

☐ Unwelcome sexual or gender-directed conduct or communication such as distributing sexually explicit text, e-mails, or pictures

☐ Unwelcome sexual advances, including unwelcome touching of sexual nature

☐ Unwelcome requests for sexual favors

☐ Sexual demands when submission is a stated or implied condition of obtaining an educational or work benefit

☐ Other, please explain:_____

**Your Name:**_____  **Date:**_____

**School or Work Location:**_____  **Telephone:**_____

**Person(s) who allegedly committed the sexual harassment:**_____

**Please describe your complaint against the individual named, sharing as much information as possible on the circumstances or conditions and specific acts that prompted you to file this complaint.**

**Complaint:**_____

_____

_____

_____

_____

**Resolution Requested:**_____

_____

_____

**Please return form to: School Administrator and/or Title IX Coordinator**

3205F 10/25

# Puyallup School District
## Sexual Harassment Complaint Form

**Witness(es): please list names, and contact information if known, for person(s) who may have witnessed the incident or have knowledge of the details in the complaint above:**

**Name:** _____ **Contact information** _____

**Name:** _____ **Contact Information** _____

**Name:** _____ **Contact Information** _____

**Your Signature:** _____ **Date:** _____

**Received by:** _____ **Date Received:** _____

**Please return form to: School Administrator and/or Title IX Coordinator**

3205F 10/25