# EXHIBIT 21



| Book | District Policies |
|------|-------------------|
| Section | 3000: Students |
| Title | Prohibition of Harassment, Intimidation and Bullying |
| Code | 3207F |
| Status | Active |
| Adopted | August 15, 2022 |

3207F HIB Reporting Form.pdf (547 KB)

**PUYALLUP SCHOOL DISTRICT**

**HIB Reporting Form**

> *Harassment, Intimidation, and Bullying (HIB) is an intentional electronic, written, verbal, or physical act that*
> - *Physically harms a student or damages the student's property;*
> - *Has the effect of substantially interfering with a student's education;*
> - *Is so severe, persistent or pervasive that it creates an intimidating or threatening educational environment; or*
> - *Has the effect of substantially disrupting the orderly operation of the school.*

**Date of report:** _____    **Reporting person (optional):** _____

**Targeted/impacted student:** _____    **Phone number** (optional)**:** _____

**Name(s) of school staff who have been notified** (if any): _____

**Name(s) of students engaged in alleged HIB behaviors (aggressor):** _____

**If names are unknown, provide detail of other identifying factors:** _____

_____

**Date(s) that the alleged HIB behaviors occured**: _____

**Where did the alleged HIB behavior happen?**  (Circle all that apply)

Classroom        Hallway        Restroom        Lunchroom        Locker room        Sport field        Playground
Parking lot        School bus        Internet (social media)        Cell phone        During a school activity/athletics
Off-school property        On the way to/from school        Virtual Class
Other : _____

**Please check the box that best describes the alleged HIB behavior (check all that apply):**

☐        Hitting, kicking, shoving, spitting, hair pulling or throwing something at the targeted student

☐        Getting another person to hit or harm the targeted student

☐        Teasing, name-calling, making critical remarks or threatening in person, by phone, by e-mail, etc.

☐        Putting down the targeted student and making the student a target of jokes

☐        Making rude and/or threatening gestures

☐        Excluding, ignoring, or rejecting the targeted student

☐    Making the targeted student fearful; demanding money or exploiting

☐    Spreading harmful rumors or gossip about the targeted student

☐    Cyber bullying (harassment by texting, emailing, web posting, etc.)

☐    Other: _____

**Summarize the reason for the alleged HIB behavior. Provide background information relevant to this situation and/or preceding events:**
_____

**Were there any witnesses?  Yes ☐  No ☐    If yes, please provide their names:**

_____

**Did a physical injury result from this alleged HIB behavior?  If yes, please describe:**

_____

**Was the targeted student absent from school as a result of the alleged harassment?  Yes ☐    No ☐    If yes,**

**describe:** _____

**Is there any additional information?**

_____

_____

**Thank you for reporting!**

---

For Office Use Only

Received by: _____          Date received: _____

Action taken: _____

Parent/guardian contacted:  Yes ☐      No ☐        Date: _____

Resolved ☐      Unresolved ☐

Referred to: _____

Notes:

*This original form is to be maintained in a confidential file by the building HIB Compliance Officer (principal or designee).        cc:    targeted student's discipline file*
              *alleged harassing student's discipline file*                              7.2022