# EXHIBIT 23



| Book | District Policies |
|---|---|
| Section | 3000: Students |
| Title | Nondiscrimination |
| Code | 3210 |
| Status | Active |
| Legal | RCW 28A.300.286 Discrimination, harassment, intimidation, and bullying—Policies and complaint procedures—Posting of model student handbook language. |
| | Chapter 392-190 WAC EQUAL EDUCATIONAL OPPORTUNITY—UNLAWFUL DISCRIMINATION PROHIBITED |
| | 20 U.S.C. § 1681-1688 Title IX of the Education Amendments of 1972 |
| Adopted | May 12, 1999 |
| Last Revised | September 15, 2025 |
| Last Reviewed | September 15, 2025 |

The Puyallup School District shall provide equal educational opportunity and treatment for all students in all aspects of the academic and activities program without regard to race, ethnicity, religion, creed, color, national origin, sex, age, sexual orientation, gender expression, gender identity, homelessness, immigration or citizenship status, the presence of any sensory, mental or physical disability, or the use of a trained dog guide or service animal by a person with a disability, neurodivergence, honorably discharged veteran or military status. The district will provide equal access to school facilities to the Boy Scouts of America and all other designated youth groups listed in Title 36 of the United States Code as a patriotic society. District programs will be free from sexual harassment. Auxiliary aids and services will be provided upon request to individuals with disabilities.

**Model Student Handbook Language**
The district will adopt the model student handbook language described in RCW 28A.300.286 and include the language in any student, parent, employee, and volunteer handbook it or its schools publish and on its and its schools' websites.

**Discriminatory Harassment**
Conduct against any student that is based on one of the categories listed above that is sufficiently severe, persistent or pervasive as to limit or deny the student's ability to participate in or benefit from the district's course offerings educational programming or any activity will not be tolerated.  When a district employee knows, or reasonable should know that such discriminatory harassment is occurring or has occurred, the District will take prompt and effective steps reasonably calculated to end the harassment, prevent its recurrence and remedy its effects as appropriate.

**Complaint Procedure**
The district will adopt a complaint procedure in accordance with chapter 392-190 WAC.

Annually, the district will publish a notice of the complaint procedure in a way that is reasonably calculated to inform all students, parents, and employees of it. The district will provide the notice in a language each parent can understand, which may require language assistance in accordance with Title VI of the Civil Rights Act of 1964

for those with limited English proficiency.

## Compliance Officer

The superintendent will designate a staff member to serve as the compliance officer for this policy.  The Compliance Officer will be responsible for investigating any discrimination complaints communicated to the district.

## Training

The district will provide training to administrators and certificated and classroom personnel regarding their responsibilities under this policy and to raise awareness of and eliminate bias and discrimination based on the protected classes identified in this policy.

## Nondiscrimination Statement

The district's nondiscrimination statement will be included in all written announcements, notices, recruitment materials, employment applications, and other publications made available to all students, parents, or employees. The statement will include: 1) notice that the district will not discriminate in any programs or activities on the basis of any of the above-listed categories; 2) the name and contact information of the district's compliance officer designated to ensure compliance with the policy; and 3) the names and contact information of the district's Section 504 and Title IX compliance officers.

## Retaliation Prohibited

The district will not intimidate, threaten, coerce, or discriminate against any individual who seeks to secure their rights under this policy or chapter 392-190 WAC or because the individual has filed a complaint under the complaint procedure. Further, the district will not tolerate someone else retaliating against another because they sought to secure their rights under this policy or chapter 392-190 WAC or because they have filed a complaint under the complaint procedure.

Any person who retaliates will be subject to appropriate discipline.

Cross References*
Policy 2020 Course/Subject Area Design, Selection and Adoption of Curriculum and Instructional Materials
Policy 2028 Service Animals in Schools
Policy 2140 Guidance and Counseling
Policy 2150 Co-Curricular Program
Policy 2151 Interscholastic Athletics and Activities Eligibility
Policy 3207 Prohibition of Harassment, Intimidation and Bullying of Students
Policy 3211 Transgender Students
Policy 4217 Effective Communication (new Policy being worked on)
Policy 4260 Use of School Facilities
Policy 5010 Nondiscrimination and Affirmative Action

Adopted 05-12-99
Revised 04-12-04
Revision (Legal Reference Only) 03-18-09
Revised  03-12-12
Revised 09-15-14
Revised 09-01-15
Revised 06-20-16
Revised 02-18-25
Revised 09-15-25

*To locate active policies, please visit www.puyallupsd.org/boardpolicies.