# EXHIBIT 25



| | |
|---|---|
| Book | District Policies |
| Section | 3000: Students |
| Title | Gender-Inclusive Schools |
| Code | 3211 |
| Status | Active |
| Legal | RCW 28A.642 – Discrimination Prohibition |
| | RCW 49.60 – Washington Law Against Discrimination |
| | 20 U.S.C. § 1232g. 34 C.F.R., Part 99 – Family Education Rights and Privacy Act |
| | Prohibiting Discrimination in Washington Public Schools – OSPI Guidelines for school districts to implement Chapters 28A.640 and 28A.642 RCW and 392-190 WAC (February 2012) |
| Adopted | September 15, 2014 |
| Last Revised | February 18, 2020 |
| Last Reviewed | February 18, 2020 |

The board believes in fostering an educational environment that is safe and free of discrimination for all students, regardless of gender expression, sexual orientation, gender identity or sex. To that end, the board recognizes the importance of an inclusive approach toward transgender and gender-expansive students with regard to key terms, communication and the use of names and pronouns, student records, confidential health and education information, communication, restroom and locker room use and accessibility, sports and physical education, dress codes, and other school activities, in order to provide these students with an equal opportunity for learning and achievement.

This policy is a component of the district's responsibility to create and maintain a safe, civil, respectful and inclusive learning community and will be implemented in conjunction with comprehensive training of staff and volunteers. Specific training requirements are included in the accompanying procedure. The superintendent will appoint a primary contact to receive copies of all formal and informal complaints and ensure policy implementation. The name and contact information for the compliance officer will be communicated throughout the district. The district compliance officer will participate in at least one mandatory training opportunity offered by OSPI.

This policy and its procedure will support that effort by facilitating district compliance with local, state and federal laws concerning harassment, intimidation, bullying, and discrimination.

Cross References*
Board Policy 2145 Suicide Awareness and Prevention
Board Policy 3210 Nondiscrimination
Board Policy 3207 Prohibition of Harassment, Intimidation and Bullying
Board Policy 3231 Student Records

*To locate active policies, please visit www.puyallupsd.org/boardpolicies.

Adopted 09-15-14
Revised 08-17-15 (references only)
Revised 02-18-20