# EXHIBIT 27



| | |
|---|---|
| Book | District Policies |
| Section | 4000: Community Relations |
| Title | Title I Parental Involvement |
| Code | 4130 |
| Status | Active |
| Legal | 20 USC Sections 6311-6338, 8891-8904 (Title 1 Programs) |
| | Chapter 28A.180 RCW TRANSITIONAL BILINGUAL INSTRUCTION PROGRAM |
| | Chapter 28A.165 RCW LEARNING ASSISTANCE PROGRAM |
| Adopted | April 10, 2006 |
| Last Revised | April 1, 2025 |
| Last Reviewed | April 1, 2025 |

The board recognizes that families play an important role in a child's education. In recognizing that role, the board respects families as partners in the decision-making process for their children's education. The board believes that meaningful family engagement and the development of collaborative relationships between home and school are critical to success for all students. When teachers and families communicate and share similar high and realistic expectations for student achievement and behavior, students can be expected to learn more and perform better in school.

The board recognizes that family engagement significantly contributes to the achievement of academic standards by students participating in district programs. The board views the education of students as a cooperative effort among school, families and community. The board expects that its schools will carry out programs, activities and procedures in accordance with the statutory definition of family engagement. We value hearing from our families. Family engagement means the participation of families in collaboration involving student academic learning and other school activities, including ensuring that families:
1. Play an integral role in assisting their child's learning;
2. Are encouraged to be actively involved in their child's education; and
3. Are full partners in their child's education and are included, as appropriate, in decision making and on advisory committees to assist in the education of their child.

The term "family" as used in this policy refers to parents, extended family, guardians, or other persons with whom a Puyallup School District student resides. In using these terms, the board recognizes that families within our community vary in family composition, cultural backgrounds, abilities, financial resources, and belief structures.

Schools also need the support of other members of the community, including family organizations, public agencies, businesses, civic and faith-based organizations, to support effective education. The district will create partnerships with community organizations that promote education as an investment in the community. Community groups and families are encouraged to help schools develop and implement innovative programs that advance educational goals and support high academic achievement for all students.

The Board of Directors and the Puyallup School District agree to implement the following statutory requirements. The district will:

1. Involve parents and family members in jointly developing the Title I Plan;
2. Provide the coordination, technical assistance, and other support necessary to assist and build the capacity of all participating schools within the Local Education Agency (LEA) in planning and implementing effective parent and family involvement activities. These activities must improve student academic achievement and school performance, which may include meaningful consultation with employers, business leaders, and philanthropic organizations, or individuals with expertise in effectively engaging parents and family members in education;
3. Coordinate and integrate parent and family engagement strategies to the extent feasible and appropriate, with other relevant Federal, state, and local laws and programs;
4. Conduct, with the meaningful involvement of parents and family members, an annual evaluation of the content and effectiveness of the parent and family engagement policy in improving the academic quality of all schools served under this part, including identifying -
   a. Barriers to greater participation by parents/families in activities authorized by this section (with particular attention to parents who are economically disadvantaged, are disabled, have limited English proficiency, have limited literacy, or are of any racial or ethnic minority background);
   b. The needs of parents and family members to assist with the learning of their children, including engaging with school personnel and teachers; and
   c. Strategies to support successful school and family interactions;
5. Use the findings of such evaluation to design evidence-based strategies for more effective parental and family engagement, and to revise, if necessary, the parent and family engagement policies described in the section; and
6. Involve parents in the activities of the schools, which may include establishing a parent advisory board comprised of a sufficient number and respresentative group of parents or family members served by the LEA to adequately represent the needs of the population. This advisory board will help develop, revise, and review the parent and family engagement policy.

Cross References*
Policy 2104 Federally Funded Programs
Policy 2108 Remediation Program
Policy 1900 Citizens' Advisory Committee
Policy 2010 Comprehensive School Improvement Planning Teams
Policy 2020 Curriculum Development and Adoption of Instructional Materials
Policy 2110 Transitional Bilingual Instruction
Policy 2133 Diversity and Multicultural Education
Policy 2161 Special Education and Related Services for Eligible Students
Policy 2162 Education of Students with Disabilities under Section 504
Policy 2170 Career and Technical Education
Policy 3207 Prohibition of Harassment, Intimidation and Bullying
Policy 3241 Student Discipline
Policy 4120 School Support Organizations

*To locate active policies, please visit www.puyallupsd.org/boardpolicies.

Adopted 04-10-06
Revised 07-09-09 (Cross Reference Update Only)
Revised 09-03-13
Revised 04-20-20
Revised 09-05-23 (title change only)
Revised 04-01-25 (Cross Reference Update Only)