AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| K.M.K, by and through her mother, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| WA INTERSCHOLASTIC ACTIVITIES ASS'N, et al., | ) |
| *Defendant* | ) |

Case No.   3:26-cv-05616

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs K.M.K. by and through her mother, guardian, and next friend, STEPHANIE LYNNE BROWN; et al   .

Date:   06/11/2026

*s/Abigail St. Hilaire*
_____
*Attorney's signature*

Abigail St, Hilaire, WA Bar No. 48914
_____
*Printed name and bar number*

Ellis, Li & McKinstry PLLC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
.
_____
*Address*

asthilaire@elmlaw.com
_____
*E-mail address*

(206) 682-0565
_____
*Telephone number*

(206) 625-1052
_____
*FAX number*